IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOCATH TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-631-GMS |
| v. | ) | |
| | ) | |
| CRYOCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jason R. Buratti, Jeffery H. Kamenetsky, and Joseph R. Englander to represent plaintiff CryoCath Technologies, Inc. in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, a check in the amount of $75.00 is being submitted to cover the annual fees for the attorneys listed above.

ASHBY & GEDDES

*/s/ John G. Day*

John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff*
*CryoCath Technologies, Inc.*

Dated: October 26, 2007
185290.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOCATH TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07- 631-GMS |
| v. | ) | |
| | ) | |
| CRYOCOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This _____ day of _____, 2007, the Court having considered the motion for the admission *pro hac vice* of Jason R. Buratti, Jeffery H. Kamenetsky, and Joseph R. Englander to represent plaintiff CryoCath Technologies, Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the Commonwealth of Virginia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Jason R. Buratti
Christopher & Weisberg, P.A.
200 East Los Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Phone 954.828.1488
Facsimile 954.828.9122

Dated: October 24, 2007

111461.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Florida, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Jeffery H. Kamenetsky
Christopher & Weisberg, P.A.
200 East Los Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Phone 954.828.1488
Facsimile 954.828.9122

Dated: October 24, 2007

111461.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Florida, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Joseph R. Englander
Christopher & Weisberg, P.A.
200 East Los Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Phone 954.828.1488
Facsimile 954.828.9122

Dated: October 24, 2007

111461.1