# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCATH TECHNOLOGIES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-631 (GMS) |
| CRYOCOR, INC., | ) ) ) |
| Defendant. | ) ) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

Plaintiff and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to December 5, 2007. Defendant has requested this extension to evaluate and respond to the allegations raised in the Complaint.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ John G. Day* | By: */s/ Richard L. Horwitz* |
| John G. Day (#2403) | Richard L. Horwitz (#2246) |
| Lauren E. Maguire (#4261) | David E. Moore (#3983) |
| 500 Delaware Avenue, 8th Floor | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 N. Market Street |
| Tel: (302) 654-1888 | Wilmington, DE 19801 |
| jday@ashby-geddes.com | Tel: (302) 984-6000 |
| lmaguire@ashby-geddes.com | rhorwitz@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED, this _____ day of _____, 2007.

_____
United States District Judge

828285 / 32371