## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRYOCATH TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-631-GMS |
| | ) | |
| CRYOCOR, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

### 7.1. DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant CryoCor, Inc. hereby

discloses that it has no parent corporation and that no publicly held corporation owns 10% or

more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Howard N. Wisnia
James P. Conley
BAKER & MCKENZIE LLP
12544 High Bluff Drive, Suite 150
San Diego, CA  92130
Tel:  (858) 523-6230

By: _/s/ Richard L. Horwitz_
        Richard L. Horwitz (#2246)
        David E. Moore (#3983)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE 19801
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

Dated:  December 5, 2007
835699 / 32371

_Attorneys for Defendant/Counter-Claimant_
_CryoCor, Inc._

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on December 5, 2007, the attached document

was electronically filed with the Clerk of the Court using CM/ECF which will send notification

to the registered attorney(s) of record that the document has been filed and is available for

viewing and downloading.

I further certify that on December 5, 2007, I have Electronically Mailed the document to

the following person(s):

John G. Day
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

Jason R. Buratti
Jeffrey L. Kamenetsky
Joseph R. Englander
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, FL 33301
jburatti@cwiplaw.com
jkamenetsky@cwiplaw.com
jenglander@cwiplaw.com

By:  /s/ Richard L. Horwitz
     Richard L. Horwitz
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

835681 / 32371