**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CRYOCATH TECHNOLOGIES, INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-631-GMS |
| v. | ) |
| | ) |
| CRYOCOR, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

<u>**AMENDED COMPLAINT**</u>

Plaintiff CryoCath Technologies, Inc. files this Amended Complaint against defendant

CryoCor, Inc. and alleges as follows:

**Nature of Action**

1.      This is an action for patent infringement under the Patent Laws of the United

States, Title 35, United States Code, §§ 101 *et seq*.

**Parties**

2.      Plaintiff CryoCath Technologies, Inc. (CryoCath) is a corporation of the province

of Quebec, Canada having its principal place of business at 16771 Chemin Ste-Marie, Kirkland,

Quebec, H9H 5H3, Canada.

3.      On information and belief, defendant CryoCor, Inc. is a Delaware corporation

having its principal place of business at 9717 Pacific Heights Boulevard, San Diego, California,

92121.

4.      On information and belief, defendant CryoCor is in the business of making and

selling cryosurgical products, including a Cryo Console Model 2020 (and predecessor models,

which are collectively the "accused devices") and catheters marketed as Models 1100 and 1200

series and under the name CryoBlators (which devices can be used with the accused devices) and related hardware and software, in the State of Delaware and throughout the United States.

5.     These accused devices infringe one or more claims of CryoCath's patents identified in this Complaint.  These patents cover console-based cryosurgical devices. Additional infringing devices may be identified during discovery.

6.     On information and belief, defendant CryoCor manufactures the accused devices at least in California and offers to sell and sells CryoCor-manufactured devices in the United States, including in Delaware, and internationally, including in the European Union.

7.     CryoCor's sales of U.S.-manufactured devices include sales through distributors in Italy and the United Kingdom.  The extent of infringing manufactured goods will be determined through discovery.

## Jurisdiction and Venue

8.     On information and belief, CryoCor is incorporated in this judicial district.

9.     On information and belief, CryoCor has regularly transacted and continues to regularly transact business, has regularly contracted and continues to regularly contract to make, sell, supply or finance cryosurgical products, and has regularly solicited and regularly continues to solicit business in this district.

10.    CryoCor is subject to general personal jurisdiction in this district.

11.    CryoCor is subject to specific personal jurisdiction in this district.

12.    This Court has jurisdiction under 28 U.S.C. §§ 1331, 1332 and 1338(a).

13.    Venue is proper under 28 U.S.C. §§ 1391(b), (c) and 1400(b).

**CryoCath's United States Patents**

14.    On April 24, 2007, the United States Patent Office (PTO) issued United States Patent No.7,207,986 (the '986 patent), entitled "Cooling System" to Abboud.  Ex. A.

15.    CryoCath owns the '986 patent.

16.    The '986 patent is valid.

17.    The '986 patent is enforceable.

18.    CryoCath makes, sells, and offers for sale devices covered by one or more claims of the '986 patent.

19.    On October 21, 2003, the PTO issued United States Patent No. 6,635,053 (the '053 patent), entitled "Cooling System" to Lalonde *et al.*  Ex. B.

20.    CryoCath owns the '053 patent.

21.    The '053 patent is valid.

22.    The '053 patent is enforceable.

23.    CryoCath makes, sells, and offers for sale devices covered by one or more claims of the '053 patent.

24.    On July 15, 2003, the PTO issued United States Patent No. 6,592,577 (the '577 patent), entitled "Cooling System" to Abboud *et al.*  Ex. C.

25.    CryoCath owns the '577 patent.

26.    The '577 patent is valid.

27.    The '577 patent is enforceable.

28.    CryoCath makes, sells, and offers for sale devices covered by one or more claims of the '577 patent.

29.    On May 3, 2005, the PTO issued United States Patent No. 6,887,234 (the '234 patent), entitled "Cryogenic Catheter System" to Abboud *et al.* Ex. D.

30.    CryoCath owns the '234 patent.

31.    The '234 patent is valid.

32.    The '234 patent is enforceable.

33.    CryoCath makes, sells, and offers for sale devices covered by one or more claims of the '234 patent.

34.    On June 8, 2004, the PTO issued United States Patent No. 6,746,445 (the '445 patent), entitled "Cryoablation Catheter Handle" to Abboud. Ex. E.

35.    CryoCath owns the '445 patent.

36.    The '445 patent is valid.

37.    The '445 patent is enforceable.

38.    CryoCath makes, sells, and offers for sale devices covered by one or more claims of the '445 patent.

39.    On May 27, 2003, the PTO issued United States Patent No. 6,569,158 (the '158 patent), entitled "Leak Detection System" to Abboud *et al.* Ex. F.

40.    CryoCath owns the '158 patent.

41.    The '158 patent is valid.

42.    The '158 patent is enforceable.

43.    CryoCath makes, sells, and offers for sale devices covered by one or more claims of the '158 patent.

44.    On January 15, 2008, the PTO issued United States Patent No. 7,318,821 (the '821 patent), entitled "Cooling System" to Lalonde *et al.* Ex. G.

45.    CryoCath owns the '821 patent.

46.    The '821 patent is valid.

47.    The '821 patent is enforceable.

48.    CryoCath makes, sells, and offers for sale devices covered by one or more claims of the '821 patent.

49.    On December 4, 2007, the PTO issued United States Patent No. 7,303,554 (the '554 patent), entitled "Closed Loop Catheter Coolant System" to Lalonde *et al.* Ex. H.

50.    CryoCath owns the '554 patent.

51.    The '554 patent is valid.

52.    The '554 patent is enforceable.

53.    CryoCath makes, sells, and offers for sale devices covered by one or more claims of the '554 patent.

**Relevant CryoCor Publications and Other Conduct**

54.    Prior to June 27, 2007, CryoCor prepared an "FDA Executive Summary" that describes some of the accused devices for a meeting of the Circulatory Systems Device Panel of the United States Food and Drug Administration (FDA) on the same date, the meeting concerning the CryoCor Cryoablation System.  Ex. I.

55.    CryoCor also prepared and published a paper called "A Pivotal Clinical Study to Evaluate the Safety and Efficacy of the CryoCor™ Cardiac Cryoablation System for the Treatment of Cavo-Tricuspid Valve Isthmus-Dependent Atrial Flutter."  Ex. J.  This document describes some of the accused devices.

5

56.     CryoCor also prepared a document entitled "Draft:  Summary of Safety and Effectiveness Data related to its regulatory submissions."  Ex. K.  This document describes some of the accused devices.

57.     CryoCor prepared instructions for using its accused devices, including CryoCor's "CryoCor™ Cardiac Cryoablation System Instructions for Use Manual."  Ex. L (Revision B).

58.     CryoCor prepared another document with instructions for using its accused devices entitled "Instructions for Use CryoCor™ CryoBlator™ 10F Cryoablation Catheter Model 1205, 1207."  Ex. M.

59.     On information and belief, CryoCor has prepared other instructions for using the accused devices.

60.     On or about June 27, 2007, CryoCor's then Chief Medical Officer, Helen S. Barold, M.D., M.P.H. presented a slide show called "CryoCor™ Cardiac Cryoablation System for the Treatment of Cavo-Tricuspid Valve Isthmus-Dependent Atrial Flutter."  Ex. N.  The slides depict some of the accused devices and describe methods for using them and results of those uses.

61.     CryoCor maintains a website at the domain cryocor.com.  CryoCor is responsible for the content of the web pages at that domain and continues to be in control of the content since the domain was established.  The web pages at that domain contain information about the accused devices and their use.

62.     On or about August 10, 2007, Edward F. Brennan, Ph. D. and Gregory J. Tibbitts, both officers of CryoCor, certified a Form 10-Q on behalf of CryoCor.

63.     In the Form 10-Q, CryoCor wrote it "would need to raise substantial additional capital to…defend, in litigation or otherwise, any claims that we infringe third party patents or

other intellectual property rights." See <http://files.shareholder.com/downloads/CRYO/171177917x0xS1193125%2D07%2D179097/1125294/filing.pdf> at 19 (visited October 2, 2007).

64.     In its December 2006 Form 10-K, CryoCor admitted it infringes certain of CryoCath's intellectual property, including intellectual property relating to "pre-cooling" – an aspect of the inventions claimed in one or more patents identified in this Complaint.

65.     On information and belief, CryoCor made other statements prior to December 2006 acknowledging this infringement.

66.     One or more of CryoCor's officers authorized each act of CryoCor alleged in this Complaint.

67.     One or more of CryoCor's officers authorized the preparation of each document cited in this Section.

68.     One or more of CryoCor's officers authorized the publication of each document cited in this Section.

**Count I – Infringement of CryoCath's U.S. Patent No. 7,207,986**

69.     CryoCath incorporates paragraphs 1 to 68.

70.     Defendant CryoCor directly infringed and infringes one or more claims of the patent identified in this Count by making, using, offering to sell, or selling the accused devices in the United States. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(a).

71.     CryoCor knows of the existence of the patent identified in this Count.

72.     Defendant CryoCor knows others infringe the patent identified in this Count by using a device covered by at least one claim of the patent. CryoCor intentionally aids and abets

that infringement by at least making and selling one or more accused devices to those others for their infringing uses. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(b).

73.    Defendant CryoCor indirectly infringes by contributing to others' infringement of the patent identified in this Count by at least offering to sell or selling within the United States one or more components of a device or machine covered by the claims of the patent identified in this Count, which device or machine constitutes a material part of the invention of the patent, knowing the device or machine to be especially made or adapted for use in an infringement of the patent and not a staple article or commodity of commerce suitable for non-infringing use. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(c).

74.    CryoCor's infringement of the patent identified in this Count caused and will continue to cause irreparable injury to CryoCath for which there is no adequate remedy at law unless the acts complained of are enjoined by the Court.

75.    On information and belief, CryoCor lacks funds to make CryoCath whole for this infringement and will lack those funds even if it is permitted to sell its infringing products during the pendency of this litigation.  Thus, among CryoCath's irreparable harm would be CryoCor's continued sales without the ability to compensate CryoCath for CryoCor's infringement. Consequently, both preliminary and permanent injunctive relief are necessary and appropriate.

76.    The acts complained of here directly and proximately damaged and continues to damage CryoCath, making lost profits damages appropriate under 35 U.S.C. § 284.

77.    The acts complained of here directly and proximately damaged and continues to damage CryoCath, making reasonable royalties damages appropriate under 35 U.S.C. § 284.

### Count II – Infringement of CryoCath's U.S. Patent No. 6,635,053

78.    CryoCath incorporates paragraphs 1 to 68.

79.     Defendant CryoCor directly infringed and infringes one or more claims of the patent identified in this Count by making, using, offering to sell, or selling the accused devices in the United States.  CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(a).

80.     CryoCor knows of the existence of the patent identified in this Count.

81.     Defendant CryoCor knows others infringe the patent identified in this Count by using a device covered by at least one claim of the patent.  CryoCor intentionally aids and abets that infringement by at least making and selling one or more accused devices to those others for their infringing uses. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(b).

82.     Defendant CryoCor indirectly infringes by contributing to others' infringement of the patent identified in this Count by at least offering to sell or selling within the United States one or more components of a device or machine covered by the claims of the patent identified in this Count, which device or machine constitutes a material part of the invention of the patent, knowing the device or machine to be especially made or adapted for use in an infringement of the patent and not a staple article or commodity of commerce suitable for non-infringing use. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(c).

83.     CryoCor's infringement of the patent identified in this Count caused and will continue to cause irreparable injury to CryoCath for which there is no adequate remedy at law unless the acts complained of are enjoined by the Court.

84.     On information and belief, CryoCor lacks funds to make CryoCath whole for this infringement and will lack those funds even if it is permitted to sell its infringing products during the pendency of this litigation.  Thus, among CryoCath's irreparable harm would be CryoCor's continued sales without the ability to compensate CryoCath for CryoCor's infringement. Consequently, both preliminary and permanent injunctive relief are necessary and appropriate.

85.     The acts complained of here directly and proximately damaged and continues to damage CryoCath, making lost profits damages appropriate under 35 U.S.C. § 284.

86.     The acts complained of here directly and proximately damaged and continues to damage CryoCath, making reasonable royalties damages appropriate under 35 U.S.C. § 284.

### Count III – Infringement of CryoCath's U.S. Patent No. 6,592,577

87.     CryoCath incorporates paragraphs 1 to 68.

88.     Defendant CryoCor directly infringed and infringes one or more claims of the patent identified in this Count by making, using, offering to sell, or selling the accused devices in the United States.  CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(a).

89.     CryoCor knows of the existence of the patent identified in this Count.

90.     Defendant CryoCor knows others infringe the patent identified in this Count by using a device covered by at least one claim of the patent.  CryoCor intentionally aids and abets that infringement by at least making and selling one or more accused devices to those others for their infringing uses. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(b).

91.     Defendant CryoCor indirectly infringes by contributing to others' infringement of the patent identified in this Count by at least offering to sell or selling within the United States one or more components of a device or machine covered by the claims of the patent identified in this Count, which device or machine constitutes a material part of the invention of the patent, knowing the device or machine to be especially made or adapted for use in an infringement of the patent and not a staple article or commodity of commerce suitable for non-infringing use. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(c).

92.     CryoCor's infringement of the patent identified in this Count caused and will continue to cause irreparable injury to CryoCath for which there is no adequate remedy at law unless the acts complained of are enjoined by the Court.

93.     On information and belief, CryoCor lacks funds to make CryoCath whole for this infringement and will lack those funds even if it is permitted to sell its infringing products during the pendency of this litigation.  Thus, among CryoCath's irreparable harm would be CryoCor's continued sales without the ability to compensate CryoCath for CryoCor's infringement.  Consequently, both preliminary and permanent injunctive relief are necessary and appropriate.

94.     The acts complained of here directly and proximately damaged and continues to damage CryoCath, making lost profits damages appropriate under 35 U.S.C. § 284.

95.     The acts complained of here directly and proximately damaged and continues to damage CryoCath, making reasonable royalties damages appropriate under 35 U.S.C. § 284.

### Count IV – Infringement of CryoCath's U.S. Patent No. 6,887,234

96.     CryoCath incorporates paragraphs 1 to 68.

97.     Defendant CryoCor directly infringed and infringes one or more claims of the patent identified in this Count by making, using, offering to sell, or selling the accused devices in the United States.  CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(a).

98.     CryoCor knows of the existence of the patent identified in this Count.

99.     Defendant CryoCor knows others infringe the patent identified in this Count by using a device covered by at least one claim of the patent.  CryoCor intentionally aids and abets that infringement by at least making and selling one or more accused devices to those others for their infringing uses. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(b).

100.    Defendant CryoCor indirectly infringes by contributing to others' infringement of the patent identified in this Count by at least offering to sell or selling within the United States one or more components of a device or machine covered by the claims of the patent identified in this Count, which device or machine constitutes a material part of the invention of the patent, knowing the device or machine to be especially made or adapted for use in an infringement of the patent and not a staple article or commodity of commerce suitable for non-infringing use. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(c).

101.    CryoCor's infringement of the patent identified in this Count caused and will continue to cause irreparable injury to CryoCath for which there is no adequate remedy at law unless the acts complained of are enjoined by the Court.

102.    On information and belief, CryoCor lacks funds to make CryoCath whole for this infringement and will lack those funds even if it is permitted to sell its infringing products during the pendency of this litigation. Thus, among CryoCath's irreparable harm would be CryoCor's continued sales without the ability to compensate CryoCath for CryoCor's infringement. Consequently, both preliminary and permanent injunctive relief are necessary and appropriate.

103.    The acts complained of here directly and proximately damaged and continues to damage CryoCath, making lost profits damages appropriate under 35 U.S.C. § 284.

104.    The acts complained of here directly and proximately damaged and continues to damage CryoCath, making reasonable royalties damages appropriate under 35 U.S.C. § 284.

### Count V – Infringement of CryoCath's U.S. Patent No.6,746,445

105.    CryoCath incorporates paragraphs 1 to 68.

106.    Defendant CryoCor directly infringed and infringes one or more claims of the patent identified in this Count by making, using, offering to sell, or selling the accused devices in the United States. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(a).

107.    CryoCor knows of the existence of the patent identified in this Count.

108.    Defendant CryoCor knows others infringe the patent identified in this Count by using a device covered by at least one claim of the patent. CryoCor intentionally aids and abets that infringement by at least making and selling one or more accused devices to those others for their infringing uses. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(b).

109.    Defendant CryoCor indirectly infringes by contributing to others' infringement of the patent identified in this Count by at least offering to sell or selling within the United States one or more components of a device or machine covered by the claims of the patent identified in this Count, which device or machine constitutes a material part of the invention of the patent, knowing the device or machine to be especially made or adapted for use in an infringement of the patent and not a staple article or commodity of commerce suitable for non-infringing use. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(c).

110.    CryoCor's infringement of the patent identified in this Count caused and will continue to cause irreparable injury to CryoCath for which there is no adequate remedy at law unless the acts complained of are enjoined by the Court.

111.    On information and belief, CryoCor lacks funds to make CryoCath whole for this infringement and will lack those funds even if it is permitted to sell its infringing products during the pendency of this litigation. Thus, among CryoCath's irreparable harm would be CryoCor's continued sales without the ability to compensate CryoCath for CryoCor's infringement. Consequently, both preliminary and permanent injunctive relief are necessary and appropriate.

112.    The acts complained of here directly and proximately damaged and continues to damage CryoCath, making lost profits damages appropriate under 35 U.S.C. § 284.

113.    The acts complained of here directly and proximately damaged and continues to damage CryoCath, making reasonable royalties damages appropriate under 35 U.S.C. § 284.

**Count VI – Infringement of CryoCath's U.S. Patent No. 6,569,158**

114.    CryoCath incorporates paragraphs 1 to 68.

115.    Defendant CryoCor directly infringed and infringes one or more claims of the patent identified in this Count by making, using, offering to sell, or selling the accused devices in the United States.  CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(a).

116.    CryoCor knows of the existence of the patent identified in this Count.

117.    Defendant CryoCor knows others infringe the patent identified in this Count by using a device covered by at least one claim of the patent.  CryoCor intentionally aids and abets that infringement by at least making and selling one or more accused devices to those others for their infringing uses. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(b).

118.    Defendant CryoCor indirectly infringes by contributing to others' infringement of the patent identified in this Count by at least offering to sell or selling within the United States one or more components of a device or machine covered by the claims of the patent identified in this Count, which device or machine constitutes a material part of the invention of the patent, knowing the device or machine to be especially made or adapted for use in an infringement of the patent and not a staple article or commodity of commerce suitable for non-infringing use. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(c).

119.    CryoCor's infringement of the patent identified in this Count caused and will continue to cause irreparable injury to CryoCath for which there is no adequate remedy at law unless the acts complained of are enjoined by the Court.

120.    On information and belief, CryoCor lacks funds to make CryoCath whole for this infringement and will lack those funds even if it is permitted to sell its infringing products during the pendency of this litigation.  Thus, among CryoCath's irreparable harm would be CryoCor's continued sales without the ability to compensate CryoCath for CryoCor's infringement. Consequently, both preliminary and permanent injunctive relief are necessary and appropriate.

121.    The acts complained of here directly and proximately damaged and continues to damage CryoCath, making lost profits damages appropriate under 35 U.S.C. § 284.

122.    The acts complained of here directly and proximately damaged and continues to damage CryoCath, making reasonable royalties damages appropriate under 35 U.S.C. § 284.

### Count VII – Infringement of CryoCath's U.S. Patent No. 7,318,821

123.    CryoCath incorporates paragraphs 1 to 68.

124.    Defendant CryoCor directly infringed and infringes one or more claims of the patent identified in this Count by making, using, offering to sell, or selling the accused devices in the United States.  CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(a).

125.    CryoCor knows of the existence of the patent identified in this Count.

126.    Defendant CryoCor knows others infringe the patent identified in this Count by using a device covered by at least one claim of the patent.  CryoCor intentionally aids and abets that infringement by at least making and selling one or more accused devices to those others for their infringing uses. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(b).

127.     Defendant CryoCor indirectly infringes by contributing to others' infringement of the patent identified in this Count by at least offering to sell or selling within the United States one or more components of a device or machine covered by the claims of the patent identified in this Count, which device or machine constitutes a material part of the invention of the patent, knowing the device or machine to be especially made or adapted for use in an infringement of the patent and not a staple article or commodity of commerce suitable for non-infringing use. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(c).

128.     CryoCor's infringement of the patent identified in this Count caused and will continue to cause irreparable injury to CryoCath for which there is no adequate remedy at law unless the acts complained of are enjoined by the Court.

129.     On information and belief, CryoCor lacks funds to make CryoCath whole for this infringement and will lack those funds even if it is permitted to sell its infringing products during the pendency of this litigation. Thus, among CryoCath's irreparable harm would be CryoCor's continued sales without the ability to compensate CryoCath for CryoCor's infringement. Consequently, both preliminary and permanent injunctive relief are necessary and appropriate.

130.     The acts complained of here directly and proximately damaged and continues to damage CryoCath, making lost profits damages appropriate under 35 U.S.C. § 284.

131.     The acts complained of here directly and proximately damaged and continues to damage CryoCath, making reasonable royalties damages appropriate under 35 U.S.C. § 284.

### Count VIII – Infringement of CryoCath's U.S. Patent No. 7,303,554

132.     CryoCath incorporates paragraphs 1 to 68.

133.    Defendant CryoCor directly infringed and infringes one or more claims of the patent identified in this Count by making, using, offering to sell, or selling the accused devices in the United States.  CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(a).

134.    CryoCor knows of the existence of the patent identified in this Count.

135.    Defendant CryoCor knows others infringe the patent identified in this Count by using a device covered by at least one claim of the patent.  CryoCor intentionally aids and abets that infringement by at least making and selling one or more accused devices to those others for their infringing uses. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(b).

136.    Defendant CryoCor indirectly infringes by contributing to others' infringement of the patent identified in this Count by at least offering to sell or selling within the United States one or more components of a device or machine covered by the claims of the patent identified in this Count, which device or machine constitutes a material part of the invention of the patent, knowing the device or machine to be especially made or adapted for use in an infringement of the patent and not a staple article or commodity of commerce suitable for non-infringing use. CryoCor is liable to CryoCath for infringement under 35 U.S.C. § 271(c).

137.    CryoCor's infringement of the patent identified in this Count caused and will continue to cause irreparable injury to CryoCath for which there is no adequate remedy at law unless the acts complained of are enjoined by the Court.

138.    On information and belief, CryoCor lacks funds to make CryoCath whole for this infringement and will lack those funds even if it is permitted to sell its infringing products during the pendency of this litigation.  Thus, among CryoCath's irreparable harm would be CryoCor's continued sales without the ability to compensate CryoCath for CryoCor's infringement. Consequently, both preliminary and permanent injunctive relief are necessary and appropriate.

139.   The acts complained of here directly and proximately damaged and continues to damage CryoCath, making lost profits damages appropriate under 35 U.S.C. § 284.

140.   The acts complained of here directly and proximately damaged and continues to damage CryoCath, making reasonable royalties damages appropriate under 35 U.S.C. § 284.

### Count IX – Willful Patent Infringement

141.   CryoCath incorporates paragraphs 1 to 126.

142.   On information and belief, CryoCor admitted infringing certain of CryoCath's patents relating to primary and pre-cooling systems at least as early as December 2006, for example in its 2006 Form 10-K and its August 2007 Form 10-Q.

143.   Certain of CryoCath's patents identified in this Complaint cover primary and pre-cooling systems and issued prior to December 2006.

144.   Publicly available information does reveal and discovery will further reveal CryoCor intentionally infringed CryoCath's patents identified in this Complaint earlier than December 2006.

145.   CryoCor intended to infringe CryoCath's patents at least as stated in its December 2006 Form 10-K and August 2007 Form 10-Q.

146.   CryoCor's intentional infringement makes it liable under 35 U.S.C. §§ 284-285 to CryoCor for willful infringement of one or more patents that are the subject of Counts I to VI.

147.   CryoCor intended both for direct and indirect infringement to result from its acts, making it liable for willful direct and indirect infringement.

### JURY TRIAL

148.   CryoCath requests a jury trial as to all issues so triable.

## PRAYER FOR RELIEF

CryoCath respectfully requests this Court enter judgment in favor of CryoCath and against CryoCor including an Order granting CryoCath the following relief:

A.      Entry of a preliminary injunction under 35 U.S.C. § 283, enjoining CryoCor, its officers, agents, servants, and employees, and those persons acting in active concert or participation with any of them, from infringing, either directly (by using, making, selling, offering to sell or importing) or indirectly (by inducement or contribution) each of CryoCath's patents identified in this Complaint;

B.      Entry of a permanent injunction under 35 U.S.C. § 283, enjoining CryoCor, its officers, agents, servants, and employees, and those persons acting in active concert or participation with any of them, from infringing, either directly (by using, making, selling, offering to sell or importing) or indirectly (by inducement or contribution) each of CryoCath's patents identified in this Complaint;

C.      An award of damages under 35 U.S.C. § 284 sufficient to compensate CryoCath for CryoCor's infringement of each of CryoCath's patents identified in this Complaint, the award in an amount not less than a reasonable royalty;

D.      An award of prejudgment interest under 35 U.S.C. § 284;

E.      An award of postjudgment interest under 35 U.S.C. § 284;

F.      A declaration that this case is exceptional under 35 U.S.C. § 285 at least because CryoCor willfully infringed one or more of CryoCath's patents identified in this Complaint;

G.      An award of increased damages under 35 U.S.C. § 285 of three times the amount of the damages found by the jury or assessed by this Court to compensate CryoCath for CryoCor's willful infringement;

H.    A postjudgment equitable accounting of damages for the period of infringement of each of CryoCath's patents identified in this Complaint following the period of damages established at trial;

I.    An award of CryoCath's costs of suit, including reasonable attorneys' fees, under 35 U.S.C. §§ 284 and 285;

J.    An Order that CryoCor's officers are vicariously liable for CryoCor's infringement, indirect infringement and willful infringement; and

K.    Such further relief as this Court deems appropriate.

ASHBY & GEDDES

/s/ *John G. Day*

John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Plaintiff*
*CryoCath Technologies, Inc.*

*Of Counsel:*

Jason R. Buratti
Jeffery L. Kamenetsky
Joseph R. Englander
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, Florida 33301
(954) 828-1488

Dated: February 25, 2008
188367.1

EXHIBIT A

(12) **United States Patent**           (10) **Patent No.:**     **US 7,207,986 B2**

Abboud et al.                            (45) **Date of Patent:**      **Apr. 24, 2007**

(54) **COOLING SYSTEM**

(75) Inventors: **Marwan Abboud**, Pierrefonds (CA);
**Rachid Mahrouche**, Anjou (CA);
**Jean-Pierre Lalonde**, Verdun (CA);
**Dan Wittenberger**, Pierrefonds (CA)

(73) Assignee: **CryoCath Technologies Inc.**, Kirkland,
Quebec (CA)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/619,366**

(22) Filed: **Jul. 14, 2003**

(65)             **Prior Publication Data**

US 2004/0049178 A1      Mar. 11, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/771,031, filed on
Jan. 26, 2001, now Pat. No. 6,592,577, which is a
continuation-in-part of application No. 09/638,208,
filed on Aug. 11, 2000, now Pat. No. 6,635,053,
which is a continuation-in-part of application No.
09/489,646, filed on Jan. 24, 2000, now Pat. No.
6,383,180.

(60) Provisional application No. 60/117,175, filed on Jan.
25, 1999.

(51) **Int. Cl.**
**A61B 18/18**          (2006.01)

(52) **U.S. Cl.** ............................ **606/20**; 606/21; 606/22;
606/23; 606/24

(58) **Field of Classification Search** ............ 606/20–26;
62/48.1–48.3, 50.1, 50.2; 607/96, 105
See application file for complete search history.

(56)            **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,146,411 | A | * | 11/2000 | Noda et al. .................. 607/105 |
| 6,306,129 | B1 | * | 10/2001 | Little et al. .................... 606/23 |
| 6,471,694 | B1 | * | 10/2002 | Kudaravalli et al. .......... 606/21 |

* cited by examiner

*Primary Examiner*—Rosiland Rollins
(74) *Attorney, Agent, or Firm*—Christopher & Weisberg,
P.A.

(57)             **ABSTRACT**

A cryogenic medical system includes a medical device and
a console connectable to the medical device at a connection
point. The console controls the temperature of the medical
device. The console includes a first cooling system directing
coolant to the medical device at a first temperature along a
coolant supply line and a second cooling system chilling the
coolant within the coolant supply line to a temperature
below the first temperature before the coolant reaches the
connection point.

**10 Claims, 12 Drawing Sheets**





FIG. 1



**FIG. 1A**



*FIG. 2*



*FIG. 3*



*FIG. 4A*



*FIG. 4B*

**FIG. 5A**



**FIG. 5B**





*FIG. 5C*



*FIG. 6*

*FIG. 7A*



*FIG. 7B*





FIG. 7C



FIG. 7D



*FIG. 8A*



*FIG. 8B*



FIG. 9A

FIG. 9B



*FIG. 10*

US 7,207,986 B2

1

## COOLING SYSTEM

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of Ser. No. 09/771,031 filed Jan. 26, 2001, now U.S. Pat. No. 6,592,577 which is a continuation-in-part of U.S. patent application Ser. No. 09/638,208, filed Aug. 11, 2000, U.S. Pat. No. 6,635,053 which is a continuation-in-part of U.S. patent application Ser. No. 09/489,646, filed Jan. 24, 2000, U.S. Pat. No. 6,383,180 which claims priority from U.S. Provisional Patent Application No. 60/117,175, filed on Jan. 25, 1999.

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH

Not Applicable.

### FIELD OF THE INVENTION

The present invention relates to a coolant system for a catheter or treatment wand used for cryotreatment of tissue. In particular, the coolant system is of the type which connects to a catheter and pumps coolant through the catheter to chill a region of the catheter, such as the distal tip, for treating tissue.

### BACKGROUND OF THE INVENTION

A number of cooled catheter systems have been developed for treating tissue in a cardiac setting, either to cool the tissue sufficiently to stun it and allow cold mapping of the heart and/or confirmation of catheter position with respect to localized tissue lesions, or to apply a more severe level of cold to ablate tissue at the site of the catheter ending. In general, the range of treatments which may be effected by a cryocatheter is comparable to the range of applications for radio frequency or thermal ablation catheters, and in particular, these instruments may be configured to achieve either small localized ball shape lesions at the tip of the catheter, or one or more elongated linear lesions extending a length of several centimeters or more along the tip. The latter form of lesion is commonly used to achieve conduction block across a region of the cardiac wall so as to sever an aberrant pathway over a length, preventing conduction across the region, in order change the cardiac signal path topology, for example, to eliminate a faulty pathway responsible for atrial fibrillation or a tachycardia.

In general, when used for endovascular access to treat the cardiac wall, catheters of this type, in common with the corresponding earlier-developed radio frequency or electrothermal ablation catheter, must meet fairly demanding limitations regarding their size, flexibility, and the factors of strength, electrical conductivity and the like which affect their safety and may give rise to failure modes in use. These constraints generally require that the catheter be no larger than several millimeters in diameter so as to pass through the vascular system of the patient to the heart. Thus, any electrodes (in the case of mapping or RF/electrothermal ablation catheters), and any coolant passages (in the case of cryocatheters) must fit within a catheter body of small size.

A number of different fluids have been used for the coolant component of prior art cryotreatment catheters, such as a concentrated saline solution or other liquid of suitably low freezing point and viscosity, and of suitably high thermal conductivity and heat capacity, or a liquified gas

2

such as liquid nitrogen. In all such constructions, the coolant must circulate through the catheter, thus necessitating multiple passages leading to the cooling area of the tip from the catheter handle.

Furthermore, conditions of patient safety must be considered, raising numerous problems or design constraints for each particular system. Thus for example, a high pressure may be required to circulate sufficient coolant through the catheter body to its tip and back, and the overall design of a catheter must be such that fracture of the catheter wall or leakage of the coolant either does not occur, or if it occurs, is harmless. Further, for an endovascular catheter construction, the presence of the coolant and circulation system should not substantially impair the flexibility or maneuverability of the catheter tip and body.

To some extent these considerations have been addressed by using a phase change material as the cryogenic fluid, and arranging the catheter such that the phase change, e.g., from a liquid to a gas, occurs in the treatment portion of the catheter tip. Another possible approach is to employ a pressurized gas, and configure the catheter for cooling by expansion of the gas in the tip structure. However, owing to the small size that such a catheter is required to assume for vascular insertion, or the awkwardness of handling a cryogenic treatment probe generally, the design of a safe and effective coolant circulation system which nonetheless dependably provides sufficient cooling capacity at a remote tip remains a difficult goal.

Among other common problems to be addressed while providing adequate thermal capacity, may be noted the leakage problem mentioned above, the problem of effectively preventing the catheter as a whole from being excessively cold or damaging tissue away from the intended site, and the problem of conduit or valve blockage owing for example to ice particles and the like.

Accordingly, it would be desirable to provide a coolant system which conveniently attaches to a cryocatheter.

It would also be desirable to provide a coolant system which injects and retrieves the coolant from the catheter to allow continuous operation without leakage into the environment or other loss of coolant.

It would further be desirable to provide a treatment system which precisely controls ablation and treatment regimens by conditioning the coolant supply at various point along the fluid path.

### SUMMARY OF THE INVENTION

These and other desirable features are obtained in a coolant system that includes a medical device and a console connectable to the medical device at a connection point. The console controls the temperature of the medical device. The console includes a first cooling system directing coolant to the medical device at a first temperature along a coolant supply line and a second cooling system chilling the coolant within the coolant supply line to a temperature below the first temperature before the coolant reaches the connection point.

### BRIEF DESCRIPTION OF DRAWINGS

These and other features of the invention will be understood by reference to the description below, read in light of the prior art together with illustrative figures, wherein:

FIGS. **1** and **1A** illustrate a cryocatheter treatment system and cryocatheter;

**3**

FIG. **2** is a schematic representation of a coolant system in accordance with one embodiment of the present invention for use with the catheter of FIG. **1**;

FIG. **3** is a detailed schematic of another implementation of the coolant system of the present invention;

FIG. **4**A is a schematic illustration of still another coolant system configuration;

FIG. **4**B is an enthalpy graph with respect to the system of FIG. **4**A;

FIG. **5**A is a schematic illustration of yet another coolant system configuration;

FIG. **5**B is an enthalpy graph with respect to the system of FIG. **5**A;

FIG. **5**C is another enthalpy graph with respect to the system of FIG. **5**A;

FIG. **6** schematically represents a refrigerant subcooler that can be included in the coolant system configurations of the invention;

FIG. **7**A illustrates another configuration for a subcooler;

FIG. **7**B is an enthalpy graph with respect to the system of FIG. **7**A;

FIG. **7**C is a schematic illustration of yet another coolant system configuration;

FIG. **7**D is a schematic illustration of yet another coolant configuration;

FIG. **8**A illustrates still another configuration for a subcooler;

FIG. **8**B illustrates still another configuration for a subcooler;

FIG. **9** is a schematic illustration of still another coolant system configuration; and

FIG. **10** is a schematic illustration of still another coolant system configuration.

DETAILED DESCRIPTION OF INVENTION

FIG. **1** shows a cryogenic treatment system **100** illustrating the general elements thereof. System **100** includes a treatment catheter **110** having a handle **110**a, a treatment console **120** and number of connecting lines **115** which include signal lines for any monitoring or mapping functions as well as a coolant injection line **115**a and a coolant return line **115**b. As illustrated, the console includes a display screen **120**a which may, for example, show both cardiac electrical signals and various status and control screens related to setting or reporting the cooling functions of the catheter or the ablation regimens being administered therewith.

FIG. **1**A shows in slightly greater detail a catheter **110** used in a system in accordance with the present invention. As shown, the handle **110**a is equipped with input ports for an electrical connector **111**, a coolant injection tube connector **112**, and a return tube connector **113**. These connect via various internal junctions or tubes passing through the handle to provide these three functions to the distal tip of the catheter. The handle may also include various control assemblies, e.g., switches or valves, as well as safety detection or shut down elements (not illustrated).

Leading from the handle **110**a is an elongated catheter body **110**b which extends to the catheter tip **110**c, illustrated in enlarged detail to show a representative structure thereof. As shown, in catheter tip **110**c the coolant enters through a central tube **1** and exits via a nozzle **2** at the end of the tube to expand in a small contained region forming a chamber **3** at the tip of the catheter. In the illustrated construction, the tube **1** runs concentrically within an outer tube (not numbered) thereby forming an annular return space **4** surround-

**4**

ing the supply tube **1** and extending back to the fluid return connector **113** of the handle. As discussed further below, the return passage for expended coolant is a vacuum passage, thus assuring that leakage into the blood stream cannot occur.

The location of chamber **3** defines the cooling region of the catheter tip. In the illustrated embodiment this is a short chamber less than a centimeter long located at the very tip of the catheter. Also shown are a thermocouple **5** positioned within the tip to sense tip temperature, and a plurality of electrodes including a tip electrode **7**a and one or more ring electrodes **8**a, **8**b . . . which are positioned near the tip for use in mapping and/or detecting cardiac signals. In other embodiments, the chamber **3** defined at the tip of the catheter may be an elongated chamber several centimeters in length for defining a coolant chamber effective to form linear lesions when placed in contact with tissue such as the cardiac wall. For the linear embodiment, multiple expansion nozzles, a perforated inlet tube end segment, or other variation in the construction of the coolant supply line may be used to assure a high rate of cooling along the full length of the expansion chamber. Furthermore, the chamber wall may be very thin, or formed with a metal sleeve or cap to achieve high heat transfer rates. Other structures within the catheter may include torque or steering wires, or other elements conventional in the art for navigation of the catheter past branch points in vessels, and for urging the catheter tip into contact with a wall once its position is confirmed.

As will be understood from the above, the task of the console is to provide coolant at the tip region in sufficient quantity and for times effective to create the desired lesions. The nature and depth of the lesions created will depend on a number of factors, including the temperature attained in the adjacent tissue, as well as the nature of the cooling cycle by which that temperature is attained. In general when the tissue attains an extremely low temperature, or a temperature effective to create ice crystals within tissue cells, the tissue damage will be irreversible, resulting in effective ablation at the contacted site. The actual cooling rates achieved at the tip will depend to a large extent on the area of contact with the tissue as well as the conductive properties of the adjacent tissue and the structure and geometry of the catheter in addition to the nature of coolant flow passing through the catheter tip. In the present system the latter quantity is controlled, as discussed more fully below, by providing a controller in which the flow of a phase change coolant supplied to the tip is varied to directly control the amount of cooling power available during an ablation cycle. In addition, the primary cooling effect is achieved by expansion of coolant at the inlet nozzle **2** as it enters chamber **3**.

While not illustrated, one or more electrical sensing elements in addition to the thermocouple may be provided at various places within the catheter to provide useful feedback or emergency control functions. For purposes of the present patent application, such functions will not be further discussed. However, if provided they may be positioned in a discrete cooling system, which for purposes of illustration may be considered to lie entirely within the console **120**, or be external thereto, but in any case to function in relation to the coolant supply elements which will now be described below.

FIG. **2** illustrates one embodiment of a cooling system in accordance with the present invention configured to connect to the inlet and return ports **112**, **113** of the catheter **110** (FIG. **1**A). As shown, the coolant system **120** includes a coolant supply **30**, a coolant conditioner **40**, a coolant control **50** and

5

a coolant return section **60**. The control section **50** connects to the inlet **112** of the injection catheter, for example by a supply tube, while the return system **60** connects to coolant return port **113**. These are illustrated as separate connections, but as discussed more fully below, they may be implemented with a single vacuum-jacketed line with a quick connect coupler, or other specialized connection which allows a single coupling to the catheter handle for all coolant functions. Similarly, electrical connections may be incorporated in such a single conduit, or may be provided as separate signal cabling. Operation of the coolant system **120** will be most fully understood from a detailed discussion of each of the subassemblies **30**, **40**, **50**, **60**.

In general terms, the coolant system has a coolant conditioning section **40** with a compressor that provides a conditioned phase change coolant at elevated pressure to the control section **50**, which, in turn, regulates the supply of coolant provided to the inlet of the catheter. The return section **60** includes a vacuum pump which continuously draws expended coolant from the catheter at lower pressure and returns it at higher pressure to the coolant conditioner **40**, thereby providing a closed circulation loop through the catheter to meet the required ablation or mapping regimens. In the preferred embodiment, the conditioner provides coolant substantially at ambient temperature or colder, and the controller includes an electronically controlled pressure regulator which sets the flow rate of the coolant injected into the catheter, thus regulating the cooling action of the catheter tip. Conditioned coolant is provided to the control section by the conditioner **40**, which receives coolant at lower pressure either from the return section **60** or from the supply **30**, compresses the coolant to a high pressure, liquefies the coolant, and brings it to approximately ambient temperature at its outlet line **42a** leading to the controller. As further shown in FIG. **2**, by heat exchange between the inlet supply line **41** and the compressor outlet line **42**. As shown in the figure, the compressor outlet **42** is placed in heat exchange communication, for example via a condenser or heat exchanger **45b**, with the inlet line **41**. In addition one output branch **42a** of the outlet line **42** is placed in heat exchange communication, for example via exchanger **45a**, with an upstream portion of the inlet line **41**. The compressor **43** operates to compress the coolant from a relatively low pressure, preferably below atmospheric, to a considerably higher pressure, e.g., 20 to 30 atmospheres as measured in its outlet line **42**. The material in line **42** is therefore heated by compression, and the heat exchange with inlet line **41** serves to reduce the temperature rise generated by compression. Furthermore, by providing only a portion of compressor output, namely the catheter-directed branch **42a** to the upstream, colder portion of the compressor inlet line **41**, the catheter injection supply of coolant is effectively brought to or near ambient temperature or colder, while the downstream heat exchange effected in heat exchanger **45b** with the entire output of the compressor is cooled to a lesser extent, serving a more traditional function of liquefying the coolant output and enhancing the overall cooling capacity of the compressed fluid. This ordered heat exchange arrangement provides preferentially greater cooling to the catheter-

6

directed supply line, resulting in a stabilized catheter input over a broader range of operating cycles.

In FIG. **2** the high pressure return **42b** to the tank may be implemented with a pressure regulator located in-line ahead of the tank inlet to assure that coolant is returned to the tank only when its use elsewhere in the circulation loop is not required, and that the pressure in the line first builds up to a level higher than the current tank pressure.

Thus, the system of the present invention provides a closed-loop coolant circulation system wherein coolant is conditioned for provision to the inlet of a control module which injects the coolant into a catheter, and the coolant returns in a closed-loop to provide a continuous circulation of fluid at ambient temperature or colder into the catheter.

FIG. **3** shows a prototype embodiment in greater detail, illustrating representative valves and regulators for implementing a preferred closed-loop coolant supply **200**. The coolant supply, compressor, control and return portions of system **200** are numbered with numerals **230**, **240**, **250**, and **260** corresponding to the related subassemblies **30**, **40**, **50** and **60** of system **20**. As shown in this embodiment, a refrigerant tank **231** equipped with a magnetic sight glass **231a** to indicate fill level, supplies refrigerant through a needle valve **232** along line **233** to a downstream pressure regulator **235**. The pressure regulator **235** converts the nominal tank pressure of several hundred pounds per square inch to a fixed level of 14 psia to provide a constant supply pressure to the inlet line **241** of the compressor. At this stage the refrigerant is boiling at a temperature of about −60° Fahrenheit. The vacuum recovery return line **262** joins the refrigerant inlet **241** at this point.

The compressor inlet line **241** passes through heat exchanger **245** en route to the compressor **243**, and also passes through a condenser **244**, so the low pressure liquid in the inlet line **241** is heated by the hot vapor coming out of the compressor, causing it to become a vapor. The compressor **243** takes the vapor and pressurizes it to about 400 psi. The pressurized output passes along line **242** through dryers D and sight glass SG, after which the high pressure outlet line bifurcates into two branches **242b** and **242a**. An upstream pressure regulator **246** in line **242b** builds and maintains pressure in the high pressure output line allowing the regulator to open and return excess refrigerant to the tank **231** when the pressure reaches a preset level, of about 400 psi, which is higher than the nominal tank pressure, e.g., 200 psi.

The second branch **242a** of the output line **242** passes through the heat exchanger **245** located in the upstream portion of the input line **241**, where it is further cooled to provide a conditioned output to the controller **250**, which as shown includes a motorized pressure regulator **254**. Pressure regulator **254** controls the flow rate of coolant provided along line **251** to the inlet port of the catheter (illustrated schematically). By way of example, the pressure regulator **254** may be controlled by a control microprocessor in the console to provide coolant at a pressure of 250 psi for a time interval of 2.5 minutes. Control is generally done by actuating the motor of regulator **254** to achieve a desired set point and leaving the regulator at that setting for the indicated time period. A zero to 500 psi pressure transducer **255** is placed in line **251** to provide feedback signals for implementing the control of the regulator **254**, which may further employ feedback from the thermocouple in the catheter.

The foregoing values of pressure and duration are given by way of example only, and it will be understood that typical cooling regimens implemented by the control console **120** (FIG. **1**) may run from several seconds to five

7

minutes or more, and that the coolant pressures which are varied to achieve a desired rate of heat transfer or effective lesion depth may vary from the coolant pressure in the tank to approximately the pressure of the compressor output line 242$a$. Advantageously, the pressure in line 251 remains greater than the saturation pressure of the refrigerant being used such that it does not start to boil before it reaches the tip.

As further shown in FIG. 3, the return line 115$b$ from the catheter attaches to vacuum section 260, while a solenoid operated purge valve 257 extends between the catheter inlet line 251 and the low pressure return line 262 from the vacuum scavenging system 260. It will be understood that purge valve 257 will typically be operated to bleed the inlet line when the catheter is first attached and the supply compressor or return pump, respectively, are operated.

The return line 115$b$ from the catheter passes via vacuum protection solenoid-operated valve 261 to a vacuum pump 265, which maintains a vacuum in the range of 2 to 40 millibars in the return line, and which increases the pressure of the expended coolant vapor to approximately 15 psi. At the outlet side of the vacuum pump a similar solenoid operated protection valve 261$a$ is provided together with a check ball, and an oil filter OF which prevents pump oil from contaminating the circulating coolant or depositing in the coolant valves, catheter passages or other components. A filter, e.g., 0.5 μm, appears in the catheter inlet line 251. The entire vacuum system may be isolated by the solenoid operated protection valves 261, 261$a$, during start-up or during a sensed over-pressure or blood leakage condition, and a check valve 265 prevents any pressure build-up on the vacuum pressure side of the catheter in the event of pump or compressor failure, allowing coolant return directly into the return line 262 and compressor inlet 241. For this purpose, the compressor output or various bypass or check valves 257, 264 are set a pressure slightly higher than the output setting of the tank conditioner regulator 235, so that the coolant normally circulates into the catheter and through the vacuum system back into the compressor as a closed-loop.

In the illustrated embodiment, a coolant refill port 275 is provided at a solenoid operated valve 277 in the compressor inlet line 241, allowing a refrigerant bottle attached at that point to employ the same compressor 243 of the system to refill the supply tank 231. For this purpose, a solenoid operated by-pass valve 237 is also supplied to bypass the upstream high pressure return regulator 246 between the compressor output line 242$b$ and the tank, and speed up refill of the tank 231. Preferably, above the tank, a solenoid operated valve 238 connects to a vent port to allow venting of any air which may have accumulated in the refrigerant tank due to leakage through the catheter or tubing. This vent is preferably controlled automatically by a suitable control program in the console 120. Venting may be implemented, for example, by providing a temperature sensor in the refrigerant tank and a pressure sensor at its top. Knowing the temperature of the liquid refrigerant in the tank, the vent may be operated until the saturated pressure is reached for the given refrigerant at the indicated tank temperature Such a venting step is to be performed each time the console is turned on. In addition to the foregoing elements, various pressure indicators or temperature sensors may be situated along the different lines to indicate operating parameters of the fluid therein. These are preferably sensors or indicators of the process control type wherein, rather than a dial display output, they provide an electrical output which connects to

8

a microprocessor programmed to monitor the various conditions continuously to detect relevant safety, control or maintenance conditions.

Referring now to FIG. 4A another embodiment of a closed-loop system is shown schematically, wherein letters A through F correspond to points on a system enthalpy graph depicted at FIG. 4B. Of particular interest in the graph of FIG. 4B are the areas representing a refrigerant in liquid state, gas state, and a mixed state that includes variable percentages of liquid and gas.

The system of FIG. 4A includes a compressor 300 that pressurizes refrigerant in a gas state and passes it through a first cooler or condenser 302. In the condenser 302, the refrigerant transitions from a gas state to a transition or combination liquid and gas state, wherein almost all of the refrigerant is liquid, or if liquid, very close to the point where the refrigerant changes state to a gas. The refrigerant passes through a filter or contaminant remover 304 and thence to a secondary cooler, referred to herein as a subcooler 306. The subcooler 306 chills the refrigerant to a lower temperature than that achieved by the compressor to cause the refrigerant to be completely in the liquid state prior to transfer to a catheter 310. In an exemplary system, the subcooler 306 chills the refrigerant to a temperature colder than 10° C. to enable the catheter tip to be chilled to temperatures as low as −90° C.

Ensuring that the refrigerant is in a liquid state before its introduction into the catheter provides significant performance advantages over known systems. For example, in order to achieved maximum cooling power and maintain a predictable and controlled tip temperature for a coolant injection system as described hereinabove, the refrigerant or coolant should exit the injection tube 1 (see FIG. 1A) as a liquid. However, without a subcooler, the coolant is at or near point "C" as shown in FIG. 4B (at the liquid/gas border). Thus, as it enters the catheter and begins to warm, bubbles form in the coolant and the coolant exits the injection tube 1 in spurts instead of as a stream. In some instances, without a subcooler, only 40% or so of the coolant exits the injection tube 1 as a liquid, as about 60% or so of the coolant has already changed state to a gas. Because, there is less fluid to change state to gas, the cooling power of the device is reduced. Further, the liquid/gas spurts cause significant temperature fluctuations that can adversely affect a selected cryotreatment. Both the reduced cooling power and the temperature fluctuation phenomena are increasingly pronounced and problematic the more the diameter of the catheter and injection tube are reduced.

As shown, the subcooler 306 is located within the console 120 or one of its accessories 115$c$. This helps to minimize weight and cost of a disposable handle and or catheter components, and it allows the catheter to be much smaller in diameter than a catheter having a secondary or subcooler in the handle or in the catheter. Additionally, locating the subcooler 306 in the console and/or its accessories minimizes the space occupied or required by cooling equipment within the catheter, thereby facilitating use of very small diameter catheters (e.g., 3 Fr to 7 Fr) for cryotreatments.

Continuing to refer to FIGS. 4A and 4B, as the refrigerant is ejected from the line leading from the subcooler 306, it is allowed to change phase from a liquid to a gas and to expand in a low pressure or near vacuum environment created by a vacuum pump 312 at the catheter tip 314. FIG. 4B illustrates the sudden transition from liquid to gas as represented by points "D" to "E" to "F" and to "A" on the enthalpy graph. The vacuum pump 312 causes the expanded gas to be returned to the compressor 300 so the cycle can be repeated.

US 7,207,986 B2

9

FIGS. **5**A and **5**B illustrate another cooling system configuration that is similar to the closed-loop system shown in FIG. **4**A. In this embodiment, there is no compressor **300** or condenser **304**. Refrigerant is supplied to the system from a tank or cartridge **316** in substantially liquid state or very close to the point where the refrigerant changes state from liquid to gas (point "C" on the graph of FIG. **5**B). The refrigerant passes through a filter or contaminant remover **318** and then to a subcooler **320**. The subcooler **320** chills the refrigerant to a temperature that causes the refrigerant to be completely in the liquid state (point "D" on the graph of FIG. **5**B) prior to transfer to a catheter **322**.

As the refrigerant is ejected from the line leading from the subcooler **320**, it changes phase from a liquid to a gas and expands at the catheter tip **322** in a low pressure or near vacuum environment created by a vacuum pump **324**. FIG. **5**B illustrates the sudden transition from liquid to gas as represented by points "D" to "E" to "F" and to "G" on the enthalpy graph., The vacuum pump causes the expanded gas to conveyed to a collection tank or other scavenging system **326**. Cryotreatment can continue until the refrigerant supply bottle **316** is no longer capable of providing liquid refrigerant. Down-time, however, can be minimized if a quick-connect/disconnect mechanism **328** is associated with the supply bottle **316**. In an alternate configuration, a vacuum pump is not used and the expanded gas is directly conveyed to the collection tank or other scavenging system **326**. In still another alternate configuration, the expanded gas is released to the atmosphere surrounding the system, with no scavenging or collecting system used. Various other configurations will be apparent to those skilled in the art based on the disclosures of the present invention.

Referring now to FIGS. **5**A and **5**C, an alternate arrangement of a cooling system configuration is illustrated. Here refrigerant is supplied to the system from the tank or cartridge **316** in a substantially gas state (point "B" on the graph of FIG. **5**C). The refrigerant passes through the filter or contaminant remover **318** (optional) and then to the subcooler **320**. The subcooler **320** chills the refrigerant to a temperature that causes the refrigerant to transition to the liquid state (point "D" on the graph of FIG. **5**C) prior to transfer to the catheter **322**.

As the refrigerant is ejected from the line leading from the subcooler **320**, it changes phase from a first liquid state to a second liquid state (points "D" to "E") and to a gas and expands at the catheter tip **322** in a low pressure or near vacuum environment created by a vacuum pump **324**. FIG. **5**C illustrates the sudden transition from the second liquid state to the gas state as represented by points "E" to "F" and to "G" on the enthalpy graph. The vacuum pump causes the expanded gas to be conveyed to a collection tank or other scavenging system **326**. Cryotreatment can continue until the refrigerant supply bottle **316** is no longer capable of providing liquid refrigerant. Again, down-time can be minimized if a quick-connect/disconnect mechanism **328** is associated with the supply bottle **316**. It is contemplated that the phase states represented by FIG. **5**C can be employed in any of the structural embodiments constructed in accordance with the present invention.

Supplying the refrigerant to the chamber **360** in a gas state has the added advantage of providing consistent control of the flow and temperature characteristics of the refrigerant. Refrigerant in the gas phase is less susceptible to fluctuations that can occur due to the refrigerant's inherently unstable nature at the gas-liquid transition phase.

Although a subcooler is shown with respect to the systems of FIGS. **4**A and **5**A, such a device can also be included in

10

the systems depicted in FIGS. **2** and **3**. A subcooler or subcooling system compatible with these systems can include a Peltier cooler, a Joule-Thompson, a Stirling engine or an independent closed-loop refrigeration system. Additionally, although control of the ratio of gas and liquid in a coolant can be performed with temperature control, the invention also contemplates use of pressure control in the console and subcooler to control the ratio.

FIG. **6** discloses an exemplary, independent, closed-loop subcooler in schematic form. As shown, the subcooler includes a chamber **330** through which passes a coiled refrigerant transfer line **332**. A compressor **334** and condenser **336** provide liquid refrigerant that-is transferred into the chamber **330** as shown by the arrow marked "Ref. in." The coolant, if compressed gas expands, or if liquid changes state to gas, thereby chilling the transfer line **332** and its contents. The expanded, gas-state coolant is exhausted from the chamber **330** as shown by the arrow marked "Ref. out" and returned to the compressor **334**. A capillary tube **338** can be interposed between the condenser **336** and the chamber **330** in order to reduce the flow injected in the heat exchanger **330**.

Although the subcooler system of FIG. **6**, can provide effective cooling performance, it can also be bulky, noisy, and heat emitting when compared to the subcooling system of FIG. **7**. Referring now to FIG. **7**A, an insulated enclosure **340** (like chamber **330**) encloses a coiled portion of a coolant supply line **342** leading to a medical implement (not shown) as described above. The coolant supply line **342** is in communication with a coolant reservoir **348** (such as bottled, liquid N₂O) to allow coolant to be directed into the enclosure **340**. An outlet **350** in communication with a vacuum source **351** is provided to exhaust coolant from the enclosure **340** whereupon it is directed to a scavenging system. Cooling performance can be controlled with a coolant flow regulator **352** that can be made responsive to a temperature sensor **354** within the enclosure **340** that outputs a signal to a temperature controller **355** that controls the flow regulator **352**. As discussed above coolant or refrigerant can be supplied in a liquid phase or a gas phase, for example, FIG. **7**B is an enthalpy graph (representing refrigerant supplied in the liquid phase) for the system illustrated in FIG. **7**A. Alternately, the enthalpy graph shown in FIG. **5**C represents the phases of the coolant along the flow path (representing refrigerant supplied in the gas phase).

Referring now to FIG. **7**C which is a schematic illustration of an alternate embodiment of a subcooler. Chamber **360** is depicted having an outlet **364**. Provided within the camber **360** is a conduit **366**, having a first end **367** and a second end **369**, defining a fluid flow path for a coolant or a refrigerant. The conduit **366** defines an inlet **362**. In practice, a refrigerant is supplied to the first end **367** which then passes through the body of the conduit **366** to the second end **369**. After the refrigerant enters the conduit **366** a portion of the refrigerant is directed into the chamber **360** via the inlet **362**, the refrigerant then expands to thereby cool the chamber **360** and in turn the conduit **366**. The expanded refrigerant is then evacuated from the chamber **360** via the outlet **364**. The rate of flow through the inlet **362** can be controlled by the size of the inlet **362** as well as by flow control valves as discussed herein (not shown). The diameter of the inlet **362** can range from 0.0001 to −0.03 inches. In an exemplary embodiment the diameter of the inlet **362** is 0.002 inches. The rate of subcooling affected within the chamber **360** can be regulated by adjusting the flow rate of the outlet **364**. By decreasing the flow rate allowed at the outlet **364**, the amount of refrigerant entering the chamber

11                                                                      12

360 via the inlet 362 is thereby decreased and the subcooling reduced. Further, it is contemplated that the location of the inlet 362 along the conduit 366 can be varied, for example, the inlet 362 can be provided closer to the second end 369 than is shown in FIG. 7C. It is also contemplated the that the location of the outlet 364 along the chamber 360 can be varied, for example the outlet 364 can be provided closer to the first end 367 than is shown in FIG. 7C. In an alternate configuration where a refrigerant is supplied to the subcooler in a liquid phase, it is advantageous to place the inlet 362 close to the first end 367 and the outlet 364 close to the second end 369. Alternatively, when the refrigerant is supplied to the subcooler in a gas phase, it is advantageous to provide the inlet 362 close to the second end 369 and the outlet 364 close to the first end 367. It is contemplated that the subcooler shown in FIG. 7C can be used in systems as shown in FIGS. 4A, 5A, 7A, 9 and 10 as well as other such systems.

Referring now to FIG. 7D which is a schematic view of another alternate embodiment of a subcooler illustrated in more detail. FIG. 7D illustrates another cooling system configuration that is similar to the closed-loop system shown in FIG. 5A with an alternate subcooler location and further incorporating the exemplary subcooler arrangement of FIG. 7C. Refrigerant is supplied to the system from a tank or cartridge 516 in substantially liquid state or substantially gas state as discussed in detail above. The refrigerant passes through a filter or contaminant remover 518 (optional) and then to a junction 519. One branch of the junction passes through a vent system 521 and the other branch passes through subcooler 520. The subcooler 520 chills the refrigerant to a temperature that causes the refrigerant to be in the liquid state prior to transfer to a catheter 522. The arrangement shown in FIG. 7D has the added advantage of permitting placement of the subcooler within accessories external to the console, for example, in an connection box as shown in FIG. 10 below, in a catheter handle assembly or any other such device located between the catheter and the console.

The function of the system shown in FIG. 7D follows that described above. It is contemplated that the subcooler embodiment shown in FIG. 7C can be used in any of the alternate systems discussed herein. It is further contemplated that the physical arrangement of the individual components can follow the layout shown in FIG. 7D as well as other arrangements discussed herein.

Referring now to FIG. 8A, yet another configuration for a subcooler is illustrated in conjunction with a control system for the subcooler. As with configurations described above, this illustration depicts a chamber 360, having an inlet 362 and an outlet 364, provides a flow path for refrigerant such as nitrous oxide or another fluid. A conduit 366 that defines a second fluid flow path for the same refrigerant passes through the chamber 360 and is in fluid communication with a refrigerant supply upstream of the chamber and a medical device downstream from the chamber. As shown, a fluid flow splitter 368 can allow a common refrigerant source to be used for supplying the chamber 360 and the conduit 366.

A programmable controller 370 is in communication with and controls one or more valves, such as a first valve 372, to regulate flow of coolant through the conduit 366 and into the medical device in response to a programmed cooling profile and in response to sensor outputs from the catheter. Additionally, the controller 370 can be used to control a second valve 374 to regulate flow of coolant through the chamber 360 in response to sensed temperature within the chamber. For example, the controller 370 can establish a

duty cycle that opens and closes the second valve 374 repeatedly over time. If the temperature rises in the chamber 360 the second valve 374 can be opened and closed more frequently. By contrast, if the temperature in the chamber falls too far, the second valve 374 can be cycled less frequently. Another example includes establishing a duty cycle to specifically regulate the temperature increases and decreases at the treatment site. It has been found advantageous to be able to precisely control the freezing and thawing rates when performing a procedure as described above. Further, by sensing the actual temperatures and adjusting the opening and closing of the system valves, the application of specific temperature regimens can be accomplished.

Referring now to FIG. 8B, yet another configuration for a subcooler is illustrated in conjunction with a control system for the subcooler. The subcooler feature is provided by a thermoelectric cooler 400, such as a peltier cooler, the operation of which is known in the art. The thermoelectric cooler has a hot side 420 and a cold side 440. A conduit 466 is provided adjacent and in thermally-conductive communication with the cold side 440 of the thermoelectric cooler 400. A supplemental cooler 460 is provided adjacent to and in thermally-conductive communication with the hot side 420 of the thermoelectric cooler 400. The conduit 466, the thermoelectric cooler 400 and the supplemental cooler 460 are enclosed by a housing 480. The supplemental cooler 460 is connected to an external cooling source 500 which can be any of the cooling arrangements disclosed herein or other such devices, for example, a compressor system as shown in FIG. 6 can be used.

Operation of the device shown in FIG. 8B is now discussed. When the thermoelectric cooler is activated, the temperature of the cold side 440 is reduced and thereby reduces the temperature of the adjacent conduit 466, which in turn reduces the temperature of refrigerant passing through the conduit 466. Further, the hot side 420 increases in temperature. The cooling source 500 supplies cold energy to the supplemental cooler 460 which thereby cools the adjacent hot side 420. By cooling the hot side 420, heat is removed from the housing 480 and the cooling efficiency of the supplemental cooler 460 is increased. As described above, it is desirable to provide a reduced temperature to the conduit 466 to thereby liquify any refrigerant or coolant that is passed through the conduit 466. It is further contemplated that the hot side 420 can be cooled by more conventional means such as moving air across the hot side 420. Additionally, a heat sink can be provided in thermal communication with the hot side 420 to increase cooling efficiency. Operations of such devices will be readily apparent to one skilled in the art based upon the disclosure of the present invention.

As discussed above, one significant advantage provided by the present invention is that subcooling systems can be located within the console 120 or its accessories 115c instead of in the catheter or in the catheter handle (the part held by the surgeon to manipulate the catheter). Thus, as used by applicant, "console" is intended to mean any component that is not a part of the operative implement. For example, in the systems shown, the "console" can be considered to be everything but the catheter and the handle. Illustrations of this feature are shown in FIGS. 9 and 10, wherein FIG. 9 illustrates exemplary subcooling system components 380 being located entirely within the console 120. FIG. 10 illustrates a system wherein a subcooler 382 is positioned within an ECG connection box 384. Although the subcooler 382 can be configured for cooling as described

US 7,207,986 B2

13

above, it can include any other known cooling device that can be located within an accessory such as an ECG connection box.

The invention being thus disclosed and described in illustrative embodiments herein, variations and modifications as well as adaptations of the invention to other systems will occur to those skilled in the art, and all such variations, modifications and adaptations are considered to lie within the scope of the invention as described herein and defined in the claims appended hereto and equivalents thereof.

What is claimed is:

1. A medical cooling system comprising:

a coolant supply unit, and a medical device having distal and proximal ends;

a first cooling system directing coolant from the coolant supply unit to the medical device at a first temperature along a coolant supply line through a connection point on the proximal end of the medical device, wherein the first cooling system includes a coolant return line leading from the medical device to a coolant scavenging system, and wherein the first cooling system and the medical device comprise a substantially open-loop;

a second cooling system chilling the coolant within a portion of the coolant supply line upstream of the connection point to a temperature below the first temperature, the second cooling system including an enclosure having a fluid inlet and a fluid outlet, the enclosure defining a fluid path from the inlet to the outlet, the enclosure enveloping the portion of the coolant supply line of the first cooling system, wherein the enclosure is disposed in a system component external to the coolant supply unit;

a compressor in fluid communication with a condenser outputting coolant to the inlet of the enclosure and receiving coolant from the outlet of the enclosure; and

a programmable controller, the programmable controller being connected to the medical device at the connection point, the programmable controller being in communication with at least one distal sensor in the medical device and coupled to a first valve in the first cooling system, the programmable controller controlling the flow of coolant through the first path to regulate the cooling power of the medical device, wherein the at least one distal sensor is in thermal communication with tissue to be treated to detect the temperature of the tissue to be treated proximate the medical device.

2. The medical cooling system of claim 1, wherein the system component is a connection box disposed along the coolant supply line upstream of the connection point.

14

3. The medical cooling system of claim 2, wherein the connection box is an electrocardiography connection box.

4. The medical cooling system of claim 1, wherein the system component is attached to an external surface of the coolant supply unit.

5. The medical cooling system of claim 1, wherein the controller is disposed in the coolant supply unit.

6. A medical cooling system for regulating cooling power of a medical device, comprising:

a medical device;

a coolant supply;

a first coolant flow path between the medical device and the coolant supply;

a subcooler disposed about a portion of the first coolant flow path and having an inlet and an outlet;

a second coolant flow path between the inlet and the outlet of the subcooler, wherein the second coolant flow path includes a compressor in fluid communication with a condenser outputting coolant to the inlet of the subcooler and receiving coolant from the outlet of the subcooler;

a first valve in the first coolant flow path,

a programmable controller in communication with at least one distal sensor in the medical device and coupled to the first valve, the programmable controller controlling the flow of coolant through the first path to regulate the cooling power of the medical device, wherein the at least one distal sensor is in thermal communication with tissue to be treated to detect the temperature of the tissue to be treated proximate the medical device.

7. The medical cooling system of claim 6, wherein the programmable controller establishes a duty cycle to specifically regulate temperature increases and decreases at a treatment site.

8. The medical cooling system of claim 6, wherein the programmable controller controls a freezing rate of the medical device.

9. The medical cooling system of claim 6, wherein the programmable controller controls a thawing rate of the medical device.

10. The medical cooling system of claim 6, wherein the programmable controller controls specific temperature regimens at a treatment site.

* * * * *

# EXHIBIT B



US006635053B1

(12) **United States Patent**
Lalonde et al.

(10) Patent No.: **US 6,635,053 B1**
(45) Date of Patent: **Oct. 21, 2003**

(54) **COOLING SYSTEM**

(75) Inventors: **Jean-Pierre Lalonde**, Verdun (CA);
**Marwan Abboud**, Pierrefonds (CA);
**Rachid Mahrouche**, Anjou (CA); **Dan
Wittenberger**, Pierrefonds (CA)

(73) Assignee: **CryoCath Technologies Inc.**, Kirkland
(CA)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 365 days.

(21) Appl. No.: **09/638,208**

(22) Filed: **Aug. 11, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/489,646, filed on
Jan. 24, 2000, now Pat. No. 6,383,180.
(60) Provisional application No. 60/117,175, filed on Jan. 25,
1999.

(51) **Int. Cl.**[7] ............................................. **A61B 18/18**
(52) **U.S. Cl.** ............................. **606/22**; 606/23; 606/25
(58) **Field of Search** ................... 128/DIG. 27; 606/22,
606/23–26

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 6,235,048 B1 | * | 5/2001 | Dobak | ......................... | 606/23 |
| 6,241,722 B1 | * | 6/2001 | Dobak | ......................... | 606/23 |
| 6,306,129 B1 | * | 10/2001 | Little et al. | .................... | 606/23 |

* cited by examiner

*Primary Examiner*—Linda C. M. Dvorak
*Assistant Examiner*—David M. Ruddy
(74) *Attorney, Agent, or Firm*—Christopher & Weisberg,
P.A.

(57) **ABSTRACT**

A cryogenic medical system includes a medical device and
a console connectable to the medical device at a connection
point. The console controls the temperature of the medical
device. The console includes a first cooling system directing
coolant to the medical device at a first temperature along a
coolant supply line and a second cooling system chilling the
coolant within the coolant supply line to a temperature
below the first temperature before the coolant reaches the
connection point.

**17 Claims, 10 Drawing Sheets**





*FIG. 1*



## FIG. 1A



*FIG. 2*



*FIG. 3*



*Fig. 4A*

*Fig. 4B*





Fig. 8

Fig. 6



To *Fig. 7A*

*Fig. 7B*



Fig. 9



*Fig. 10*

US 6,635,053 B1

1

# COOLING SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 09/489,646, filed Jan. 24, 2000, now U.S. Pat. No. 6,383,180 which claims priority from U.S. Provisional Patent Application No. 60/117,175, filed on Jan. 25, 1999.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH

Not Applicable.

## FIELD OF THE INVENTION

The present invention relates to a coolant system for a catheter or treatment wand used for cryotreatment of tissue. In particular, the coolant system is of the type which connects to a catheter and pumps coolant through the catheter to chill a region of the catheter, such as the distal tip, for treating tissue.

## BACKGROUND OF THE INVENTION

A number of cooled catheter systems have been developed for treating tissue in a cardiac setting, either to cool the tissue sufficiently to stun it and allow cold mapping of the heart and/or confirmation of catheter position with respect to localized tissue lesions, or to apply a more severe level of cold to ablate tissue at the site of the catheter ending. In general, the range of treatments which may be effected by a cryocatheter is comparable to the range of applications for radio frequency or thermal ablation catheters, and in particular, these instruments may be configured to achieve either small localized ball shape lesions at the tip of the catheter, or one or more elongated linear lesions extending a length of several centimeters or more along the tip. The latter form of lesion is commonly used to achieve conduction block across a region of the cardiac wall so as to sever an aberrant pathway over a length preventing conduction across the region, in order change the cardiac signal path topology, for example, to eliminate a faulty pathway responsible for atrial fibrillation or a tachycardia.

In general, when used for endovascular access to treat the cardiac wall, catheters of this type, in common with the corresponding earlier-developed radio frequency or electro-thermal ablation catheter, must meet fairly demanding limitations regarding their size, flexibility, and the factors of strength, electrical conductivity and the like which affect their safety and may give rise to failure modes in use. These constraints generally require that the catheter be no larger than several millimeters in diameter so as to pass through the vascular system of the patient to the heart. Thus, any electrodes (in the case of mapping or RF/electrothermal ablation catheters), and any coolant passages (in the case of cryocatheters) must fit within a catheter body of small size.

A number of different fluids have been used for the coolant component of prior art cryotreatment catheters, such as a concentrated saline solution or other liquid of suitably low freezing point and viscosity, and of suitably high thermal conductivity and heat capacity, or a liquified gas

2

such as liquid nitrogen. In all such constructions, the coolant must circulate through the catheter, thus necessitating multiple passages leading to the cooling area of the tip from the catheter handle.

Furthermore, conditions of patient safety must be considered, raising numerous problems or design constraints for each particular system. Thus for example, a high pressure may be required to circulate sufficient coolant through the catheter body to its tip and back, and the overall design of a catheter must be such that fracture of the catheter wall or leakage of the coolant either does not occur, or if it occurs, is harmless. Further, for an endovascular catheter construction, the presence of the coolant and circulation system should not substantially impair the flexibility or maneuverability of the catheter tip and body.

To some extent these considerations have been addressed by using a phase change material as the cryogenic fluid, and arranging the catheter such that the phase change, e.g., from a liquid to a gas, occurs in the treatment portion of the catheter tip. Another possible approach is to employ a pressurized gas, and configure the catheter for cooling by expansion of the gas in the tip structure. However, owing to the small size that such a catheter is required to assume for vascular insertion, or the awkwardness of handling a cryogenic treatment probe generally, the design of a safe and effective coolant circulation system which nonetheless dependably provides sufficient cooling capacity at a remote tip remains a difficult goal.

Among other common problems to be addressed while providing adequate thermal capacity, may be noted the leakage problem mentioned above, the problem of effectively preventing the catheter as a whole from being excessively cold or damaging tissue away from the intended site, and the problem of conduit or valve blockage owing for example to ice particles and the like.

Accordingly, it would be desirable to provide a coolant system which conveniently attaches to a cryocatheter.

It would also be desirable to provide a coolant system which injects and retrieves the coolant from the catheter to allow continuous operation without leakage into the environment or other loss of coolant.

It would further be desirable to provide a treatment system which precisely controls ablation and treatment regimens by conditioning the coolant supply at various point along the fluid path.

## SUMMARY OF THE INVENTION

These and other desirable features are obtained in a coolant system that includes a medical device and a console connectable to the medical device at a connection point. The console controls the temperature of the medical device. The console includes a first cooling system directing coolant to the medical device at a first temperature along a coolant supply line and a second cooling system chilling the coolant within the coolant supply line to a temperature below the first temperature before the coolant reaches the connection point.

## BRIEF DESCRIPTION OF DRAWINGS

These and other features of the invention will be understood by reference to the description below, read in light of the prior art together with illustrative figures, wherein:

US 6,635,053 B1

3

FIGS. 1 and 1A illustrate a cryocatheter treatment system and cryocatheter;

FIG. 2 is a schematic representation of a coolant system in accordance with one embodiment of the present invention for use with the catheter of FIG. 1;

FIG. 3 is a detailed schematic of another implementation of the coolant system of the present invention;

FIG. 4A is a schematic illustration of still another coolant system configuration;

FIG. 4B is an enthalpy graph with respect to the system of FIG. 4A;

FIG. 5A is a schematic illustration of yet another coolant system configuration;

FIG. 5B is an enthalpy graph with respect to the system of FIG. 5A;

FIG. 6 schematically represents a refrigerant subcooler that can be included in the coolant system configurations of the invention;

FIG. 7 illustrates another configuration for a subcooler;

FIG. 8 illustrates still another configuration for a sub-cooler;

FIG. 9 illustrates an exemplary system in accordance with the invention; and

FIG. 10 illustrates yet another system in accordance with the invention.

DETAILED DESCRIPTION OF INVENTION

FIG. 1 shows a cryogenic treatment system **100** illustrating the general elements thereof. System **100** includes a treatment catheter **110** having a handle **110***a*, a treatment console **120** and number of connecting lines **115** which include signal lines for any monitoring or mapping functions as well as a coolant injection line **115***a* and a coolant return line **115***b*. As illustrated, the console includes a display screen **120***a* which may, for example, show both cardiac electrical signals and various status and control screens related to setting or reporting the cooling functions of the catheter or the ablation regimens being administered therewith.

FIG. 1A shows in slightly greater detail a catheter **110** used in a system in accordance with the present invention. As shown, the handle **110***a* is equipped with input ports for an electrical connector **111**, a coolant injection tube connector **112**, and a return tube connector **113**. These connect via various internal junctions or tubes passing through the handle to provide these three functions to the distal tip of the catheter. The handle may also include various control assemblies, e.g., switches or valves, as.well as safety detection or shut down elements (not illustrated).

Leading from the handle **110***a* is an elongated catheter body **110***b* which extends to the catheter tip **110***c*, illustrated in enlarged detail to show a representative structure thereof. As shown, in catheter tip **110***c* the coolant enters through a central tube **1** and exits via a nozzle **2** at the end of the tube to expand in a small contained region forming a chamber **3** at the tip of the catheter. In the illustrated construction, the tube **1** runs concentrically within an outer tube (not numbered) thereby forming an annular return space **4** surrounding the supply tube **1** and extending back to the fluid

4

return connector **113** of the handle. As discussed further below, the return passage for expended coolant is a vacuum passage, thus assuring that leakage into the blood stream cannot occur.

The location of chamber **3** defines the cooling region of the catheter tip. In the illustrated embodiment this is a short chamber less than a centimeter long located at the very tip of the catheter. Also shown are a thermocouple **5** positioned within the tip to sense tip temperature, and a plurality of electrodes including a tip electrode **7***a* and one or more ring electrodes **8***a*, **8***b* . . . which are positioned near the tip for use in mapping and/or detecting cardiac signals. In other embodiments, the chamber **3** defined at the tip of the catheter may be an elongated chamber several centimeters in length for defining a coolant chamber effective to form linear lesions when placed in contact with tissue such as the cardiac wall. For the linear embodiment, multiple expansion nozzles, a perforated inlet tube end segment, or other variation in the construction of the coolant supply line may be used to assure a high rate of cooling along the full length of the expansion chamber. Furthermore, the chamber wall may be very thin, or formed with a metal sleeve or cap to achieve high heat transfer rates. Other structures within the catheter may include torque or steering wires, or other elements conventional in the art for navigation of the catheter past branch points in vessels, and for urging the catheter tip into contact with a wall once its position is confirmed.

As will be understood from the above, the task of the console is to provide coolant at the tip region in sufficient quantity and for times effective to create the desired lesions. The nature and depth of the lesions created will depend on a number of factors, including the temperature attained in the adjacent tissue, as well as the nature of the cooling cycle by which that temperature is attained. In general when the tissue attains an extremely low temperature, or a temperature effective to create ice crystals within tissue cells, the tissue damage will be irreversible, resulting in effective ablation at the contacted site. The actual cooling rates achieved at the tip will depend to a large extent on the area of contact with the tissue as well as the conductive properties of the adjacent tissue and the structure and geometry of the catheter in addition to the nature of coolant flow passing through the catheter tip. In the present system the latter quantity is controlled, as discussed more fully below, by providing a controller in which the flow of a phase change coolant supplied to the tip is varied to directly control the amount of cooling power available during an ablation cycle. In addition, the primary cooling effect is achieved by expansion of coolant at the inlet nozzle **2** as it enters chamber **3**.

While not illustrated, one or more electrical sensing elements in addition to the thermocouple may be provided at various places within the catheter to provide useful feedback or emergency control functions. For purposes of the present patent application, such functions will not be further discussed. However, if provided they may be positioned in a discrete cooling system, which for purposes of illustration may be considered to lie entirely within the console **120**, or be external thereto, but in any case to function in relation to the coolant supply elements which will now be described below.

US 6,635,053 B1

5

6

FIG. 2 illustrates one embodiment of a cooling system in accordance with the present invention configured to connect to the inlet and return ports 112, 113 of the catheter 110 (FIG. 1A). As shown, the coolant system 120 includes a coolant supply 30, a coolant conditioner 40, a coolant control 50 and a coolant return section 60. The control section 50 connects to the inlet 112 of the injection catheter, for example by a supply tube, while the return system 60 connects to coolant return port 113. These are illustrated as separate connections, but as discussed more fully below, they may be implemented with a single vacuum-jacketed line with a quick connect coupler, or other specialized connection which allows a single coupling to the catheter handle for all coolant functions. Similarly, electrical connections may be incorporated in such a single conduit, or may be provided as separate signal cabling. Operation of the coolant system 120 will be most fully understood from a detailed discussion of each of the subassemblies 30, 40, 50, 60.

In general terms, the coolant system has a coolant conditioning section 40 with a compressor that provides a conditioned phase change coolant at elevated pressure to the control section 50, which, in turn, regulates the supply of coolant provided to the inlet of the catheter. The return section 60 includes a vacuum pump which continuously draws expended coolant from the catheter at lower pressure and returns it at higher pressure to the coolant conditioner 40, thereby providing a closed circulation loop through the catheter to meet the required ablation or mapping regimens. In the preferred embodiment, the conditioner provides coolant substantially at ambient temperature or colder, and the controller includes an electronically controlled pressure regulator which sets the flow rate of the coolant injected into the catheter, thus regulating the cooling action of the catheter tip. Conditioned coolant is provided to the control section by the conditioner 40, which receives coolant at lower pressure either from the return section 60 or from the supply 30, compresses the coolant to a high pressure, liquefies the coolant, and brings it to approximately ambient temperature at its outlet line 42a leading to the controller. As further shown in FIG. 2, the output from the compressor has a second branch 42b in which excess coolant is not further cooled, but is simply returned to the supply 30.

As noted above, conditioner section 40 in addition to the raising the pressure of the coolant supplied to the regulator for controlled injection into the catheter, also conditions the temperature of the high pressure coolant. This is preferably done as shown in FIG. 2, by heat exchange between the inlet supply line 41 and the compressor outlet line 42. As shown in the figure, the compressor outlet line 42 is placed in heat exchange communication, for example via a condenser or heat exchanger 45b, with the inlet line 41. In addition one output branch 42a of the outlet line 42 is placed in heat exchange communication, for example via exchanger 45a, with an upstream portion of the inlet line 41. The compressor 43 operates to compress the coolant from a relatively low pressure, preferably below atmospheric, to a considerably higher pressure, e.g., 20 to 30 atmospheres as measured in its outlet line 42. The material in line 42 is therefore heated by compression, and the heat exchange with inlet line 41 serves to reduce the temperature rise generated by compression. Furthermore, by providing only a portion of compressor output, namely the catheter-directed branch 42a to the upstream, colder portion of the compressor inlet line 41, the catheter injection supply of coolant is effectively brought to or near ambient temperature or colder, while the downstream heat exchange effected in heat exchanger 45b with the entire output of the compressor is cooled to a lesser extent, serving a more traditional function of liquefying the coolant output and enhancing the overall cooling capacity of the compressed fluid. This ordered heat exchange arrangement provides preferentially greater cooling to the catheter-directed supply line, resulting in a stabilized catheter input over a broader range of operating cycles.

In FIG. 2 the high pressure return 42b to the tank may be implemented with a pressure regulator located in-line ahead of the tank inlet to assure that coolant is returned to the tank only when its use elsewhere in the circulation loop is not required, and that the pressure in the line first builds up to a level higher than the current tank pressure.

Thus, the system of the present invention provides a closed-loop coolant circulation system wherein coolant is conditioned for provision to the inlet of a control module which injects the coolant into a catheter, and the coolant returns in a closed-loop to provide a continuous circulation of fluid at ambient temperature or colder into the catheter.

FIG. 3 shows a prototype embodiment in greater detail, illustrating representative valves and regulators for implementing a preferred closed-loop coolant supply 200. The coolant supply, compressor, control and return portions of system 200 are numbered with numerals 230, 240, 250, and 260 corresponding to the related subassemblies 30, 40, 50 and 60 of system 20. As shown in this embodiment, a refrigerant tank 231 equipped with a magnetic sight glass 231a to indicate fill level, supplies refrigerant through a needle valve 232 along line 233 to a downstream pressure regulator 235. The pressure regulator 235 converts the nominal tank pressure of several hundred pounds per square inch to a fixed level of 14 psia to provide a constant supply pressure to the inlet line 241 of the compressor. At this stage the refrigerant is boiling at a temperature of about −60° Fahrenheit. The vacuum recovery return line 262 joins the refrigerant inlet 241 at this point.

The compressor inlet line 241 passes through heat exchanger 245 en route to the compressor 243, and also passes through a condenser 244, so the low pressure liquid in the inlet line 241 is heated by the hot vapor coming out of the compressor, causing it to become a vapor. The compressor 243 takes the vapor and pressurizes it to about 400 psi. The pressurized output passes along line 242 through dryers D and sight glass SG, after which the high pressure outlet line bifurcates into two branches 242b and 242a. An upstream pressure regulator 246 in line 242b builds and maintains pressure in the high pressure output line allowing the regulator to open and return excess refrigerant to the tank 231 when the pressure reaches a preset level, of about 400 psi, which is higher than the nominal tank pressure, e.g., 200 psi.

The second branch 242a of the output line 242 passes through the heat exchanger 245 located in the upstream portion of the input line 241, where it is further cooled to provide a conditioned output to the controller 250, which as shown includes a motorized pressure regulator 254. Pressure

US 6,635,053 B1

7                                                                                              8

regulator **254** controls the flow rate of coolant provided along line **251** to the inlet port of the catheter (illustrated schematically). By way of example, the pressure regulator **254** may be controlled by a control microprocessor in the console to provide coolant at a pressure of 250 psi for a time interval of 2.5 minutes. Control is generally done by actuating the motor of regulator **254** to achieve a desired set point and leaving the regulator at that setting for the indicated time period. A zero to 500 psi pressure transducer **255** is placed in line **251** to provide feedback signals for implementing the control of the regulator **254**, which may further employ feedback from the thermocouple in the catheter.

The foregoing values of pressure and duration are given by way of example only, and it will be understood that typical cooling regimens implemented by the control console **120** (FIG. 1) may run from several seconds to five minutes or more, and that the coolant pressures which are varied to achieve a desired rate of heat transfer or effective lesion depth may vary from the coolant pressure in the tank to approximately the pressure of the compressor output line **242***a*. Advantageously, the pressure in line **251** remains greater than the saturation pressure of the refrigerant being used such that it does not start to boil before it reaches the tip.

As further shown in FIG. 3, the return line **115***b* from the catheter attaches to vacuum section **260**, while a solenoid operated purge valve **257** extends between the catheter inlet line **251** and the low pressure return line **262** from the vacuum scavenging system **260**. It will be understood that purge valve **257** will typically be operated to bleed the inlet line when the catheter is first attached and the supply compressor or return pump, respectively, are operated.

The return line **115***b* from the catheter passes via vacuum protection solenoid operated valve **261** to a vacuum pump **265**, which maintains a vacuum in the range of 2 to 40 millibars in the return line, and which increases the pressure of the expended coolant vapor to approximately 15 psi. At the outlet side of the vacuum pump a similar solenoid operated protection valve **261***a* is provided together with a check ball, and an oil filter OF which prevents pump oil from contaminating the circulating coolant or depositing in the coolant valves, catheter passages or other components. A filter, e.g., 0.5 $\mu$m, appears in the catheter inlet line **251**. The entire vacuum system may be isolated by the solenoid operated protection valves **261**, **261***a*, during start-up or during a sensed over-pressure or blood leakage condition, and a check valve **265** prevents any pressure build-up on the vacuum pressure side of the catheter in the event of pump or compressor failure, allowing coolant return directly into the return line **262** and compressor inlet **241**. For this purpose, the compressor output or various bypass or check valves **257**, **264** are set a pressure slightly higher than the output setting of the tank conditioner regulator **235**, so that the coolant normally circulates into the catheter and through the vacuum system back into the compressor as a closed-loop.

In the illustrated embodiment, a coolant refill port **275** is provided at a solenoid operated valve **277** in the compressor inlet line **241**, allowing a refrigerant bottle attached at that point to employ the same compressor **243** of the system to refill the supply tank **231**. For this purpose, a solenoid operated by-pass valve **237** is also supplied to bypass the

upstream high pressure return regulator **246** between the compressor output line **242***b* and the tank, and speed up refill of the tank **231**. Preferably, above the tank, a solenoid operated valve **238** connects to a vent port to allow venting of any air which may have accumulated in the refrigerant tank due to leakage through the catheter or tubing. This vent is preferably controlled automatically by a suitable control program in the console **120**. Venting may be implemented, for example, by providing a temperature sensor in the refrigerant tank and a pressure sensor at its top. Knowing the temperature of the liquid refrigerant in the tank, the vent may be operated until the saturated pressure is reached for the given refrigerant at the indicated tank temperature. Such a venting step is to be performed each time the console is turned on. In addition to the foregoing elements, various pressure indicators or temperature sensors may be situated along the different lines to indicate operating parameters of the fluid therein. These are preferably sensors or indicators of the process control type wherein, rather than a dial display output, they provide an electrical output which connects to a microprocessor programmed to monitor the various conditions continuously to detect relevant safety, control or maintenance conditions.

Referring now to FIG. 4A another embodiment of a closed-loop system is shown schematically, wherein letters A through F correspond to points on a system enthalpy graph depicted at FIG. 4B. Of particular interest in the graph of FIG. 4B are the areas representing a refrigerant in liquid state, gas state, and a mixed state that includes variable percentages of liquid and gas.

The system of FIG. 4A includes a compressor **300** that pressurizes refrigerant in a gas state and passes it through a first cooler or condenser **302**. In the condenser **302**, the refrigerant transitions from a gas state to a transition or combination liquid and gas state, wherein almost all of the refrigerant is liquid, or if liquid, very close to the point where the refrigerant changes state to a gas. The refrigerant passes through a filter or contaminant remover **304** and thence to a secondary cooler, referred to herein as a subcooler **306**. The subcooler **306** chills the refrigerant to a lower temperature than that achieved by the compressor to cause the refrigerant to be completely in the liquid state prior to transfer to a catheter **310**. In an exemplary system, the subcooler **306** chills the refrigerant to a temperature colder than 10° C. to enable the catheter tip to be chilled to temperatures as low as –90° C.

Ensuring that the refrigerant is in a liquid state before its introduction into the catheter provides significant performance advantages over known systems. For example, in order to achieved maximum cooling power and maintain a predictable and controlled tip temperature for a coolant injection system as described hereinabove, the refrigerant or coolant should exit the injection tube **1** (see FIG. 1A) as a liquid. However, without a subcooler, the coolant is at or near point "C" as shown in FIG. 4B (at the liquid/gas border). Thus, as it enters the catheter and begins to warm, bubbles form in the coolant and the coolant exits the injection tube **1** in spurts instead of as a stream. In some instances, without a subcooler, only 40% or so of the coolant exits the injection tube **1** as a liquid, as about 60% or so of the coolant has already changed state to a gas. Because, there

US 6,635,053 B1

9

10

is less fluid to change state to gas, the cooling power of the device is reduced. Further, the liquid/gas spurts cause significant temperature fluctuations that can adversely affect a selected cryotreatment. Both the reduced cooling power and the temperature fluctuation phenomena are increasingly pronounced and problematic the more the diameter of the catheter and injection tube are reduced.

As shown, the subcooler 306 is located within the console 120 or one of its accessories 115c. This helps to minimize weight and cost of a disposable handle and or catheter components, and it allows the catheter to be much smaller in diameter than a catheter having a secondary or subcooler in the handle or in the catheter. Additionally, locating the subcooler 306 in the console and/or its accessories minimizes the space occupied or required by cooling equipment within the catheter, thereby facilitating use of very small diameter catheters (e.g., 3Fr to 7Fr) for cryotreatments.

Continuing to refer to FIGS. 4A and 4B, as the refrigerant is ejected from the line leading from the subcooler 306, it is allowed to change phase from a liquid to a gas and to expand in a low pressure or near vacuum environment created by a vacuum pump 312 at the catheter tip 314. FIG. 4B illustrates the sudden transition from liquid to gas as represented by points "D" to "E" to "F" and to "A" on the enthalpy graph. The vacuum pump 312 causes the expanded gas to be returned to the compressor 300 so the cycle can be repeated.

FIGS. 5A and 5B illustrate another cooling system configuration that is similar to the closed-loop system shown in FIG. 4A. In this embodiment, there is no compressor 300 or condenser 304. Refrigerant is supplied to the system from a tank or cartridge 316 in substantially liquid state or very close to the point where the refrigerant changes state from liquid to gas (point, "C" on the graph of FIG. 5B). The refrigerant passes through a filter or contaminant remover 318 and then to a subcooler 320. The subcooler 320 chills the refrigerant to a temperature that causes the refrigerant to be completely in the liquid state (point "D" on the graph of FIG. 5B) prior to transfer to a catheter 322.

As the refrigerant is ejected from the line leading from the subcooler 320, it changes phase from a liquid to a gas and expands at the catheter tip 322 in a low pressure or near vacuum environment created by a vacuum pump 324. FIG. 5B illustrates the sudden transition from liquid to gas as represented by points "D" to "E" to "F" and to "G" on the enthalpy graph. The vacuum pump causes the expanded gas to conveyed to a collection tank or other scavenging system 326. Cryotreatment can continue until the refrigerant supply bottle 316 is no longer capable of providing liquid refrigerant. Down-time, however, can be minimized if a quick-connect/disconnect mechanism 328 is associated with the supply bottle 316.

Although a subcooler is shown with respect to the systems of FIGS. 4A and 5A, such a device can also be included in the systems depicted in FIGS. 2 and 3. A subcooler or subcooling system compatible with these systems can include a Peltier cooler, a Joule-Thompson, a Stirling engine or an independent closed-loop refrigeration system. Additionally, although control of the ratio of gas and liquid in a coolant can be performed with temperature control, the invention also contemplates use of pressure control in the console and subcooler to control the ratio.

FIG. 6 discloses an exemplary, independent, closed-loop subcooler in schematic form. As shown, the subcooler includes a chamber 330 through which passes a coiled refrigerant transfer line 332. A compressor 334 and condenser 336 provide liquid refrigerant that is transferred into the chamber 330 as shown by the arrow marked "Ref. in." The coolant, if compressed gas expands, or if liquid changes state to gas, thereby chilling the transfer line 332 and its contents. The expanded, gas-state coolant is exhausted from the chamber 330 as shown by the arrow marked "Ref. out" and returned to the compressor 334. A capillary tube 338 can be interposed between the condenser 336 and the chamber 330 in order to reduce the flow injected in the heat exchanger 330.

Although the subcooler system of FIG. 6, can provide effective cooling performance, it can also be bulky, noisy, and heat emitting when compared to the subcooling system of FIG. 7. Referring now to FIG. 7A, an insulated enclosure 340 (like chamber 330) encloses a coiled portion of a coolant supply line 342 leading to a medical implement (not shown) as described above. The coolant supply line 342 is in communication with a coolant reservoir 348 (such as bottled, liquid N₂O) to allow coolant to be directed into the enclosure 340. An outlet 350 in communication with a vacuum source 351 is provided to exhaust coolant from the enclosure 340 whereupon it is directed to a scavenging system. Cooling performance can be controlled with a coolant flow regulator 352 that can be make responsive to a temperature sensor 354 within the enclosure 340 that outputs a signal to a temperature controller 355 that controls the flow regulator 352. FIG. 7B is an enthalpy graph for the system illustrated in FIG. 7B.

Referring now to FIG. 8, yet another configuration for a subcooler is illustrated in conjunction with a control system for the subcooler. As with configurations described above, this illustration depicts a chamber 360, having an inlet 362 and an outlet 364, provides a flow path for refrigerant such as nitrous oxide or another fluid. A conduit 366 that defines a second fluid flow path for the same refrigerant passes through the chamber 360 and is in fluid communication with a refrigerant supply upstream of the chamber and a medical device downstream from the chamber. As shown, a fluid flow splitter 368 can allow a common refrigerant source to be used for supplying the chamber 360 and the conduit 366.

A programmable controller 370 is in communication with and controls one or more valves, such as a first valve 372, to regulate flow of coolant through the conduit 366 and into the medical device in response to a programmed cooling profile and in response to sensor outputs from the catheter. Additionally, the controller 370 can be used to control a second valve 374 to regulate flow of coolant through the chamber 360 in response to sensed temperature within the chamber. For example, the controller 370 can establish a duty cycle that opens and closes the second valve 374 repeatedly over time. If the temperature rises in the chamber 360 the second valve 374 can be opened and closed more frequently. By contrast, if the temperature in the chamber falls too far, the second valve 374 can be cycled less frequently.

As discussed above, one significant advantage provided by the present invention is that subcooling systems can be

US 6,635,053 B1

11                                                                12

located within the console **120** or its accessories **115c** instead of in the catheter or in the catheter handle (the part held by the surgeon to manipulate the catheter). Thus, as used by applicant, "console" is intended to mean any component that is not a part of the operative implement. For example, in the systems shown, the "console" can be considered to be everything but the catheter and the handle. Illustrations of this feature are shown in FIGS. **9** and **10**, wherein FIG. **9** illustrates exemplary subcooling system components **380** being located entirely within the console **120**. FIG. **10** illustrates a system wherein a subcooler **382** is positioned within an ECG connection box **384**. Although the subcooler **382** can be configured for cooling as described above, it can include any other known cooling device that can be located within an accessory such as an ECG connection box.

The invention being thus disclosed and described in illustrative embodiments herein, variations and modifications as well as adaptations of the invention to other systems will occur to those skilled in the art, and all such variations, modifications and adaptations are considered to lie within the scope of the invention as described herein and defined in the claims appended hereto and equivalents thereof.

What is claimed is:

**1**. A cryogenic medical system comprising:

a medical probe; and

a console external to the medical probe, being connectable to the medical device at a connection point, the console controlling temperature of the medical device, and the console including

a first cooling system comprising a substantially closed loop having a coolant supply line leading to the medical probe and a coolant return line leading from the medical probe, the first cooling system directing coolant to the medical probe at a first temperature along the coolant supply line;

a first compressor in fluid communication with a first condenser outputting coolant into the coolant supply line; and

a vacuum pump in fluid communication with the first compressor and the medical probe; and

a second cooling system chilling the coolant within the coolant supply line to a temperature below the first temperature before the coolant reaches the connection point.

**2**. The system of claim **1**, wherein the medical probe includes a catheter.

**3**. The system of claim **1**, wherein the vacuum pump establishes a pressure within the coolant return line and the medical probe that is below ambient atmospheric pressure.

**4**. The system of claim **1**, wherein the second cooling system includes an enclosure having an inlet and an outlet; the enclosure defining a fluid path from the inlet to the outlet, the fluid path of the enclosure defining a chamber enveloping a portion of the coolant supply line.

**5**. The system of claim **4**, further comprising a second compressor in fluid communication with a second condenser outputting coolant to the inlet of the enclosure and receiving coolant from the outlet of the enclosure and second compressor.

**6**. A cryogenic medical system comprising:

a medical device;

a console, the console being connectable to the medical device at a connection point, the console controlling temperature of the medical device, and the console including

a first cooling system directing coolant to the medical device at a first temperature along a coolant supply line; and

a second cooling system chilling the coolant within the coolant supply line to a temperature below the first temperature before the coolant reaches the connection point,

wherein the first cooling system includes a coolant return line leading from the catheter to a coolant scavenging system, and wherein the first cooling system and the catheter comprise a substantially open-loop.

**7**. The system of claim **6**, wherein the first cooling system includes:

a coolant reservoir in fluid communication with the fluid supply line; and

a vacuum pump interposed between the catheter and the coolant collection tank.

**8**. The system of claim **7**, wherein the vacuum pump creates a pressure within the catheter that is below ambient atmospheric pressure.

**9**. The system of claim **6**, wherein the second cooling system includes an enclosure having an inlet and an outlet; the enclosure defining a fluid path from the inlet to the outlet, and the enclosure enveloping a portion of the coolant supply line.

**10**. The system of claim **9**, further comprising a compressor in fluid communication with a condenser outputting coolant to the inlet of the enclosure and receiving coolant from the outlet of the enclosure.

**11**. The system of claim **9**, further comprising:

a coolant reservoir in fluid communication with the fluid supply line;

a second fluid supply line in fluid communication with the coolant reservoir and the inlet of the enclosure.

**12**. The system of claim **11**, further comprising:

a temperature sensor for measuring the temperature within the enclosure; and

a coolant flow regulator responsive to the temperature sensor for controlling fluid flow from the second fluid supply line into the enclosure.

**13**. The system of claim **11**, further comprising a temperature sensor for measuring the temperature within the fluid supply line; and

a coolant flow regulator responsive to the temperature sensor for controlling fluid flow from the second fluid supply line into the enclosure.

**14**. A cryogenic medical system comprising:

a catheter;

a console, the console being connectable to the catheter at a connection point, the console controlling temperature of the catheter, and the console including

a first cooling system including

a coolant supply line leading to the catheter,

a coolant return line leading from the catheter,

a first compressor in fluid communication with a first condenser outputting coolant into the coolant supply line, and

a vacuum pump in fluid communication with the first compressor that establishes a pressure within the coolant return line that is below ambient atmospheric pressure; and

a second cooling system including

an enclosure having an inlet and an outlet, wherein the enclosure defines a fluid path from the inlet to

US 6,635,053 B1

13

14

the outlet, the fluid path of the enclosure defining a chamber that completely envelops a portion of the coolant supply line of the first cooling system; and

a second compressor in fluid communication with a second condenser outputting coolant to the inlet of the enclosure and receiving coolant from the outlet of the enclosure.

**15**. A cryogenic medical system comprising:

a catheter;

a console, the console being connectable to the catheter at a connection point, the console controlling temperature of the catheter, and the console including

a first cooling system including

a coolant supply line leading to the catheter,

a coolant return line leading from the catheter,

a coolant reservoir in fluid communication with the fluid supply line,

a coolant collection tank in fluid communication with the coolant return line, and

a vacuum pump interposed between the catheter and the coolant collection tank that establishes a pressure within the coolant return line below ambient atmospheric pressure; and

a second cooling system including

an enclosure having an inlet and an outlet, wherein the enclosure defines a fluid path from the inlet to the outlet, the fluid path of the enclosure defining a chamber that completely envelops a portion of the coolant supply line of the first cooling system; and

a second fluid supply line in fluid communication with the coolant reservoir and the inlet of the enclosure.

**16**. A cryogenic medical system comprising:

a medical device;

a console connectable to the medical device at a connection point, the console controlling temperature of the medical device, and the console including

a first system directing coolant in a mixed gas and liquid state to the medical device along a coolant supply line; and

a second system decreasing the percentage of gas in the coolant before the coolant reaches the connection point

wherein the second system decreases the percentage of gas in the coolant by reducing the temperature of the coolant, and wherein the system further comprises

a chamber having an inlet and an outlet, wherein the enclosure defines a fluid path from the inlet to the outlet, and the enclosure envelops a portion of the coolant supply line; and

a controller for controlling coolant flow into the chamber;

wherein the controller establishes a duty cycle for cyclically allowing and denying entry of coolant into the chamber at a rate responsive to sensed temperature within the chamber to selectively raise, lower, and maintain temperature of coolant within the coolant supply line.

**17**. The system of claim **1**, further comprising:

one or more accessories coupled between the medical probe and console, the accessories being selected from a group consisting of a connection box, an electrical extension cable, and an electrical umbilical cable.

\*    \*    \*    \*    \*

EXHIBIT C

US006592577B2

(12) **United States Patent**
Abboud et al.

(10) **Patent No.:**  **US 6,592,577 B2**
(45) **Date of Patent:**  **Jul. 15, 2003**

(54) **COOLING SYSTEM**

(75) Inventors: **Marwan Abboud**, Pierrefonds (CA);
**Rachid Mahrouche**, Anjou (CA);
**Jean-Pierre Lalonde**, Verdun (CA);
**Dan Wittenberger**, Pierrefonds (CA)

(73) Assignee: **CryoCath Technologies Inc.**, Kirkland
(CA)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 162 days.

(21) Appl. No.: **09/771,031**

(22) Filed: **Jan. 26, 2001**

(65) **Prior Publication Data**

US 2001/0021847 A1 Sep. 13, 2001

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/638,208, filed on
Aug. 11, 2000, which is a continuation-in-part of application
No. 09/489,646, filed on Jan. 24, 2000.

(60) Provisional application No. 60/117,175, filed on Jan. 25,
1999.

(51) Int. Cl.[7] ............................................. **A01B 18/18**
(52) U.S. Cl. ............................... **606/22**; 606/21
(58) Field of Search .................. 128/DIG. 27; 606/22,
606/21–26

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,823,575 A | 7/1974 | Parel | 62/514 |
| 3,859,986 A | 1/1975 | Okada et al. | 128/7 |
| 5,275,595 A | 1/1994 | Dobak, III | 606/23 |
| 5,651,780 A | 7/1997 | Jackson et al. | 606/1 |
| 5,658,278 A | 8/1997 | Imran et al. | 606/41 |
| 5,674,218 A | 10/1997 | Rubinsky et al. | 606/20 |
| 5,743,903 A | 4/1998 | Stern et al. | 606/31 |
| 5,758,505 A  * | 6/1998 | Dobak, III et al. | 606/23 |

| | | | |
|---|---|---|---|
| 5,807,391 A | 9/1998 | Wijkamp | 606/23 |
| 5,957,963 A | 9/1999 | Dobak, III | 607/104 |
| 6,007,571 A | 12/1999 | Neilson et al. | 607/105 |
| 6,016,661 A | 1/2000 | Sagar | 62/149 |
| 6,019,783 A | 2/2000 | Philips et al. | 607/105 |
| 6,027,499 A | 2/2000 | Johnston et al. | 606/22 |
| 6,027,500 A | 2/2000 | Buckles et al. | 606/34 |
| 6,032,675 A | 3/2000 | Rubinsky | 128/898 |
| 6,033,383 A | 3/2000 | Ginsburg | 604/113 |
| 6,039,730 A | 3/2000 | Rabin et al. | 606/23 |
| 6,051,019 A | 4/2000 | Dobak, III | 607/104 |
| 6,096,068 A | 8/2000 | Dobak, III et al. | 607/105 |
| 6,106,518 A | 8/2000 | Wittenberger et al. | 606/23 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 651 308 A1 | 3/1995 |
| GB | 2 026 324 A | 2/1980 |
| WO | 96/30816 | 10/1996 |
| WO | 98/37822 | 9/1998 |
| WO | 99/56639 | 11/1999 |
| WO | 99/56640 | 11/1999 |
| WO | 99/56641 | 11/1999 |
| WO | WO 99/57494 | 11/1999 |
| WO | 00/35362 | 6/2000 |
| WO | WO 01/01049 A1 | 1/2001 |

*Primary Examiner*—Linda C. M. Dvorak
*Assistant Examiner*—David M. Ruddy
(74) *Attorney, Agent, or Firm*—Christopher & Weisberg,
P.A.

(57) **ABSTRACT**

A cryogenic medical system includes a medical device and
a console connectable to the medical device at a connection
point. The console controls the temperature of the medical
device. The console includes a first cooling system directing
coolant to the medical device at a first temperature along a
coolant supply line and a second cooling system chilling the
coolant within the coolant supply line to a temperature
below the first temperature before the coolant reaches the
connection point.

**18 Claims, 12 Drawing Sheets**



# US 6,592,577 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,146,411 A | 11/2000 | Noda et al. | 607/105 |
| 6,149,677 A | 11/2000 | Dobak, III et al. | 607/106 |
| 6,161,543 A | 12/2000 | Cox et al. | 128/898 |
| 6,190,378 B1 | 2/2001 | Jarvinen | 606/21 |
| 6,193,644 B1 | 2/2001 | Dobak, III et al. | 600/23 |
| 6,235,048 B1 * | 5/2001 | Dobak, III | 606/23 |
| 6,241,722 B1 * | 6/2001 | Dobak et al. | 606/23 |
| 6,306,129 B1 * | 10/2001 | Little et al. | 606/23 |

* cited by examiner



*FIG. 1*



**FIG. 1A**



*FIG. 2*



FIG. 3

*FIG. 4A*



*FIG. 4B*



## FIG. 5A



## FIG. 5B





FIG. 5C



FIG. 6

**FIG. 7A**



**FIG. 7B**





*FIG. 7C*



*FIG. 7D*



**FIG. 8A**



**FIG. 8B**



FIG. 9A

FIG. 9B



*FIG. 10*

US 6,592,577 B2

**1**

## COOLING SYSTEM

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 09/638,208, filed Aug. 11, 2000, which is a continuation-in-part of U.S. patent application Ser. No. 09/489,646, filed Jan. 24, 2000, which claims priority from U.S. Provisional Patent Application No. 60/117,175, filed on Jan. 25, 1999.

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH

Not Applicable.

### FIELD OF THE INVENTION

The present invention relates to a coolant system for a catheter or treatment wand used for cryotreatment of tissue. In particular, the coolant system is of the type which connects to a catheter and pumps coolant through the catheter to chill a region of the catheter, such as the distal tip, for treating tissue.

### BACKGROUND OF THE INVENTION

A number of cooled catheter systems have been developed for treating tissue in a cardiac setting, either to cool the tissue sufficiently to stun it and allow cold mapping of the heart and/or confirmation of catheter position with respect to localized tissue lesions, or to apply a more severe level of cold to ablate tissue at the site of the catheter ending. In general, the range of treatments which may be effected by a cryocatheter is comparable to the range of applications for radio frequency or thermal ablation catheters, and in particular, these instruments may be configured to achieve either small localized ball shape lesions at the tip of the catheter, or one or more elongated linear lesions extending a length of several centimeters or more along the tip. The latter form of lesion is commonly used to achieve conduction block across a region of the cardiac wall so as to sever an aberrant pathway over a length, preventing conduction across the region, in order change the cardiac signal path topology, for example, to eliminate a faulty pathway responsible for atrial fibrillation or a tachycardia.

In general, when used for endovascular access to treat the cardiac wall, catheters of this type, in common with the corresponding earlier-developed radio frequency or electrothermal ablation catheter, must meet fairly demanding limitations regarding their size, flexibility, and the factors of strength, electrical conductivity and heat capacity, and the like which affect their safety and may give rise to failure modes in use. These constraints generally require that the catheter be no larger than several millimeters in diameter so as to pass through the vascular system of the patient to the heart. Thus, any electrodes (in the case of mapping or RF/electrothermal ablation catheters), and any coolant passages (in the case of cryocatheters) must fit within a catheter body of small size.

A number of different fluids have been used for the coolant component of prior art cryotreatment catheters, such as a concentrated saline solution or other liquid of suitably low freezing point and viscosity, and of suitably high thermal conductivity and heat capacity, or a liquified gas such as liquid nitrogen. In all such constructions, the coolant must circulate through the catheter, thus necessitating multiple passages leading to the cooling area of the tip from the catheter handle.

**2**

Furthermore, conditions of patient safety must be considered, raising numerous problems or design constraints for each particular system. Thus for example, a high pressure may be required to circulate sufficient coolant through the catheter body to its tip and back, and the overall design of a catheter must be such that fracture of the catheter wall or leakage of the coolant either does not occur, or if it occurs, is harmless. Further, for an endovascular catheter construction, the presence of the coolant and circulation system should not substantially impair the flexibility or maneuverability of the catheter tip and body.

To some extent these considerations have been addressed by using a phase change material as the cryogenic fluid, and arranging the catheter such that the phase change, e.g., from a liquid to a gas, occurs in the treatment portion of the catheter tip. Another possible approach is to employ a pressurized gas, and configure the catheter for cooling by expansion of the gas in the tip structure. However, owing to the small size that such a catheter is required to assume for vascular insertion, or the awkwardness of handling a cryogenic treatment probe generally, the design of a safe and effective coolant circulation system which nonetheless dependably provides sufficient cooling capacity at a remote tip remains a difficult goal.

Among other common problems to be addressed while providing adequate thermal capacity, may be noted the leakage problem mentioned above, the problem of effectively preventing the catheter as a whole from being excessively cold or damaging tissue away from the intended site, and the problem of conduit or valve blockage owing for example to ice particles and the like.

Accordingly, it would be desirable to provide a coolant system which conveniently attaches to a cryocatheter.

It would also be desirable to provide a coolant system which injects and retrieves the coolant from the catheter to allow continuous operation without leakage into the environment or other loss of coolant.

It would further be desirable to provide a treatment system which precisely controls ablation and treatment regimens by conditioning the coolant supply at various point along the fluid path.

### SUMMARY OF THE INVENTION

These and other desirable features are obtained in a coolant system that includes a medical device and a console connectable to the medical device at a connection point. The console controls the temperature of the medical device. The console includes a first cooling system directing coolant to the medical device at a first temperature along a coolant supply line and a second cooling system chilling the coolant within the coolant supply line to a temperature below the first temperature before the coolant reaches the connection point.

### BRIEF DESCRIPTION OF DRAWINGS

These and other features oil the invention will be understood by reference to the description below, read in light of the prior art together with illustrative figures, wherein:

FIGS. 1 and 1A illustrate a cryocatheter treatment system and cryocatheter;

FIG. 2 is a schematic representation of a coolant system in accordance with one embodiment of the present invention for use with the catheter of FIG. 1;

FIG. 3 is a detailed schematic of another implementation of the coolant system of the present invention;

US 6,592,577 B2

3

4

FIG. 4A is a schematic illustration of still another coolant system configuration;

FIG. 4B is an enthalpy graph with respect to the system of FIG. 4A;

FIG. 5A is a schematic illustration of yet another coolant system configuration;

FIG. 5B is an enthalpy graph with respect to the system of FIG. 5A;

FIG. 5C is another enthalpy graph with respect to the system of FIG. 5A;

FIG. 6 schematically represents a refrigerant subcooler that can be included in the coolant system configurations of the invention;

FIG. 7A illustrates another configuration for a subcooler;

FIG. 7B is an enthalpy graph with respect to the system of FIG. 7A;

FIG. 7C is a schematic illustration of yet another coolant system configuration;

FIG. 7D is a schematic illustration of yet another coolant configuration;

FIG. 8A illustrates still another configuration for a subcooler;

FIG. 8B illustrates still another configuration for a subcooler;

FIG. 9A is a schematic illustration of still another coolant system configuration;

FIG. 9B is an exemplary subcooling system located the coolant system of FIG. 9A; and

FIG. 10 is a schematic illustration of still another coolant system configuration.

DETAILED DESCRIPTION OF INVENTION

FIG. 1 shows a cryogenic treatment system 100 illustrating the general elements thereof. System 100 includes a treatment catheter 110 having a handle 110a, a treatment console 120 and number of connecting lines 115 which include signal lines for any monitoring or mapping functions as well as a coolant injection line 115a and a coolant return line 115b. As illustrated, the console includes a display screen 120a which may, for example, show both cardiac electrical signals and various status and control screens related to setting or reporting the cooling functions of the catheter or the ablation regimens being administered therewith.

FIG. 1A shows in slightly greater detail a catheter 110 used in a system in accordance with the present invention. As shown, the handle 110a is equipped with input ports for an electrical connector 111, a coolant injection tube connector 112, and a return tube connector 113. These connect via various internal junctions or tubes passing through the handle to provide these three functions to the distal tip of the catheter. The handle may also include various control assemblies, e.g., switches or valves, as well as safety detection or shut down elements (not illustrated).

Leading from the handle 110a is an elongated catheter body 110b which extends to the catheter tip 110c, illustrated in enlarged detail to show a representative structure thereof. As shown, in catheter tip 10c the coolant enters through a central tube 1 and exits via a nozzle 2 at the end of the tube to expand in a small contained region forming a chamber 3 at the tip of the catheter. In the illustrated construction, the tube 1 runs concentrically within an outer tube (not numbered) thereby forming an annular return space 4 surrounding the supply tube 1 and extending back to the fluid return connector 113 of the handle. As discussed further below, the return passage for expended coolant is a vacuum passage, thus assuring that leakage into the blood stream cannot occur.

The location of chamber 3 defines the cooling region of the catheter tip. In the illustrated embodiment this is a short chamber less than a centimeter long located at the very tip of the catheter. Also shown are a thermocouple 5 positioned within the tip to sense tip temperature, and a plurality of electrodes including a tip electrode 7a and one or more ring electrodes 8a, 8b . . . which are positioned near the tip for use in mapping and/or detecting cardiac signals. In other embodiments, the chamber 3 defined at the tip of the catheter may be an elongated chamber several centimeters in length for defining a coolant chamber effective to form linear lesions when placed in contact with tissue such as the cardiac wall. For the linear embodiment, multiple expansion nozzles, a perforated inlet tube end segment, or other variation in the construction of the coolant supply line may be used to assure a high rate of cooling along the full length of the expansion chamber. Furthermore, the chamber wall may be very thin, or formed with a metal sleeve or cap to achieve high heat transfer rates. Other structures within the catheter may include torque or steering wires, or other elements conventional in the art for navigation of the catheter past branch points in vessels, and for urging the catheter tip into contact with a wall once its position is confirmed.

As will be understood from the above, the task of the console is to provide coolant at the tip region in sufficient quantity and for times effective to create the desired lesions. The nature and depth of the lesions created will depend on a number of factors, including the temperature attained in the adjacent tissue, as well as the nature of the cooling cycle by which that temperature is attained. In general when the tissue attains an extremely low temperature, or a temperature effective to create ice crystals within tissue cells, the tissue damage will be irreversible, resulting in effective ablation at the contacted site. The actual cooling rates achieved at the tip will depend to a large extent on the area of contact with the tissue as well as the conductive properties of the adjacent tissue and the structure and geometry of the catheter in addition to the nature of coolant flow passing through the catheter tip. In the present system the latter quantity is controlled, as discussed more fully below, by providing a controller in which the flow of a phase change coolant supplied to the tip is varied to directly control the amount of cooling power available during an ablation cycle. In addition, the primary cooling effect is achieved by expansion of coolant at the inlet nozzle 2 as it enters chamber 3.

While not illustrated, one or more electrical sensing elements in addition to the thermocouple may be provided at various places within the catheter to provide useful feedback or emergency control functions. For purposes of the present patent application, such functions will not be further discussed. However, if provided they may be positioned in a discrete cooling system, which for purposes of illustration may be considered to lie entirely within the console 120, or be external thereto, but in any case to function in relation to the coolant supply elements which will now be described below.

FIG. 2 illustrates one embodiment of a cooling system in accordance with the present invention configured to connect to the inlet and return ports 112, 113 of the catheter 110 (FIG. 1A). As shown, the coolant system 120 includes a coolant supply 30, a coolant conditioner 40, a coolant control 50 and a coolant return section 60. The control section 50 connects

US 6,592,577 B2

5

to the inlet 112 of the injection catheter, for example by a supply tube, while the return system 60 connects to coolant return port 113. These are illustrated as separate connections, but as discussed more fully below, may be implemented with a single vacuum-jacketed line with a quick connect coupler, or other specialized connection which allows a single coupling to the catheter handle for all coolant functions. Similarly, electrical connections may be incorporated in such a single conduit, or may be provided as separate signal cabling. Operation of the coolant system 120 will be most fully understood from a detailed discussion of each of the subassemblies 30, 40, 50, 60.

In general terms, the coolant system has a coolant conditioning section 40 with a compressor that provides a conditioned phase change coolant at elevated pressure to the control section 50, which, in turn, regulates the supply of coolant provided to the inlet of the catheter. The return section 60 includes a vacuum pump which continuously draws expended coolant from the catheter at lower pressure and returns it at higher pressure to the coolant conditioner 40, thereby providing a closed circulation loop through the catheter to meet the required ablation or mapping regimens. In the preferred embodiment, the conditioner provides coolant substantially at ambient temperature or colder, and the controller includes an electronically controlled pressure regulator which sets the flow rate of the coolant injected into the catheter, thus regulating the cooling action of the catheter tip. Conditioned coolant is provided to the control section by the conditioner 40, which receives coolant at lower pressure either from the return section 60 or from the supply 30, compresses the coolant to a high pressure, liquefies the coolant, and brings it to approximately ambient temperature at its outlet line 42a leading to the controller. As further shown in FIG. 2, the output from the compressor has a second branch 42b in which excess coolant is not further cooled, but is simply returned to the supply 30.

As noted above, conditioner section 40 in addition to the raising the pressure of the coolant supplied to the regulator for controlled injection into the catheter, also conditions the temperature of the high pressure coolant. This is preferably done as shown in FIG. 2, by heat exchange between the inlet supply line 41 and the compressor outlet line 42. As shown in the figure, the compressor outlet line 42 is placed in heat exchange communication, for example via a condenser or heat exchanger 45b, with the inlet line 41. In addition one output branch 42a of the outlet line 42 is placed in heat exchange communication, for example via heat exchanger 45a, with an upstream portion of the inlet line 41. The compressor 43 operates to compress the coolant from a relatively low pressure, preferably below atmospheric, to a considerably higher pressure, e.g., 20 to 30 atmospheres as measured in its outlet line 42. The material in line 42 is therefore heated by compression, and the heat exchange with inlet line 41 serves to reduce the temperature rise generated by compression. Furthermore, by providing only a portion of compressor output, namely the catheter-directed branch 42a to the upstream, colder portion of the compressor inlet line 41, the catheter injection supply of coolant is effectively brought to or near ambient temperature or colder, while the downstream heat exchange effected in heat exchanger 45b with the entire output of the compressor is cooled to a lesser extent, serving a more traditional function of liquefying the coolant output and enhancing the overall cooling capacity of the compressed fluid. This ordered heat exchange arrangement provides preferentially greater cooling to the catheter-directed supply line, resulting in a stabilized catheter input over a broader range of operating cycles.

6

In FIG. 2 the high pressure return 42b to the tank may be implemented with a pressure regulator located in-line ahead of the tank inlet to assure that coolant is returned to the tank only when its use elsewhere in the circulation loop is not required, and that the pressure in the line first builds up to a level higher than the current tank pressure.

Thus, the system of the present invention provides a closed-loop coolant circulation system wherein coolant is conditioned for provision to the inlet of a control module which injects the coolant into a catheter, and the coolant returns in a closed-loop to provide a continuous circulation of fluid at ambient temperature or colder into the catheter.

FIG. 3 shows a prototype embodiment in greater detail, illustrating representative valves and regulators for implementing a preferred closed-loop coolant supply 200. The coolant supply, compressor, control and return portions of system 200 are numbered with numerals 230, 240, 250, and 260 corresponding to the related subassemblies 30, 40, 50 and 60 of system 20. As shown in this embodiment, a refrigerant tank 231 equipped with a magnetic sight glass 231a to indicate fill level, supplies refrigerant through a needle valve 232 along line 233 to a downstream pressure regulator 235. The pressure regulator 235 converts the nominal tank pressure of several hundred pounds per square inch to a fixed level of 14 psia to provide a constant supply pressure to the inlet line 241 of the compressor. At this stage the refrigerant is boiling at a temperature of about −60° Fahrenheit. The vacuum recovery return line 262 joins the refrigerant inlet line 241 at this point.

The compressor inlet line 241 passes through heat exchanger 245 en route to the compressor 243, and also passes through a condenser 244, so the low pressure liquid in the inlet line 241 is heated by the hot vapor coming out of the compressor, causing it to become a vapor. The compressor 243 takes the vapor and pressurizes it to about 400 psi. The pressurized output passes along line 242 through dryers D and sight glass SG, after which the high pressure outlet line 242 bifurcates into two branches 242b and 242a. An upstream pressure regulator 246 in line 242b builds and maintains pressure in the high pressure output line allowing the regulator to open and return excess refrigerant to the tank 231 when the pressure reaches a preset level, of about 400 psi, which is higher than the nominal tank pressure, e.g., 200 psi.

The second branch 242a of the output line 242 passes through the heat exchanger 245 located in the upstream portion of the input line 241, where it is further cooled to provide a conditioned output to the controller 250, which as shown includes a motorized pressure regulator 254. Pressure regulator 254 controls the flow rate of coolant provided along line 251 to the inlet port of the catheter (illustrated schematically). By way of example, the pressure regulator 254 may be controlled by a control microprocessor in the console to provide coolant at a pressure of 250 psi for a time interval of 2.5 minutes. Control is generally done by actuating the motor of regulator 254 to achieve a desired set point and leaving the regulator at that setting for the indicated time period. A zero to 500 psi pressure transducer 255 is placed in line 251 to provide feedback signals for implementing the control of the regulator 254, which may further employ feedback from the thermocouple in the catheter.

The foregoing values of pressure and duration are given by way of example only, and it will be understood that typical cooling regimens implemented by the control console 120 (FIG. 1) may run from several seconds to five minutes or more, and that the coolant pressures which are

US 6,592,577 B2

7

varied to achieve a desired rate of heat transfer or effective lesion depth may vary from the coolant pressure in the tank to approximately the pressure of the compressor output line 242*a*. Advantageously, the pressure in line 251 remains greater than the saturation pressure of the refrigerant being used such that it does not start to boil before it reaches the tip.

As further shown in FIG. 3, the return line 115*b* from the catheter attaches to vacuum section 260, while a solenoid operated purge valve 257 extends between the catheter inlet line 251 and the low pressure return line 262 from the vacuum scavenging section 260. It will be understood that purge valve 257 will typically be operated to bleed the inlet line when the catheter is first attached and the supply compressor or return pump, respectively, are operated.

The return line 115*b* from the catheter passes via vacuum protection solenoid-operated valve 261 to a vacuum pump 265, which maintains a vacuum in the range of 2 to 40 millibars in the return line, and which increases the pressure of the expended coolant vapor to approximately 15 psi. At the outlet side of the vacuum pump a similar solenoid operated protection valve 261*a* is provided together with a check ball, and an oil filter OF which prevents pump oil from contaminating the circulating coolant or depositing in the coolant valves, catheter passages or other components. A filter, e.g., 0.5 *μ*m, appears in the catheter inlet line 251. The entire vacuum system may be isolated by the solenoid operated protection valves 261, 261*a*, during start-up or during a sensed over-pressure or blood leakage condition, and a check valve 265 prevents any pressure build-up on the vacuum pressure side of the catheter in the event of pump or compressor failure, allowing coolant return directly into the return line 262 and compressor inlet 241. For this purpose, the compressor output or various bypass or check valves 257, 264 are set a pressure slightly higher than the output setting of the tank conditioner regulator 235, so that the coolant normally circulates into the catheter and through the vacuum system back into the compressor as a closed-loop.

In the illustrated embodiment, a coolant refill port 275 is provided at a solenoid operated valve 277 in the compressor inlet line 241, allowing a refrigerant bottle attached at that point to employ the same compressor 243 of the system to refill the supply tank 231. For this purpose, a solenoid operated by-pass valve 237 is also supplied to bypass the upstream high pressure return regulator 246 between the compressor output line 242*b* and the tank, and speed up refill of the tank 231. Preferably, above the tank, a solenoid operated valve 238 connects to a vent port to allow venting of any air which may have accumulated in the refrigerant tank due to leakage through the catheter or tubing. This vent is preferably controlled automatically by a suitable control program in the console 120. Venting may be implemented, for example, by providing a temperature sensor in the refrigerant tank and a pressure sensor at its top. Knowing the temperature of the liquid refrigerant in the tank, the vent may be operated until the saturated pressure is reached for the given refrigerant at the indicated tank temperature. Such a venting step is to be performed each time the console is turned on. In addition to the foregoing elements, various pressure indicators or temperature sensors may be situated along the different lines to indicate operating parameters of the fluid therein. These are preferably sensors or indicators of the process control type wherein, rather than a dial display output, they provide an electrical output which connects to a microprocessor programmed to monitor the various conditions continuously to detect relevant safety, control or maintenance conditions.

8

Referring now to FIG. 4A another embodiment of a closed-loop system is shown schematically, wherein letters A through F correspond to points on a system enthalpy graph depicted at FIG. 4B. Of particular interest in the graph of FIG. 4B are the areas representing a refrigerant in liquid state, gas state, and a mixed state that includes variable percentages of liquid and gas.

The system of FIG. 4A includes a compressor 300 that pressurizes refrigerant in a gas state and passes it through a first cooler or condenser 302. In the condenser 302, the refrigerant transitions from a gas state to a transition or combination liquid and gas state, wherein almost all of the refrigerant is liquid, or if liquid, very close to the point where the refrigerant changes state to a gas. The refrigerant passes through a filter or contaminant remover 304 and thence to a secondary cooler, referred to herein as a subcooler 306. The subcooler 306 chills the refrigerant to a lower temperature than that achieved by the compressor to cause the refrigerant to be completely in the liquid state prior to transfer to a catheter 310. In an exemplary system, the subcooler 306 chills the refrigerant to a temperature colder than 10° C. to enable the catheter tip to be chilled to temperatures as low as −90° C.

Ensuring that the refrigerant is in a liquid state before its introduction into the catheter provides significant performance advantages over known systems. For example, in order to achieved maximum cooling power and maintain a predictable and controlled tip temperature for a coolant injection system as described hereinabove, the refrigerant or coolant should exit the injection tube 1 (see FIG. 1A) as a liquid. However, without a subcooler, the coolant is at or near point "C" as shown in FIG. 4B (at the liquid/gas border). Thus, as it enters the catheter and begins to warm, bubbles form in the coolant and the coolant exits the injection tube 1 in spurts instead of as a stream. In some instances, without a subcooler, only 40% or so of the coolant exits the injection tube 1 as a liquid, as about 60% or so of the coolant has already changed state to a gas. Because, there is less fluid to change state to gas, the cooling power of the device is reduced. Further, the liquid/gas spurts cause significant temperature fluctuations that can adversely affect a selected cryotreatment. Both the reduced cooling power and the temperature fluctuation phenomena are increasingly pronounced and problematic the more the diameter of the catheter and injection tube are reduced.

As shown, the subcooler 306 is located within the console 120 or one of its accessories 115*c*. This helps to minimize weight and cost of a disposable handle and or catheter components, and it allows the catheter to be much smaller in diameter than a catheter having a secondary or subcooler in the handle or in the catheter. Additionally, locating the subcooler 306 in the console and/or its accessories minimizes the space occupied or required by cooling equipment within the catheter, thereby facilitating use of very small diameter catheters (e.g., 3 Fr to 7 Fr) for cryotreatments.

Continuing to refer to FIGS. 4A and 4B, as the refrigerant is ejected from the line leading from the subcooler 306, it is allowed to change phase from a liquid to a gas and to expand in a low pressure or near vacuum environment created by a vacuum pump 312 at the catheter tip 314. FIG. 4B illustrates the sudden transition from liquid to gas as represented by points "D" to "E" to "F" and to "A" on the enthalpy graph. The vacuum pump 312 causes the expanded gas to be returned to the compressor 300 so the cycle can be repeated.

FIGS. 5A and 5B illustrate another cooling system configuration that is similar to the closed-loop system shown in

US 6,592,577 B2

9 10

FIG. 4A. In this embodiment, there is no compressor 300 or condenser 304. Refrigerant is supplied to the system from a tank or cartridge 316 in substantially liquid state or very close to the point where the refrigerant changes state from liquid to gas (point "C" on the graph of FIG. 5B). The refrigerant passes through a filter or contaminant remover 318 and then to a subcooler 320. The subcooler 320 chills the refrigerant to a temperature that causes the refrigerant to be completely in the liquid state (point "D" on the graph of FIG. 5B) prior to transfer to a catheter 322.

As the refrigerant is ejected from the line leading from the subcooler 320, it changes phase from a liquid to a gas and expands at the catheter tip 322 in a low pressure or near vacuum environment created by a vacuum pump 324. FIG. 5B illustrates the sudden transition from liquid to gas as represented by points "D" to "E" to "F" and to "G" on the enthalpy graph. The vacuum pump causes the expanded gas to conveyed to a collection tank or other scavenging system 326. Cryotreatment can continue until the refrigerant supply bottle 316 is no longer capable of providing liquid refrigerant. Down-time, however, can be minimized if a quick-connect/disconnect mechanism 328 is associated with the supply bottle 316. In an alternate configuration, a vacuum pump is not used and the expanded gas is directly conveyed to the collection tank or other scavenging system 326. In still another alternate configuration, the expanded gas is released to the atmosphere surrounding the system, with no scavenging or collecting system used. Various other configurations will be apparent to those skilled in the art based on the disclosures of the present invention.

Referring now to FIGS. 5A and 5C, an alternate arrangement of a cooling system configuration is illustrated. Here refrigerant is supplied to the system from the tank or cartridge 316 in a substantially gas state (point "B" on the graph of FIG. 5C). The refrigerant passes through the filter or contaminant remover 318 (optional) and then to the subcooler 320. The subcooler 320 chills the refrigerant to a temperature that causes the refrigerant to transition to the liquid state (point "D" on the graph of FIG. 5C) prior to transfer to the catheter 322.

As the refrigerant is ejected from the line leading from the subcooler 320, it changes phase from a first liquid state to a second liquid state (points "D" to "E") then to a gas and expands at the catheter tip 322 in a low pressure or near vacuum environment created by a vacuum pump 324. FIG. 5C illustrates the sudden transition from the second liquid state to the gas state as represented by points "E" to "F" and to "G" on the enthalpy graph. The vacuum pump causes the expanded gas to be conveyed to a collection tank or other scavenging system 326. Cryotreatment can continue until the refrigerant supply bottle 316 is no longer capable of providing liquid refrigerant. Again, down-time can be minimized if a quick-connect/disconnect mechanism 328 is associated with the supply bottle 316. It is contemplated that the phase states represented by FIG. 5C can be employed in any of the structural embodiments constructed in accordance with the present invention.

Supplying the refrigerant to the chamber 360 in a gas state has the added advantage of providing consistent control of the flow and temperature characteristics of the refrigerant. Refrigerant in the gas phase is less susceptible to fluctuations that can occur due to the refrigerant's inherently unstable nature at the gas-liquid transition phase.

Although a subcooler is shown with respect to the systems of FIGS. 4A and 5A, such a device can also be included in the systems depicted in FIGS. 2 and 3. A subcooler or subcooling system compatible with these systems can include a Peltier cooler, a Joule-Thompson, a Stirling engine or an independent closed-loop refrigeration system. Additionally, although control of the ratio of gas and liquid in a coolant can be performed with temperature control, the invention also contemplates use of pressure control in the console and subcooler to control the ratio.

FIG. 6 discloses an exemplary, independent, closed-loop subcooler in schematic form. As shown, the subcooler includes a chamber 330 through which passes a coiled refrigerant transfer line 332. A compressor 334 and condenser 336 provide liquid refrigerant that is transferred into the chamber 330 as shown by the arrow marked "Ref. in." The coolant, if compressed gas expands, or if liquid changes state to gas, thereby chilling the transfer line 332 and its contents. The expanded, gas-state coolant is exhausted from the chamber 330 as shown by the arrow marked "Ref. out" and returned to the compressor 334. A capillary tube 338 can be interposed between the condenser 336 and the chamber 330 in order to reduce the flow injected in the heat exchanger 330.

Although the subcooler system of FIG. 6, can provide effective cooling performance, it can also be bulky, noisy, and heat emitting when compared to the subcooling system of FIG. 7. Referring now to FIG. 7A, an insulated enclosure 340 (like chamber 330) encloses a coiled portion of a coolant supply line 342 leading to a medical implement (not shown) as described above. The coolant supply line 342 is in communication with a coolant reservoir 348 (such as bottled, liquid N₂O) to allow coolant to be directed into the enclosure 340. An outlet 350 in communication with a vacuum source 351 is provided to exhaust coolant from the enclosure 340 whereupon it is directed to a scavenging system. Cooling performance can be controlled with a coolant flow regulator 352 that can be made responsive to a temperature sensor 354 within the enclosure 340 that outputs a signal to a temperature controller 355 that controls the flow regulator 352. As discussed above coolant or refrigerant can be supplied in a liquid phase or a gas phase, for example, FIG. 7B is an enthalpy graph (representing refrigerant supplied in the liquid phase) for the system illustrated in FIG. 7A. Alternately, the enthalpy graph shown in FIG. 5C represents the phases of the coolant along the flow path (representing refrigerant supplied in the gas phase).

Referring now to FIG. 7C which is a schematic illustration of an alternate embodiment of a subcooler. Chamber 360 is depicted having an outlet 364. Provided within the camber 360 is a conduit 366, having a first end 367 and a second end 369, defining a fluid flow path for a coolant or a refrigerant. The conduit 366 defines an inlet 362. In practice, a refrigerant is supplied to the first end 367 which then passes through the body of the conduit 366 to the second end 369. After the refrigerant enters the conduit 366 a portion of the refrigerant is directed into the chamber 360 via the inlet 362, the refrigerant then expands to thereby cool the chamber 360 and in turn the conduit 366. The expanded refrigerant is then evacuated from the chamber 360 via the outlet 364. The rate of flow through the inlet 362 can be controlled by the size of the inlet 362 as well as by flow control valves as discussed herein (not shown). The diameter of the inlet 362 can range from 0.0001 to –0.03 inches. In an exemplary embodiment the diameter of the inlet 362 is 0.002 inches. The rate of subcooling affected within the chamber 360 can be regulated by adjusting the flow rate of the outlet 364. By decreasing the flow rate allowed at the outlet 364, the amount of refrigerant entering the chamber 360 via the inlet 362 is thereby decreased and the subcooling

US 6,592,577 B2

11

reduced. Further, it is contemplated that the location of the inlet 362 along the conduit 366 can be varied, for example, the inlet 362 can be provided closer to the second end 369 than is shown in FIG. 7C. It is also contemplated the that the location of the outlet 364 along the chamber 360 can be varied, for example the outlet 364 can be provided closer to the first end 367 than is shown in FIG. 7C. In an alternate configuration where a refrigerant is supplied to the subcooler in a liquid phase, it is advantageous to place the inlet 362 close to the first end 367 and the outlet 364 close to the second end 369. Alternatively, when the refrigerant is supplied to the subcooler in a gas phase, it is advantageous to provide the inlet 362 close to the second end 369 and the outlet 364 close to the first end 367. It is contemplated that the subcooler shown in FIG. 7C can be used in systems as shown in FIGS. 4A, 5A, 7A, 9 and 10 as well as other such systems.

Referring now to FIG. 7D which is a schematic view of another alternate embodiment of a subcooler illustrated in more detail. FIG. 7D illustrates another cooling system configuration that is similar to the closed-loop system shown in FIG. 5A with an alternate subcooler location and further incorporating the exemplary subcooler arrangement of FIG. 7C. Refrigerant is supplied to the system from a tank or cartridge 516 in substantially liquid state or substantially gas state as discussed in detail above. The refrigerant passes through a filter or contaminant remover 518 (optional) and then to a junction 519. One branch of the junction passes through a vent system 521 and the other branch passes through subcooler 520. The subcooler 520 chills the refrigerant to a temperature that causes the refrigerant to be in the liquid state prior to transfer to a catheter 522. The arrangement shown in FIG. 7D has the added advantage of permitting placement of the subcooler within accessories external to the console, for example, in an connection box as shown in FIG. 10 below, in a catheter handle assembly or any other such device located between the catheter and the console.

The function of the system shown in FIG. 7D follows that described above. It is contemplated that the subcooler embodiment shown in FIG. 7C can be used in any of the alternate systems discussed herein. It is further contemplated that the physical arrangement of the individual components can follow the layout shown in FIG. 7D as well as other arrangements disclosed herein.

Referring now to FIG. 8A, yet another configuration for a subcooler is illustrated in conjunction with a control system for the subcooler. As with configurations described above, this illustration depicts a chamber 360, having an inlet 362 and an outlet 364, provides a flow path for refrigerant such as nitrous oxide or another fluid. A conduit 366 that defines a second fluid flow path for the same refrigerant passes through the chamber 360 and is in fluid communication with a refrigerant supply upstream of the chamber and a medical device downstream from the chamber. As shown, a fluid flow splitter 368 can allow a common refrigerant source to be used for supplying the chamber 360 and the conduit 366.

A programmable controller 370 is in communication with and controls one or more valves, such as a first valve 372, to regulate flow of coolant through the conduit 366 and into the medical device in response to a programmed cooling profile and in response to sensor outputs from the catheter. Additionally, the controller 370 can be used to control a second valve 374 to regulate flow of coolant through the chamber 360 in response to sensed temperature within the chamber. For example, the controller 370 can establish a duty cycle that opens and closes the second valve 374

12

repeatedly over time. If the temperature rises in the chamber 360 the second valve 374 can be opened and closed more frequently. By contrast, if the temperature in the chamber falls too far, the second valve 374 can be cycled less frequently. Another example includes establishing a duty cycle to specifically regulate the temperature increases and decreases at the treatment site. It has been found advantageous to be able to precisely control the freezing and thawing rates when performing a procedure as described above. Further, by sensing the actual temperatures and adjusting the opening and closing of the system valves, the application of specific temperature regimens can be accomplished.

Referring now to FIG. 8B, yet another configuration for a subcooler is illustrated in conjunction with a control system for the subcooler. The subcooler feature is provided by a thermoelectric cooler 400, such as a peltier cooler, the operation of which is known in the art. The thermoelectric cooler has a hot side 420 and a cold side 440. A conduit 466 is provided adjacent and in thermally-conductive communication with the cold side 440 of the thermoelectric cooler 400. A supplemental cooler 460 is provided adjacent to and in thermally-conductive communication with the hot side 420 of the thermoelectric cooler 400. The conduit 466, the thermoelectric cooler 400 and the supplemental cooler 460 are enclosed by a housing 480. The supplemental cooler 460 is connected to an external cooling source 500 which can be any of the cooling arrangements disclosed herein or other such devices, for example, a compressor system as shown in FIG. 6 can be used.

Operation of the device shown in FIG. 8B is now discussed. When the thermoelectric cooler is activated, the temperature of the cold side 440 is reduced and thereby reduces the temperature of the adjacent conduit 466, which in turn reduces the temperature of refrigerant passing through the conduit 466. Further, the hot side 420 increases in temperature. The cooling source 500 supplies cold energy to the supplemental cooler 460 which thereby cools the adjacent hot side 420. By cooling the hot side 420, heat is removed from the housing 480 and the cooling efficiency of the supplemental cooler 460 is increased. As described above, it is desirable to provide a reduced temperature to the conduit 466 to thereby liquify any refrigerant or coolant that is passed through the conduit 466. It is further contemplated that the hot side 420 can be cooled by more conventional means such as moving air across the hot side 420. Additionally, a heat sink can be provided in thermal communication with the hot side 420 to increase cooling efficiency. Operations of such devices will be readily apparent to one skilled in the art based upon the disclosure of the present invention.

As discussed above, one significant advantage provided by the present invention is that subcooling systems can be located within the console 120 or its accessories 115c instead of in the catheter or in the catheter handle (the part held by the surgeon to manipulate the catheter). Thus, as used by applicant, "console" is intended to mean any component that is not a part of the operative implement. For example, in the systems shown, the "console" can be considered to be everything but the catheter and the handle. Illustrations of this feature are shown in FIGS. 9, 9A and 10, wherein FIG. 9A illustrates exemplary subcooling system components 380 being located entirely within the console 120. FIG. 10 illustrates a system wherein a subcooler 382 is positioned within an ECG connection box 384. Although the subcooler 382 can be configured for cooling as described above, it can include any other known cooling device that can be located within an accessory such as an ECO connection box.

US 6,592,577 B2

13

The invention being thus disclosed and described in illustrative embodiments herein, variations and modifications as well as adaptations of the invention to other systems will occur to those skilled in the art, and all such variations, modifications and adaptations are considered to lie within the scope of the invention as described herein and defined in the claims appended hereto and equivalents thereof.

What is claimed is:

1. A cryogenic medical system comprising:

a medical device, wherein the medical device includes a catheter;

a system component, the system component being connectable to the medical device at a connection point, the system component controlling temperature of the medical device, and the system component including

a first cooling system directing coolant to the medical device at a first temperature along a coolant supply line; and

a second cooling system chilling the coolant within the coolant supply line to a temperature below the first temperature before the coolant reaches the connection point,

wherein the first cooling system includes a coolant return line leading from the catheter to a coolant scavenging system, and wherein the first cooling system and the catheter comprise a substantially open-loop, and

wherein the second cooling system includes an enclosure having a fluid inlet and a fluid outlet; the enclosure defining a fluid path from the inlet to the outlet, and the enclosure enveloping a portion of the coolant supply line, and

wherein the inlet is provided inside the enclosure.

2. The system of claim 1, wherein coolant is supplied to the first cooling system in a substantially liquid state.

3. The system of claim 1, wherein coolant is supplied to the first cooling system in a substantially gaseous state.

4. The system of claim 3, wherein the second cooling system chills the coolant within the first cooling system and coolant supply line from a substantially gaseous state to a substantially liquid state.

5. A cryogenic medical system comprising:

a medical probe;

a system component external to the medical probe, including

a first cooling system comprising a substantially closed loop first fluid pathway, the first cooling system comprising

a coolant supply line leading to the medical probe, and

a coolant return line leading from the medical probe;

a first compressor outputting coolant into the coolant supply line;

a vacuum pump in fluid communication with the first compressor and the coolant return line; and

a second cooling system conditioning the coolant within the coolant supply line, the second cooling system comprising

a heat exchanging chamber defining a closed volume second fluid pathway and having at least one fluid inlet and at least one fluid outlet, the chamber enclosing a portion of the coolant supply line, the portion of the coolant supply line defining at least one orifice in fluid communication with the first

14

fluid pathway, the orifice being the fluid inlet for the second fluid pathway.

6. The system of claim 5, wherein the medical probe is a flexible catheter.

7. The system of claim 5, wherein the at least one orifice has a diameter between 0.0001 and 0.03 inches.

8. The system of claim 5, wherein the at least one fluid outlet has adjustable size, and wherein a rate at which the second cooling system exchanges heat with the first cooling system is adjustable by varying the adjustable size of the at least one fluid outlet.

9. The system of claim 5, wherein the chamber comprises a proximal end portion and a distal end portion, and wherein the at least one outlet is proximate the proximal end portion and the at least one fluid inlet is proximate the distal end portion.

10. The system of claim 8, wherein coolant is supplied to the first cooling system in substantially a liquid state.

11. The system of claim 5, wherein the chamber comprises a proximal end portion and a distal end portion, and wherein the at least one outlet is proximate the proximal end portion and the at least one fluid inlet is proximate the proximal end portion.

12. The system of claim 11, wherein coolant is supplied to the first cooling system in substantially a gaseous state.

13. A cryogenic medical system comprising:

a medical probe;

a system component external to the medical probe, including

a first cooling system comprising a substantially closed loop first fluid pathway, the first cooling system comprising

a coolant supply line leading to the medical probe, and

a coolant return line leading from the medical probe;

a first compressor outputting coolant into the coolant supply line;

a vacuum pump in fluid communication with the first compressor and the coolant return line; and

a second cooling system conditioning the coolant within the coolant supply line, the second cooling system comprising

a thermo-electric cooler having a first heat exchanging surface and a second heat exchanging surface, the second heat exchanging surface being cooler than the first heat exchanging surface, the second heat exchanging surface being proximate a portion of the coolant supply line, the first heat exchanging surface being proximate a supplemental external cooling source.

14. The system of claim 13, wherein the thermo-electric cooler is a peltier cooler.

15. The system of claim 13, wherein the supplemental external cooling source includes a convective air cooler.

16. The system of claim 13, wherein the supplemental external cooling source includes a heat sink.

17. The system of claim 13, wherein the supplemental external cooling source includes a second compressor and a condenser.

18. The system of claim 13, wherein the supplemental external cooling source includes a Joule-Thomson cooling device.

*  *  *  *  *

# EXHIBIT D



US006887234B2

(12) **United States Patent**

Abboud et al.

(10) Patent No.:     **US 6,887,234 B2**
(45) Date of Patent:          **May 3, 2005**

(54) **CRYOGENIC CATHETER SYSTEM**

(75) Inventors: **Marwan Abboud**, Pierrefonds (CA);
**Johnny Al Asmar**, Montréal (CA);
**Jean-Pierre Lalonde**, Verdun (CA)

(73) Assignee: **CryoCath Technologies Inc.**, Kirkland
(CA)

( * ) Notice:     Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 161 days.

(21) Appl. No.: **10/252,501**

(22) Filed:     **Sep. 23, 2002**

(65)          **Prior Publication Data**

US 2003/0018326 A1 Jan. 23, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/489,644, filed on Jan. 24,
2000, now Pat. No. 6,468,268.
(60) Provisional application No. 60/117,175, filed on Jan. 25,
1999.

(51) **Int. Cl.**[7] ............................................. **A61B 18/18**
(52) **U.S. Cl.** ................................. **606/21**; 606/23
(58) **Field of Search** ..................................... 606/20–27

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,823,575 | A | | 7/1974 | Parel |
| 3,859,986 | A | | 1/1975 | Okada et al. |
| 4,522,194 | A | | 6/1985 | Normann |
| 5,139,496 | A | * | 8/1992 | Hed ............................ 606/23 |

| | | | | |
|---|---|---|---|---|
| 5,207,674 | A | | 5/1993 | Hamilton ...................... 606/20 |
| 5,423,807 | A | | 6/1995 | Milder |
| 5,651,780 | A | | 7/1997 | Jackson et al. |
| 5,658,278 | A | | 8/1997 | Imran et al. |
| 5,674,218 | A | | 10/1997 | Rubinsky et al. |
| 5,743,903 | A | | 4/1998 | Stern et al. |
| 5,759,182 | A | | 6/1998 | Varney et al. |
| 6,019,783 | A | | 2/2000 | Philips et al. |
| 6,027,500 | A | | 2/2000 | Buckles et al. |
| 6,106,518 | A | | 8/2000 | Wittenberger et al. |
| 6,190,378 | B1 | * | 2/2001 | Jarvinen ...................... 606/21 |
| 6,293,943 | B1 | * | 9/2001 | Panescu et al. ............... 606/41 |
| 6,468,268 | B1 | | 10/2002 | Abboud et al. |
| 2002/0026182 | A1 | * | 2/2002 | Joye et al. ..................... 606/21 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0651308 | 3/1995 |
| GB | 2026324 A | 2/1980 |
| WO | WO 96/30816 | 10/1996 |
| WO | WO 98/37822 | 9/1998 |

* cited by examiner

*Primary Examiner*—Roy D. Gibson
(74) *Attorney, Agent, or Firm*—Christopher & Weisberg,
P.A.

(57)          **ABSTRACT**

A cryogenic catheter system provides safe and effective
treatment of tissue. The system includes a catheter that is
coupled to a console via fluid and electrical umbilicals. The
console controls the overall operation of the system based to
provide and maintain a predetermined temperature at the
catheter tip. The console also controls and monitors oper-
ating parameters for providing warning indications to the
user and terminating operation of the system in the event of
a failure that may compromise patient safety.

**10 Claims, 13 Drawing Sheets**





*FIG. 1*



*FIG. 2A*



*FIG. 2B*



*FIG. 3*



*FIG. 4*

*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*



*FIG. 9*



*FIG. 10*



*FIG. 11*



*FIG. 12*



*FIG. 13*



FIG. 14

US 6,887,234 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## CRYOGENIC CATHETER SYSTEM

### CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation of Ser. No. 09/489,644 filed Jan. 24, 2000 now U.S. Pat. No. 6,468,268, which claims priority from U.S. Provisional Patent Application No. 60/117,175, filed on Jan. 25, 1999.

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH

Not Applicable.

### FIELD OF THE INVENTION

The present invention relates to tissue ablation, and more particularly, to cryogenic catheter systems.

### BACKGROUND OF THE INVENTION

Many medical procedures are performed using minimally invasive surgical techniques where one or more slender implements are inserted through a small incision into a patient's body. Minimally, invasive surgical implements for ablating tissue can include a rigid or flexible structure having an ablation device at or near its distal end that is placed adjacent to the tissue to be ablated.

There are many procedures that include ablating certain tissue. For example, cardiac arrhythmias can be treated through selective ablation of cardiac tissue to eliminate the source of the arrhythmia. One type of minimally invasive procedure includes the use of an ablation catheter subsequent to a preliminary step of electrocardiographic mapping. After examination of the mapping results, one or more ablated regions (lesions) are created in the cardiac tissue.

A number of cooled catheter systems (cryocatheters) have been developed for treating tissue in a cardiac setting, either to cool the tissue sufficiently to stun it and allow cold mapping of the heart and/or confirmation of catheter position with respect to localized tissue lesions, or to apply a more severe level of cold to ablate tissue at the site of the catheter ending. In general, the range of treatments which may be effected by a cryocatheter is comparable to the range of applications for RF or thermal ablation catheters, and in particular, these instruments may be configured to achieve either small localized ball shape lesions at the tip of the catheter, or one or more elongated linear lesions extending a length of several centimeters or more along the tip. Elongate lesions are commonly used to achieve conduction block across a region of the cardiac wall so as to sever a re-entrant pathway, thereby preventing conduction across the region, in order change the cardiac signal path topology. For example, it may be desired to eliminate a re-entrant pathway responsible for atrial fibrillation or a tachycardia.

In general, when used for endovascular access to treat the cardiac wall, for example, catheters of this type must meet fairly demanding limitations regarding their size, flexibility, strength, electrical conductivity and the like which affect their safety. These constraints generally require that the catheter be no larger than several millimeters in diameter so as to pass through the vascular system of the patient to the heart. Thus, any electrodes (in the case of mapping or RF/electrothermal ablation catheters), and any coolant passages (in the case of cryocatheters) must fit within a catheter body of small size.

In addition, there are important safety considerations when using cryogenic catheters for non-invasive procedures.

For example, the cryogenic fluid used to cool the catheter tip may leak so as to enter the patient's body. Further, a vacuum used to exhaust spent fluid may remove blood from the patient into the fluid recovery reservoir. In addition, a particular procedure may have to be aborted prematurely without achieving the desired therapeutic effect if the cryo-catheter system has insufficient coolant.

Furthermore, it may be desirable to treat tissue using a predetermined time and temperature schedule. However, manually timing the length of a procedure and repeatedly adjusting the tip temperature can lead to operator error, as well as inefficient treatment of the tissue. That is, the applied cryogenic energy may not be applied so as to maximize tissue destruction. In addition, the actual tip temperature may be different than a selected temperature due to thermal variations at the treatment site.

It would, therefore, be desirable to provide a cryogenic catheter system that controls and monitors operating parameters, automatically if desired, to achieve safe and effective cryogenic treatment of tissue.

### SUMMARY OF THE INVENTION

The present invention provides a cryogenic catheter system that controls and monitors mechanical and electrical operating parameters of the system to ensure safe and optimal treatment of tissue. The cryogenic system includes a catheter for treating tissue, a console for controlling overall system operation, and an umbilical system for providing refrigerant and electrical paths between the catheter and the console.

The catheter can be a spot-type with a rounded tip for creating a relatively round, concentrated region of destroyed tissue. Alternatively, the catheter can be a linear-type to create an elongate lesion. In general, liquid coolant flows from the console via an inlet path in a mechanical umbilical. The pressurized coolant evaporates in the catheter tip to cool the tip to a predetermined temperature. The spent coolant returns to the console under vacuum via a return path in the mechanical umbilical. The coolant is compressed and captured in a recovery tank.

The console controls and monitors system operation to provide safe and effective treatment of a patient. The console includes a user interface to allow selection of manual mode or automatic mode, which sets the catheter to a desired time and temperature treatment schedule. The console controls the catheter tip temperature by monitoring the actual tip temperature, by means of a thermocouple for example, and adjusting the coolant injection pressure as needed to achieve the desired tip temperature.

The console also monitors system operational parameters to ensure that patient safety is not compromised. The console determines whether a detected fault is a warning condition, which may allow a procedure to continue, or is a failure condition, in which case the injection of coolant should be stopped. In general, any fault that compromises patient safety results in a failure condition that terminates the procedure.

The system can also include a leak detection system for detecting the presence of foreign liquid, such as blood, within the closed coolant path. In an exemplary embodiment, the leak detection system includes a first sensor located in the catheter tip and a second sensor disposed within the catheter handle. The leak detection system can include a third sensor in the console for preventing a blood from reaching the vacuum pump.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be more fully understood from the following detailed description taken in conjunction with the accompanying drawings, in which:

US 6,887,234 B2

**3**

FIG. 1 is a diagrammatic depiction of a cryogenic catheter system in accordance with the present invention;

FIG. 2A is a detailed view of a spot-type catheter forming a part of the system of FIG. 1;

FIG. 2B is a detailed view of a linear-type catheter forming a part of the system of FIG. 1;

FIG. 3 is a schematic diagram of a refrigeration system that can form a part of the system of FIG. 1;

FIG. 4 is a schematic diagram of an injection section of the system of FIG. 1;

FIG. 5 is a schematic diagram of a recovery section of the refrigeration system of FIG. 1;

FIG. 6 is a schematic diagram of the system of FIG. 1 having a leak detection system;

FIG. 7 is a pictorial and schematic diagram of console components;

FIG. 8 is a schematic block diagram of a temperature control system of the console;

FIGS. 9 and 10 are schematic block diagrams of watchdog system of the console;

FIG. 11 shows exemplary procedure panels for being shown on a display that forms a portion of the console;

FIG. 12 shows exemplary recall panels for being shown on a display;

FIG. 13 shows exemplary maintenance panels for being shown on a display; and

FIG. 14 shows exemplary warning/failure panels for being shown on a display.

## DETAILED DESCRIPTION OF INVENTION

FIG. 1 shows a cryogenic catheter system 100 in accordance with the present invention. The system 100 includes a treatment catheter 102 coupled to a console 104 via an umbilical system 106. The umbilical system includes an electrical umbilical 108 that contains signal lines for cardiac monitoring and/or mapping that are ultimately coupled to a an ECG monitor. The electrical umbilical 108 can include an ECG box 111 to facilitate a connection from ring electrodes 116 (FIGS. 2A–B) to the ECG monitor. A coolant injection umbilical 112 and a coolant vacuum umbilical 110 provide respective inlet and return paths for a refrigerant or coolant used to cool a tissue-treating end 114 of the catheter. The console 104 provides a user interface to the system and houses the electronics and software for controlling and recording the ablation procedure, for controlling delivery of liquid refrigerant under high pressure through the umbilical to the catheter, for controlling the recovery of the expanded refrigerant vapor from the catheter under vacuum, and for controlling a compressor to pressurize the coolant vapor into a liquid stored in a recovery tank.

The cryoablation system 100 produces controlled cryogenic temperatures at the tip of a family of long, flexible catheters which can be inserted through various passages of the body. One application of the system is delivering cold to the inner walls of a beating heart by approaching the heart through the body's vasculature from punctures in the skin. This procedure is done to correct electrophysiological abnormalities leading to irregular or errant heartbeats. It selectively destroys (ablates) the electrical characteristics of groups of heart cells (arrhythmogenic sites) which cause or propagate the abnormality. However, the cryoablation system 100 can be used for any procedure that benefits from the application of extreme cold to tissue, and is therefore not limited to cardiac procedures.

**4**

FIGS. 2A–B show two exemplary catheters in a family of sterile disposable catheters. FIG. 2A shows a "spot" tip type catheter 102a and FIG. 2B shows a "linear" tip type catheter 102b. Both catheters 102a,b carry ring electrodes 116 for sensing the body's electrical signals and thermocouples 118 for sensing the temperature of the tip 114. The ring electrodes 116 aid the clinician in locating and verifying the sites of cardiac arrhythmia using standard intracardiac recording and in positioning the catheter to ablate the arrhythmogenic site.

The spot tip catheter 102a has a small rounded tip 114 which contacts the heart in a "spot" yielding a concentrated zone of destruction. The tip temperature is measured at an outside surface of the catheter tip.

The linear catheter 102b delivers cold along a long cylindrical tip 114 to create a line of destruction in tissue. In certain cardiac procedures, this is done to block off the effects of entire sections of the heart which could lead to atrial fibrillation, atrial flutter, or some extensive ventricular tachyarrhythmias. The temperature can be measured at an inside surface of the catheter tip. Further catheter tip structures are disclosed in co-pending and commonly assigned U.S. patent application Ser. No. 08/893,825, entitled Cryosurgical Linear Ablation Structure, filed on Jul. 11, 1997, which is incorporated herein by reference.

FIG. 3 shows a refrigeration system or mechanical assembly 150 that supplies refrigerant to the catheter 102. The refrigerant expands in the tip 114 of the catheter to cool it to a selected temperature. The refrigeration system 150 includes an injection section 152 for providing liquid coolant to the catheter, a recovery section 154 for recovering the vaporized coolant, and an intermediate or evacuation section 156 for evacuating refrigerant remaining in the catheter after an injection procedure is terminated.

The injection section 152 provides liquid refrigerant on demand at a high variable pressure to the catheter 102. The injection section 152 includes a source of compressed gas 158, e.g., $CO_2$, coupled to a check valve 160. A pressure regulator 162 is coupled to the check valve 160 to bring the gas pressure down to an exemplary pressure of about 500 psia. The pressure regulator 162 is connected to a refrigerant tank 164 that holds a refrigerant, such as AZ-20 refrigerant made by Allied Signal. A load cell 166, used to measure the refrigerant level inside the tank, is placed in communication with the tank 164. A second pressure regulator 168, which is a proportional valve, is used to vary the refrigerant pressure from about 300 psia to 500 psia, for example. An injection solenoid valve 170 is coupled to the second pressure regulator 168 to turn injection on and on and off. A pressure transducer 172 monitors injection pressure. Umbilical tubing 174 and catheter tubing 176 provide a pathway for the refrigerant from the tank 164 to the catheter 102.

When coolant is injected into the catheter tip, the compressed gas source 158 provides about 500 psia of pressure through the check valve 160 and the pressure regulator 162 to the refrigerant tank 164. The gas pressure pushes liquid refrigerant from the tank through the proportional valve 168, through the injection solenoid valve 170, which is open, out of the console 104 and into the umbilical, and, finally, into the catheter tubing.

During injection the proportional valve 168 is used to control the pressure, which is monitored by a pressure transducer 172 in the injection line which, in turn, varies the flow rate of refrigerant to the catheter tip 102. An increase in the flow rate (less restriction by the pressure regulator 168) lowers the temperature of the catheter tip. Conversely,

US 6,887,234 B2

5

decreasing the coolant flow rate allows the catheter tip to be warmed by its surroundings, i.e. raises the tip temperature. The proportional valve 168 is controlled by software, as described below.

The recovery section 154 provides a vacuum that creates a high differential pressure relative to the injection tube at the catheter tip 102, causing the refrigerant to rapidly change to a gas state, thereby producing a dramatic drop in the temperature of the catheter tip. The recovery section 154 also evacuates spent refrigerant from the catheter and re-condenses the vapor to a liquid state for safe storage and removal. Transducers 178 monitor the gas pressures at various points to monitor operation of the coolant recovery.

The recovery section 154 of the coolant system includes relatively large diameter catheter tubing 180 and umbilical tubing 182 coupled to a vacuum solenoid valve 184. A vacuum check valve 186 is coupled between the solenoid 184 and a flow meter 188. A vacuum pump 190 is coupled between input and output pressure transducers 178. A second check valve 192 is connected to the second pressure transducer and is also coupled to a compressor solenoid valve 194. The compressor solenoid check valve 196 is coupled to a compressor 198 for allowing refrigerant recovery in a refrigerant recovery tank 200 equipped with venting check valve 202. A load cell 204 is coupled to the tank 200.

The vacuum pump 190 and the compressor 198 run whenever electrical power is being applied to the system. If coolant is not being injected, the compressor solenoid valve 194 is closed and any air that the vacuum pump 190 has drawn in is exhausted from the system through the check valve 202. This prevents excess air from building up in the refrigerant recovery tank 200. The pressure transducer 178 and the flow meter 188 in the recovery line can detect if the catheter 102 is not connected to the system. If the catheter 102 is not connected, the vacuum solenoid valve 184 switches to atmosphere to prevent the vacuum pump 190 from pumping air, which will cause it to overheat. If the catheter 102 is connected, and coolant is not being injected, the vacuum solenoid valve 184 closes to atmosphere and opens to the vacuum pump 190, creating a deep vacuum (less than 0.2 psia) in the large diameter catheter and umbilical tubing 180, 182.

When coolant injection is occurring, the compressor solenoid valve 194 is open. The vacuum in the large diameter catheter and umbilical tubing creates a large pressure drop at the tip of the catheter 102, causing the high pressure liquid refrigerant to suddenly expand into a gas and cool. The vacuum sucks the gas from the tubing, through the vacuum solenoid 184, in through the vacuum pump 190, through the compressor solenoid 194 and into the compressor 198. The gas is then compressed to an exemplary pressure of about 240 psia (at 25° C.) to liquefy it, which is then pumped into the refrigerant recovery tank 200. The check valve 202 on the tank vents off excess air that may have entered the system during catheter hookup.

The evacuation system 156 removes any refrigerant remaining in the injection line after injection has been terminated. The evacuation system 156 includes a post injection solenoid valve 206 coupled to a 3-way vent valve 208. Pressure transducers 172, 210 are coupled on either side of the solenoid valve 206.

When refrigerant injection is initiated, the vent valve 208 switches from the vacuum pump 190 inlet to the compressor 198 inlet. When the injection is terminated (the injection valve closes), the post injection valve 206 opens. In this configuration, the injection lines at the outlet of the injection

6

solenoid 170 now open to the inlet of the compressor 198. This is done because as the refrigerant is evacuated from the lines, it expands dramatically and the vacuum pump 190, under normal conditions, is not intended to handle this volume of gas. The pressure transducers in evacuation section 156 measure the line pressures.

As shown in FIG. 4, another embodiment of an injection section of the cooling system includes a source of compressed gas, e.g., $CO_2$ in a tank to which a check valve CV6 is coupled. A primary pressure regulator brings the gas pressure down to about 600 psig and a secondary pressure regulator brings the pressure down to about 525 psig. Refrigerant, such as AZ-20, is stored in a tank coupled to a differential pressure transducer for measuring the coolant level in the tank.

A proportional valve is controlled by a PID (described below) for varying the coolant pressure from about 250 psig to about 500 psig. An injection solenoid valve activates the injection circuit and a pressure transducer PT1 monitors the injection pressure. When an injection of refrigerant takes place, the compressed gas provides pushes liquid refrigerant from the tank, through the proportional valve. The SV5 is open only for two seconds, to let the catheter reach high flow which increases the cooling rate, so that it takes 30 seconds or less for the temperature to reach minus 35 degrees Centigrade or colder. The refrigerant flows through the injection SV1 which is now open, out of the console and into the umbilical, and finally, into the small diameter catheter tubing.

During injection mode the proportional valve is used to vary the pressure, which is monitored by the pressure transducer PT1, and the proportional valve in the injection line varies the flow rate of refrigerant to the catheter tip. An increase in the flow rate (less restriction by the regulator) lowers the temperature of the catheter tip. Conversely, decreasing the flow rate allows the catheter tip to be warmed by its surroundings. The proportional valve can be adjusted on a console screen (mechanical monitoring) by setting the PID injection pressure and can be driven by system software in automatic mode.

During injection mode, refrigerant flows to the catheter via the umbilical for cooling tissue to a predetermined temperature. Initially valves S1, S2, S4, S5 and S6 are activated simultaneously. However, S5 is turned off about two seconds later. Valve S5 fills the umbilical injection section tube and improves the cooling rate. Software controls the pressure regulator based on the optimal position calculated by the PID temperature controller, which is described below.

As shown in FIG. 5, the recovery section of the plumbing circuit serves two primary functions. The first is to provide a vacuum which creates a high differential pressure relative to the injection tube at the catheter tip. This causes the refrigerant to rapidly change to a gas state, producing a dramatic drop in the temperature of the tip. The second primary function is to evacuate the spent refrigerant from the catheter and to recondense it to a liquid state for safe storage and removal. Transducers monitor the gas pressures at various points in the recovery plumbing.

A vacuum solenoid valve SV3 has check valves CV1, CV2 coupled on either side with a mass flowmeter connected inline to monitor the flow rate. Pressure transducers PT2–5 monitor pressure at various points in the recovery section. A vacuum pump is coupled to the compressor and a condenser is coupled to the compressor to facilitate coolant recovery into the recovery tank.

US 6,887,234 B2

7

The vacuum pump and compressor are running when electrical power is applied to the system. If an injection of refrigerant is not taking place, the compressor solenoid valve SV4 is closed and any air that the vacuum pump may draw in is exhausted from the system through the solenoid valve SV4. This prevents excess air from building up in the refrigerant recovery system. A pressure transducer and a flow-meter in the recovery line can detect if a catheter is not connected to the system. If a catheter is not connected, the vacuum solenoid valve SV3 switches to atmosphere to prevent the vacuum pump from pumping air, which will cause it to overheat. If a catheter is connected, in the no injection "idle" mode, the vacuum solenoid valve closes to atmosphere and opens to the vacuum pump, creating a deep vacuum (less than 0.5 psia) in the catheter and umbilical tubing.

When an injection takes place, the compressor solenoid valve opens. The vacuum in the catheter and umbilical tubing creates a large pressure drop at the tip of the catheter, causing the high pressure liquid refrigerant to suddenly expand into a gas and cool. The vacuum sucks the gas from the tubing, through the vacuum solenoid SV3, in through the vacuum pump, through the SV4 and into the compressor. The gas is then compressed until at about 240 psig (at 25° C.), it liquefies through the condenser and is pumped into the refrigerant recovery tank. There is a 350 psig check valve on the tank that vents off CO2 and excess air that may have entered the system during catheter hookup. The refrigerant tank level, measured by the load cell, is considered "full" when it is 80% full of liquid refrigerant.

After injection, the evacuation section is activated to evacuate the refrigerant from both the umbilical tubes. Valves S1, S5 and S6 are inactive during evacuation while valves S2, S4, and S3 are active. The watchdog system, which is described below, closes the pressure regulator.

FIG. 6 shows the cryogenic catheter system 100 having a leak detection system for detecting a fluid, such as blood, within the closed coolant flow network. The leak detection system includes a first sensor 300 located in the catheter tip 114. The first sensor 300 detects the presence of blood internal to the catheter tip 114. In an exemplary embodiment, the first sensor 300 measures the impedance between a dummy wire inside the catheter and the catheter tip. If the impedance is outside a predetermined range, the first sensor 300 provides a blood detection signal to the console, which then stops the flow of injection fluid but maintains the vacuum.

The leak detection system further includes a second sensor 302 located in the catheter handle 304 for detecting blood within the coolant stream. In one embodiment, the second sensor 302 is an optical type sensor. Upon detecting blood in the coolant, the second sensor 302 provides an indication to the console 104, which then terminates vacuum pressure on the coolant to prevent blood from being removed from the patient.

The leak detection system can also include a third sensor 306 located in the console 104 in communication with the coolant return path. When the third sensor 306 detects a liquid, such as blood, within the coolant recovery path, the console 104 terminates vacuum pressure to prevent the blood from reaching the vacuum pump 190 (FIG. 3).

FIG. 7 shows an exemplary embodiment of the console 104 having an LCD touch screen that displays console status and data, and accepts user data and control inputs. Various discrete indicators, controls, and displays show console status and allow inputs for manual system operation. In an

8

exemplary embodiment, a user interface 402 includes a start (injection) button 402b allows the injecting refrigerant into the catheter and a stop (injection) button 402c stops the delivery of refrigerant. The stop injection button 402c over-rides software control in automatic mode, thus acting as an emergency backup control. An injection on light 402d illuminates when the start injection button 402b is pressed and remains illuminated until refrigerant injection is stopped. An LED temperature readout 402e displays the actual catheter tip temperature as measured by a thermo-couple 118 (FIG. 2B) located in the catheter tip. The LED display independently confirms the temperature displayed on the touch screen.

A standard ISA bus 404 is coupled to a CPU 406, a touch screen control 408, and a data acquisition interface (DAI) 410, along with various peripheral devices, such as a hard disk 412 and a floppy disk 414. The DAI 410 contains signal conditioning circuits required for conveying information to the CPU 406. The CPU 406 acts as a graphical display controller, patient data processor, and controller for auto-matic operation modes. A patient interface 418 is coupled to the data acquisition interface 410, and is connected to the catheter 102 through a patient overload protection module 420 and an ECG connection box 422. The patient interface 418 transmits system operating parameters including cath-eter tip temperature, catheter type (spot/elongate) and con-nection status across an electrical isolation barrier and ultimately to the CPU 406.

An electro mechanical interface 424 contains various driver circuits for the controlling components, e.g., valves, in the mechanical assembly 426, e.g., the refrigeration system 150 (FIG. 3), and driver circuits for interfacing to the front panel controls & indicators box 402. A PID controller 428 generates a control voltage to drive the proportional valve 168 to control the pressure in the mechanical assembly 424 (refrigeration system 150, FIG. 3).

An audio generator 430 synthesizes audio tones that correspond to pressing panel control keys, injection status on, and console warnings or failures. The audio generator activates a speaker 432 that generates the sounds corre-sponding to the audio tones.

A watchdog system 434 is coupled to the mechanical assembly 426 via the electromechanical interface 424. The watchdog system 434 receives data from the data acquisition interface 410 for generating control signals for the mechani-cal assembly 426. In an exemplary embodiment, the watch-dog system 434 directly controls the injection valve 170 (FIG. 3), the vent valve 208, and the vacuum valve 184 in the mechanical assembly. The watchdog system 434 also monitors console status and generates warning and failure signals and controls failure states of the mechanical assem-bly. In an exemplary embodiment, the watchdog system 434 is implemented in a field programmable gate array (FPGA). By having a circuit module control the mechanical assembly 426 instead of the CPU, patient safety is enhanced since the watchdog system 434 is not subject to software crashes and unknown states.

FIG. 8 shows an exemplary implementation of the pres-sure control circuit. The pressure controller circuit includes a PID used to control the proportional valve. This valve controls the injection pressure which enables the system to operate at pressures ranging from 250 to 500 psig. A pressure transducer PT-1 is mounted at the outlet of the injection valve SV1. The sensor PT-1 output and the requested temperature set point are fed to a differentiator. The difference signal activates an integrator which in turn activates a driver of the proportional valve.

US 6,887,234 B2

9

During a "cryo-ablation mode" the delivery pressure is set to fixed set point of 500 psig. During a "cryo-mapping mode" when a spot catheter is used, the system controls the delivery pressure of the refrigerant in order to reach and maintain a selected temperature. This continuous temperature control assures compensation of the heat load changes due to the blood movement during a cardiac cycle or due to changes in the adhesion between the catheter tip and the tissues.

Tip temperature control is performed using two control loops, a hardware pressure control loop and a software temperature control loop. Software controls the tip temperature by reading the current tip temperature via a thermocouple and determines the required delivery pressure set-point using a PID algorithm based on digital proportional-integral-derivative (PID) compensator. The pressure set point is sent to the hardware pressure controller, which assures continuous control of the proportional valve based on a pressure transducer reading.

Should the software fail, a redundant hardware system is implemented as part of the watchdog system to monitor the pressure setpoint sent by the software. This feature insures that the set point will never exceed the allowable operating pressure of 500 psig. Furthermore, the Watchdog system monitors the state of the CPU and the software in order to detect a freezes or abnormal loops and takes action on kicking the mechanical plumbing into a safe mode. Another important feature of the Watchdog system is to block the analog setpoint controlled by the CDM whenever an injection OFF is requested or a failure is generated.

FIGS. 9 and 10 show an exemplary configuration for the watchdog system including a Field Programmable Gate Array. The watchdog system monitors both injection and vacuum functions for failures and degraded operational performance of the mechanical plumbing in order to safely start and end the procedure at any time. The injection valve is controlled only through the Watchdog system. The only control that software would act over the injection valve is to turn OFF the injection when automatic timing is requested.

The Watchdog system processes information acquired from system and generates failures and warnings. Warning alerts are generated when patient safety is not compromised and the procedure can be continued. Failure alerts are generated when patient safety is potentially compromised and the system puts itself into a Safe Mode State. For each failure or warning, the system can provide an automatic safe system default, a visual indication light, an audible alarm, and a visual informative message on the screen.

The watchdog system is a combination of discrete circuits and a FPGA chip. The FPGA processes the failures and warnings and controls the electromechanical valves based on the user requests. Redundant circuits around the FPGA prevent a single fault hazardous failure of this device. A user request backup circuit receives the same user requests from the user interface controls and produces the same action that the FPGA would produce. This redundant circuit insures that the injection stops when an injection OFF is requested in both cases when the FPGA or the backup circuit fails to respond.

A second redundant circuit is designed with discrete component and used to monitor the valve control lines that are set by the FPGA. This circuit compares FPGA output lines to a set of predefined values based on the system State and insure that the FPGA is sending the right valve sequence. Should a valve sequence not match the predefined values a failure is generated and a message is sent to the software in order to warn the user.

10

An independent external watchdog timer is implemented on the CPU board to monitor the software and CPU status which secure the system uses in case a software freeze. A control line is sent to the FPGA indicating a software or CPU freeze.

The FPGA processes signals supplied from different parts of the system in order to determine the state of the system and provide control lines to the valve interface circuit. Should an alert condition be captured, the FPGA generates and prioritizes audio signals. The software communicates with this device through the data acquisition board.

External to the FPGA chip, the electromechanical transducer outputs are fed to a block of comparators which compare the current transducer value to a predefined threshold. The input block of the FPGA includes the system state processing unit, which process the status lines. The output lines of the processing unit are fed to a failure/warning unit which determine if the condition result is a failure or warning based on the user request.

The second block is the failure latch block which receives all processed condition lines and feeds them to a large OR gate. The latch block allows the capture of fast abnormal events. Failure, warning and other functional lines are fed to a priority selector block which processes the signal origin and prioritizes the audio signals. Failure audio signal has the highest priority. The audio signal is fed to the audio synthesizer, which produces the audio enable/disable signals that are sent to audio circuit.

Another function of the FPGA is to generate the system states (FIGS. 9–10) and control the electromechanical valves based on the user request. Prior to the valve control, the FPGA verifies the hardware and system status and sets the valve control lines.

When user request an injection, the FPGA verifies the failure/warning lines before any action is transmitted to the valves. Once the user request is accepted the valve control block sets each valve to the appropriate position and sets the appropriate audio tone.

Another function of the FPGA is to provide an input/output port to the software. When a warning or failure is generated, the software acquires the information regarding the alert through an input data selector which provides access to all condition lines as processed by the system state processing unit. An output data selector is implemented inside the FPGA which allows to increase the number of digital output lines provided by the data acquisition board.

The cryogenic catheter system 100 includes software, which is executed by the CPU 406, for controlling the overall operation of the system by acquiring data from the system hardware components, for saving data on the system hard disk, and displaying data on the system display screens. At system start up, the software initiates the hardware components and begins a system self test.

FIGS. 11–14 show exemplary display panels for allowing a user to select a desired action for the system. After start up, a user is allowed to select one of three options on the touch screen 400. More particularly, the user can instruct the software to access a procedure panel 500, a recall panel 502, or a maintenance panel 504. In addition, a failure/warning panel 506 is displayed upon detecting a system fault.

By selecting the procedure panel 500 (FIG. 11), the display 400 shows a patient data panel 500a where patient information is entered and saved to the hard disk. Through this panel 500 the user will be able to choose the type of procedure to run. The options include a "spot" procedure in either manual or automatic mode , or a "linear" procedure

US 6,887,234 B2

11

which is only available in manual mode. During the selected procedure, the software continiously displays certain information on the touch screen **400** and saves temperature profile information to the hard disk for future recall. If a system failure is detected during the procedure, the software will stop saving the temperature profiles and open a separate file where it will log the current state of the system.

If the recall panel **502** (FIG. 12) is selected, a file manager panel **502***a* is displayed. This allows the user to select from the list of previously run procedures. The selected file may then be opened for viewing, copied to a floppy disk, or deleted from the hard disk.

The maintenance panel **504** (FIG. 23) aids maintenance personnel in performing routine system maintenance and to help technical personnel in troubleshooting system failures. To prohibit unauthorized personnel from accessing low level system information, certain troubleshooting panels can be password protected.

The warning/failure panel **506** (FIG. 14) displays warning and failure information when a system fault is detected, as described above in connection with the watchdog system **434**. Exemplary warning and failure conditions are listed below in Table 3.

The system protects the patients from unsafe conditions while allowing the system to operate in the presence of warning conditions that do not compromise patient safety. The watchdog system monitors the umbilical electrical connections from the catheter to the console. If continuity is lost and injection is Off, the system generates a warning. Should the user ignore the warning message and try to initiate an injection a failure is generated and injection is disabled. If the continuity is lost and injection is On, the system generates a failure and stops injection.

The system monitors the injection connectors at both the console and catheter side by measuring the baseline flow of the system. Should a baseline flow higher than 150 sccm be detected a warning is generated. FIG. **26** graphically shows flow rate conditions. The system detects if either side is not connected and disables injection. If either side is not connected and injection is Off, the system generates a warning. Should the user ignore the warning message and try to initiate an injection a failure is generated and injection is disabled.

The system also monitors the vacuum connections at both the console and catheter side. If either side is not connected, the system disables the injection. If either side is not connected and injection is OFF, the system generates a warning. Should the user ignore the warning message and try to initiate an injection a failure is generated and injection is disabled. If either side is not connected and injection is ON, the system generates a failure and stops injection.

Since the system uses thermocouples to measure the tip temperatures, the integrity of the electrical connection is verified each time the electrical connection of the catheter is connected to the console. Lack of electrical connector integrity could happen during or after sterilization/shipping process or by an improper pin configuration. Detection is done through the software, which acquires the distal and proximal temperatures. Should the tip temperature reading be less than +30 C. or higher than +45° C., the system can display a message, disable the procedure panel, and/or disable injection.

In order to assure that software display and control functions of the console are appropriate to the type of the catheter, the cryoablation system recognizes the type of cryoablation catheter, which is connected to the console, and

12

then compares catheter type to the selected software panel. If catheter type is not compatible with the selected software panel, the system displays a message, locks out the procedure panel and disable injection.

The system also monitors baseline coolant flow. Baseline flow is defined as the vapor flow measured at the inlet of the vacuum pump when both umbilical umbilical tube are connected to the catheter and console and the injection is OFF. Since the system is not perfectly leak tight, a small baseline flow always exists. The maximum allowable baseline flow is 150 sccm. When a high baseline flow is detected, the system generates a warning. Should the user ignore the warning message and tried to initiate an injection request, the system switch from warning mode to a failure mode.

Refrigerant vapor flow is measured at the inlet of the vacuum pump. If the flow is outside predefined parameters, a failure is generated. This implies that refrigerant is being lost somewhere because of a variety of possible failures, including but not limited to abnormal refrigerant recovery. This detection is performed by comparing the actual vapor flow curve to a predefined flow curve specific to each type of catheter. The comparison is done point to point which provides a in real time detection.

When an excessive refrigerant flow is detected a failure is generated and injection is stopped and refrigerant is recovered from the catheter. The threshold of the excessive flow is specific to each catheter type.

The system constantly monitors the catheter tip temperature during the mapping mode when only a spot catheter is used. Should the tip temperature drops below −47° C. during cold mapping the system automatically stops the injection and generates a failure. The system constantly monitors the catheter tip temperature during the ablation mode when both catheter types are used. Should the tip temperature not drop below −50 C. after 75 seconds of injection, the system generates a warning message indicating that the current temperature is reachable temperature and the clinician has the choice to stop relocating the catheter or continue if clinical effect occurred.

As described above, a leak detector is built in to the tip of the catheter provided by CryoCath. A high impedance exists between the catheters active electrode and the common point of the catheters thermocouples. If blood enters the catheter tip, this impedance drops substantially. If a leak is detected during a procedure, the system stops injection, maintains vacuum in order to draw back the refrigerant vapor, and produces a system failure indication

The system also detects blood in the catheter handle. If blood is detected during a procedure, the system stops injection, stops the vacuum in the umbilical, and produces a system failure indication.

The system has three tanks that are monitored all the time and the user is warned when abnormal tank capacity is presented. Tank capacities are designed in a manner that they match each other which, allow tank changes to be done at the same time. The watchdog system monitors tank levels during the procedure and the software checks these levels at system power up in order to prevent the necessity of changing tanks during a procedure.

The system has two operative threshold detection stages. At power-up, if there is insufficient capacity for one procedure, injection must be disabled so a procedure cannot begin. The system will not function until the appropriate tanks are replaced. Furthermore, should a tank level drop below the operative threshold during a procedure, a warning signal is generated informing the user that he is able to

US 6,887,234 B2

13

continue the procedure, however the appropriate tanks must be replaced prior to the next procedure. If the level progresses to the point where it cannot support the current procedure, a failure is to be generated and the procedure must be terminated.

A full procedure for the Spot Lesion Catheter is defined as 20 injections×2 minutes @ 700 sccm for cold mapping and 10 injections×5 minutes @ 1200 for ablation. For example, at this rate a full 6.5 lb tank treat four patients. A full atrial flutter procedure for the 25 mm Linear Catheter is defined as 10 injections×5 minutes @ 2800 sccm. For example, at this rate, a full 6.5 lb tank treat four patients.

When the gas pressure drops below 650 psig (±5 psig ), the system produces a failure and disable injection if detected during power-up testing, produces a warning if detected during a procedure. When the gas pressure drops below 525 psig (±5 psig), a failure is produced which disables injection, thus stopping the procedure.

When the level of refrigerant drops below 20% (±1%) of tank capacity, the system produces a failure and disable injection if detected during power-up testing, produces a warning if detected during a procedure. When the level of refrigerant drops below 5% (±1%) of tank capacity, a failure be produced which disables injection, thus stopping the procedure.

When the level of refrigerant rises above 60% (±1%) of tank capacity, the system produces a failure and disables injection if detected during power-up testing, produces a warning if detected during a procedure. When the level of refrigerant rises above 78% (±1%) of tank capacity, a failure be produced which disables injection, thus stopping the procedure.

If liquid is detected in the vacuum line, the system stops injection, stops the vacuum and produces a system failure indication.

The system further monitors the vacuum pump and the compressor for malfunctions, as well as software for freezes. Should the software freezes for more than 2 seconds, the watchdog timer generates a signal to the FPGA.

During injection, the temperature of the refrigerant at the console needs to stay below a maximum value. For AZ-20, this maximum temperature is 30° C. If the refrigerant temperature is too warm, the refrigerant is more susceptible to the formation of gas bubbles during mapping mode, this is due to the increase of the critical temperature of the refrigerant. These bubbles, when moving past the catheter tip, cause the temperature of the tip to oscillate around the preset temperature, thus affecting the cooling power of the tip. The system monitors the temperature of the liquid refrigerant at the console procedure panel during injection. If the temperature rises above 30° C., the system stops the injection and creates a failure

Electro-mechanical valve monitoring is provided to ensure proper functioning of the mechanical system. Should a valve fail, the FPGA stops the injection and evacuates the umbilical lines.

Built-in temperature references check if the temperature measurement is working properly, and if the calibration equation is still within ±2° C. This test is done one time when the console is turned ON and during the power up test. Should the temperature calibration checking fail this software looks the access to the procedure panels and the procedure cannot be started.

The system **100** can monitor system operation through testing during power-up and from hardware. The system

14

operates in the presence of a problem during a procedure unless patient safety is compromised. That is, a procedure in progress is allowed to finish unless there is a risk to the patient by continuing the procedure. If, however, a failure is detected when power is first applied, the user is not allowed to begin a procedure with a known failure present. This is controlled with the enabling of the injection valve **170** (FIG. 3), which delivers refrigerant to the catheter **102**. The injection valve **170** is not enabled until power-up tests have been successfully completed. If any test fails, the valve **170** is not enabled and pressing the injection on button has no effect.

One skilled in the art will appreciate further features and advantages of the invention based on the above-described embodiments. Accordingly, the invention is not to be limited by what has been particularly shown and described, except as indicated by the appended claims. All publications and references cited herein are expressly incorporated herein by reference in their entirety.

What is claimed is:

1. A catheter system, comprising:
   a cryogenic catheter having a tissue treating end, a mating end, at least one internal flow lumen for the flow of a fluid coolant therein and at least one electrode;
   an umbilical system having a first end coupled to the mating end of the catheter and a second end; and
   a console coupled to the second end of the umbilical system and having
      a processor for controlling a first pressure of a fluid coolant flowing into the catheter, for controlling a vacuum pressure of gas coolant flowing from the catheter, for implementing a user selected treatment procedure, for monitoring system operating and safety parameters, and for regulating the flow of a fluid coolant, and
      at least one pressure transducer.

2. A catheter system, comprising:
   a cryogenic catheter having a tissue treating end, a mating end, at least one internal flow lumen for the flow of a fluid coolant therein and at least one electrode;
   an umbilical system having a first end coupled to the mating end of the catheter and a second end; and
   a console coupled to the second end of the umbilical system and having
      a processor for controlling a first pressure of a fluid coolant flowing into the catheter, for regulating vacuum operation in the catheter, for implementing a user selected treatment procedure, for monitoring system operating and safety parameters, and for regulating the flow of a fluid coolant, and
      at least one pressure transducer.

3. The system according to claim **2**, wherein the processor controls a second pressure of the fluid coolant flowing within the cryogenic catheter.

4. The system according to claim **2**, further comprising:
   one or more proportional valves disposed in the console and coupled to the processor for controlling the flow of a fluid coolant.

5. A catheter system, comprising:
   a cryogenic catheter having a tissue treating end, a mating end, at least one internal flow lumen for the flow of a fluid coolant therein and at least one electrode;
   an umbilical system having a first end coupled to the mating end of the catheter and a second end; and
   a console coupled to the second end of the umbilical system and having

US 6,887,234 B2

15

a processor for controlling a first pressure of a fluid coolant flowing into the catheter, and for implementing a user selected treatment procedure, and for monitoring system operating and safety parameters, and for regulating a temperature of the tissue treating end of the catheter, and for controlling a second pressure of the fluid coolant flowing within the cryogenic catheter;

at least one pressure transducer; and

one or more proportional valves disposed in the console and coupled to the processor for controlling the temperature of the tissue treating end of the catheter.

6. A catheter system, comprising:

a cryogenic catheter having a tissue treating end, a mating end and at least one internal flow lumen for the flow of a fluid coolant therein;

an umbilical system having a first end coupled to the mating end of the catheter and a second end;

a console coupled to the second end of the umbilical system and having

a processor for controlling a first pressure of a fluid coolant flowing into the catheter, and for implementing a user selected treatment procedure, and for monitoring system operating and safety parameters, and for regulating a temperature of the tissue treating end of the catheter, and for controlling a second pressure of the fluid coolant flowing within the cryogenic catheter, and

a blood detection system disposed in the cryogenic catheter.

7. A catheter system, comprising:

a cryogenic catheter having a tissue treating end, a mating end and at least one internal flow lumen for the flow of a fluid coolant therein;

16

an umbilical system having a first end coupled to the mating end of the catheter and a second end;

a console coupled to the second end of the umbilical system and having

a processor for controlling a first pressure of a fluid coolant flowing into the catheter, and for implementing a user selected treatment procedure, and for monitoring system operating and safety parameters, and for regulating a temperature of the tissue treating end of the catheter, and for controlling a second pressure of the fluid coolant flowing within the cryogenic catheter, and

a leak detection system having first and second electrodes disposed on the cryogenic catheter and coupled to the console, wherein the leak detection system measures a differential electrical impedance between the first electrode and the second electrode.

8. The system according to claim 7, wherein the first electrode is disposed external to the internal flow lumen on the tissue treating end, and the second electrode is disposed inside the internal flow lumen.

9. The system according to claim 7, wherein the first and second electrodes are disposed inside the internal flow lumen.

10. The system, according to claim 7, wherein the at least one internal flow lumen includes a first internal lumen and a second internal lumen, the first electrode being disposed inside the first internal lumen, the second electrode being disposed inside the second internal lumen.

*     *     *     *     *

EXHIBIT E

US006746445B2

(12) **United States Patent**      (10) Patent No.:     **US 6,746,445 B2**
Abboud et al.                       (45) Date of Patent:     *Jun. 8, 2004

(54) **CRYOBLATION CATHETER HANDLE**

(75) Inventors: **Marwan Abboud**, Pierrefonds (CA);
 **Domenic Santoianni**, Kirkland (CA);
 **Philippe Marchand**, Hudson (CA)

(73) Assignee: **CryoCath Technologies Inc.**, Kirkland
 (CA)

( * ) Notice: Subject to any disclaimer, the term of this
 patent is extended or adjusted under 35
 U.S.C. 154(b) by 89 days.

 This patent is subject to a terminal dis-
 claimer.

(21) Appl. No.: **10/202,991**

(22) Filed: **Jul. 25, 2002**

(65)            **Prior Publication Data**

 US 2002/0188288 A1 Dec. 12, 2002

 **Related U.S. Application Data**

(63) Continuation of application No. 09/556,042, filed on Apr.
 21, 2000, now Pat. No. 6,440,126.
(60) Provisional application No. 60/130,538, filed on Apr. 21,
 1999.

(51) Int. Cl.$^7$ ............................................. A61B 18/18
(52) U.S. Cl. ............................. 606/22; 606/20; 606/21;
 606/23; 606/24; 606/25; 606/26
(58) Field of Search ...................... 606/20–26; 607/104,
 607/105; 600/136; 604/35, 264, 523, 533–535

(56)             **References Cited**

 U.S. PATENT DOCUMENTS

 4,043,341 A    8/1977  Tromovitch
 4,838,269 A  *  6/1989  Robinson et al. ........... 606/194

 4,946,440 A    8/1990  Hall
 5,078,713 A    1/1992  Varney
 5,098,428 A    3/1992  Sandlin et al.
 5,170,787 A   12/1992  Lindegren
 5,217,482 A    6/1993  Keith
 5,324,286 A    6/1994  Fowle
 5,334,181 A    8/1994  Rubinsky et al.
 5,437,673 A  *  8/1995  Baust et al. ................... 606/23
 5,452,582 A    9/1995  Longsworth
 5,658,278 A    8/1997  Imran et al.
 5,674,218 A   10/1997  Rubinsky et al.
 5,685,878 A   11/1997  Falwell et al.
 5,697,927 A   12/1997  Imran et al.
 5,715,817 A    2/1998  Stevens-Wright et al.
 5,860,970 A    1/1999  Goddard et al.
 6,193,644 B1 *  2/2001  Dobak et al. ................. 600/23
 6,241,722 B1 *  6/2001  Dobak et al. ................. 606/23
 6,497,703 B1 * 12/2002  Korteling et al. ............. 606/23

 * cited by examiner

 *Primary Examiner*—Michael Peffley
(74) *Attorney, Agent, or Firm*—Christopher & Weisberg,
 P.A.

(57)             **ABSTRACT**

 A cryocatheter system includes a first handle portion having
 a proximal end, a distal end, a first fluid flow path, and a
 second fluid flow path; a second handle portion having a
 proximal end, a distal end, a first fluid flow path, and a
 second fluid flow path; and a catheter having a proximal end,
 a distal end, a first fluid flow path, and a second fluid flow
 path. The distal end of the first handle portion is matable
 with the proximal end of the second handle portion to place
 the respective first and second fluid flow paths of each
 handle portion in fluid communication; and the distal end of
 the second handle portion is matable with the proximal end
 of the catheter to place the respective first and second fluid
 flow paths of the second handle portion and the catheter in
 fluid communication.

 **20 Claims, 6 Drawing Sheets**





Fig. 1



*Fig. 2*

*Fig. 2A*

*Fig. 3*



*Fig. 4*



*Fig. 7*

*Fig. 5*



*Fig. 6*



Fig. 8

US 6,746,445 B2

1

## CRYOABLATION CATHETER HANDLE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 09/556,042, filed Apr. 21, 2000, now U.S. Pat. No. 6,440,126, which claims priority from U.S. Provisional Patent Application Serial No. 60/130,538, filed Apr. 21, 1999.

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH

Not applicable.

### FIELD OF THE INVENTION

This invention relates to catheters, and more particularly to handles and connectors for cryogenic catheters.

### BACKGROUND OF THE INVENTION

A cryocatheter can generally be described as an elongate, slender, flexible body that is capable of delivering extreme cold to provide a medically therapeutic effect. Such a catheter can be a part of a system that includes several components, such as a console, an umbilical, a cryoablation catheter and a handle.

The console houses the electronics and software for controlling an ablation procedure. Additionally, the console controls delivery of a refrigerant through the umbilical to the catheter and recovery of the refrigerant from the catheter.

The umbilical connecting the catheter and handle to the console provides mechanical connections for refrigerant transport and electrical connection for electrical devices and sensors. The handle, in addition to providing an appropriate graspable structure, can include controls for catheter steering, as well as other catheter functions.

Known cryocatheter systems provide a unitary handle and catheter which is intended for a single use. As with other devices, attention to the percentage and content of a system that is disposable (or that which must be disposed of for sanitary reasons), as well as attention to the cost of replacement items, can have a substantial effect on the cost of acquisition and operation of the system. Thus, if possible, it would help to reduce cost of the system if only the catheter (or a portion thereof) were disposable and, under most circumstances, the handle were available for reuse.

Ideally, the inclusion of disposable system elements does not compromise system performance or patient safety. However, known attempts to provide disposable catheter elements have been less than ideal. For example, providing a catheter that is removable from the handle requires not only connection to refrigerant, steering elements and electrical elements, but also a creation of a fluid-tight seal at the catheter/handle interface. Not only can it be tedious to make such connections, known devices with this type of feature have not proved to be acceptable with respect to either performance or safety. It would therefore be desirable to provide a cryocatheter and handle that provides the benefits of a disposable component and which is easy to use, without safety or performance limitations.

### SUMMARY OF THE INVENTION

The present invention provides a cryocatheter system having a two-part handle that is easy to connect and use; but the system does not compromise safety and performance requirements.

2

In an exemplary embodiment, a cryocatheter system includes a first handle portion having a proximal end, a distal end, a first fluid flow path, and a second fluid flow path; a second handle portion having a proximal end, a distal end, a first fluid flow path, and a second fluid flow path; and a catheter having a proximal end, a distal end, a first fluid flow path, and a second fluid flow path. The distal end of the first handle portion is matable with the proximal end of the second handle portion to place the respective first and second fluid flow paths of each handle portion in fluid communication; and the distal end of the second handle portion is matable with the proximal end of the catheter to place the respective first and second fluid flow paths of the second handle portion and the catheter in fluid communication.

### BRIEF DESCRIPTION OF THE DRAWINGS

A more complete understanding of the present invention, and the attendant advantages and features thereof, will be more readily understood by reference to the following detailed description when considered in conjunction with the accompanying drawings, wherein:

FIG. 1 illustrates a cryocatheter system generally;

FIG. 2 illustrates an exemplary embodiment of a handle as shown in FIG. 1, wherein the two handle portions are not mated;

FIG. 2A depicts the first and second handle portions of FIG. 2 in a mated state;

FIG. 3 shows an alternative embodiment of a two-part handle;

FIG. 4 is an exploded view of a two-part co-axial handle;

FIG. 5 is a sectional view of the two-part co-axial handle of FIG. 4 in a partially mated state;

FIG. 6 illustrates additional features of the handle of FIG. 4 in an exploded cut-away view;

FIG. 7 is a sectional view of another embodiment of a co-axial connection; and

FIG. 8 is yet another embodiment of a co-axial connection.

### DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 depicts a cryocatheter system in accordance with the invention. The system includes a catheter 10, such as those disclosed in U.S. Pat. Nos. 5,899,898 and 5,899,899 to Arless, which are incorporated herein by reference. The system also includes a handle 12 having a first portion 14 and a second portion 16. First and second umbilicals 18 and 20, respectively, connect the second portion 16 of the handle 12 to a console 22. The first umbilical 18 provides a path for a liquid or gas refrigerant to be transferred between the console 22 and the handle 12; and the second umbilical 20 provides a signal path, such as for electrical signals, between the console 22 and the handle. Additional umbilicals can be provided as required, and the functions of more than one umbilical can be provided in a single, multifunction umbilical. Further, additional devices, such as a connector box 24 can be placed in electrical communication with an umbilical. As shown in FIG. 1, the connector box 24 provides for connection to ECG apparatus (not shown). Also, one or more of the umbilicals can be divisible into two or more portions as shown in FIG. 1, wherein the first umbilical includes portion 18 and 18', and the second umbilical includes portions 20 and 20'.

Referring now to FIG. 2, additional details of an exemplary two-part handle 12 are discussed in greater detail. A

US 6,746,445 B2

3

first handle portion 14 is shown mated to a cryocatheter 10 and a second handle portion 16 is shown mated to a single, multipurpose umbilical 26. The first handle portion 14 defines or includes a portion of a first fluid pathway 28 and a portion of a second fluid pathway 30. The second handle portion 16 defines or contains a second portion of the first fluid pathway 28' and a second portion of the second fluid pathway 30'. When the first and second portions of the first and second fluid pathways are mated, as shown in FIG. 2A, continuous fluid paths are provided. Similarly, the first handle portion 14 includes a portion of one or more electrical or fiber-optic lines 31 and the second handle portion 16 includes a second portion of the one or more electrical or fiber-optic lines 31'. Further, the first handle portion 14 includes a portion of one or more steering elements, such a pull wire 33 and the second handle portion 16 includes a second portion of the steering elements 33'.

The first and second handle portions, as well as the first and second fluid pathways, one or more electrical or fiber-optic lines, and one or more steering elements are held together by complimentary locking elements 32 and 34 as is known in the art, such as locking clips, bayonet, or twist-lock. Similarly, the fluid paths are mated with couplings, the wires with electrical connectors, and the steering elements with mechanical connectors. Thus, in the exemplary embodiment, the catheter 10 can be disconnected from the umbilical 14 and discarded, while allowing the first handle portion 18, which can include steering mechanisms and other controls, to be retained for further use.

Whereas FIG. 2 shows a steering actuator, such as a thumb wheel, for selectively positioning a steering element in the second portion 16 of the handle 12, FIG. 3 shows an arrangement where the steering actuator 36 is located in the first portion 14. Additional features visible in FIG. 3 include a blood sensor 38 located and configured in such a manner so as to detect blood being withdrawn from the catheter 10 through a low pressure or vacuum exhaust line 40 along with refrigerant injected through a supply tube 42. Also shown are electrical controls 44 in communication with electrical wires 46.

In addition to the above features, the refrigerant injection and low pressure or vacuum return lines can be configured coaxially either in an umbilical or in the handle as shown in FIG. 4. In this illustration an umbilical 48, a first connector 50 or handle portion, a second connector 52 or handle portion, and second umbilical 54 or catheter are shown. The umbilical 48 includes an outer tube 56 and an inner tube 58. In the exemplary embodiment, the inner tube 58 provides a path for fluid (e.g., refrigerant) under positive pressure, whereas the outer tube 56 provides a path for fluid under reduced or low pressure (e.g., in connection to a vacuum pump 55). Thus, if a leak should occur at some point along the inner tube 58 or its connections to other components, the low pressure environment allows the leak to be contained, thereby preventing refrigerant from escaping the umbilical 48. Additional safety is provided by a sensor 59 in communication with the low-pressure fluid path defined by the outer tube 56. The sensor 59 is tuned to detect a change in pressure within the outer tube 56, and when a change is detected, fluid flow into the system is turned off, as a change in pressure can be an indicator that a leak is present in the system.

Continuing to refer to FIG. 4, the umbilical 48 is mated to the first connector 50 and the umbilical 54 is mated to the second connector 52. The first connector 50 includes O-rings 60 and 62 and is matable with the second connecter 52, as shown in greater detail in the figures that follow, to provide a fluid-tight connection. The first connector 50 can be locked

4

to the second connector 52 with the assistance of a bayonet-type connection having complimentary protuberances 64 and engagement slots 66.

FIG. 5 is a cross-sectional view of the coaxial connector of FIG. 4 along line 5—5. In this view, the first connector 50 is shown almost fully mated to the second connector 52. In this view the inner tube 58 is shown mated to an inner portion 68 of the first connector 50. The inner portion 68 defines a fluid path 69 leading to an outlet 70 that, when the first and second connectors 50 and 52 are mated, aligns with a fluid inlet 72 to an injection tube 74. The O-ring 62 ensures good sealing of the connection.

Similarly, the outer tube 56 is shown mated to an outer portion 76 of the first connector 50. The outer portion defines a fluid path 78 that is in fluid communication with a fluid path 80 defined by the second connector 52. The fluid path 80 leads to, and is in communication with a fluid path 82 in the umbilical 54. The O-ring 60 ensures a good seal between the first and second connectors 50 and 52, respectively.

FIG. 6 is a cut-away view of the assembly shown in FIG. 6. In this view, the fluid path 69, outlet 70, fluid inlet 72, fluid path 78, fluid path 80 are all clearly visible.

FIG. 7 shows an alternative embodiment of a coaxial arrangement. Shown is a first connector 84 and a second connector 86. In this embodiment, a male Leur taper fitting 88 is receivable within a female Leur taper receptacle 90 as complimentary locking threads 92 and 94 on the first and second connectors are engaged. When the connectors are fully engaged an O-ring seal 96 prevents leakage for connecting fluid flow paths 98 and 100. Similarly, an o-ring seal 102 prevents leakage for connecting fluid flow paths 104 and 106. Exemplary fluid flow through flow paths 104 and 106 is shown by arrows.

Yet another connector embodiment is shown in FIG. 8. This embodiment provides connections that are not coaxial. As shown, a first connector 108 is mated to an outer tube or catheter shaft 110 with a rigid sleeve 112 and a flexible strain relief element. An fluid injection tube 114 is connected to a high-pressure female connector fitting 116 with a flexible connector tube 118. Electrical wires 120 that pass through the outer tube 110 terminate at a female pin wire connector 122. A pull-wire 124 passes through the outer tube 110 and a pull-wire seal fitting 126 to a female pull-wire connector 128. A pull-wire tension adjuster 130 can also be provided.

A second connector 132 includes a male, high-pressure connector 134 that is matable with the fitting 116 to provide a continuous fluid path. A male pull-wire connector 136, matable with the connector 128, is axially movable within a portion of the second connector 132 as shown by the double-headed arrow. The connector 136 is secured to a pull-wire 137 that is in turn secured to an actuator (such as element 36 shown in FIGS. 2 and 3). Thus, when the pull-wire 137 is moved axially, the connector 136 moves axially. A bias force can be applied by a bias element 138, such as a spring, to push the connector 136 to a selected point when axial tension is reduced on the pull-wire. Also shown is a male wire pin connector 140.

A variety of modifications and variations of the present invention are possible in light of the above disclosure. It is therefore understood that, within the scope of the appended claims, the present invention may be practiced otherwise than as specifically described hereinabove.

What is claimed is:

1. A catheter system comprising:

a first connector having a proximal end, a distal end, a first fluid flow path, and a second fluid flow path;

US 6,746,445 B2

**5**

a second connector having a proximal end, a distal end, a first fluid flow path, and a second fluid flow path, wherein the distal end of the first connector is matable with the proximal end of the second connector to place the respective first and second fluid flow paths of each connector in fluid communication; and

a flexible catheter having a proximal end, a distal end, a first fluid flow path, and a second fluid flow path, wherein the distal end of the second connector is matable with the proximal end of the catheter to place the respective first and second fluid flow paths of the second connector and the catheter in fluid communication.

2. The catheter system of claim 1, further comprising a pressure sensor in communication with one of the first and second fluid flow paths.

3. The catheter system of claim 1, further comprising a blood detector in communication with one of the first and second fluid flow paths.

4. The catheter system of claim 1, wherein the first fluid flow path is coaxial with second fluid flow path.

5. The catheter system of claim 4, wherein the first fluid flow path is defined by a refrigerant supply tube and the second fluid flow path is defined by a fluid exhaust tube.

6. The catheter system of claim 5, wherein the refrigerant supply tube is disposed within the fluid exhaust tube.

7. The catheter system of claim 5, wherein the fluid exhaust tube is in fluid communication with a vacuum source.

8. The catheter system of claim 1, further comprising:

a first pull-wire disposed within the catheter, wherein the pull-wire has a proximal end that is slidably engaged with the second connector; and

a second pull-wire having a distal end that is slidably engaged with the first connector,

wherein the proximal end of the first pull-wire is engagable with the distal end of the second pull-wire.

9. The catheter system of claim 8, further comprising a bias element that axially biases the second pull-wire.

10. A catheter system comprising:

a first connector having a proximal end, a distal end, a first fluid flow path, and a second fluid flow path;

a second connector having a proximal end, a distal end, a first fluid flow path, and a second fluid flow path, wherein the distal end of the first connector is matable with the proximal end of the second connector in fluid communication;

a flexible catheter having a proximal end, a distal end, a first fluid flow path, and a second fluid flow path, wherein the distal end of the second connector is matable with the proximal end of the catheter to place the respective first and second fluid flow paths of the second connector and the catheter in fluid communication;

a pressure sensor in communication with one of the first and second fluid flow paths,

wherein the first fluid flow path is defined by a refrigerant supply tube and the second fluid flow path is defined by a fluid exhaust tube,

**6**

wherein the refrigerant supply tube is in fluid communication with a vacuum source.

11. The catheter system of claim 10, further comprising:

a first pull-wire disposed within the catheter, wherein the pull-wire has a proximal end that is slidably engaged with the second connector; and

a second pull-wire having a distal end that is slidably engaged with the first connector,

wherein the proximal end of the first pull-wire is engagable with the distal end of the second pull-wire.

12. The catheter system of claim 11, further comprising a bias element that axially biases the second pull-wire.

13. A catheter system comprising:

a source of a fluid refrigerant,

a handle having:

a proximal connector coupled to said source, said proximal connector having first and second fluid flow pathways,

a distal connector having first and second fluid flow pathways, and

a steering element,

a flexible catheter having a proximal end portion, a distal end portion, and first and second fluid flow pathways, and

a coupling means for detaching and for mating the proximal connector from and to the distal connector, respectively.

14. The catheter system of claim 13, wherein the proximal connector is matable with the distal connector to place the first fluid flow pathway of the proximal connector in fluid communication with the first fluid flow pathway of the distal connector to define a first refrigerant flow pathway, and to place the second fluid flow pathway of the proximal connector in fluid communication with the second fluid flow pathway of the distal connector to define a second refrigerant flow pathway.

15. The catheter system of claim 14, wherein the first refrigerant flow pathway is in part under positive gauge pressure and the second refrigerant flow pathway is in part under negative gauge pressure.

16. The catheter system of claim 14, wherein the proximal end portion of the catheter is coupled to the distal connector to place the first fluid pathway of the catheter in fluid communication with the first refrigerant flow pathway, and to place the second fluid pathway of the catheter in fluid communication with the second refrigerant flow pathway.

17. The catheter system of claim 12, wherein the steering element is disposed in the proximal connector.

18. The catheter system of claim 12, wherein the steering element is disposed in the distal connector.

19. The catheter system of claim 12, wherein the steering element is configured to actuate the spatial positioning of the distal end portion of the catheter.

20. The catheter system of claim 12, wherein said coupling means is a bayonet-type connection.

* * * * *

# EXHIBIT F

US006569158B1

(12) **United States Patent**
Abboud et al.

(10) Patent No.: **US 6,569,158 B1**
(45) Date of Patent: **May 27, 2003**

(54) **LEAK DETECTION SYSTEM**

(75) Inventors: **Marwan Abboud**, Pierrefonds (CA);
**Johnny Al Asmar**, Montréal (CA);
**John W. Lehmann**, Wayland, MA (US)

(73) Assignee: **CryoCath Technologies, Inc.**, Kirkland (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/489,707**

(22) Filed: **Jan. 24, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/117,175, filed on Jan. 25, 1999.

(51) Int. Cl.[7] .............................................. **A61B 18/18**
(52) U.S. Cl. ............................. **606/20**; 606/23; 606/21; 607/96
(58) Field of Search ........................ 606/32, 34, 40–52, 606/20–26; 607/98, 100, 101, 105, 113

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,859,986 | A | | 1/1975 | Okada et al. .................. 128/7 |
| 4,072,152 | A | | 2/1978 | Linehan .................. 128/303.1 |
| 4,206,609 | A | | 6/1980 | Durenec .......................... 62/6 |
| 4,522,194 | A | * | 6/1985 | Normann .................... 600/18 |
| 4,998,933 | A | | 3/1991 | Eggers et al. ................ 606/41 |
| 5,139,496 | A | | 8/1992 | Hed ............................. 606/23 |
| 5,275,595 | A | | 1/1994 | Dobak, III .................. 606/23 |
| 5,344,398 | A | * | 9/1994 | Hara ........................... 604/21 |
| 5,758,505 | A | | 6/1998 | Dobak, III et al. ............. 62/6 |
| 5,807,391 | A | | 9/1998 | Wijkamp .................... 606/23 |
| 5,860,970 | A | | 1/1999 | Goddard et al. ............. 606/23 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 99/56639 | 11/1999 |

OTHER PUBLICATIONS

M. Dubuc, et al., *"Catheter Cryoablation: A Novel Technology For Ablation of Cardiac Arrhythmias"*, Presented at AHA, Nov. 1996, two pages.
M. Dubuc, et al., *"Reversible Electrophysiologic Effects Using a Transvenous Steerable Electrode Catheter"*, Presented at NASPE, May 1997, two pages.
M. Dubuc, et al., *"Feasibility of Cardiac Cyroablation Using a Transvenous Steerable Electrode Catheter"*, Journal of Interventional Cardiac Electrophsiology, vol. 2, No. 3, 1998 (pp. 285–292).
B. Thibault, et al., *"Cryoablation is a more Effective and Safer Method to Create Atrial Conduction Block: Comparison with Radiofrequency Ablation"*, Presented at NASPE, May 1998, two pages.
A. Ducharme, et al., *"Intracardiac Echocardiography Monitoring of Catheter Cyroablation"*, Presented at AHA, Nov. 1998, two pages.
J–F Tanguay, et al., *"A New Cryocatheter Treatment Improves Vascular Remodeling After Angioplasty"*, Presented at AHA, Nov. 1998, two pages.
D. L. Lustgarten, *"Cryothermal Ablation: Mechanism of Tissue Injury and Current Experience in the Treatment of Tachyarrhythmias"*, Progress in Cardiovascular Diseases, vol. 41, No. 6 (May/Jun.), 1999 (pp. 481–498).

(List continued on next page.)

*Primary Examiner*—Rosiland Kearney
(74) *Attorney, Agent, or Firm*—Christopher & Weisberg, P.A.

(57) **ABSTRACT**

A surgical device includes a device body defining a sealed fluid path having a first end and a second end, a refrigerant supply in communication with the first end of the sealed fluid path, and a vacuum source in communication with the second end of the sealed fluid path. Leak detection apparatus can be provided in communication with the sealed fluid path.

**17 Claims, 1 Drawing Sheet**



**US 6,569,158 B1**

Page 2

OTHER PUBLICATIONS

M. Dubuc, et al., *"Transvenous Catheter Ice Mapping and Cryoalation of the Artioventricular Node in Dogs"*, *Pacing and Clinical Electrophysiology*, vol. 22, No. 10, Oct. 1999 (pp. 1488–1498).

J–F Dorval, et al., *"Induction of Extracellular Matrix Expression in the Arterial Wall After the Application of Cryotherapy in a Porcine PTCA Model"*, Presented at ACC, Mar. 2000, two pages.

A. C. Skanes, et al., *"Cryothermal Ablation of the Slow Pathway for the Elimination of Atrioventricular Nodal Reentrant Tachycardia"*, *Circulation*, vol. 102, No. 23, Dec. 2000 (pp. 2856–2860).

* cited by examiner

U.S. Patent          May 27, 2003          US 6,569,158 B1



US 6,569,158 B1

1

# LEAK DETECTION SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority from U.S. Provisional Patent Application No. 60/117,175 filed on Jan. 25, 1999.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH

Not applicable.

## FIELD OF THE INVENTION

The invention relates to medical devices, and more particularly to minimally invasive surgical systems.

## BACKGROUND OF THE INVENTION

Medical devices configured for minimally invasive surgery are rapidly becoming the tools of choice for many surgical procedures. Not only do these devices provide an alternative to more invasive surgical tools and procedures, but they have also fostered the development of entirely new procedures.

Devices including highly flexible catheters, as well as rigid and semi-flexible probes have received increased attention in recent years and continue to be refined for cardiovascular, pulmonary, urogenital, and other applications. Devices for each of these applications present different technology and material challenges. Angioplasty catheters, for example, can require fluid-tight passages or channels for circulating a cooling fluid (liquid or gas) through a catheter to cool an electro-surgical structure, such as radio frequency ablation electrode, to prevent overheating of the electrode or of surrounding tissue. Similarly, a cooling or cryogenic fluid can be reduce the temperature of a structure, such as an ablation surface, to a therapeutic temperature. Some cooling fluids, however, can be harmful or fatal to the patient if they unintentionally escape from the surgical device.

Although careful fabrication techniques, quality materials, and thorough testing can reduce the chances of cooing fluid leakage, it would be desirable to provide additional system features that further minimize the occurrence of leaks; and should a leak occur, provide features that detect cooling fluid loss or escape immediately so that use of the surgical device can be terminated and patient remediation efforts can be undertaken if required.

## SUMMARY OF THE INVENTION

The present invention provides an improved surgical device including a device body defining a sealed fluid path having a first end and a second end, a refrigerant supply in communication with the first end of the sealed fluid path, and a vacuum source in communication with the second end of the sealed fluid path. Leak detection apparatus can be provided in communication with the sealed fluid path.

Exemplary leak detection apparatus include an impedance measurement circuit, an infrared sensor, and a pulsed ultrasonic device. A control unit that is in communication with the leak detection apparatus is responsive to output from the leak detection apparatus to control fluid flow through the sealed fluid flow path.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be more fully understood from the following detailed description taken in conjunction with the accompanying drawings in which:

FIG. 1 is a schematic view of a minimally invasive surgical system including a leak detection system in accordance with the invention;

2

FIG. 2 illustrates an exemplary cryocatheter tip with a leak detection circuit;

FIG. 3 illustrates a porous, insulated, conductive wire within a cryocatheter tip; and

FIG. 4 illustrates another leak detection device.

## DETAILED DESCRIPTION OF THE INVENTION

In the discussion which follows, "surgical device" is intended to encompass any surgical implement used in association with human or animal medical treatment, diagnosis, study, or analysis. More particularly, a surgical device is intended to encompass any implement or portion thereof that is entirely or partially inserted into a human or animal body by any means of entry, such as through a natural body orifice, an incision, or a puncture. The term surgical device is not intended to connote a limitation to treatment of a single body system, organ, or site. The surgical device can be rigid as a thick steel pipe, completely flexible and pliant like a thread, or have a flexibility between the two extremes. The surgical device can have a diameter that ranges from inches to microns.

As used herein, "fluid" is intended to encompass materials in a liquid state, a gas state, or in a transition state between liquid and gas, and liquid and solid. The fluid can be a "cryogenic fluid" capable of reaching or creating extremely cold temperatures well below the freezing point of water, such as below minus 20 degrees Centigrade; a "cooling fluid" that does not reach or create temperatures below the freezing point of water; a fluid capable of transferring heat away from a relatively warmer structure or body tissue; a fluid capable of transferring heat to a relatively cooler structure or body tissue; a fluid at or capable of creating a temperature between the freezing and boiling points of water; and a fluid at or capable of reaching or creating a temperature above the boiling point of water.

A "fluid path" as used herein is intended to encompass any boundary, channel or guide through which a fluid can travel. It can include concentrically disposed catheters, multi-lumen catheters, or a single loop of tubing within a sheath. The fluid path can also include connectors and valves, as well as passages in support equipment, such as the console disclosed herein.

Referring now to FIG. 1, an exemplary surgical device is illustrated for minimally invasive surgery. The surgical device includes a console 10 and a multilumen catheter 12. The console 10 houses electronics and software for controlling and recording a surgical procedure, such as ablation, and it controls delivery of liquid refrigerant under high pressure from a supply container 13, through an umbilical 14, to the catheter 12. A second umbilical 16 is provided for transferring refrigerant from the catheter 12 to console 10. The console 10 is provided with apparatus 15 for recovery of expanded refrigerant vapor from the catheter and recompression of the vapor.

Either or both of the catheter 12 and the console 10 can be provided with detection devices that are in electrical communication with the console and which provide a signal output that can be representative of an event that indicates flow path integrity loss or a leak within a sealed catheter and/or console. As shown in FIG. 1, a first detection device or leak detector 18 can be provided in a body or tip portion of the catheter 12. A second leak detector 20 can be provided in the handle portion 21 of the catheter 12; and a third leak detector 22 can be provided in the console 10. The console 10 can be configured to respond to signal output from the

US 6,569,158 B1

3

leak detectors and initiate a predetermined sequence of events, such as discontinuing refrigerant injection, changing the pressure within the system, and controlling removal of refrigerant from the catheter 12.

The purpose and function of the leak detectors is better understood once another feature of the invention is introduced, namely, a vacuum pump 24, as shown in FIG. 1 in fluid communication with a catheter 12. The third leak detector 22 can be interposed between the vacuum pump 24 and the catheter 16. The vacuum pump 24 is controllable to reduce the pressure within the return lumen of the catheter 12 and the second umbilical 16 to provide a pressure ranging from a pure vacuum to a pressure just below a patient's blood pressure. For example, the vacuum can maintain a selected pressure between 80 mm Hg and 0 mm Hg. The provision of reduced pressure within the return flow path of the catheter significantly enhances patient safety because, should a leak occur, refrigerant will not squirt from the leak into the patient. Rather, bodily fluids in the treatment site will be aspirated into the catheter whereupon they are sensed by one or more of the leak detectors. In one mode of operation, when a leak is detected, the refrigerant injection is turned off automatically and vacuum is kept on to ensure that no refrigerant enters the patient's body.

Although a single type of leak detector could be functional, an exemplary embodiment of the invention is provided with three different types of leak detectors for enhanced detection probability. For example, the first leak detector 18 can be a simple circuit formed by a wire, such as a pull-wire used to help steer the catheter tip, and a conductive catheter tip portion. Specifically, as shown in FIG. 2, a wire 26 is electrically isolated from a metal catheter tip 28 and metal electrode rings 29. In the illustrated embodiment, the wire is secured to a non-conductive support element 30. Also shown is a refrigerant injection tube 32. The electrical impedance between the wire 26 and the catheter tip 28 is monitored. If a liquid enters the catheter 12 and touches the wire 26 and the tip 28, a short is created which is detectable by circuitry in the console. Alternatively, the wire 26 and one or more of the electrode rings 29 can be included in the impedance circuit.

However, some catheters 12 may include multiple conductors running within one or more lumens and electrical insulation on the conductors is necessary to avoid unwanted electrical connections and interferences. Many such catheters also contain uninsulated wires, for example as mechanical deflectors to alter catheter configuration, or for example as stiffening agents to alter catheter flexibility or pushability. However, if the pull wire (or other wire that is part of the leak detection circuit) contacts another uninsulated wire, electrode ring or other conductive element, a false leak detection signal could be generated. Accordingly, a form of insulation that provides mechanical insulation while allowing fluid conductivity is desirable.

FIG. 3 discloses a wire 34 (such as a pull wire) that is part of the leak detection circuit. The wire 34 is covered with a porous material 36, such as a fabric, salt-depleted polymer, or laser drilled polymer, that provides mechanical insulation in the dry state by the physical bulk and separation of the porous material, which allows passage of ionic fluids to the thus insulated wire to complete the electrical leak detection circuit.

Although the first leak detector 18 is well suited for detecting leaks at or near the distal end of the catheter 12, a leak may develop between the distal end and the handle portion 21 of the catheter and an infrared sensor can be

4

disposed in the handle as the second leak detector 20. As soon as the first and/or second leak detectors output a signal to the console indicative of a leak, the refrigerant injection can be stopped. In an exemplary embodiment, shown in FIG. 4, an infrared sensor 38 with a wavelength sensitive to blood composition is disposed in sensing range with a transparent window 40 or tube along or forming part of the return fluid flow path 42.

Even though refrigerant injection is stopped, it can still be desirable to apply vacuum to the catheter to withdraw refrigerant already introduced into the catheter, along with refrigerant contaminated blood. Thus, a third leak detector 22 (shown in FIG. 1) is provided further downstream in the fluid flow path to not only provide a last opportunity for detection, but to also detect when a selected volume of blood has been aspirated (a relatively small amount) and to then terminate vacuum operation or aspiration. Depending on placement of the third leak detector, it can prevent blood contamination of the entire fluid flow path within the console 10.

Although the invention has been shown with respect to exemplary embodiments thereof, various other changes, omissions and additions in form and detail thereof may be made therein without departing from the spirit and scope of the invention.

What is claimed is:

1. A surgical device comprising; a device body defining a sealed fluid path having a first end and a second end; a supply of a cryogenic fluid in communication with the first end of the sealed fluid path; an active vacuum source in communication with the second end of the sealed fluid path; and a leak detection apparatus in direct fluid contact with the sealed fluid path.

2. The surgical device of claim 1, wherein the leak detection apparatus includes a blood detector.

3. The surgical device of claim 1, wherein the leak detection apparatus includes an impedance measurement circuit in the sealed fluid path.

4. The surgical device of claim 3, wherein the impedance measurement circuit includes a conductive portion of the device body and a wire disposed within the device body, the wire being electrically isolated from the conductive portion of the device body.

5. The surgical device of claim 4, wherein the conductive portion of the device body is a metal catheter tip and wherein the wire is a catheter steering wire.

6. The surgical device of claim 4, wherein the wire is provided with a fluid porous coating.

7. The surgical device of claim 6, wherein the fluid porous coating includes a fabric.

8. The surgical device of claim 6, wherein the fluid porous coating includes a salt-depleted polymer.

9. The surgical device of claim 6, wherein the porous coating includes a laser drilled polymer.

10. The surgical device of claim 1, wherein the leak detection apparatus includes an infrared sensor exposed to the sealed fluid path.

11. The surgical device of claim 1, wherein the leak detection apparatus includes a pulsed ultrasonic device.

12. The surgical device of claim 1, further comprising a control unit that is in communication with the leak detection apparatus, wherein the control unit is responsive to output from the leak detection apparatus to control fluid flow through the sealed fluid flow path.

13. A surgical device comprising; a device body defining a sealed fluid path having a first end and a second end; a supply of a cryogenic fluid in communication with the first

US 6,569,158 B1

5

end of the sealed fluid path; an active vacuum source in communication with the second end of the sealed fluid path; and a leak detection apparatus in direct fluid contact with the sealed fluid path; wherein the device body includes a catheter and the cryogenic fluid is capable of reducing the temperature within a portion of the catheter to a temperature below minus 20 degrees Centigrade.

**14**. A surgical device comprising:

a catheter having a proximal end and a distal end, and a fluid path through at least a portion of the catheter, the catheter having a fluid inlet and a fluid exhaust;

a console including

a reservoir containing a supply of cryogenic fluid in communication with the fluid inlet of the catheter,

a vacuum pump in communication with the fluid exhaust, and

a control unit for controlling fluid movement from the reservoir;

a handle unit connecting the catheter to the console;

6

a first leak detector in the catheter, the first leak detector including a first impedance measurement circuit;

a second leak detector in the handle unit, the second leak detector including a second impedance measurement circuit; and

a third leak detector in the console, the third leak detector including a third impedance measurement circuit.

**15**. The surgical device of claim **15**, wherein the vacuum pump is operable to maintain at least a portion of the fluid path through the catheter at a pressure below 80 mm Hg.

**16**. The surgical device of claim **15**, wherein the control unit is responsive to a signal output from one of the first and the second leak detector to stop a flow of fluid from the reservoir.

**17**. The surgical device of claim **16**, wherein the control unit is responsive to a signal output from the third leak detector to stop operation of the vacuum pump after stopping the flow of fluid from the reservoir.

*  *  *  *  *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,569,158 B1                                    Page 1 of  1
DATED         : May 27, 2003
INVENTOR(S)   : Marwan Abboud et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 6,
Line 8, delete "15" and insert -- 14 --.

Signed and Sealed this

Twenty-fourth Day of August, 2004

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

EXHIBIT G

US007318821B2

(12) **United States Patent** (10) **Patent No.:** **US 7,318,821 B2**

Lalonde et al. (45) **Date of Patent:** *Jan. 15, 2008

(54) **COOLING SYSTEM**

(75) Inventors: **Jean-Pierre Lalonde**, Verdun (CA);
**Marwan Abboud**, Pierrefonds (CA);
**Rachid Mahrouche**, Anjou (CA)

(73) Assignee: **CryoCath Technologies Inc.**, Kirkland,
Quebec (CA)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 345 days.

This patent is subject to a terminal dis-
claimer.

(21) Appl. No.: **10/624,272**

(22) Filed: **Jul. 22, 2003**

(65) **Prior Publication Data**

US 2005/0090810 A1    Apr. 28, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 09/638,208, filed on
Aug. 11, 2000, now Pat. No. 6,635,053, which is a
continuation-in-part of application No. 09/489,646,
filed on Jan. 24, 2000, now Pat. No. 6,383,180.

(60) Provisional application No. 60/117,175, filed on Jan.
25, 1999.

(51) **Int. Cl.**
*A61B 18/18* (2006.01)

(52) **U.S. Cl.** .......................................... **606/22**; 606/21

(58) **Field of Classification Search** ............ 606/20–26;
62/48.1–48.3, 50.1, 50.2; 607/96, 105
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,146,411 A * 11/2000 Noda et al. .................. 607/105
6,471,694 B1 * 10/2002 Kudaravalli et al. .......... 606/21

* cited by examiner

*Primary Examiner*—Roy D. Gibson
(74) *Attorney, Agent, or Firm*—Christopher & Weisberg,
P.A.

(57) **ABSTRACT**

A cryogenic medical system includes a medical device and
a console connectable to the medical device at a connection
point. The console controls the temperature of the medical
device. The console includes a first cooling system directing
coolant to the medical device at a first temperature along a
coolant supply line and a second cooling system chilling the
coolant within the coolant supply line to a temperature
below the first temperature before the coolant reaches the
connection point.

**31 Claims, 10 Drawing Sheets**





*FIG. 1*



*FIG. 1A*



*FIG. 2*



FIG. 3



Fig. 4A

Fig. 4B



*Fig. 5A*

*Fig. 5B*



Fig. 8

Fig. 6





Fig. 9



*Fig. 10*

US 7,318,821 B2

**1**

# COOLING SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 09/638,208, filed Aug. 11, 2000, by Jean-Pierre Lalonde, et al., entitled COOLING SYSTEM, now U.S Pat. No.6,635,053 which application claims priority from and is a continuation-in-part of application Ser. No. 09/489,646, filed Jan. 24, 2000, by Jean-Pierre Lalonde, et at., entitled CLOSED LOOP CATHETER SYSTEM, now issued U.S. Pat. No. 6,383,180, issued May 07, 2002, which claims priority from Provisional Application No. 60/117,175, filed Jan. 25, 1999, by Marwan Abboud, et al., entitled CRYOA-BLATION SYSTEM, now expired, all of which are incorporated herein by reference.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH

Not Applicable.

## FIELD OF THE INVENTION

The present invention relates to a coolant system for a catheter or treatment wand used for cryotreatment of tissue. In particular, the coolant system is of the type which connects to a catheter and pumps coolant through the catheter to chill a region of the catheter, such as the distal tip, for treating tissue.

## BACKGROUND OF THE INVENTION

A number of cooled catheter systems have been developed for treating tissue in a cardiac setting, either to cool the tissue sufficiently to stun it and allow cold mapping of the heart and/or confirmation of catheter position with respect to localized tissue lesions, or to apply a more severe level of cold to ablate tissue at the site of the catheter ending. In general, the range of treatments which may be effected by a cryocatheter is comparable to the range of applications for radio frequency or thermal ablation catheters, and in particular, these instruments may be configured to achieve either small localized ball shape lesions at the tip of the catheter, or one or more elongated linear lesions extending a length of several centimeters or more along the tip. The latter form of lesion is commonly used to achieve conduction block across a region of the cardiac wall so as to sever an aberrant pathway over a length, preventing conduction across the region, in order change the cardiac signal path topology, for example, to eliminate a faulty pathway responsible for atrial fibrillation or a tachycardia.

In general, when used for endovascular access to treat the cardiac wall, catheters of this type, in common with the corresponding earlier-developed radio frequency or electrothermal ablation catheter, must meet fairly demanding limitations regarding their size, flexibility, and the factors of strength, electrical conductivity and the like which affect their safety and may give rise to failure modes in use. These constraints generally require that the catheter be no larger than several millimeters in diameter so as to pass through the vascular system of the patient to the heart. Thus, any electrodes (in the case of mapping or RF/electrothermal ablation catheters), and any coolant passages (in the case of cryocatheters) must fit within a catheter body of small size.

**2**

A number of different fluids have been used for the coolant component of prior art cryotreatment catheters, such as a concentrated saline solution or other liquid of suitably low freezing point and viscosity, and of suitably high thermal conductivity and heat capacity, or a liquified gas such as liquid nitrogen. In all such constructions, the coolant must circulate through the catheter, thus necessitating multiple passages leading to the cooling area of the tip from the catheter handle.

Furthermore, conditions of patient safety must be considered, raising numerous problems or design constraints for each particular system. Thus for example, a high pressure may be required to circulate sufficient coolant through the catheter body to its tip and back, and the overall design of a catheter must be such that fracture of the catheter wall or leakage of the coolant either does not occur, or if it occurs, is harmless. Further, for an endovascular catheter construction, the presence of the coolant and circulation system should not substantially impair the flexibility or maneuverability of the catheter tip and body.

To some extent these considerations have been addressed by using a phase change material as the cryogenic fluid, and arranging the catheter such that the phase change, e.g., from a liquid to a gas, occurs in the treatment portion of the catheter tip. Another possible approach is to employ a pressurized gas, and configure the catheter for cooling by expansion of the gas in the tip structure. However, owing to the small size that such a catheter is required to assume for vascular insertion, or the awkwardness of handling a cryogenic treatment probe generally, the design of a safe and effective coolant circulation system which nonetheless dependably provides sufficient cooling capacity at a remote tip remains a difficult goal.

Among other common problems to be addressed while providing adequate thermal capacity, may be noted the leakage problem mentioned above, the problem of effectively preventing the catheter as a whole from being excessively cold or damaging tissue away from the intended site, and the problem of conduit or valve blockage owing for example to ice particles and the like.

Accordingly, it would be desirable to provide a coolant system which conveniently attaches to a cryocatheter.

It would also be desirable to provide a coolant system which injects and retrieves the coolant from the catheter to allow continuous operation without leakage into the environment or other loss of coolant.

It would further be desirable to provide a treatment system which precisely controls ablation and treatment regimens by conditioning the coolant supply at various point along the fluid path.

## SUMMARY OF THE INVENTION

These and other desirable features are obtained in a coolant system that includes a medical device and a console connectable to the medical device at a connection point. The console controls the temperature of the medical device. The console includes a first cooling system directing coolant to the medical device at a first temperature along a coolant supply line and a second cooling system chilling the coolant within the coolant supply line to a temperature below the first temperature before the coolant reaches the connection point.

US 7,318,821 B2

3

### BRIEF DESCRIPTION OF DRAWINGS

These and other features of the invention will be understood by reference to the description below, read in light of the prior art together with illustrative figures, wherein:

FIGS. **1** and **1A** illustrate a cryocatheter treatment system and cryocatheter;

FIG. **2** is a schematic representation of a coolant system in accordance with one embodiment of the present invention for use with the catheter of FIG. **1**;

FIG. **3** is a detailed schematic of another implementation of the coolant system of the present invention;

FIG. **4A** is a schematic illustration of still another coolant system configuration;

FIG. **4B** is an enthalpy graph with respect to the system of FIG. **4A**;

FIG. **5A** is a schematic illustration of yet another coolant system configuration;

FIG. **5B** is an enthalpy graph with respect to the system of FIG. **5A**;

FIG. **6** schematically represents a refrigerant subcooler that can be included in the coolant system configurations of the invention;

FIG. **7** illustrates another configuration for a subcooler; and

FIG. **8** illustrates still another configuration for a subcooler.

### DETAILED DESCRIPTION OF INVENTION

FIG. **1** shows a cryogenic treatment system **100** illustrating the general elements thereof. System **100** includes a treatment catheter **110** having a handle **110a**, a treatment console **120** and number of connecting lines **115** which include signal lines for any monitoring or mapping functions as well as a coolant injection line **115a** and a coolant return line **115b**. As illustrated, the console includes a display screen **120a** which may, for example, show both cardiac electrical signals and various status and control screens related to setting or reporting the cooling functions of the catheter or the ablation regimens being administered therewith.

FIG. **1A** shows in slightly greater detail a catheter **110** used in a system in accordance with the present invention. As shown, the handle **110a** is equipped with input ports for an electrical connector **111**, a coolant injection tube connector **112**, and a return tube connector **113**. These connect via various internal junctions or tubes passing through the handle to provide these three functions to the distal tip of the catheter. The handle may also include various control assemblies, e.g., switches or valves, as well as safety detection or shut down elements (not illustrated).

Leading from the handle **110a** is an elongated catheter body **110b** which extends to the catheter tip **110c**, illustrated in enlarged detail to show a representative structure thereof. As shown, in catheter tip **110c** the coolant enters through a central tube **1** and exits via a nozzle **2** at the end of the tube to expand in a small contained region forming a chamber **3** at the tip of the catheter. In the illustrated construction, the tube **1** runs concentrically within an outer tube (not numbered) thereby forming an annular return space **4** surrounding the supply tube **1** and extending back to the fluid return connector **113** of the handle. As discussed further below, the return passage for expended coolant is a vacuum passage, thus assuring that leakage into the blood stream cannot occur.

4

The location of chamber **3** defines the cooling region of the catheter tip. In the illustrated embodiment this is a short chamber less than a centimeter long located at the very tip of the catheter. Also shown are a thermocouple **5** positioned within the tip to sense tip temperature, and a plurality of electrodes including a tip electrode **7a** and one or more ring electrodes **8a**, **8b** . . . which are positioned near the tip for use in mapping and/or detecting cardiac signals. In other embodiments, the chamber **3** defined at the tip of the catheter may be an elongated chamber several centimeters in length for defining a coolant chamber effective to form linear lesions when placed in contact with tissue such as the cardiac wall. For the linear embodiment, multiple expansion nozzles, a perforated inlet tube end segment, or other variation in the construction of the coolant supply line may be used to assure a high rate of cooling along the full length of the expansion chamber. Furthermore, the chamber wall may be very thin, or formed with a metal sleeve or cap to achieve high heat transfer rates. Other structures within the catheter may include torque or steering wires, or other elements conventional in the art for navigation of the catheter past branch points in vessels, and for urging the catheter tip into contact with a wall once its position is confirmed.

As will be understood from the above, the task of the console is to provide coolant at the tip region in sufficient quantity and for times effective to create the desired lesions. The nature and depth of the lesions created will depend on a number of factors, including the temperature attained in the adjacent tissue, as well as the nature of the cooling cycle by which that temperature is attained. In general when the tissue attains an extremely low temperature, or a temperature effective to create ice crystals within tissue cells, the tissue damage will be irreversible, resulting in effective ablation at the contacted site. The actual cooling rates achieved at the tip will depend to a large extent on the area of contact with the tissue as well as the conductive properties of the adjacent tissue and the structure and geometry of the catheter in addition to the nature of coolant flow passing through the catheter tip. In the present system the latter quantity is controlled, as discussed more fully below, by providing a controller in which the flow of a phase change coolant supplied to the tip is varied to directly control the amount of cooling power available during an ablation cycle. In addition, the primary cooling effect is achieved by expansion of coolant at the inlet nozzle **2** as it enters chamber **3**.

While not illustrated, one or more electrical sensing elements in addition to the thermocouple may be provided at various places within the catheter to provide useful feedback or emergency control functions. For purposes of the present patent application, such functions will not be further discussed. However, if provided they may be positioned in a discrete cooling system, which for purposes of illustration may be considered to lie entirely within the console **120**, or be external thereto, but in any case to function in relation to the coolant supply elements which will now be described below.

FIG. **2** illustrates one embodiment of a cooling system in accordance with the present invention configured to connect to the inlet and return ports **112**, **113** of the catheter **110** (FIG. **1A**). As shown, the coolant system **120** includes a coolant supply **30**, a coolant conditioner **40**, a coolant control **50** and a coolant return section **60**. The control section **50** connects to the inlet **112** of the injection catheter, for example by a supply tube, while the return system **60** connects to coolant return port **113**. These are illustrated as separate connections, but as discussed more fully below, they may be

US 7,318,821 B2

5

6

implemented with a single vacuum-jacketed line with a quick connect coupler, or other specialized connection which allows a single coupling to the catheter handle for all coolant functions. Similarly, electrical connections may be incorporated in such a single conduit, or may be provided as separate signal cabling. Operation of the coolant system **120** will be most fully understood from a detailed discussion of each of the subassemblies **30**, **40**, **50**, **60**.

In general terms, the coolant system has a coolant conditioning section **40** with a compressor that provides a conditioned phase change coolant at elevated pressure to the control section **50**, which, in turn, regulates the supply of coolant provided to the inlet of the catheter. The return section **60** includes a vacuum pump which continuously draws expended coolant from the catheter at lower pressure and returns it at higher pressure to the coolant conditioner **40**, thereby providing a closed circulation loop through the catheter to meet the required ablation or mapping regimens. In the preferred embodiment, the conditioner provides coolant substantially at ambient temperature or colder, and the controller includes an electronically controlled pressure regulator which sets the flow rate of the coolant injected into the catheter, thus regulating the cooling action of the catheter tip. Conditioned coolant is provided to the control section by the conditioner **40**, which receives coolant at lower pressure either from the return section **60** or from the supply **30**, compresses the coolant to a high pressure, liquefies the coolant, and brings it to approximately ambient temperature at its outlet line **42**a leading to the controller. As further shown in FIG. **2**, the output from the compressor has a second branch **42**b in which excess coolant is not further cooled, but is simply returned to the supply **30**.

As noted above, conditioner section **40** in addition to the raising the pressure of the coolant supplied to the regulator for controlled injection into the catheter, also conditions the temperature of the high pressure coolant. This is preferably done as shown in FIG. **2**, by heat exchange between the inlet supply line **41** and the compressor outlet line **42**. As shown in the figure, the compressor outlet line **42** is placed in heat exchange communication, for example via a condenser or heat exchanger **45**b, with the inlet line **41**. In addition one output branch **42**a of the outlet line **42** is placed in heat exchange communication, for example via exchanger **45**a, with an upstream portion of the inlet line **41**. The compressor **43** operates to compress the coolant from a relatively low pressure, preferably below atmospheric, to a considerably higher pressure, e.g., 20 to 30 atmospheres as measured in its outlet line **42**. The material in line **42** is therefore heated by compression, and the heat exchange with inlet line **41** serves to reduce the temperature rise generated by compression. Furthermore, by providing only a portion of compressor output, namely the catheter-directed branch **42**a to the upstream, colder portion of the compressor inlet line **41**, the catheter injection supply of coolant is effectively brought to or near ambient temperature or colder, while the downstream heat exchange effected in heat exchanger **45**b with the entire output of the compressor is cooled to a lesser extent, serving a more traditional function of liquefying the coolant output and enhancing the overall cooling capacity of the compressed fluid. This ordered heat exchange arrangement provides preferentially greater cooling to the catheter-directed supply line, resulting in a stabilized catheter input over a broader range of operating cycles.

In FIG. **2** the high pressure return **42**b to the tank may be implemented with a pressure regulator located in-line ahead of the tank inlet to assure that coolant is returned to the tank only when its use elsewhere in the circulation loop is not required, and that the pressure in the line first builds up to a level higher than the current tank pressure.

Thus, the system of the present invention provides a closed-loop coolant circulation system wherein coolant is conditioned for provision to the inlet of a control module which injects the coolant into a catheter, and the coolant returns in a closed-loop to provide a continuous circulation of fluid at ambient temperature or colder into the catheter.

FIG. **3** shows a prototype embodiment in greater detail, illustrating representative valves and regulators for implementing a preferred closed-loop coolant supply **200**. The coolant supply, compressor, control and return portions of system **200** are numbered with numerals **230**, **240**, **250**, and **260** corresponding to the related subassemblies **30**, **40**, **50** and **60** of system **20**. As shown in this embodiment, a refrigerant tank **231** equipped with a magnetic sight glass **231**a to indicate fill level, supplies refrigerant through a needle valve **232** along line **233** to a downstream pressure regulator **235**. The pressure regulator **235** converts the nominal tank pressure of several hundred pounds per square inch to a fixed level of 14 psia to provide a constant supply pressure to the inlet line **241** of the compressor. At this stage the refrigerant is boiling at a temperature of about −60° Fahrenheit. The vacuum recovery return line **262** joins the refrigerant inlet line **241** at this point.

The compressor inlet line **241** passes through heat exchanger **245** en route to the compressor **243**, and also passes through a condenser **244**, so the low pressure liquid in the inlet line **241** is heated by the hot vapor coming out of the compressor, causing it to become a vapor. The compressor **243** takes the vapor and pressurizes it to about 400 psi. The pressurized output passes along line **242** through dryers D and sight glass SG, after which the high pressure outlet line bifurcates into two branches **242**b and **242**a. An upstream pressure regulator **246** in line **242**b builds and maintains pressure in the high pressure output line allowing the regulator to open and return excess refrigerant to the tank **231** when the pressure reaches a preset level, of about 400 psi, which is higher than the nominal tank pressure, e.g., 200 psi.

The second branch **242**a of the output line **242** passes through the heat exchanger **245** located in the upstream portion of the input line **241**, where it is further cooled to provide a conditioned output to the controller **250**, which as shown includes a motorized pressure regulator **254**. Pressure regulator **254** controls the flow rate of coolant provided along line **251** to the inlet port of the catheter (illustrated schematically). By way of example, the pressure regulator **254** may be controlled by a control microprocessor in the console to provide coolant at a pressure of 250 psi for a time interval of 2.5 minutes. Control is generally done by actuating the motor of regulator **254** to achieve a desired set point and leaving the regulator at that setting for the indicated time period. A zero to 500 psi pressure transducer **255** is placed in line **251** to provide feedback signals for implementing the control of the regulator **254**, which may further employ feedback from the thermocouple in the catheter.

The foregoing values of pressure and duration are given by way of example only, and it will be understood that typical cooling regimens implemented by the control console **120** (FIG. **1**) may run from several seconds to five minutes or more, and that the coolant pressures which are varied to achieve a desired rate of heat transfer or effective lesion depth may vary from the coolant pressure in the tank to approximately the pressure of the compressor output line **242**a. Advantageously, the pressure in line **251** remains

US 7,318,821 B2

7

greater than the saturation pressure of the refrigerant being used such that it does not start to boil before it reaches the tip.

As further shown in FIG. 3, the return line 115*b* from the catheter attaches to vacuum section 260, while a solenoid operated purge valve 257 extends between the catheter inlet line 251 and the low pressure return line 262 from the vacuum scavenging system 260. It will be understood that purge valve 257 will typically be operated to bleed the inlet line when the catheter is first attached and the supply compressor or return pump, respectively, are operated.

The return line 115*b* from the catheter passes via vacuum protection solenoid-operated valve 261 to a vacuum pump 265, which maintains a vacuum in the range of 2 to 40 millibars in the return line, and which increases the pressure of the expended coolant vapor to approximately 15 psi. At the outlet side of the vacuum pump a similar solenoid operated protection valve 261*a* is provided together with a check ball, and an oil filter OF which prevents pump oil from contaminating the circulating coolant or depositing in the coolant valves, catheter passages or other components. A filter, e.g., 0.5 μm, appears in the catheter inlet line 251. The entire vacuum system may be isolated by the solenoid operated protection valves 261, 261*a*, during start-up or during a sensed over-pressure or blood leakage condition, and a check valve 265 prevents any pressure build-up on the vacuum pressure side of the catheter in the event of pump or compressor failure, allowing coolant return directly into the return line 262 and compressor inlet 241. For this purpose, the compressor output or various bypass or check valves 257, 264 are set a pressure slightly higher than the output setting of the tank conditioner regulator 235, so that the coolant normally circulates into the catheter and through the vacuum system back into the compressor as a closed-loop.

In the illustrated embodiment, a coolant refill port 275 is provided at a solenoid operated valve 277 in the compressor inlet line 241, allowing a refrigerant bottle attached at that point to employ the same compressor 243 of the system to refill the supply tank 231. For this purpose, a solenoid operated by-pass valve 237 is also supplied to bypass the upstream high pressure return regulator 246 between the compressor output line 242*b* and the tank, and speed up refill of the tank 231. Preferably, above the tank, a solenoid operated valve 238 connects to a vent port to allow venting of any air which may have accumulated in the refrigerant tank due to leakage through the catheter or tubing. This vent is preferably controlled automatically by a suitable control program in the console 120. Venting may be implemented, for example, by providing a temperature sensor in the refrigerant tank and a pressure sensor at its top. Knowing the temperature of the liquid refrigerant in the tank, the vent may be operated until the saturated pressure is reached for the given refrigerant at the indicated tank temperature. Such a venting step is to be performed each time the console is turned on. In addition to the foregoing elements, various pressure indicators or temperature sensors may be situated along the different lines to indicate operating parameters of the fluid therein. These are preferably sensors or indicators of the process control type wherein, rather than a dial display output, they provide an electrical output which connects to a microprocessor programmed to monitor the various conditions continuously to detect relevant safety, control or maintenance conditions.

Referring now to FIG. 4A another embodiment of a closed-loop system is shown schematically, wherein letters A through F correspond to points on a system enthalpy graph depicted at FIG. 4B. Of particular interest in the graph of

8

FIG. 4B are the areas representing a refrigerant in liquid state, gas state, and a mixed state that includes variable percentages of liquid and gas.

The system of FIG. 4A includes a compressor 300 that pressurizes refrigerant in a gas state and passes it through a first cooler or condenser 302. In the condenser 302, the refrigerant transitions from a gas state to a transition or combination liquid and gas state, wherein almost all of the refrigerant is liquid, or if liquid, very close to the point where the refrigerant changes state to a gas. The refrigerant passes through a filter or contaminant remover 304 and thence to a secondary cooler, referred to herein as a sub-cooler 306. The subcooler 306 chills the refrigerant to a lower temperature than that achieved by the compressor to cause the refrigerant to be completely in the liquid state prior to transfer to a catheter 310. In an exemplary system, the subcooler 306 chills the refrigerant to a temperature colder than 10° C. to enable the catheter tip to be chilled to temperatures as low as −90° C.

Ensuring that the refrigerant is in a liquid state before its introduction into the catheter provides significant performance advantages over known systems. For example, in order to achieved maximum cooling power and maintain a predictable and controlled tip temperature for a coolant injection system as described hereinabove, the refrigerant or coolant should exit the injection tube 1 (see FIG. 1A) as a liquid. However, without a subcooler, the coolant is at or near point "C" as shown in FIG. 4B (at the liquid/gas border). Thus, as it enters the catheter and begins to warm, bubbles form in the coolant and the coolant exits the injection tube 1 in spurts instead of as a stream. In some instances, without a subcooler, only 40% or so of the coolant exits the injection tube 1 as a liquid, as about 60% or so of the coolant has already changed state to a gas. Because, there is less fluid to change state to gas, the cooling power of the device is reduced. Further, the liquid/gas spurts cause significant temperature fluctuations that can adversely affect a selected cryotreatment. Both the reduced cooling power and the temperature fluctuation phenomena are increasingly pronounced and problematic the more the diameter of the catheter and injection tube are reduced.

As shown, the subcooler 306 is located within the console 120 or one of its accessories 115*c*. This helps to minimize weight and cost of a disposable handle and or catheter components, and it allows the catheter to be much smaller in diameter than a catheter having a secondary or subcooler in the handle or in the catheter. Additionally, locating the subcooler 306 in the console and/or its accessories minimizes the space occupied or required by cooling equipment within the catheter, thereby facilitating use of very small diameter catheters (e.g., 3 Fr to 7 Fr) for cryotreatments.

Continuing to refer to FIGS. 4A and 4B, as the refrigerant is ejected from the line leading from the subcooler 306, it is allowed to change phase from a liquid to a gas and to expand in a low pressure or near vacuum environment created by a vacuum pump 312 at the catheter tip 314. FIG. 4B illustrates the sudden transition from liquid to gas as represented by points "D" to "E" to "F" and to "A" on the enthalpy graph. The vacuum pump 312 causes the expanded gas to be returned to the compressor 300 so the cycle can be repeated.

FIGS. 5A and 5B illustrate another cooling system configuration that is similar to the closed-loop system shown in FIG. 4A. In this embodiment, there is no compressor 300 or condenser 304. Refrigerant is supplied to the system from a tank or cartridge 316 in substantially liquid state or very close to the point where the refrigerant changes state from liquid to gas (point "C" on the graph of FIG. 5B). The

US 7,318,821 B2

9

refrigerant passes through a filter or contaminant remover **318** and then to a subcooler **320**. The subcooler **320** chills the refrigerant to a temperature that causes the refrigerant to be completely in the liquid state (point "D" on the graph of FIG. **5**B) prior to transfer to a catheter **322**.

As the refrigerant is ejected from the line leading from the subcooler **320**, it changes phase from a liquid to a gas and expands at the catheter tip **322** in a low pressure or near vacuum environment created by a vacuum pump **324**. FIG. **5**B illustrates the sudden transition from liquid to gas as represented by points "D" to "E" to "F" and to "G" on the enthalpy graph. The vacuum pump causes the expanded gas to conveyed to a collection tank or other scavenging-system **326**. Cryotreatment can continue until the refrigerant supply bottle **316** is no longer capable of providing liquid refrig-erant. Downtime, however, can be minimized if a quick-connect/disconnect mechanism **328** is associated with the supply bottle **316**.

Although a subcooler is shown with respect to the systems of FIGS. **4**A and **5**A, such a device can also be included in the systems depicted in FIGS. **2** and **3**. A subcooler or subcooling system compatible with these systems can include a Peltier cooler, a Joule-Thompson, a Stirling engine or an independent closed-loop refrigeration system. Addi-tionally, although control of the ratio of gas and liquid in a coolant can be performed with temperature control, the invention also contemplates use of pressure control in the console and subcooler to control the ratio.

FIG. **6** discloses an exemplary, independent, closed-loop subcooler in schematic form. As shown, the subcooler includes a chamber **330** through which passes a coiled refrigerant transfer line **332**. A compressor **334** and con-denser **336** provide liquid refrigerant that is transferred into the chamber **330** as shown by the arrow marked "Ref. in." The coolant, if compressed gas expands, or if liquid changes state to gas, thereby chilling the transfer line **332** and its contents. The expanded, gas-state coolant is exhausted from the chamber **330** as shown by the arrow marked "Ref. out" and returned to the compressor **334**. A capillary tube **338** can be interposed between the condenser **336** and the chamber **330** in order to reduce the flow injected in the heat exchanger **330**.

Although the subcooler system of FIG. **6**, can provide effective cooling performance, it can also be bulky, noisy, and heat emitting when compared to the subcooling system of FIG. **7**. Referring now to FIG. **7**A, an insulated enclosure **340** (like chamber **330**) encloses a coiled portion of a coolant supply line **342** leading to a medical implement (not shown) as described above. The coolant supply line **342** is in communication with a coolant reservoir **348** (such as bottled, liquid N₂0) to allow coolant to be directed into the enclosure **340**. An outlet **350** in communication with a vacuum source **351** is provided to exhaust coolant from the enclosure **340** whereupon it is directed to a scavenging system. Cooling performance can be controlled with a coolant flow regulator **352** that can be make responsive to a temperature sensor **354** within the enclosure **340** that outputs a signal to a temperature controller **355** that controls the flow regulator **352**. FIG. **7**B is an enthalpy graph for the system illustrated in FIG. **7**B.

Referring now to FIG. **8**, yet another configuration for a subcooler is illustrated in conjunction with a control system for the subcooler. As with configurations described above, this illustration depicts a chamber **360**, having an inlet **362** and an outlet **364**, provides a flow path for refrigerant such as nitrous oxide or another fluid. A conduit **366** that defines a second fluid flow path for the same refrigerant passes

10

through the chamber **360** and is in fluid communication with a refrigerant supply upstream of the chamber and a medical device downstream from the chamber. As shown, a fluid flow splitter **368** can allow a common refrigerant source to be used for supplying the chamber **360** and the conduit **366**.

A programmable controller **370** is in communication with and controls one or more valves, such as a first valve **372**, to regulate flow of coolant through the conduit **366** and into the medical device in response to a programmed cooling profile and in response to sensor outputs from the catheter. Additionally, the controller **370** can be used to control a second valve **374** to regulate flow of coolant through the chamber **360** in response to sensed temperature within the chamber. For example, the controller **370** can establish a duty cycle that opens and closes the second valve **374** repeatedly over time. If the temperature rises in the chamber **360** the second valve **374** can be opened and closed more frequently. By contrast, if the temperature in the chamber falls too far, the second valve **374** can be cycled less frequently.

As discussed above, one significant advantage provided by the present invention is that subcooling systems can be located within the console **120** or its accessories **115**c instead of in the catheter or in the catheter handle (the part held by the surgeon to manipulate the catheter). Thus, as used by applicant, "console" is intended to mean any com-ponent that is not a part of the operative implement. For example, in the systems shown, the "console" can be con-sidered to be everything but the catheter and the handle. Illustrations of this feature are shown in FIGS. **9** and **10**, wherein FIG. **9** illustrates exemplary subcooling system components **380** being located entirely within the console **120**. FIG. **10** illustrates a system wherein a subcooler **382** is positioned within an ECG connection box **384**. Although the subcooler **382** can be configured for cooling as described above, it can include any other known cooling device that can be located within an accessory such as an ECG con-nection box.

The invention being thus disclosed and described in illustrative embodiments herein, variations and modifica-tions as well as adaptations of the invention to other systems will occur to those skilled in the art, and all such variations, modifications and adaptations are considered to lie within the scope of the invention as described herein and defined in the claims appended hereto and equivalents thereof.

What is claimed is:

**1**. A medical cooling system comprising:

a medical device;

a console connectable to the medical device at a connec-tion point, the console controlling the temperature of the medical device, and the console including

a first system directing coolant in a mixed gas and liquid state to the medical device along a coolant supply line; and

a second system decreasing the percentage of gas in the coolant before the coolant reaches the connection point by controlling a temperature of the coolant.

**2**. A medical cooling system comprising:

a medical device;

a console connectable to the medical device at a connec-tion point, the console controlling the temperature of the medical device, and the console including

a first system directing coolant in a mixed gas and liquid state to the medical device along a coolant supply line; and

a second system decreasing the percentage of gas in the coolant before the coolant reaches the connection

US 7,318,821 B2

11                                                            12

point by controlling a temperature of the coolant; wherein the second system decreases the percentage of gas in the coolant by reducing the temperature of the coolant, and wherein the system further comprises

an chamber having an inlet and an outlet, wherein the chamber defines a fluid path from the inlet to the outlet, and the chamber envelops a portion of the coolant supply line; and

a controller for controlling coolant flow into the chamber.

**3**. The cooling system of claim **2**, wherein the controller establishes a duty cycle for cyclically allowing and denying entry of coolant into the chamber at a rate responsive to a sensed temperature within the chamber to selectively raise, lower, and maintain the temperature of coolant within the coolant supply line.

**4**. A medical cooling system for affecting the temperature of a treatment site, comprising:

a medical device;

a coolant supply;

a first coolant flow path between the medical device and the coolant supply;

a subcooler disposed about the portion of the first coolant flow path and having an inlet and an outlet;

a second coolant flow path between the coolant supply and the inlet;

a programmable controller coupled to a temperature sensor in the subcooler, the programmable controller controlling the flow of coolant through the first and second flow paths to regulate the temperature of the treatment site.

**5**. The cooling system of claim **4**, further comprising:

a first valve in the first coolant flow path,

a second valve in the second coolant flow path,

wherein the programmable controller is coupled to the first and second valves.

**6**. The cooling system of claim **5**,

wherein the programmable controller establishes a duty cycle that opens and closes the second valve over time.

**7**. The cooling system of claim **5**,

wherein the subcooler includes a chamber enclosing the portion of the first coolant flow path and the chamber defines a third coolant flow path between the inlet and the outlet.

**8**. The cooling system of claim **5**,

wherein the subcooler includes a Peltier cooler.

**9**. A medical cooling system comprising:

a coolant supply unit, and a medical device having distal and proximal ends;

a controller being connected to the medical device at a connection point on the proximal end of the medical device;

a first cooling system directing coolant from the coolant supply to the medical device along a coolant supply line through the connection point;

a second cooling system chilling the coolant within a portion of the coolant supply line upstream of the connection point; and

wherein the second cooling system is disposed in a system component external to the coolant supply unit.

**10**. The medical cooling system of claim **9**,

wherein the second cooling system includes an enclosure having a fluid inlet and a fluid outlet, the enclosure defining a fluid path from the inlet to the outlet, and the enclosure envelops the portion of the coolant supply line.

**11**. A medical cooling system comprising:

a coolant supply unit, and a medical device having distal and proximal ends;

a controller, the controller being connected to the medical device at a connection point on the proximal end of the medical device;

a first cooling system directing coolant from the coolant supply to the medical device along a coolant supply line through the connection point; and

a second cooling system chilling the coolant within a portion of the coolant supply line upstream of the connection point, wherein the second cooling system includes a Peltier cooler, and wherein the second cooling system is disposed in a system component external to the coolant supply unit.

**12**. A medical cooling system comprising:

a coolant supply unit, and a medical device having distal and proximal ends;

a controller, the controller being connected to the medical device at a connection point on the proximal end of the medical device;

a first cooling system directing coolant from the coolant supply to the medical device along a coolant supply line through the connection point; and

a second cooling system chilling the coolant within a portion of the coolant supply line upstream of the connection point, wherein the second cooling system is disposed in a system component external to the coolant supply unit, and wherein the system component is a connection box disposed along the coolant supply line upstream of the connection point.

**13**. The medical cooling system of claim **12**,

wherein the second cooling system includes a Peltier cooler.

**14**. The medical cooling system of claim **12**,

wherein the connection box is an ECG connection box.

**15**. A medical cooling system comprising:

a coolant supply unit, and a medical device having distal and proximal ends;

a controller, the controller being connected to the medical device at a connection point on the proximal end of the medical device;

a first cooling system directing coolant from the coolant supply to the medical device along a coolant supply line through the connection point; and

a second cooling system chilling the coolant within a portion of the coolant supply line upstream of the connection point; wherein the second cooling system is disposed in a system component external to the coolant supply unit, and wherein the system component is attached to an external surface of the coolant supply unit.

**16**. The medical cooling system of claim **15**,

wherein the second cooling system includes a Peltier cooler.

**17**. A medical cooling system comprising:

a coolant supply unit, and a medical device having distal and proximal ends;

a controller, the controller being connected to the medical device at a connection point on the proximal end of the medical device, wherein the controller is disposed in the coolant supply unit;

a first cooling system directing coolant from the coolant supply to the medical device along a coolant supply line through the connection point; and

a second cooling system chilling the coolant within a portion of the coolant supply line upstream of the

**13**

connection point; wherein the second cooling system is disposed in a system component external to the coolant supply unit.

**18**. A medical cooling system, comprising:

a medical device having distal and proximal end portions;

a console having

a housing,

a coolant supply in fluid communication with the medical device, and

a controller,

one or more connecting lines coupling the console with the medical device, the one or more connecting lines including a coolant supply line; and

a system component disposed at an intermediate point between the proximal end portion of the medical device and the console, the system component including a subcooler disposed in thermal communication with a portion of the coolant supply line.

**19**. The medical cooling system of claim **18**, wherein the subcooler includes a Peltier cooler.

**20**. The medical cooling system of claim **18**, wherein the system component is a connection box disposed around the coolant supply line.

**21**. The medical cooling system of claim **20**, wherein the connection box is an ECG connection box.

**22**. The medical cooling system of claim **18**, wherein the system component is attached to an external surface of the housing of the console.

**23**. A medical cooling system, comprising:

a coolant supply;

a medical device having proximal and distal end portions, and having

a coolant inlet line from the proximal end portion to the distal end portion, and

a coolant return line from the distal end portion to the proximal end portion,

a coolant supply line between the coolant supply and the coolant inlet line;

a coolant recovery line between a source of vacuum and the coolant return line, the coolant supply line, coolant inlet line, coolant return line, and the coolant recovery line defining a first flow pathway from the coolant supply to the source of vacuum;

a vent line coupled to and disposed between the coolant supply line and the coolant recovery line, a proximal portion of the coolant supply line, the vent line, and a distal portion of the coolant recovery line defining a second flow pathway from the coolant supply to the source of vacuum.

**24**. The medical cooling system of claim **23**, wherein the second flow pathway is external to the medical device.

**25**. The medical cooling system of claim **23**, wherein the vent line includes a vent valve.

**14**

**26**. The medical cooling system of claim **23**, further comprising:

a scavenging tank coupled to the source of vacuum, the medical cooling system being substantially open-loop.

**27**. The medical cooling system of claim **23**, further comprising:

a compressor coupled to the source of vacuum and to the coolant supply, the medical cooling system being substantially closed-loop.

**28**. A medical cooling system, comprising:

a coolant supply;

a medical device having proximal and distal end portions, and having

a coolant inlet line from the proximal end portion to the distal end portion, and

a coolant return line from the distal end portion to the proximal end portion,

a coolant supply line between the coolant supply and the coolant inlet line;

a coolant recovery line between a source of vacuum and the coolant return line, the coolant supply line, coolant inlet line, coolant return line, and the coolant recovery line defining a first pathway from the coolant supply to the source of vacuum,

wherein the coolant recovery line includes a pressure indicator.

**29**. A medical cooling system, comprising:

a coolant supply;

a medical device having proximal and distal end portions, and having

a coolant inlet line from the proximal end portion to the distal end portion, and

a coolant return line from the distal end portion to the proximal end portion,

a coolant supply line between the coolant supply and the coolant inlet line;

a coolant recovery line between a source of vacuum and the coolant return line, the coolant supply line, coolant inlet line, coolant return line, and the coolant recovery line defining a first flow pathway from the coolant supply to the source of vacuum, wherein the coolant recovery line includes a pressure indicator; and

a control console coupled to the pressure indicator to control the flow of coolant in the first flow pathway.

**30**. The medical cooling system of claim **29**, wherein the pressure indicator is a process control element coupled to a microprocessor in the control console.

**31**. The medical cooling system of claim **29**, wherein the pressure indicator is a safety monitoring element preventing an increase in the pressure of the coolant in the coolant return line.

*    *    *    *    *

# EXHIBIT H

US007303554B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,303,554 B2**

Lalonde et al.     (45) **Date of Patent:**     *Dec. 4, 2007

(54) **CLOSED LOOP CATHETER COOLANT SYSTEM**

(75) Inventors: **Jean-Pierre Lalonde**, Verdun (CA); **Marwan Abboud**, Pierrefonds (CA)

(73) Assignee: **CryoCath Technologies Inc.**, Kirkland, Quebec (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/764,661**

(22) Filed: **Jan. 26, 2004**

(65) **Prior Publication Data**

US 2004/0158238 A1     Aug. 12, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 10/115,213, filed on Apr. 1, 2002, now Pat. No. 6,682,525, which is a continuation of application No. 09/489,646, filed on Jan. 24, 2000, now Pat. No. 6,383,180.

(60) Provisional application No. 60/117,175, filed on Jan. 25, 1999.

(51) **Int. Cl.**
*A61B 18/02*     (2006.01)

(52) **U.S. Cl.** .......................................... **606/22**; 606/20

(58) **Field of Classification Search** ............ 606/20–24; 607/105, 106, 113, 115
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,823,575 A | 7/1974 | Parel |
| 3,859,986 A | 1/1975 | Okada et al. |
| 4,072,152 A | 2/1978 | Linehan |

| 4,206,609 A | 6/1980 | Durenec |
| 4,998,933 A | 3/1991 | Eggers et al. |
| 5,139,496 A | 8/1992 | Hed |
| 5,275,595 A | 1/1994 | Dobak, III |
| 5,423,811 A | 6/1995 | Imran et al. |
| 5,674,218 A | 10/1997 | Rubinsky et al. |
| 5,758,505 A | 6/1998 | Dobak, III et al. |
| 5,759,182 A | 6/1998 | Varney et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0 651 308 A1 | 3/1995 |

(Continued)

*Primary Examiner*—Roy D. Gibson
(74) *Attorney, Agent, or Firm*—Christopher & Weisberg, P.A.

(57)     **ABSTRACT**

A coolant system for a cryoablation or treatment probe such as a mapping or ablation catheter, or a treatment wand, includes a compressor and condenser having a low pressure inlet side and a high pressure outlet side, wherein the outlet side passes through a heat exchanger and is cooled by the inlet side and conditioned for injection to a catheter inlet. A vacuum return system connectable to the catheter outlet draws thermally expended coolant from the catheter and returns it to the low pressure inlet side. A motorized pressure regulator between the heat exchanger and the catheter inlet determines the pressure of coolant passing into the catheter and thus regulates the cooling rate for a selected mapping or ablation regimen. The low pressure compressor inlet supply preferentially conditions the pressurized coolant to ambient temperature or lower before injection into the catheter, allowing the coolant to travel through the body at ambient before expansion in the tip.

**2 Claims, 4 Drawing Sheets**



**US 7,303,554 B2**

Page 2

| U.S. PATENT DOCUMENTS | | |
|---|---|---|
| 5,800,493 A | 9/1998 | Stevens et al. |
| 5,807,391 A | 9/1998 | Wijkamp |
| 5,860,970 A | 1/1999 | Goddard et al. |
| 6,051,019 A | 4/2000 | Dobak, III et al. |
| 6,190,378 B1 | 2/2001 | Jarvinen |
| 6,197,045 B1 | 3/2001 | Carson |
| 6,306,129 B1 | 10/2001 | Little et al. |
| 6,383,180 B1 * | 5/2002 | Lalonde et al. ............... 606/22 |

6,682,525 B2 *    1/2004  Lalonde et al. ............... 606/22

FOREIGN PATENT DOCUMENTS

| WO | WO 98/29029 | 7/1998 |
|---|---|---|
| WO | WO 99/56639 | 11/1999 |
| WO | WO 99/56640 | 11/1999 |
| WO | WO 99/56641 | 11/1999 |
| WO | WO 00/35362 | 6/2000 |

* cited by examiner



*FIG. 1*



FIG. 1A



*FIG. 2*



FIG. 3

US 7,303,554 B2

**1**

## CLOSED LOOP CATHETER COOLANT SYSTEM

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 10/115,213, filed Apr. 01, 2002, by Jean-Pierre Lalonde, et al, entitled CLOSED LOOP CATHETER COOLANT SYSTEM, now U.S. Pat. No. 6,682,525, which application is a continuation of U.S. patent application Ser. No. 09/489,646, filed Jan. 24, 2000, by Jean-Pierre Lalonde, et al., entitled CLOSED LOOP CATHETER COOLANT SYSTEM, now issued U.S. Pat. No. 6,383,180 B1, which application is related to and claims priority from U.S. Provisional Application Ser. No. 60/117,175, filed Jan. 25, 1999, the entirety of all of which are incorporated herein by reference.

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH

Not Applicable.

### BACKGROUND OF THE INVENTION

The present invention relates to a coolant system for a catheter or treatment wand used for cryotreatment of tissue. In particular, the coolant system is of the type which connects to a catheter and pumps coolant through the catheter to chill the tip of the catheter for stunning or ablating tissue, such as cardiac wall tissue, for mapping or treatment purposes. The invention also contemplates ablation systems for non-cardiac tissue, employing, for example, a hand-held treatment wand rather than a catheter delivery system. For purposes of illustration herein, the discussion will be directed primarily to endovascular ablation catheters of the type available for treating cardiac arrhythmias.

A number of cooled catheter systems have been developed for treating tissue in a cardiac setting, either to cool the tissue sufficiently to stun it and allow cold mapping of the heart and/or confirmation of catheter position with respect to localized tissue lesions, or to apply a more severe level of cold to ablate tissue at the site of the catheter ending. In general, the range of treatments which may be effected by a cryocatheter is comparable to the range of applications for RF or thermal ablation catheters, and in particular, these instruments may be configured to achieve either small localized ball shape lesions at the tip of the catheter, or one or more elongated linear lesions extending a length of several centimeters or more along the tip. The latter form of lesion is commonly used to achieve conduction block across a region of the cardiac wall so as to sever a re-entrant pathway, preventing conduction across the region, in order change the cardiac signal path topology, for example, to eliminate a re-entrant pathway responsible for atrial fibrillation or a tachycardia.

In general, when used for endovascular access to treat the cardiac wall, catheters of this type, in common with the corresponding earlier-developed radio frequency or electrothermal ablation catheter, must meet fairly demanding limitations regarding their size, flexibility, and the factors of strength, electrical conductivity and the like which affect their safety and may give rise to failure modes in use. These constraints generally require that the catheter be no larger than several millimeters in diameter so as to pass through the vascular system of the patient to the heart. Thus, any

**2**

electrodes (in the case of mapping or RF/electrothermal ablation catheters), and any coolant passages (in the case of cryocatheters) must fit within a catheter body of small size.

A number of different fluids have been used for the coolant component of prior art cryotreatment catheters. Among these may be mentioned a cool liquid such as a concentrated saline solution or other liquid of suitably low freezing point and viscosity, and of suitably high thermal conductivity and heat capacity, or a liquified gas such as liquid nitrogen. In all such constructions, the coolant must circulate through the catheter, thus necessitating multiple passages leading to the cooling area of the tip from the catheter handle.

Furthermore, conditions of patient safety must be considered, raising numerous problems or design constraints for each particular system. Thus for example, a high pressure may be required to circulate sufficient coolant through the catheter body to its tip and back, and the overall design of a catheter must be such that fracture of the catheter wall or leakage of the coolant either does not occur, or if it occurs, is harmless. Further, for an endovascular catheter construction, the presence of the coolant and circulation system should not substantially impair the flexibility or maneuverability of the catheter tip and body.

To some extent these considerations have been addressed by using a phase change material as the cryogenic fluid, and arranging the catheter such that the phase change, e.g., from a liquid to a gas, occurs in the treatment portion of the catheter tip. Another possible approach is to employ a pressurized gas, and configure the catheter for cooling by expansion of the gas in the tip structure. However, owing to the small size that such a catheter is required to assume for vascular insertion, or the awkwardness of handling a cryogenic treatment probe generally, the design of a safe and effective coolant circulation system which nonetheless dependably provides sufficient cooling capacity at a remote tip remains a difficult goal.

Among other common problems to be addressed while providing adequate thermal capacity, may be noted the leakage problem mentioned above, the problem of effectively preventing the catheter as a whole from being excessively cold or damaging tissue away from the intended site, and the problem of conduit or valve blockage owing for example to ice particles and the like.

Accordingly, it would be desirable to provide a coolant system which conveniently attaches to a cryocatheter.

It would also be desirable to provide a closed loop coolant system which injects and retrieves the coolant from the catheter to allow continuous operation without leakage into the environment or other loss of coolant.

It would further be desirable to provide a closed loop treatment system which precisely controls ablation and treatment regimens by conditioning the coolant supply side of a closed loop.

### SUMMARY OF THE INVENTION

These and other desirable features are obtained in a coolant system for a cryoablation or treatment probe such as a mapping or ablation catheter, or a treatment wand, which includes a compressor and condenser having a low pressure inlet side and a high pressure outlet side, wherein the outlet side passes through a heat exchanger to be cooled by the inlet side and conditioned for injection to a catheter inlet, and further comprising a vacuum return system connectable to the catheter outlet to cause thermally expended coolant from the catheter to flow through the vacuum system and be

US 7,303,554 B2

**3**

returned to the low pressure inlet side. A motorized pressure regulator between the heat exchanger and the catheter inlet determines the flow rate of coolant passing into the catheter and thus regulates the cooling power for a selected mapping or ablation regimen.

Preferably, the low pressure inlet operates at relatively low temperatures so that heat exchange conditions the relatively warm pressurized coolant to ambient temperature or colder before injection into the catheter, allowing the coolant to travel at near ambient temperature to the tip before expansion and cooling to perform mapping or ablation as appropriate. In a preferred embodiment, a coolant reservoir feeds into the low pressure inlet side and receives a return flow of excess fluid from a branch off the outlet side of the compressor. The vacuum return assures that coolant does not leak into the blood stream, and preferably various check valves and bypass valves operate in the event of pressure buildup to return fluid to the inlet or supply loops. The coolant mixture preferably has a boiling point of approximately −60° Fahrenheit at about one atmosphere, and may be compressed to several hundred psi. The entire system is amenable to microprocessor control for providing ablation cooling cycles to operate the catheter tip in accordance with a selected protocol, and for effecting system functions such as recharging and venting of the coolant supply, and shutting down during nonuse or upon occurrence of a fault condition.

BRIEF DESCRIPTION OF DRAWINGS

These and other features of the invention will be understood by reference to the description below, read in light of the prior art together with illustrative figures, wherein:

FIGS. **1** and **1A** illustrate a cryocatheter treatment system and cryocatheter;

FIG. **2** is a schematic representation of a coolant system in accordance with one embodiment of the present invention for use with the catheter of FIG. **1**; and

FIG. **3** is a detailed schematic of another implementation of the coolant system of the present invention.

DETAILED DESCRIPTION OF INVENTION

FIG. **1** shows a cryogenic treatment system **100** illustrating the general elements thereof. System **100** includes a treatment catheter **110** having a handle **110***a*, a treatment console **120** and number of connecting lines **115** which include signal lines for any cardiac monitoring or mapping functions as well as a coolant injection line **115***a* and a coolant return line **115***b*. As illustrated, the console includes a display screen **120***a* which may, for example, show both cardiac electrical signals and various status and control screens related to setting or reporting the cooling functions of the catheter or the ablation regimens being administered therewith.

FIG. **1A** shows in slightly greater detail a catheter **110** used in a system in accordance with the present invention. As shown, the handle **110***a* is equipped with input ports for an electrical connector **111**, a coolant injection tube connector **112**, and a return tube connector **113**. These connect via various internal junctions or tubes passing through the handle to provide these three functions to the distal tip of the catheter. The handle may also include various control assemblies, e.g., switches or valves, as well as safety detection or shut down elements (not illustrated).

Leading from the handle **110***a* is an elongated catheter body **110***b* which extends to the catheter tip **110***c*, illustrated

**4**

in enlarged detail to show a representative structure thereof. As shown, in catheter tip **110***c* the coolant enters through a central tube **1** and exits via a nozzle **2** at the end of the tube to expand in a small contained region forming a chamber **3** at the tip of the catheter. In the illustrated construction, the tube **1** runs concentrically within an outer tube (not numbered) thereby forming an annular return space **4** surrounding the supply tube **1** and extending back to the fluid return connector **113** of the handle. As discussed further below, the return passage for expended coolant is a vacuum passage, thus assuring that leakage into the blood stream cannot occur.

The location of chamber **3** defines the cooling region of the catheter tip. In the illustrated embodiment this is a short chamber less than a centimeter long located at the very tip of the catheter. Also shown are a thermocouple **5** positioned within the tip to sense tip temperature, and a plurality of electrodes including a tip electrode **7***a* and one or more ring electrodes **8***a*, **8***b* . . . which are positioned near the tip for use in mapping and/or detecting cardiac signals. In other embodiments, the chamber **3** defined at the tip of the catheter may be an elongated chamber several centimeters in length for defining a coolant chamber effective to form linear lesions when placed in contact with tissue such as the cardiac wall. For the linear embodiment, multiple expansion nozzles, a perforated inlet tube end segment, or other variation in the construction of the coolant supply line may be used to assure a high rate of cooling along the full length of the expansion chamber. Furthermore, the chamber wall may be very thin, or formed with a metal sleeve or cap to achieve high heat transfer rates. Other structures within the catheter may include torque or steering wires, or other elements conventional in the art for navigation of the catheter past branch points in vessels, and for urging the catheter tip into contact with a wall once its position is confirmed.

As will be understood from the above, the task of the console is to provide coolant at the tip region in sufficient quantity and for times effective to create the desired lesions. The nature and depth of the lesions created will depend on a number of factors, including the temperature attained in the adjacent tissue, as well as the nature of the cooling cycle by which that temperature is attained. In general when the tissue attains an extremely low temperature, or a temperature effective to create ice crystals within tissue cells, the tissue damage will be irreversible, resulting in effective ablation at the contacted site. The actual cooling rates achieved at the tip will depend to a large extent on the area of contact with the tissue as well as the conductive properties of the adjacent tissue and the structure and geometry of the catheter in addition to the nature of coolant flow passing through the catheter tip. In the present system applicant controls the latter quantity, as discussed more fully below, by providing a controller in which the flow of a phase change coolant supplied to the tip is varied to directly control the amount of cooling power available during an ablation cycle. In addition, the primary cooling effect is achieved by expansion of coolant at the inlet nozzle **2** as it enters chamber **3**.

While not illustrated, one or more electrical sensing elements in addition to the thermocouple may be provided at various places within the catheter to provide useful feedback or emergency control functions. For purposes of the present patent application, such functions will not be further discussed. However, if provided they may be positioned in a discrete cooling system, which for purposes of illustration may be considered to lie entirely within the console **120**, or

US 7,303,554 B2

5

6

be external thereto, but in any case to function in relation to the coolant supply elements which will now be described below.

FIG. **2** illustrates one embodiment of a cooling system in accordance with the present invention configured to connect to the inlet and return ports **112, 113** of the catheter **110** (FIG. **1**A). As shown, the coolant system **120** includes a coolant supply **30**, a coolant conditioner **40**, a coolant control **50** and a coolant return section **60**. The control section **50** connects to the inlet **112** of the injection catheter, for example by a supply tube, while the return system **60** connects to coolant return port **113**. These are illustrated as separate connections, but as discussed more fully below, they may be implemented with a single vacuum-jacketed line with a quick connect coupler, or other specialized connection which allows a single coupling to the catheter handle for all coolant functions. Similarly, electrical connections may be incorporated in such a single conduit, or may be provided as separate signal cabling. Operation of the coolant system **120** will be most fully understood from a detailed discussion of each of the subassemblies **30, 40, 50, 60**.

In general terms, the coolant system has a coolant conditioning section **40** with a compressor that provides a conditioned phase change coolant at elevated pressure to the control section **50**, which, in turn, regulates the supply of coolant provided to the inlet of the catheter. The return section **60** includes a vacuum pump which continuously draws expended coolant from the catheter at lower pressure and returns it at higher pressure to the coolant conditioner **40**, thereby providing a closed circulation loop through the catheter to meet the required ablation or mapping regimens. In the preferred embodiment, the conditioner provides coolant substantially at ambient temperature or colder, and the controller includes an electronically controlled pressure regulator which sets the flow rate of the coolant injected into the catheter, thus regulating the cooling action of the catheter tip. Conditioned coolant is provided to the control section by the conditioner **40**, which receives coolant at lower pressure either from the return section **60** or from the supply **30**, compresses the coolant to a high pressure, liquefies the coolant, and brings it to approximately ambient temperature at its outlet line **42**a leading to the controller. As further shown in FIG. **2**, the output from the compressor has a second branch **42**b in which excess coolant is not further cooled, but is simply returned to the supply **30**.

As noted above, conditioner section **40** in addition to the raising the pressure of the coolant supplied to the regulator for controlled injection into the catheter, also conditions the temperature of the high pressure coolant. This is preferably done as shown in FIG. **2**, by heat exchange between the inlet supply line **41** and the compressor outlet line **42**. As shown in the Figure, the compressor outlet line **42** is placed in heat exchange communication, for example via a condenser or heat exchanger **45**b, with the inlet line **41**. In addition one output branch **42**a of the outlet line **42** is placed in heat exchange communication, for example via exchanger **45**a, with an upstream portion of the inlet line **41**. The compressor **43** operates to compress the coolant from a relatively low pressure, preferably below several atmospheres, to a considerably higher pressure, e.g., 20 to 30 atmospheres as measured in its outlet line **42**. The material in line **42** is therefore heated by compression, and the heat exchange with inlet line **41** serves to reduce the temperature rise generated by compression. Furthermore, by providing only a portion of compressor output, namely the catheter-directed branch **42**a set to the upstream, colder portion of the compressor inlet line **41**, the catheter injection supply of coolant is effectively

brought to or near ambient temperature or colder, while the downstream heat exchange effected in heat exchanger **45**b with the entire output of the compressor is cooled to a lesser extent, serving a more traditional function of liquefying the coolant output and enhancing the overall cooling capacity of the compressed fluid. This ordered heat exchange arrangement provides preferentially greater cooling to the catheter-directed supply line, resulting in a stabilized catheter input over a broader range of operating cycles.

In FIG. **2** the high pressure return **42**b to the tank may be implemented with a pressure regulator located in-line ahead of the tank inlet to assure that coolant is returned to the tank only when its use elsewhere in the circulation loop is not required, and that the pressure in the line first builds up to a level higher than the current tank pressure.

Thus the system of the present invention provides a closed loop coolant circulation system wherein coolant is conditioned for provision to the inlet of a control module which injects the coolant into a catheter, and the coolant returns in a closed loop to provide a continuous circulation of fluid at ambient temperature or colder into the catheter.

FIG. **3** shows a prototype embodiment in greater detail, illustrating representative valves and regulators for implementing a preferred closed loop coolant supply **200**. The coolant supply, compressor, control and return portions of system **200** are numbered with numerals **230, 240, 250**, and **260** corresponding to the related subassemblies **30, 40, 50** and **60** of system **20**. As shown in this embodiment, a refrigerant tank **231** equipped with a magnetic sight glass **231**a to indicate fill level, supplies refrigerant through a needle valve **232** along line **233** to a downstream pressure regulator **235**. The pressure regulator **235** converts the nominal tank pressure of several hundred pounds per square inch to a fixed level of 14 psia to provide a constant supply pressure to the inlet line **241** of the compressor. At this stage the refrigerant is boiling at a temperature of about −60° Fahrenheit. The vacuum recovery return line **262** joins the refrigerant inlet **241** at this point.

The compressor inlet line **241** passes through heat exchanger **245** en route to the compressor **243**, and also passes through a condenser **244**, so the low pressure liquid in the inlet line **241** is heated by the hot vapor coming out of the compressor, causing it to become a vapor. The compressor **243** takes the vapor and pressurizes it to about 400 psi. The pressurized output passes along line **242** through dryers D and sight glass SG, after which the high pressure outlet line bifurcates into two branches **242**b and **242**a. An upstream pressure regulator **246** in line **242**b builds and maintains pressure in the high pressure output line allowing the regulator to open and return excess refrigerant to the tank **231** when the pressure reaches a preset level, of about 400 psi, which is higher than the nominal tank pressure, e.g., 200 psi.

The second branch **242**a of the output line **242** passes through the heat exchanger **245** located in the upstream portion of the input line **241**, where it is further cooled to provide a conditioned output to the controller **250**, which as shown includes a motorized pressure regulator **254**. Pressure regulator **254** controls the flow rate of coolant provided along line **251** to the inlet port of the catheter (illustrated schematically). By way of example, the pressure regulator **254** may be controlled by a control microprocessor in the console to provide coolant at a pressure of 250 psi for a time interval of 2.5 minutes. Control is generally done by actuating the motor of regulator **254** to achieve a desired set point and leaving the regulator at that setting for the indicated time period. A zero to 500 psi pressure transducer **255**

7                                                                 8

is placed in line **251** to provide feedback signals for implementing the control of the regulator **254**, which may further employ feedback from the thermocouple in the catheter.

The foregoing values of pressure and duration are given by way of example only, and it will be understood that typical cooling regimens implemented by the control console **120** (FIG. **1**) may run from several seconds to five minutes or more, and that the coolant pressures which are varied to achieve a desired rate of heat transfer or effective lesion depth may vary from the coolant pressure in the tank to approximately the pressure of the compressor output line **242***a*. Advantageously, the pressure in line **251** remains greater than the saturation pressure of the refrigerant being used such that it does not start to boil before it reaches the tip.

As further shown in FIG. **3**, the return line **115***b* from the catheter attaches to vacuum section **260**, while a solenoid operated purge valve **257** extends between the catheter inlet line **251** and the low pressure return line **262** from the vacuum scavenging system **260**. It will be understood that purge valve **257** will typically be operated to bleed the inlet line when the catheter is first attached and the supply compressor or return pump, respectively, are operated.

The return line **115***b* from the catheter passes via vacuum protection solenoid-operated valve **261** to a vacuum pump **265**, which maintains a vacuum in the range of 2 to 40 millibars in the return line, and which increases the pressure of the expended coolant vapor to approximately 15 psi. At the outlet side of the vacuum pump a similar solenoid operated protection valve **261***a* is provided together with a check ball, and an oil filter OF which prevents pump oil from contaminating the circulating coolant or depositing in the coolant valves, catheter passages or other components. A filter, e.g., 0.5 μm, appears in the catheter inlet line **251**. The entire vacuum system may be isolated by the solenoid operated protection valves **261**, **261***a*, during start-up or during a sensed over-pressure or blood leakage condition, and a check valve **265** prevents any pressure build-up on the vacuum pressure side of the catheter in the event of pump or compressor failure, allowing coolant return directly into the return line **262** and compressor inlet **241**. For this purpose, the compressor output or various bypass or check valves **257**, **264** are set a pressure slightly higher than the output setting of the tank conditioner regulator **235**, so that the coolant normally circulates into the catheter and through the vacuum system back into the compressor as a closed loop.

In the illustrated embodiment, a coolant refill port **275** is provided at a solenoid operated valve **277** in the compressor inlet line **241**, allowing a refrigerant bottle attached at that point to employ the same compressor **243** of the system to refill the supply tank **231**. For this purpose, a solenoid operated by-pass valve **237** is also supplied to bypass the upstream high pressure return regulator **246** between the compressor output line **242***b* and the tank, and speed up refill of the tank **231**. Preferably, above the tank, a solenoid operated valve **238** connects to a vent port to allow venting of any air which may have accumulated in the refrigerant tank due to leakage through the catheter or tubing. This vent is preferably controlled automatically by a suitable control program in the console **120**. Venting may be implemented, for example, by providing a temperature sensor in the refrigerant tank and a pressure sensor at its top. Knowing the temperature of the liquid refrigerant in the tank, the vent

may be operated until the saturated pressure is reached for the given refrigerant at the indicated tank temperature. Such a venting step is to be performed each time the console is turned on. In addition to the foregoing elements, various pressure indicators or temperature sensors may be situated along the different lines to indicate operating parameters of the fluid therein. These are preferably sensors or indicators of the process control type wherein, rather than a dial display output, they provide an electrical output which connects to a microprocessor programmed to monitor the various conditions continuously to detect relevant safety, control or maintenance conditions.

The invention being thus disclosed and described in illustrative embodiments herein, variations and modifications as well as adaptations of the invention to other systems will occur to those skilled in the art, and all such variations, modifications and adaptations are considered to lie within the scope of the invention as described herein and defined in the claims appended hereto and equivalents thereof.

What is claimed is:

**1**. A cryoablation system comprising a cryotreatment catheter and a coolant console having:

an inlet line;

a reservoir of phase change coolant;

a supply line for supplying phase change coolant;

a first means coupled to the supply line for providing the phase change coolant from the reservoir at elevated pressure along the inlet line to the cryotreatment catheter, wherein the first means conditions temperature of the coolant at elevated pressure in the inlet line;

a second means for recovering the phase change coolant from the cryotreatment catheter and raising its pressure;

said first and second means, a portion of said supply line, and said cryotreatment catheter forming a supply loop external to the reservoir, the supply loop passing through the cryotreatment catheter, the first means being arranged in heat exchange communication with the supply line to condition the phase change coolant before it reaches the catheter along the inlet line so as to achieve effective cooling regimens by controlling phase change coolant provided along the inlet line while continuously recovering and recirculating expended coolant from the second means,

a pressure regulator for controlling flow of coolant between the inlet line and the catheter, and

a control microprocessor coupled to the pressure regulator and configured for setting the pressure regulator to effect a treatment cycle.

**2**. A coolant system for operation of a cryotreatment catheter to treat a patient, such system comprising:

a reservoir of phase change fluid;

a compressor for elevating the pressure of said fluid;

at least one heat exchanger for controlling the temperature and phase of the elevated pressure fluid;

a microprocessor-controlled pressure regulator for setting a cryotreatment supply regimen of defined pressure and duration to supply an effective amount of conditioned fluid to a coolant port of the cryotreatment catheter, and

a vacuum recovery assembly connectable to the cryotreatment catheter for continuously drawing expended fluid from the catheter.

\*    \*    \*    \*    \*

# EXHIBIT I

**FDA Executive Summary**

Prepared for the
June 27, 2007 meeting of the
Circulatory System Devices Panel

P050024
CryoCor Cryoablation System, CryoCor, Inc.

**Introduction**

This is an Executive Summary for the CryoCor Cryoablation System (P050024).  The device has been reviewed by the Division of Cardiovascular Devices within the Center for Devices and Radiological Health of the Food and Drug Administration.

The Executive Summary begins with a brief discussion of the regulatory history of this device, followed by a summary of FDA's review of the device description, preclinical, and clinical information.

**Contents**

| *Section* | *Page Number* |
|---|---|
| Regulatory History | 3 |
| Proposed Indications for Use | 3 |
| Device Description | 4 |
| Engineering Review Summary | 6 |
| Feasibility Study | 6 |
| Pivotal Study | 7 |
|     Design and Conduct | 7 |
|     Enrollment, Demographics, and Accountability | 11 |
|     Poolability | 12 |
|     Safety Results | 13 |
|     Acute Effectiveness Results | 15 |
|     Chronic Effectiveness Results | 16 |
| Additional Data | 19 |
| Conclusions | 20 |

**Regulatory History**

A chronology of the key milestones with respect to this PMA application is provided below.

- **July 15, 2005** - PMA (P050024) was originally submitted with preclinical modules submitted over the previous six months. FDA's bench and engineering issues were largely addressed in the preclinical modules and in the PMA submission.
- **October 12, 2005** - A major deficiency letter was issued due to several clinical and statistical issues.
- **October 25, 2005** - The sponsor responded to FDA's major deficiency letter (P050024/A007).
- **January 26, 2006** - FDA notified the sponsor that it did not believe that the data submitted provided a reasonable assurance of effectiveness for the long-term treatment of atrial flutter. Specifically, the pre-specified objective performance criterion (OPC) for chronic effectiveness was a 90% point estimate with a lower 95% confidence bound of 80% while the sponsor's submission reported a chronic effectiveness point estimate (simple proportion) of 71.22% with a lower 95% confidence bound of 62.24%.
- **November 28, 2006** - The sponsor subsequently determined that some event monitor recordings were originally incorrectly classified (i.e. episodes of rhythm other than atrial flutter were identified as atrial flutter), and arranged for an independent core lab readjudication of the recordings. The sponsor submitted an amendment based upon the readjudication (P050024/A010).
- **March 1, 2007** - The sponsor submitted a "Major Amendment" which provided updated statistical information and additional analyses (P050024/A014).

This review and Panel discussion focus on the data submitted in Amendments 10 and 14.

**Proposed Indications for Use**

The CryoCor Cryoablation System is intended to be used for the treatment of Isthmus-dependent atrial flutter in patients 18 years or older.

**Device Description**

The CryoCor Cryoablation System includes a console and a sterile, single-use percutaneous catheter.  The system is designed to be operated as a unit, and will not function without both components. The CryoCor Cryoablation System is designed to block electrical conduction in myocardial tissue by applying extreme cold at the tip of the catheter during an atrial flutter ablation procedure.

The system uses a two-stage cooling process. The primary refrigerant is delivered to the catheter tip via a replenishable open-loop process and is initially pre-cooled by a separate closed loop refrigerant system.  The pre-cooler extracts heat from the primary refrigerant through a heat exchanger located in the articulating arm attached to the console, cooling the primary refrigerant to -30°C. The pressurized, liquefied primary refrigerant expands at the catheter tip, changing to its gas phase and causing a rapid additional reduction in temperature (<-80°C). The refrigerant gas is then returned from the catheter through the console to an outlet line.

*Cryoablation Console*

The console houses the user interface, control electronics and software, the refrigerant supply system (both pre-cooling and primary) and an articulating arm that supports and suspends the catheter over the patient during the procedure.  The user interface presents the user with control options and feedback pertaining to temperature, active freeze time, and total cycle time.  Pressure and flow measurements are monitored continuously during operation.

*Catheter*

The CryoCor Cryoblator Catheters are single-use, disposable 10F catheters with either 5 cm or 7 cm articulation length and 6.5 mm tip length. Placement of the catheter tip is accomplished under fluoroscopy, by manipulation of the catheter handle (applying torque to the shaft and/or deflecting the articulation segment).  The catheter has a handle to facilitate steering, and the distal portion of the catheter is capable of being deflected (uni-directionally) to 180°.  The metal tip of the catheter is the point of application for heat transfer from the tissue.  A temperature sensor located within the catheter tip provides continuous temperature monitoring during active ablation.  An additional 1.3 mm wide band electrode is incorporated for sending or receiving intra-cellular cardiac electrical signals.  Both the catheter tip and band electrode are radiopaque to provide visualization when utilizing standard fluoroscopy.

The handle at the proximal end of the catheter shaft includes a lever to control the articulation segment deflection and a manual locking feature to hold the deflection angle.  The three connectors at the proximal end of the catheter shown in the figure below are used for electrical signal transmission (mapping and temperature), refrigerant delivery and recovery, and tip pressure monitoring.

4

**Figure 1**: CryoCor Cryoablation System (figure provided by the sponsor)



**Table 1**: Summary of the catheter specifications:

| Component or Feature | Cryoblator$_x$-05, Cryoblator$_x$-07 |
|---|---|
| Catheter Diameter | 10 Fr |
| Catheter Tip Diameter | 3.1 mm |
| Catheter Tip Length | 6.5 mm |
| Tip Material | Stainless Steel |
| Shaft Length | 95 cm (Cryoblator$_x$-05)<br>97 cm (Cryoblator$_x$-07) |
| ECG Electrode Band | 90% Platinum, 10% Iridium |
| ECG Electrode Band Placement | 2-4 mm from catheter tip |
| Capillary Tube | 0.008" Diameter, 9.8" Long |
| ECG Connector | Lemo Type |

5

**Engineering Review Summary**

FDA conducted an extensive engineering review of the sponsor's preclinical testing. The following areas of review were included in FDA's engineering evaluation:

- Catheter and console mechanical evaluation

- Electrical performance

- Electromagnetic compatibility

- Software

- Biocompatibility

- Sterilization

- Device and packaging shelf life

At this time, FDA has no outstanding engineering concerns.

*Clinical Data*

**Feasibility Study**

The sponsor conducted a feasibility study prior to initiation of the pivotal trial. The primary purpose of the feasibility study was to define the procedure for ablation in the cavo-tricuspid isthmus and to provide an initial evaluation of the CryoCor Cardiac Cryoablation System.  The study population was limited to subjects with right atrial isthmus-dependent atrial flutter who were refractory to medical management.

Of the 58 subjects enrolled in the US feasibility study, 48 met all screening criteria and received treatment with the CryoCor system.

Acute effectiveness, as defined by bi-directional block (BDB) and achievement of AFL conversion to normal sinus rhythm, was demonstrated in 45 of the 48 (93.8%) subjects.

Chronic effectiveness, defined as freedom from recurrence of atrial flutter, was evaluated through six months follow-up in all subjects who had acute effectiveness at the index procedure.  Of the 45 subjects that demonstrated acute effectiveness, 38 (84%) met the chronic effectiveness endpoint at six months.

Regarding safety, among the 48 treated subjects, 6 subjects presented with 10 serious adverse events (12.5%).  Of these 10 events, 1 event (10.0%) was characterized as procedure-related while 3 events (30.0%) were characterized as disease-related.  The remaining 6 events were not attributed to the procedure, device, or cardiac disease.  None of the serious adverse events were attributed to the device.

## Pivotal Study – Design and Conduct

The pivotal study was a prospective, non-randomized, multi-centered, single-arm study at 24 US sites. The purpose of this study was to determine the acute and chronic safety and effectiveness of the CryoCor Cardiac Cryoablation System when used for the treatment of cavo-tricuspid valve isthmus-dependent atrial flutter as compared to established objective performance criteria (OPC) for current standard ablation modalities. A total of 189 patients were enrolled and 160 had the CryoCor catheter inserted. The first subject was treated on December 1, 2003, and the last subject was treated on November 11, 2004. The last subject completed follow-up on April 26, 2005.

*Study Endpoints*
The following were the pre-specified endpoints for the trial:

| | |
|---|---|
| *Acute safety*: | The occurrence of serious adverse events within seven days of the procedure. |
| *Acute effectiveness*: | The presence of bi-directional block (BDB) in the cavo-tricuspid valve isthmus. |
| *Chronic effectiveness\**: | Six-month freedom from recurrence of atrial flutter for those patients who achieve acute success. |
| *Additional Endpoints*: | Re-treatment effectiveness |
| | Serious adverse events that occurred more than seven days after the cryoablation procedure |

\* FDA believes that there is a lack of evidence in the clinical literature demonstrating that acute effectiveness from cryoablation for the treatment of atrial flutter is predictive of chronic effectiveness. While chronic effectiveness was described as a secondary endpoint in the clinical protocol, FDA conveyed to the sponsor prior to the initiation of the pivotal trial that FDA would consider the chronic effectiveness evaluation critical in the assessment of overall device effectiveness for approval.

The OPCs developed for RF ablation were used as a guide to develop the acute safety, acute effectiveness, and chronic effectiveness endpoints.

**Table 2**: OPCs used for assessing study endpoints.

| Study Endpoint | OPC | |
|---|---|---|
| | Target Value | 95% Confidence Bound |
| Acute safety (7-day SAEs) | < 2.5% | < 7% (upper bound) |
| Acute effectiveness | > 95% | > 80% (lower bound) |
| Chronic effectiveness | > 90% | > 80% (lower bound) |

*Enrollment Criteria*
  *Inclusion*
  - Age between 18 and 75
  - Symptomatic atrial flutter with at least one episode within the last six months, documented on ECG
  - Documentation of isthmus-dependent right-atrial flutter as evident from pacing and/or mapping (performed in the EP lab just prior to ablation)
  - Willingness, ability and commitment to participate in follow-up evaluations.

  *Exclusion*
  - Structural heart disease of clinical significance including:
    o Cardiac surgery within six months of screening
    o Unstable symptoms of congestive heart failure (CHF) including NYHA Class III or IV CHF at screening and/or ejection fraction <30% as measured by ECHO or catheterization
    o Right-sided heart valve prosthetics
    o Myocardial infarction (MI) within three months of screening
    o Unstable angina or ongoing myocardial ischemia
    o Corrected or uncorrected atrial septal defect (ASD)
    o Congenital heart disease where either the underlying abnormality or its correction prohibits or increases the risk of cryoablation
  - Any prior ablation for atrial flutter
  - Any prior ablation (other than atrial flutter) within three months of screening
  - Concomitant atrial fibrillation requiring AAD treatment other than Class IC or Class III for conversion to atrial flutter
  - Any concomitant ventricular arrhythmia requiring pharmacological treatment that would interfere with the interpretation of the results from this study
  - Severe electrolyte abnormalities at the time of treatment
  - Pregnancy
  - Any contraindication to cardiac catheterization
  - Poor general health that, in the opinion of the investigator, will not allow the subject to be a good study candidate (i.e. other disease processes, mental capacity, etc.).
  - Enrollment in any other ongoing protocol

**Figure 2**: Study Flow (figure provided by the sponsor)

Schedule of Clinical Assessments



*Investigational procedure*

Subjects were sedated and venous access was obtained according to the standard of care at each clinical site.  Documentation of these procedures was made on the appropriate source documentation and case report forms.

Just prior to cryoablation, baseline electrophysiology measurements were performed to document isthmus-dependent atrial flutter.  These included: inducing atrial flutter and entrainment pacing, measuring activation sequences, and/or 3D electro-anatomical mapping.  If documentation of isthmus-dependent atrial flutter could not be established, the subject was considered to be a secondary screening failure and was not allowed to proceed with the cryoablation.

After isthmus conduction was documented, the cryoablation catheter was placed in the region of the cavo-tricuspid isthmus. Freezes/ablations of no more than five minutes in duration were performed within the targeted structure(s).  Each freeze cycle or ablation was performed at the coldest temperature that the console could provide.  In some subjects treatment with more than one ablation at a given site was necessary to produce a continuous lesion without gaps.  While it was advantageous to ablate during atrial flutter, if normal sinus rhythm was present, it was recommended that pacing from the coronary sinus be performed during applications of cryoenergy to assess unidirectional block.

Upon appearance of conduction delay from the medial to lateral direction, the investigator was required to document bi-directional block by established mapping methods.  A minimum wait time of thirty minutes after the last ablation was required prior to testing for BDB.  If conduction had returned, additional ablations were allowed, and the clock for determination of BDB was restarted.  The use of isoproterenol for additional assessment of the block was optional. If BDB was not achieved, the patient was declared an acute effectiveness failure and could undergo treatment with another ablation device (i.e. RF ablation).

9

After completion of all ablation and monitoring procedures, all catheters and sheaths were removed and hemostasis was obtained.

*Follow-up monitoring and compliance*

For the purpose of evaluating chronic effectiveness, subjects who had acute procedural success using only the sponsor's device were monitored for evidence of recurrence of AFL for six months following the procedure. These subjects were provided with an event recorder and instructed to make a recording during any perceived symptoms of their arrhythmia and to record a random, once per week recording until the study ended at the Month 6 telephone follow-up visit.  At the end of the study, the event recorder was returned to LifeWatch, Inc.

A minimum standard for compliance with ECG recording and transmission was used during data analysis.  It was estimated that weekly recordings for 6 months would result in approximately 26 random ECGs for review.  A subject was deemed compliant if at least 3 ECGs were recorded per month for at least 5 of the 6 months of observation. It was required that the 6-month chronic effectiveness evaluation be conducted within a window of +/- 30 days of the 6-month point.

*Core lab event recording adjudication*

As stated previously, the sponsor performed a readjudication of the event recorder tracings and a subsequent reanalysis of the chronic effectiveness endpoint. The following is taken from the sponsor's Clinical Study Report (Amendment 10, page 34) to explain the process:

> *"The original PMA submission (P050024) relied solely on the LifeWatch Core Lab interpretation of the transmitted event recording and did not take into account any investigator over-read of the tracings. Upon review of this process, it was determined that there may have been misinterpretations of complex electrocardiograms, specifically those with atrial fibrillation being misinterpreted as a recurrence of atrial flutter. In order to rectify this process, all those tracings that were not from patients with clearly documented recurrence of atrial flutter as demonstrated by electrophysiologic study or other treatments for atrial flutter, were interpreted by an expert in interpretation of electrocardiograms, Dr. Mel Scheinman."*

This readjudication is the primary basis for the amended submission currently under review and is presented in the chronic effectiveness results discussed later in this review. FDA's review included examination of all tracings from patients for whom the chronic effectiveness classification was changed by the readjudication. While the readjudication was not explicitly pre-specified in the clinical investigational plan, the readjudication mechanism is conceptually consistent with the investigational plan. FDA considers the core lab revised chronic effectiveness patient classifications to be scientifically valid.

**Pivotal Study – Enrollment, Demographics, and Accountability**

Twenty-eight (28) subjects failed secondary screening prior to the ablation procedure for the following reasons:  Investigator was not able to induce isthmus-dependent atrial flutter (25 subjects); subject developed atrial fibrillation and could not be electrically or chemically cardioverted (1 subject); subject's ejection fraction was lower than 30% (1 subject); and catheter was not inserted due to device failure (1 subject).  In addition, one (1) subject withdrew consent before the procedure.  Of the 189 subjects enrolled, 160 had the catheter inserted.

**Table 3**: Subject Demographics

| | Subject #  (%) | |
|---|---|---|
| Male/Female | ------------------- ------------------------------- | |
| | --- -- | |
| Age (mean ± SD) | --------------- | |
| | ------- | |
| AF History | --------- | |
| Angina | ---------------------------------------------- | |
| Cardiomyopathy | --------------------------------- | |
| Congestive Heart Failure | --------- | |
| Diabetes | ------------------------------------------------ | |
| Hyperlipidemia | ------------------------------------ | |
| Hyperthyroid | ----------------------------------- | |
| Hypothyroid | ------------------------------------- | |
| Ischemic Heart Disease | --------- | |
| Obesity | ------------------------------------------------ | |
| Previous MI | --------- | |
| Pulmonary Disease | --------- | |
| Systemic Hypertension | --------- | |
| Tobacco Abuse | --------- | |
| Ejection Fraction <= 40 | --------- | |
| Prior Treatment with AADs | ----------- | |
| Prior Ablation | ------ | |

There were 104 protocol deviations in 73 patients in this study. Of these, 29 were major deviations (in 26 patients) and 75 were minor deviations. Major deviations included deviations involving study inclusion/exclusion criteria, patient consent, or collection and analysis of key safety or efficacy variables. The sponsor concluded that none of the major deviations affected the safety and effectiveness analyses.

**Pivotal Study - Poolability**

The sponsor has presented results of the Fisher exact test (Freeman-Halton modification for the $r$ by $c$ table case) acute effectiveness, acute safety and chronic effectiveness, by each of site, gender, catheter model (1100 or 1200), and protocol version ("Revision A-D" or "Revision E and above"). During the course of the study a protocol revision that changed the bidirectional block wait time from 60 to 30 minutes was implemented. Revisions A-D required a 60-minute wait time, while Revision E onwards required a 30-minute wait time. For acute safety and acute effectiveness these results are based on 160 patients. For chronic effectiveness these results are based on 132 patients with 6 month follow-up.

**Table 4**: Fisher exact p-values for poolability tests

| Endpoint | Site | Gender | Model | Protocol |
|---|---|---|---|---|
| Acute Safety | 0.2612 | 0.2500 | 0.3409 | 0.5046 |
| Acute Effectiveness | 0.2652 | 1.0000 | 0.8111 | $3 \times 10^{-6}$ |
| Chronic Effectiveness | 0.4424 | 0.8037 | 0.2776 | 0.8059 |

Overall, the Fisher exact p-values and table percentages do not show any significant evidence against pooling. One exception is the protocol revision for the acute effectiveness endpoint. Revisions E and above showed higher acute effectiveness than revisions A-D. This difference appears to hold across model types. Table 5 below summarizes the acute effectiveness proportions.

**Table 5**: Patients with acute effectiveness by protocol revision and model number.

| Model Number | Protocol Revision | |
|---|---|---|
| | A-D | E and above |
| Both models | 68.63% (35/51) | 96.33% (105/109) |
| 1100 | 74.47% (35/47) | 100.00% (42/42) |
| 1200 | 0.00% (0/4) | 94.03% (63/67) |

**Pivotal Study – Safety Results**
The null hypothesis for the primary safety endpoint was that the incidence of serious adverse events within seven days of the cryoablation procedure with the CryoCor Cryoablation System is 7% or greater.  The alternative hypothesis was that the incidence of serious adverse events with Cryoablation therapy is less than 7%.  These hypotheses may be stated as:

$$H_O: \; P_{AS} \geq 0.07 \quad vs. \quad H_A: \; P_{AS} < 0.07$$

where $P_{AS}$ is the proportion of subjects in the target population experiencing at least one serious adverse event  through seven days after the cryoablation procedure.

This analysis was performed as an intent-to-treat analysis.  The subject population for safety was the subjects in whom the cryoablation catheter was introduced into the body (n=160).

Ten (10) subjects (6.25%) reported 11 serious adverse events within 7 days of the index procedure. The 7-day SAE rate 95% upper confidence bound was 11.19% and is summarized in the table below.

**Table 6**: Safety Results

| Study Endpoint | ------------- | Percent | 95% UCB | OPC Goal |
|---|---|---|---|---|
| 7-day SAEs | --------- | 6.25% | 11.19% | 2.5 % (7% UCB) |

The safety endpoint was not met.


Below is the list of SAEs that occurred within 7 days of the procedure.

**Table 7**: SAEs occurring within 7 days of the procedure

| MedDRA Preferred Term | Events | | | | Patients | |
|---|---|---|---|---|---|---|
| | Mild | Mod | Severe | Total | Total | Pct |
| Atrial Flutter | 0 | 2 | 0 | 2 | 2 | (1.25%) |
| Sick Sinus Syndrome | 0 | 1 | 1 | 2 | 2 | (1.25%) |
| Acute Respiratory Failure | 0 | 0 | 1 | 1 | 1 | (0.63%) |
| Atrial Fibrillation | 0 | 0 | 1 | 1 | 1 | (0.63%) |
| Atrioventricular Block-Complete | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Cardiac Tamponade | 0 | 0 | 1 | 1 | 1 | (0.63%) |
| Dizziness | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Hyperthyroidism | 0 | 0 | 1 | 1 | 1 | (0.63%) |
| Post Procedural Hematoma | 0 | 1 | 0 | 1 | 1 | (0.63%) |

13

Below is a list of the SAEs that occurred after the first 7 days.

**Table 8**: SAEs occurring more than 7 days following procedure

| | Events | | | | Patients | |
|---|---|---|---|---|---|---|
| **MedDRA Preferred Term** | **Mild** | **Mod** | **Severe** | **Total** | **Total** | **Pct** |
| Atrial Fibrillation | 1 | 6 | 1 | 8 | 8 | (5%) |
| Atrial Flutter | 1 | 2 | 0 | 3 | 2 | (1.25%) |
| Completed Suicide | 0 | 0 | 2 | 2 | 2 | (1.25%) |
| Ankle Fracture | 1 | 0 | 0 | 1 | 1 | (0.63%) |
| Bradycardia | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Bronchospasm | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Carotid Artery Stenosis | 0 | 0 | 1 | 1 | 1 | (0.63%) |
| Chest Discomfort | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Colon Cancer | 0 | 0 | 1 | 1 | 1 | (0.63%) |
| Complex Partial Seizures | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Dehydration | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Hyperglycaemia | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Hypokalaemia | 1 | 0 | 0 | 1 | 1 | (0.63%) |
| Intracardiac Thrombus | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Osteomyelits | 0 | 0 | 1 | 1 | 1 | (0.63%) |
| Pulmonary Embolism | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Sepsis | 0 | 0 | 1 | 1 | 1 | (0.63%) |
| Sick Sinus Syndrome | 1 | 0 | 0 | 1 | 1 | (0.63%) |
| Suicide Attempt | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Surgery | 1 | 0 | 0 | 1 | 1 | (0.63%) |
| Tachycardia | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Transient Ischaemic Attack | 0 | 1 | 0 | 1 | 1 | (0.63%) |

*Subject Deaths*

The following 3 deaths occurred during the follow-up phase.

**Table 9**: Subject deaths

| **Subject #** | **Death Description** |
|---|---|
| ------- | Suicide 18 days post-ablation |
| ------- | Pulmonary emboli approximately 10 weeks post-ablation; expired approximately 14 weeks post-ablation |
| ------- | Illicit drug overdose approximately 6 months post-ablation |

The DSMB reviewed all deaths and felt that none were related to the investigational device or procedure.

The Panel will be asked to comment on the safety of the device.

**Figure 3**: Effectiveness results summary



<u>**Pivotal Study – Acute Effectiveness Results**</u>

Acute effectiveness was defined as the ability to achieve bi-directional block. The null hypothesis for this objective was that the acute effectiveness with Cryoablation therapy is 80% or lower.  The alternative hypothesis was that the acute effectiveness of the therapy is greater than 80%.  These hypotheses may be stated as:

$$H_O:\ P_{AEf} \leq 0.80 \quad vs. \quad H_A:\ P_{AEf} > 0.80$$

where $P_{AEf}$ is the proportion of subjects in the target population with successful therapy post-procedure.  Successful therapy during the ablation procedure is defined as the successful creation of bi-directional block.

140/160 ablated subjects were reported to achieve bidirectional block. The lower confidence bound was 81.36% which exceeds the pre-specified performance goal of 80%.

**Table 10**: Acute Effectiveness

| # Subjects | Percent | 95% LCB | OPC Goal |
|---|---|---|---|
| 140/160 | 87.50% | 81.36% | 95% (80% LCB) |

The acute effectiveness endpoint was met.

**Pivotal Study – Chronic Effectiveness Results**
The sponsor presented the following analyses to assess freedom from recurrence of atrial
flutter at 6 months:

| | |
|---|---|
| Core Lab Determination | Based directly upon the blinded adjudication by the Scheinman core lab. |
| Clinical Determination | Used the treating clinician's judgment regarding success/failure to readjudicate some patients as successes who were considered to be failures by the Scheinman core lab based upon event recordings. |

*Censoring*
Only subjects who were acute effectiveness successes were considered in the chronic
effectiveness analysis. Of the 140 patients with acute effectiveness success, eight patients
were censored from the survival analysis due to non-compliance or death. Atrial flutter
was not identified for any of the 7 censored subjects in whom electrograms were
available. For one patient, no electrograms were available.

*Core Lab Determination*
Using the blinded adjudication by the Scheinman core lab, the 6-month survival estimate
for freedom from atrial flutter recurrence was 81.60%, with a lower 95% confidence
bound of 74.70%.

**Table 11**: Chronic Effectiveness, Core Lab Determination

| Analysis | Proportion Free From AFL Recurrence | 95% LCB | OPC Goal |
|---|---|---|---|
| Survival Estimate | 81.60% | 74.70% (Peto) | 90% (80% LCB) |

The chronic effectiveness endpoint was not met.

**Figure 4**: Core Lab Determination days to recurrence of atrial flutter (figure provided by the sponsor)



The Panel will be asked to comment on the chronic effectiveness results based on the Core Lab Determination.

17

*Clinical Determination*

The Clinical Determination Analysis is a *post hoc* analysis which readjudicates some patients as chronic effectiveness successes who were adjudicated as chronic effectiveness failures by the Scheinman core lab. The readjudication is based on the investigator's assessment of whether or not an individual subject was a chronic success.

The Clinical Determination Analysis readjudicates 13 patients, deemed by the Scheinman core lab as chronic effectiveness failures to be chronic effectiveness successes, resulting in a 6-month survival estimate for freedom from atrial flutter recurrence of 90.50%, with a lower 95% confidence bound of 85.70%.

**Table 12**: Clinical Determination Results

|  | **Proportion Free From AFL Recurrence** | **95% LCB** |
|---|---|---|
| Survival Estimate | 90.50% | 85.70% (Peto) |

**Figure 5**: Event recorder tracing demonstrating a recurrence of atrial flutter in a patient who was adjudicated in the Clinical Determination Analysis to be a chronic success.



Subject 30-15 recorded November 11, 2004 at 12:24 PM.

In assessing the merits of the Clinical Determination Analysis, FDA considered the following points:

- This analysis readjudicates some patients who were objectively documented to have recurrent atrial flutter as being chronically free of atrial flutter based upon a clinical assessment.
- This analysis is unblinded and may be susceptible to bias.
- This analysis does not consider the possibility that there may have been patients without documented atrial flutter (considered chronic successes by the Scheinman core lab) who would have been considered by their clinician to be chronic effectiveness failures based upon an emergency room visit or some other assessment indicating recurrence. This analysis readjudicates the failures that might be changed to success but does not consider the successes that might be changed to failure.

The Panel will be asked to comment on the chronic effectiveness results based on the Clinical Determination analysis.

**Additional Data**

*OUS Experience*

The sponsor has presented additional data from 111 sequential subjects with atrial flutter who were treated with the CryoCor Cryoablation System between June, 2001 and January, 2006 at a single OUS center. Acute effectiveness was defined as the presence of bi-directional block. Chronic effectiveness was defined as the absence of atrial flutter as documented by electrocardiograms collected during regular clinical follow-up.

**Table 13**: OUS Effectiveness Results *

|  | # Subjects | 95% LCB |
|---|---|---|
| Acute effectiveness | 104/111= 93.69% | 87.44% |
| Chronic Effectiveness at 6 months (survival estimate) | 93.70% | 89.08% |

\* The results in Table 13 were provided by the sponsor; FDA's chronic effectiveness calculations do not agree exactly.

In assessing the utility of the OUS data, FDA considered the following points:

- The clinical experience reported is based on a single site and apparently a single investigator.
- While the experience consisted of sequential patients, this was a retrospective evaluation.
- There was no clinical protocol and there were no case report forms.
- The sponsor could not make the ECG recordings available to FDA in order for FDA to perform an adjudication of the results.
- Patients were not systematically provided event monitors for rhythm monitoring.
- Only acute device related complications were evaluated.

The Panel will be asked to comment on the value of the OUS experience data.

*Pain Perception*

The sponsor provided a report on the pain perception associated with cryoablation vs. RF ablation (Timmermans, *et al*. "Randomized Study Comparing Radiofrequency Ablation with Cryoablation for the Treatment of Atrial Flutter with the Emphasis on Pain Perception". *Circulation* 2003; 107:1248-1250). This was a study of 14 patients randomized to RF or the CryoCor Cryoablation System for the treatment of atrial flutter. There were no significant differences in the procedure parameters with the exception of pain perception. The authors used a Visual Analogue Scale (VAS) and all the 7 patients treated with RF perceived pain with at least one application, whereas only one of the 7 cryoablation patients perceived pain. Importantly, the cited paper makes no reference to the pain assessment being performed in a blinded fashion.

The Panel will be asked to comment on the value of the pain perception data.

**<u>Conclusions</u>**

The data presented in the PMA characterize the acute and long term safety and effectiveness of the CryoCor Cryoablation System. While the pre-specified acute effectiveness endpoint was met, the safety and chronic effectiveness endpoints were not met. FDA requests input from the Advisory Panel in interpreting these data and rendering an approvability recommendation.

EXHIBIT J

# A Pivotal Clinical Study to Evaluate the Safety and Effectiveness of the CryoCor™ Cardiac Cryoablation System for the Treatment of Cavo-Tricuspid Valve Isthmus-Dependent Atrial Flutter



**Protocol Number:**  GL-AFL-02

**PMA Number:**  P050024

CryoCor™, Inc.
9717 Pacific Heights Blvd
San Diego, CA  92121
U.S.A.
Phone: 858.909.2200
Fax: 858.909.2301

CONFIDENTIAL

The information contained herein is confidential and proprietary.    No unpublished information presented in this document may be reproduced or referred to in publications or public presentations without the expressed written consent of CryoCor™, Inc.

1.     **Device Description**

The CryoCor™ Cardiac Cryoablation System includes a console and a single-use percutaneous cryoablation catheter.  The Cryoablation Catheter is a 10 French 6.5 mm tip steerable ablation catheter that handles like a standard RF catheter.

The CryoCor Cryoablation System provides the cardiac electrophysiologist with a means for ablating cardiac tissue through freezing. Internally, the catheter has a coaxial configuration with a small central capillary tube that delivers pressurized nitrous oxide to the catheter's metal tip, where it is released into a larger space. This sudden drop in pressure and consequent refrigerant expansion allows the metal tip to becomes very cold (~ -90˚C) and the tissue with which it is in contact freezes rapidly creating an ice ball. The size of the ice ball varies with heat load and grows with time. A 6-8 mm diameter around the tip is typical.  Tissue cell death is certain where the temperature is about -10˚C or colder. Although myocardial cells within the ice ball die as a result of freezing, there is no disruption in the inherent structure of the frozen tissue.  This entire process requires as little as 30 seconds, but may be extended to several minutes to maximize lesion size.

Nitrous oxide was chosen as the refrigerant for reasons of safety:  it is relatively non-toxic internally and has a high blood solubility coefficient. Additionally, the catheter is maintained at vacuum pressures to ensure that blood is drawn into the catheter rather than gas released should there be a breach.

The CryoCor Cryoablation System is unique in its ability to achieve such cold temperatures at the catheter tip, close to the physical limits for nitrous oxide.  The extremely cold temperatures reaching as low as -90˚C are the result of a second completely independent refrigeration system (a patented Pre-Cooler), that cools the nitrous oxide refrigerant just prior to entering the catheter.

2.     **Pre-Clinical Data**

2.1    **Comparison of Lesion Dimensions for Cryoenergy vs. Radiofrequency energy**

A thigh muscle preparation study compared lesion width and depth for cryoenergy and radiofrequency ablation, both standard (SRF) and saline-irrigated cooled radiofrequency (CRF), using both vertical and horizontal catheter tip orientations. Figure 1 shows the comparisons of diameter and width, respectively. Only vertically oriented catheter CRF lesions were larger than those created by cryoenergy. Overall, cryo lesions were slightly larger than RF lesions.

2

**Figure 1: Lesion Sizes with Cryo, RF and SRF based on catheter orientation**



## 2.2    Conclusion from Animal Study

**In conclusion, Cryoenergy is able to produce lesions of greater or similar size to that of those created by radiofrequency. Therefore, it will have the same ability as RF to create lesions across the tricuspid isthmus for the treatment of atrial fibrillation.**

## 3.      Clinical Data

### 3.1     Background

Radiofrequency ablation of the cavo-tricuspid isthmus is an accepted method of treating typical atrial flutter. Lesions are created until bi-directional block has been created. The CryoCor™ Cardiac Cryoablation System uses cryoablation to create similar lesions for the treatment of atrial flutter as demonstrated by bi-directional block across the cavo-tricuspid isthmus and long term clinical follow-up.

### 3.2     Study Design

This was a prospective single-arm study conducted with 160 subjects at 24 U.S. sites to evaluate safety and effectiveness of the CryoCor System.  Subjects were evaluated at discharge, one, three, and six months post-procedure as well as weekly via trans-telephonic event recordings collection. Subjects who met the established inclusion and exclusion criteria were enrolled.

### 3.3     Cryoablation Treatment Procedure

Subjects were sedated and venous access was obtained according to the standard of care at each clinical site.

Just prior to cryoablation, baseline electrophysiology measurements were performed to document isthmus-dependent atrial flutter.  If documentation of isthmus-dependent atrial flutter could not be established, the subject was considered to be a secondary screen failure and was not allowed to proceed with the cryoablation.

Freezes/ablations of up to five minutes in duration were performed along the cavo-tricuspid isthmus.  Lesions were made until there was clear evidence of bidirectional block across the isthmus. A minimum of thirty minutes after the last ablation was performed was required prior to re-testing for bi-directional block (BDB) using standard pacing methods.  If conduction had returned, additional ablations were allowed, and the clock for determination of BDB was restarted. The use of isoproterenol for additional assessment of the block was optional.

After completion of all ablation and monitoring procedures, all catheters and sheaths were removed and hemostasis was obtained.

### 3.4    Study Objectives

### 3.4.1  Study Primary Endpoints

The primary endpoints were the following acute safety and effectiveness measures:

- Measurement of all serious adverse events (SAEs) that occurred within seven days after the procedure
- Creation of bi-directional block with cryoablation as the surrogate measure of procedural effectiveness

### 3.4.2  Study Secondary Objectives

The secondary objectives were the following chronic safety and effectiveness measures:

- Measurement of serious adverse events that occurred more than seven days after the cryoablation procedure
- Long-term absence of recurrences of atrial flutter
- Re-treatment effectiveness

### 3.5    Selection of Study Population

### 3.5.1  Inclusion Criteria

Subjects were eligible for inclusion in the study if they met all of the following Inclusion Criteria:
- Age between 18 and 75
- Symptomatic atrial flutter with at least one episode within the last six months, documented on ECG
- Documentation of isthmus-dependent right-atrial flutter as evident from pacing and/or mapping (performed in the EP lab just prior to ablation)
- Willingness, ability and commitment to participate in follow-up evaluations

### 3.5.2  Exclusion Criteria

Subjects were excluded from the study if any of the following conditions were present:

- Structural heart disease of clinical significance including:
  - Cardiac surgery within six months of screening
  - Unstable symptoms of congestive heart failure (CHF) including NYHA Class III or IV CHF at screening and/or ejection fraction <30% as measured by ECHO or catheterization
  - Right-sided heart valve prosthetics

5

- o Myocardial infarction (MI) within three months of screening
- o Unstable angina or ongoing myocardial ischemia
- o Corrected or uncorrected atrial septal defect (ASD)
- o Congenital heart disease where either the underlying abnormality or its correction prohibits or increases the risk of cryoablation
- Any prior ablation for atrial flutter
- Any prior ablation (other than atrial flutter) within three months of screening
- Concomitant atrial fibrillation requiring AAD treatment other than Class IC or Class III for conversion to atrial flutter
- Any concomitant ventricular arrhythmia requiring pharmacological treatment that would interfere with the interpretation of the results from this study
- Severe electrolyte abnormalities at the time of treatment
- Pregnancy
- Any contraindication to cardiac catheterization
- Poor general health that, in the opinion of the investigator, will not allow the subject to be a good study candidate (i.e. other disease processes, mental capacity, etc.)
- Enrollment in any other ongoing protocol

### 3.5.3  Prior and Concomitant Therapies Allowed

Subjects with concomitant atrial fibrillation (AF) requiring drug therapy, other than with Class IC or Class III antiarrhythmic drugs, for conversion to atrial flutter were excluded from the study.

The study allowed inclusion of subjects with a history of AF who had converted to symptomatic atrial flutter when placed on anti-arrhythmic drugs (specifically Class IC and Class III drugs).  After cryoablation was performed, the continuation, discontinuation or modification of all pre-procedure Class IC and Class III drugs for the purpose of AF control was at the discretion of the investigator.

### 3.6    Adverse Events

### 3.6.1  Adverse Event Definitions

An adverse event was defined in the protocol as any undesirable experience occurring to a subject during the course of the study, whether or not it was related to the device or procedure.

A serious adverse event (SAE) was defined (21 CRF Part 803.3(bb)(1)) as any clinical event resulting in:
- death,
- a life-threatening complication,

- a persistent or significant disability/incapacity that requires inpatient hospitalization or prolongs hospitalization or requires intervention to prevent a permanent impairment of a body function or damage to a body structure.

## 3.7    Objective Performance Criteria (OPC) for Radiofrequency (RF) Catheters

Objective Performance Criteria (OPC) for radiofrequency ablation of atrial flutter were used as a comparison for success.  The endpoints for this study were taken from the FDA guidance document "Cardiac Ablation Catheters Generic Arrhythmia Indications for Use; Guidance for Industry, July 1, 2002."  The OPCs were taken from previously approved RF devices and published literature that used a different way of evaluating the data.

The OPCs used in the study protocol are included in Table 1.

### Table 1: Protocol GL-AFL-02 OPCs for RF

| Study Endpoint | Target Value | 95% Confidence Bound |
|---|---|---|
| Acute Success | > 95% | $\geq$ 80% |
| Chronic Success | >90% | $\geq$ 80% |
| 7 Day SAEs | < 2.5% | $\leq$7% |

## 3.8    Significant Protocol Revisions

During the course of the pivotal study, minor changes were made to the protocol in accordance with IDE regulations. In addition, there were two significant protocol changes.

- The protocol was amended to reflect a change in the bi-directional (BDB) re-assessment time from 60 to 30 minutes.
- There was a change in catheter model from the 1100 series to the 1200 series. Animal studies revealed that the lesion sizes were slightly larger for the 1200 catheters.

Neither change had a statistically significant impact on the results.

### 3.9    Statistical Methods Planned in the Protocol and Determination of Sample Size

### 3.9.1  Study Population

A subject was considered for analysis when the CryoCor Inc. cryoablation catheter was inserted into the subject's body

### 3.9.2  Primary Endpoints

### 3.9.2.1    Safety

*3.9.2.1.1  Hypothesis:*

The null hypothesis for this objective was the incidence of serious adverse events with Cryoablation therapy (CCS) is more than 7%.  The alternative hypothesis was that the incidence of serious adverse events with Cryoablation therapy is 7% or less.  These hypotheses may be stated as:

$$H_O: P_{CCS} > 0.07 \quad vs. \quad H_A: P_{CCS} \leq 0.07$$

where "P" is the proportion of subjects experiencing at least one serious adverse event  through seven days after the cryoablation procedure.  By rejecting the null hypothesis we demonstrate that cryoablation meets the OPC for safety (upper bound of 7%).

### 3.9.2.2    Effectiveness

*3.9.2.2.1  Hypothesis:*

The null hypothesis for this objective was that the effectiveness (bi-directional block as a surrogate endpoint for freedom from atrial flutter) with Cryoablation therapy is worse than 80%.  The alternative hypothesis was that the effectiveness of CCS therapy is 80% or better.  These hypotheses may be stated as:

$$H_O: P_{CCS} < 0.80 \quad vs. \quad H_A: P_{CCS} \geq 0.80$$

where "P" is the proportion of subjects with successful therapy post-procedure.  Successful therapy during the ablation procedure is defined as the successful creation of bi-directional block.  By rejecting the null hypothesis we would demonstrate that cryoablation meets the OPC for effectiveness (lower bound of 80%).

### 3.9.2.3    Determination of Sample Size

The sample size required to test the primary safety hypothesis was determined using the following formula:

$$N = \left[ \frac{Z_\alpha \sqrt{p_0 q_0} + Z_\beta \sqrt{p_1 q_1}}{p_1 - p_0} \right]^2$$

where:

$\alpha$=0.05 (Type I error, one-sided)
$\beta$=0.20 (80% power)
$p_0$=0.07 (OPC upper bound for safety)
$p_1$=.025 (expected incidence of SAEs, based on prior studies)
$q_0$=1-$p_0$
$q_1$=1-$p_1$

With these assumptions, the required sample size was 160 subjects, the number recruited into the study and treated.

### 3.9.2.4    Secondary Endpoint

After consultation with the FDA in the development of the study protocol, it was determined that an estimate of long-term effectiveness (freedom from recurrence of atrial flutter) would best be derived using survival methods (Kaplan-Meier). Long-term effectiveness was defined as freedom from recurrence of isthmus-dependent atrial flutter, as evidenced by event recordings or other ECG, and was to be evaluated at six months.

### 3.9.3  Data Flow

The original PMA submission relied solely on the LifeWatch Core Lab interpretation of the transmitted event recording and did not take into account any investigator over-read of the tracings. Upon review of this process, it was determined that there may have been misinterpretations of complex electrocardiograms, specifically those with atrial fibrillation being misinterpreted as a recurrence of atrial flutter. In order to rectify this process, all those tracings that were not from patients with clearly documented recurrence of atrial flutter as demonstrated by electrophysiologic study or other treatments for atrial flutter (EPS/DDCV/PM), were interpreted by an expert who was blinded to the study, Dr. Mel Scheinman. He interpreted the event recordings individually and without the benefit of ancillary data, including clinical or ECG data.

A comparison of the two processes is show in Figure 2.

9

**Figure 2: Data Flow Comparison**



### 3.9.4    Expert Core Lab (Scheinman) Review

The expert core lab reviewed 3909 event recordings from 122 subjects.  Of these subjects, 31 had an indeterminate determination for one or more event recordings.  For 23 of these subjects, the expert core lab identified "artifact" as the explanation for classification as indeterminate, this was 68 out of 82 indeterminate event recordings.

Subjects were considered failures if there was evidence of recurrence of atrial flutter. Each event recording was read separately and without the benefit of 12 lead ECGs or other ancillary data.

The expert core lab reversed decisions from the results reported from the original LifeWatch analysis in 22 cases.  Six went from success to failure and 16 went from failure to success. Table 2 lists the patients.

**Table 2: Comparison of Results from Lifewatch and Scheinman Core Labs**

| Subject | LifeWatch interpretation | Scheinman interpretation |
|---|---|---|
|  | Failure | Success |
|  | Failure | Success |
|  | Failure | Success |
|  | Failure | Success |
|  | Failure | Success |
|  | Failure | Success |
|  | Failure | Success |
|  | Failure | Success |

| Subject | LifeWatch interpretation | Scheinman interpretation |
|---|---|---|
|  | Success | Failure |
|  | Success | Failure |
|  | Failure | Success |
|  | Failure | Success |
|  | Failure | Success |
|  | Success | Failure |
|  | Failure | Success |
|  | Success | Failure |
|  | Failure | Success |
|  | Success | Failure |
|  | Failure | Success |
|  | Failure | Success |
|  | Failure | Success |
|  | Success | Failure |

## 4.    Study Subjects

### 4.1    Subject Enrollment

A total of 24 US sites enrolled 189 subjects for participation in this study.  160 subjects actually participated in the study and had a CryoCor catheter used.

### 4.2    Demographic and Other Baseline Characteristics

The study population was composed of 160 subjects diagnosed with cavo-tricuspid isthmus dependant atrial flutter. The summary of subject demographics is seen in Table 3.

**Table 3: Subject Demographics**

|  | Subject No. (%) |
|---|---|
| Male/Female | – – – – – – – – – – – – – |
| Age (mean ± SD) | – – – – – – – – – – – – |
| AF History | – – – – – – – |
| Cardiomyopathy | – – – – – – – |
| Congestive Heart Failure | – – – – – – – |
| Diabetes | – – – – – – – |
| Hyperlipidemia | – – – – – – – |
| Ischemic Heart Disease | – – – – – – – |
| Obesity | – – – – – – – |
| Previous MI | – – – – – – – |
| Systemic Hypertension | – – – – – – – |
| Tobacco Abuse | – – – – – – – |
| Ejection Fraction <= 40 | – – – – – – – |

## 4.3    Sites and Investigators

Subjects were enrolled at 24 study sites listed in Table 4 below.

**Table 4: Investigators and Sites**

| Principal Investigator | Site Name/Location | Enrollment |
|---|---|---|
| James Daubert | University of Rochester, Rochester, NY | 21 |
| Vijendra Swarup | Arizona Arrhythmia Consultants, P.L.C., Phoenix, AZ | 17 |
| Raul Weiss | Riverside Methodist Hospital, Columbus, OH | 12 |
| Gregory Botteron | Metro Heart Research Foundation, St. Louis, MO | 11 |
| William Miles | Southwest Florida Heart Group, Fort Myers, FL | 11 |
| Ulrika Birgersdotter-Green | University of California, San Diego, San Diego, CA | 10 |
| Arjun Sharma | Regional Cardiology Associates, Sacramento, CA | 9 |
| Thabet Al-Sheikh | Cardiology Consultants, Pensacola, FL | 8 |
| Robert Hoyt | Iowa Heart Center, Des Moines, IA | 8 |
| Roy John | Lahey Clinic, Burlington, MA | 7 |
| Mark Niebauer | The University of Nebraska Medical Center, Omaha, NE | 7 |
| Kalyanam Shivkumar | University of California, Los Angeles, Los Angeles, CA | 7 |
| Abraham Kocheril | Carle Clinic Association, P.C., Urbana, IL | 7 |
| Jazbir Sra | Heart Care Associates L.L.C., Milwaukee, WI | 6 |
| John Miller | Indiana University, Indianapolis, IN | 6 |
| Charles Athill | San Diego Cardiac Center, San Diego, CA | 6 |
| Peter Zimetbaum | Beth Israel Deaconess Medical Ctr., Boston, MA | 6 |
| Andrew Corsello | Maine Medical Center, Portland, ME | 6 |
| Tariq Salam | Cardiac Study Center, Tacoma, WA | 6 |
| Donald Rubenstein | Arrhythmia Consultants, P.A., Greenville, SC | 5 |
| Michael Kwasman | Deaconess Medical Center, Spokane, WA | 5 |
| Jack Kron | Oregon Health and Science University, Portland, OR | 4 |
| Eric Johnson | The Stern Cardiovascular Center, Memphis, TN | 3 |
| David Callans | University of Pennsylvania, Philadelphia, PA | 1 |

## 5.    Summary of Results

### 5.1    Safety Evaluation

#### 5.1.1    Primary Endpoint- Acute Safety -- Serious Adverse Events

Ten (10) subjects (6.25%) reported 11 serious adverse events within 7 days of the index procedure. One subject had atrial fibrillation secondary to hyperthyroidism, so this was counted as one event.  All acute events were resolved by the end of the study.  Of these events, 4 (2.50%) were attributed to either the study device or procedure. The device-related and procedure-related SAEs occu _____ys included one case each of ___ ___cedural hematoma _____ _____ atrioventricular blo__ _____ ete _____ cardiac tamponade _____) and acute respiratory failure _____ Table 5 contains the frequency of events during the 7 day period are described below.

**Table 5: SAEs occurring within 7 days of the procedure**

| MedDRA Preferred Term | Events | | | | Patients | |
|---|---|---|---|---|---|---|
|  | Mild | Mod | Severe | Total | Total | Pct |
| Atrial Flutter | 0 | 2 | 0 | 2 | 2 | (1.25%) |
| Sick Sinus Syndrome | 0 | 1 | 1 | 2 | 2 | (1.25%) |
| Acute Respiratory Failure | 0 | 0 | 1 | 1 | 1 | (0.63%) |
| Atrial Fibrillation | 0 | 0 | 1 | 1 | 1 | (0.63%) |
| Atrioventricular Block-Complete | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Cardiac Tamponade | 0 | 0 | 1 | 1 | 1 | (0.63%) |
| Dizziness | 0 | 1 | 0 | 1 | 1 | (0.63%) |
| Hyperthyroidism | 0 | 0 | 1 | 1 | 1 | (0.63%) |
| Pos Procedural Haematoma | 0 | 1 | 0 | 1 | 1 | (0.63%) |

#### 5.1.2    Deaths, Other Serious Adverse Events and Other Significant Adverse Events

Three (3) subjects died during the course of the study.  The deaths were not related - -- - ---- -- ---- tion procedure.  The causes of death included: suicide _____ ___ _____ and pulmonary emboli during a prolonged hospitali-- -- ------

#### 5.1.3    Safety Conclusions

The use of cryoablation to treat atrial flutter in this study was shown to be acutely safe.  The incidence of all SAEs within the first 7 days was 6.25% with a 95%, two-sided, upper confidence limit of 11.19% and the incidence of device-related and procedure-related events was 2.50% with a 95%, two-sided, upper confidence limit of 6.28%.

During the extensive review process, the FDA has expressed no concerns verbally or in writing over the safety of the device.

The Safety results are summarized in Table 6

**Table 6: Safety Results**

| Study Endpoint | Count | Percent | 95% One-Sided CL | 95% Two-Sided CL |
|---|---|---|---|---|
| **Acute Safety** | | | | |
| 7 Day SAEs | 10/160 | 6.25% | UCL: 10.37% | (3.04%; 11.19%) |
| **7 Day SAEs (D&P)*** | **4/160** | **2.50%** | **UCL: 5.63%** | **(0.69%; 6.28%)** |
| **Chronic Safety** | | | | |
| SAEs post-7 days | 27/160 | 16.88% | UCL: 22.51% | (11.43% ; 23.59%) |

* SAEs related to study device or procedure only

## 5.2    Effectiveness Evaluation

### 5.2.1   Data Sets Analyzed

The evaluation of acute effectiveness was carried out in all 160 subjects in whom the CryoCor cryoablation catheter was inserted into the body.  The subset of the population that was shown to have acute effectiveness was also evaluated for the secondary objective of chronic effectiveness.

### 5.2.2   Primary Effectiveness Results

One hundred forty (140) of 160 (87.50%) subjects achieved acute effectiveness as defined by bi-directional block across the cavo-tricuspid isthmus.

**Table 7: Acute Effectiveness**

| Count | Percent | 95% One-Sided CL | 95% Two-Sided CL |
|---|---|---|---|
| **140/160** | **87.50%** | **82.36%** | **(81.36%; 92.19%)** |

These results provide evidence the CryoCor™ Cardiac Cryoablation System is effective in the treatment of isthmus-dependent atrial flutter.

### 5.2.3   Secondary Effectiveness Results

### 5.2.3.1   Statistical Analysis of Chronic Effectiveness

The clinical protocol established a secondary objective of investigating the chronic effectiveness of the cryoablation procedure.   Subjects eligible to be evaluated for long-term effectiveness were identified as those subjects achieving acute effectiveness (140 of 160 subjects).

The fo ----- patients were censored from the survival analysis at specific points.
1) ----- subject was censored at the time of the last event recording of August 18, 2004 (day 19). He was censored because of a successful ----- on August 28, 2004.
2) ----- ubject was censored on day 147 but had a clinic visit with an ECG showing no atrial flutter on day 157.

3  subject censored on November 15, 2004 (day 113) because of death. Last event recording was on October 13, 2004 but was hospitalized with continuous monitoring from 10/18/2004 to 11/15/2004 with no nce of atrial flutter.

4) subject non-complaint for first month of event recordings, but was ompliant for 171 days. Subject was censored at day 2.

5 subject did not comply with the requirement of 3 event recordings/month after the 3 month visit so was censored on day (123) but there were additional event recordings out to 169 days with no ce of recurrence.

6) subject was hospitalized for bacteremia and was non-compliant with transmitting event recordings during that time so was censored on day 55. However, there were no recurrences on daily ECGs that were obtained during that hospitalization. The subject became compliant with ecordings after that hospitalization until day 182.

7 subject was censored on August 7, 2004 (Day 88) for non-compliance but had additional event recordings on October 1 and October 26, 2004 that were sinus rhythm. There was a successful suicide on ber 26. 2004.

8) subject never complied with event recordings so was censored on day 2 but clinical follow-up with ECGs in the clinic showed no recurrence out to 6 months.

All other patients not recurring were censored at their last known visit or compliance with event recording. Patients failing were failed at their first reported AFL event.

Subjects were classified as either having atrial flutter or not during the 6-month follow-up period based on Dr. Scheinman's interpretation.

### 5.2.3.4 Chronic Effectiveness- Re-Analysis results

Indeterminate readings by Dr. Scheinman were censored. This resulted in a chronic success of 81.60% (74.70%; 88.40%) as shown in Table 8.

**Table 8: Chronic Effectiveness**

| Analysis | Proportion Free From AFL Recurrence | 95% CI Lower Bound | 95% CI Upper Bound |
|---|---|---|---|
| Survival Estimate | 81.60% | 74.70 % (Peto) | 88.40% |

The Kaplan-Meier plot in Figure 3.

**Figure 3: Kaplan-Meier Plot**



### 5.2.3.5  Additional Clinical Analysis

The previously approved catheters for the treatment of atrial flutter, as well as the literature that the OPCs were based upon and the literature on atrial flutter in general, used a clinical definition of success as opposed to an independent event recording core lab. While very few of these studies used event recordings, no study used an independent reading lab.

If the data from this study are placed through a similar evaluation, the results are shown in Table 9 and Figure 4. This allows for the ability to compare comparable study results to the published literature as well as to previously approved devices for the treatment of atrial flutter.

**Table 9:  Clinical Determination: Survival (Days to Recurrence of Atrial Flutter)**

| Analysis | Proportion Free From AFL Recurrence | 95% CI Lower Bound | 95% CI Upper Bound |
|---|---|---|---|
| Clinical Determination: Survival Estimate | 90.50% | 85.70% (Peto) | 95.60% |

**Figure 4: Clinical Determination: Days to Recurrence of Atrial Flutter**



NUMBER AT RISK

140    133    130    127    124    121    120    100    7

### 5.2.3.6  Analysis of Re-Treatment Success

Ten subjects underwent repeat ablation for atrial flutter and were considered failures. Five subjects were re-treated with cryoablation and five subjects were retreated with radiofrequency ablation. See Table 10.

**Table 10: Treatment Failures Receiving Re-Treatment**

|  |  | AFL Direction | Documented AFL | Mode of Treatment |
|---|---|---|---|---|
|  |  | Counterclockwise | Yes | RF |
|  |  | Counterclockwise | Yes | RF |
|  |  | Counterclockwise | Yes | CRYO |
|  |  | Counterclockwise | Yes | CRYO |
|  |  | Counterclockwise | Yes | RF |
|  |  | Undetermined | Yes | RF |
|  |  | Counterclockwise | Yes | CRYO |
|  |  | Clockwise | Yes | CRYO |
|  |  | Clockwise | Yes | CRYO |
|  |  | Both | Yes | RF |

17

One additional subject  - - - - - - underwent electrophysiologic study for presumed atrial flutter, but was found to have bidirectional block. This patient was considered a chronic success.

### 5.2.3.7  Potential Training Effect Analysis

A review of all treated subjects at each site was conducted, attempting to identify any potential training effect as evidenced by outcomes in acute or chronic effectiveness.  Due to the disparity of sample sizes within sites, no statistical analysis of pattern was conducted.  The qualitative analysis conducted identified no discernible pattern to early enrollments within sites showing a higher rate of acute or chronic failure.

### 5.2.3.8  Effect of Catheter Change on Acute and Chronic Outcomes

Analyses were performed to establish whether or not results from the 1100 and 1200 series catheters differed in either acute or chronic (long-term) effectiveness. A Fisher's Exact Test was performed in each case, testing the interaction of catheter model with endpoint outcome.

The primary effectiveness endpoint, the proportion of subjects achieving acute effectiveness, as indicated by attaining bi-directional block was analyzed.  A Fisher's Exact Test was performed, yielding a table probability of approximately .1754 (p=.8111).  This indicates sufficient evidence of no difference in acute outcome due to catheter model.

Fisher's Exact Test revealed a table probability of .0920 for long-term effectiveness (p=.2776).  This indicates sufficient evidence of no difference in chronic outcome due to catheter model.

| Catheter Model | N | Acute Effectiveness | Acute Safety | Chronic Effectiveness (Analysis 1) |
|---|---|---|---|---|
| 1100 | 89 | 77 (86.52%) | 4 (4.49%) | 62 (80.52%) |
| 1200 | 71 | 63 (88.73%) | 6 (8.45%) | 44 (69.84%) |
| Table Probability | | 0.1754 | 0.1538 | 0.0920 |
| Fisher Exact p | | 0.8111 | 0.3409 | 0.2776 |

### 5.2.3.9  Effect of Block Wait Time on Acute and Chronic Outcomes

During the course of the study, a protocol revision was implemented, changing bi-directional block wait time from 60 to 30 minutes.  An evaluation was performed to determine whether this change had a significant impact on the primary and/or secondary effectiveness endpoints.

The primary and secondary effectiveness endpoints were evaluated to identify any dependence with protocol revisions related to bi-directional block waiting period.  A Fisher's Exact Test was performed to determine dependence of the protocol revision and primary endpoint outcome.

When the primary effectiveness endpoint was analyzed, there was evidence of a statistically-significant interaction between acute effectiveness and protocol revision.  In the case of those subjects with  a 60-minute waiting period, only 68.63% of the 51 achieved acute effectiveness, whereas 96.33% of the 109 subjects treated using a  30 minute wait time achieved acute effectiveness. Fisher's Exact Test yielded an extremely small p-value (3.00 E-06).

Fisher's Exact Test revealed a table probability of .1827 for long-term effectiveness (Analysis 1, p=.8059).  There does not appear to be any dependence of chronic outcome due to block wait time.  However, since the evaluation of long-term effectiveness is dependent upon acute success, one may infer long-term effectiveness outcome is dependent on block wait time.

When a Cochran-Armitage Test for Trend was performed for long-term effectiveness the resulting test statistic, Z, was -.2510, p=.0818.  Among the 35 subjects evaluable for long-term effectiveness treated under the 60 minute BDB wait time, 6 (17.14%) had evidence for a recurrence of atrial flutter.  Among the 105 subjects evaluable for long-term effectiveness treated under the 30 minute BDB wait time, 20 (19.05%) had evidence for a recurrence of atrial flutter.  There is, therefore, not sufficient statistical evidence to conclude there is a trend in long-term effectiveness due to protocol version (60 vs. 30 minute BDB wait time). However, when once again the dependence of evaluation for long-term effectiveness is dependent on acute effectiveness, it may be inferred that there is likewise a relationship between protocol version (block wait time) and outcome.

| Protocol Version | N | Acute Effectiveness | Acute Safety | Chronic Effectiveness (Analysis 1) |
|---|---|---|---|---|
| 60-Minute Wait Time | 51 | 35 (68.63%) | 2 (3.92%) | 29 (82.86%) |
| 30-Minute Wait Time | 109 | 105 (96.33%) | 8 (7.34%) | 77 (73.33%) |
| Table Probability | | 2.77E-06 | 0.2130 | 0.1827 |
| Fisher Exact p | | 3.00E-06 | 0.5046 | 0.8059 |

## 5.3    Effectiveness Conclusions

In this study, use of the CryoCor™ Cardiac Cryoablation System was shown to be acutely effective for the treatment of symptomatic atrial flutter.  Acute effectiveness was 87.50% (81.36%; 92.19%).

At 6 months, use of the CryoCor™ Cardiac Cryoablation System was shown to be associated with long-term freedom of recurrence from atrial flutter based on a core lab interpretation of event recordings of 81.60% (74.70%; 88.40%). When a clinical interpretation as seen in the published literature was used, the results are comparable to other approved devices at 90.50% (85.70%; 95.60%).

The results summarized in Table 11 below show that the use of the CryoCor™ Cardiac Cryoablation System is associated with acute and chronic treatment success rates that are clinically relevant and consistent with other available treatment modalities.

**Table 11: Effectiveness Results**

| Study Endpoint | Percent | 95% Two-Sided CL |
|---|---|---|
| Acute Effectiveness | 87.50% | (81.36%; 92.19%) |
| Chronic Effectiveness* | 81.60% | (74.70%; 88.40%) |
| Chronic Effectiveness ** | 90.50% | (85.70%; 95.60%) |

*As per strict electrogram interpretation

** As per clinical analysis

### 6.    Additional Supportive information

### 6.1    Confirmatory Study for the Use of CryoCor™ Cardiac Cryoablation System for the treatment of Cavo-Tricuspid Isthmus-Dependant Atrial Flutter

In order to confirm the effectiveness results from the US pivotal study, retrospective evaluation of the Academic Hospital Maastricht's experience with the CryoCor system was analyzed. This hospital has prospectively collected data on all their patients that have been treated with the CryoCor system.

111 sequential subjects with atrial flutter that were treated with the CryoCor™ Cardiac Cryoablation System between June, 2001 and January, 2006 were evaluated. The demographics for these subjects were similar to those in the US study, as shown below in Table 12.

**Table 12: Maastricht Subjects Demographics**

| Gender | Count | Age | AF History Yes |
|--------|-------|-----|----------------|
| Female | 25 (22.52%) | 59.88 +/-13.27 | 15 (60%) |
| Male | 86 (77.48%) | 55.57 +/-13.17 | 72 (83.72%) |
| ALL | 111 (100%) | 56.54 +/-13.26 | 87 (78.38%) |

Table 13 contains the acute and chronic results from the Maastricht study. The acute effectiveness was 93.69% (87.44%; 97.43%). In order to accurately compare this result to the pivotal study results, 6 month effectiveness was 93.81% (87.02%; 97.7%).  These results confirm the US pivotal study.

**Table 13: Acute, 6-month  and Long-term Effectiveness Results**

|  | Count | 95% CI | Ave FU time (days) |
|--------|-------|--------|---------------------|
| Acute effectiveness | 104/111= 93.69% | (87.44%; 97.43%) | N/A |
| **Chronic Effectiveness at 6 months** | **91/97 = 93.81%** | **(87.02%; 97.7%)** | N/A |

### 6.1.1  Conclusion from Confirmatory Study

**This single center retrospective analysis demonstrates that Cryoablation is an effective alternative to RF for the treatment of typical atrial flutter when used by an experienced operator.   Both the acute and chronic effectiveness rates are excellent and consistent with RF data.**

### 6.2      Pain Perception

Timmermans et al from Maastrict published "Randomized Study Comparing Radiofrequency Ablation with Cryoablation for the Treatment of Atrial Flutter with the Emphasis on Pain Perception" in *Circulation* 2003; 107:1248-1250.

This was a study of 14 patients randomized to RF or Cryoablation for the treatment of atrial flutter. The patients were blinded to the energy source. There were no significant differences in the procedure parameters with the exception of pain perception. The authors used a Visual Analogue Scale (VAS) and all the patients treated with RF perceived pain with at least one application, whereas only one of the cryo patients perceived pain with VAS results of $38.3\pm25.3$ and $0.32\pm0.86$ respectively (p<0.05).

These results were verified in a study done with a competitor's cryoablation product in which patients with atrial flutter were randomized to cryoablation or RF ablation. This paper, "Cryoablation versus Radiofrequency Ablation in the treatment of Atrial Flutter trial (CRAAFT)" by Collins et al in the Journal of Interventional Cardiac Electrophysiology. 2006, Oct 6 .

**This concept of less painful procedures becomes important in patients that are at high risk for sedation such as those with pulmonary disease or sleep apnea. Cryoablation provides a safer alternative to RF in the patient that is at higher risk for sedation. In addition, there are those patients that do not want to undergo a repeat ablation because of the pain associated with RF. Cryoablation would provide a safe and effective alternative for these patients.**

## 7.    Conclusions

Use of the CryoCor™ Cardiac Cryoablation System was shown in this study to be safe and effective for the treatment of symptomatic atrial flutter.  The CryoCor system clearly has an excellent safety profile, especially compared to those devices already on the market.

The CryoCor™ Cardiac Cryoablation System has demonstrated an excellent level of chronic effectiveness. When using comparable analysis techniques, they are equivalent to results seen in the published literature as well as to previously approved devices. To corroborate this, we have provided supportive data from a large single center study demonstrating that in the hands of an experienced operator the chronic effectiveness at 6 months was 93.81% (87.02%; 97.7%). In the US pivotal trial, no center had experience with more than 20 subjects.

Also in support of the ability of cryoenergy to create adequate lesions, we provided animal data clearly demonstrating that cryoablation creates lesions are as large or larger than those created by radiofrequency. The implication is that if the procedure is done correctly, similar results with cryoablation or RF should be obtained. Again, this is supported by the information provided by the single center confirmatory study.

The clinical study has demonstrated the CryoCor™ Cardiac Cryoablation System is safe and effective for use in the treatment of isthmus-dependent atrial flutter. It provides a safe and effective alternative to traditional RF ablation for patients where there is a concern for sedation or have an aversion to the pain associated with RF.

# EXHIBIT K

# DRAFT: SUMMARY OF SAFETY AND EFFECTIVENESS DATA

**I.     General Information**

| | |
|---|---|
| Device generic name | Cardiac Ablation Catheter and Accessories |
| Device trade name | CryoCor™ CryoBlator$_X$™ Cryoablation Catheters |
| | Model 2020 Console |
| Applicant's name and address | CryoCor, Inc. |
| | 9717 Pacific Heights Blvd. |
| | San Diego, Ca  92121 |
| PMA number | P050024 |
| Date of Panel recommendation | (to be completed by FDA) |
| Date of notice of approval to the applicant | (to be completed by FDA) |

**II.     Indications for Use**

The CryoCor Cryoablation System's intended use is in the Ablation of Isthmus-dependent Atrial Flutter in patients 18 years of age or older.

**III.     Contraindications**

Do not use this device:
- in patients with active systemic infection
- in patients with intracardiac mural thrombus
- in patients with cryoglobulinemia

**IV.     Warnings and Precautions**

Warnings and Precautions for the CryoCor Cryoablation System can be found in the CryoBlator™ Instructions for Use, and the Model 2020 Console User Manual.

**V.     Device Description**

The CryoCor™ Cardiac Cryoablation System includes a console with an articulating arm housing a pre-cooler, and a sterile, disposable, single-use percutaneous cryoablation catheter.  The cryoablation system is intended for cardiac arrhythmia ablation.  The System is designed to be operated as a unit, and will not function without both components.

**A. The CryoCor™ Cryoablation Console**

The CryoCor™ Cryoablation Console operation is based on a microprocessor controlled two-stage cooling process initiated by activation of the system's freeze cycle. The console delivers a primary refrigerant to the catheter. This primary refrigerant operates in an open loop, and is liquefied by the closed loop pre-cooling refrigeration stage. Pre-cooling occurs in a heat exchanger located near the catheter/console interconnect, at the end of the console's articulating arm. The primary refrigerant reaches its lowest temperature via the phase change of the fluid (liquid to gas) after it exits the capillary tube at the catheter's distal end. The primary refrigerant gas is then returned from the catheter through the console to an outlet (hospital scavenge line). Deactivation of the freeze cycle stops primary refrigerant flow to the catheter, ending cooling of the catheter tip.

**B. The CryoCor CryoBlator™ Catheter**

The CryoCor **CryoBlator**™ Catheters are single-use, disposable devices that interface with the Cryoablation Console and deliver cryoablation therapy to the target tissue to cause a block of electrical conduction through local cardiac cell death. The **CryoBlator** Catheters included in this application are listed below:

> CryoBlatorX-05          5cm articulation length (was Model 1205-6.5)
> CryoBlatorX-07          7cm articulation length (was Model 1207-6.5)

> Explanation of Model Numbers:
> The CryoBlatorX Catheter has a 6.5mm tip and is available with two articulation lengths.

The catheter has a handle to facilitate steering and placement of the catheter tip, and the distal portion of the catheter is capable of being deflected (uni-directionally) to 180°. The metal tip of the catheter is the point of application for heat transfer to the tissue. A temperature sensor located within the catheter tip provides continuous temperature monitoring while the catheter is attached to the console. An additional 1.3-millimeter wide band electrode is incorporated for sending or receiving cardiac electrical signals.

**TABLE 1 – General Specifications of CryoBlatorX-05 and CryoBlatorX-07**

| Component or Feature | CryoBlator X-05, CryoBlator X-07 |
|---|---|
| Catheter Diameter | 10 Fr. |
| Catheter Tip Diameter | 3.1 mm |
| Catheter Tip Length | 6.5 mm |
| Tip Material | Stainless Steel |
| Distal Articulation Segment Material | Pebax™ (polyether block amide themoplastic) |
| Distal Articulation Segment Length | 5cm (CryoBlatorX-05) 7cm (CryoBlatorX-07) |
| Shaft Material | Nylon 12 w/ black colorant; Pebax with blue colorant, SS wire. |
| Shaft Length | 95cm (CryoBlatorX-05) 97cm (CryoBlatorX-07) |
| ECG Electrode Band | 90% Platinum, 10% Iridium |
| ECG Electrode Band Placement | 2-4mm from  the proximal edge of the metallic tip |
| ECG Connector | Lemo Type |
| Handle Material (molded) | ABS- Acrylonitrile Butadiene Styrene |

## VI.    Alternative Practices and Procedures

Alternative therapies for atrial flutter include direct surgical ablation, RF catheter ablation, use of drugs for arrhythmia control, and antiarrhythmia pacing.

## VII.    Marketing History

The CryoCor Cryoablation System Console (Model 2020) has been marketed in the European Union and Hong Kong since receipt of the CE Mark in April 2002. The Console has not been withdrawn from marketing for any reason related to safety and effectiveness of the device.

The CryoCor CryoBlator Catheter has been marketed in the European Union and Hong Kong since June 2005. The CryoBlator Catheter has not been withdrawn from marketing for any reason related to safety or effectiveness of the device.  A previous version of the CryoBlator, the Model 1200 Cryoablation Catheter, was marketed in the European Union and Hong Kong from April 2002 until May 2005. It was recalled as a result of potential manufacturing defect.

## VIII.    Potential Adverse Effects of the Device on Health

Potential Adverse Events associated with cardiac ablation for treatment of Type I atrial flutter include the following:

- Vaso-vagal syncope

- Perforation or damage to the peripheral vasculature or heart
- Bleeding
- Infection
- Initiation of life threatening arrhythmias
- Thrombus or embolus
- Pericarditis
- Myocardial infarction
- Ablation beyond the targeted tissue
- Death
- Catheter rupture and release of refrigerant

**IX.**    **Summary of Preclinical Studies**

**A. Laboratory Studies**

**1.    Biocompatibility Testing Summary**

Biocompatibility testing was performed on the materials which are blood contacting according to ISO 10993-1.  The following is a summary of the biocompatibility testing performed for the CryoBlator Catheters. The purpose of these tests was to subject the catheter, in its finished form, to standardized biocompatibility tests based on ISO 10993-1.  Test selection was based on the nature of body contact and contact duration, as called out in the standard.  The catheter components are considered to be 'external communicating devices' which contact circulating blood for less than 24 hours.

- Cytotoxicity
- Sensitizaton
- Irritation
- Systemic Toxicity
- Hemocompatibility
- Pyrogenicity
- Genotoxicity

The results of these tests were that the CryoBlator Catheters met all applicable test requirements in the ISO 10993 standard.

**2.    Sterilization Validation**

The sterilization validation qualified a 25kGy dose for the sterilization of the CryoCor 10 French Cryoablation Catheter.  Successful execution of the protocol established and documented that the sterilization cycle described will perform reproducibly in delivering a minimum sterility assurance level (SAL) of 1 x 10–6.

3.    **Catheter Testing Summary**

a.    **Catheter Functional and Performance Testing**

Testing was performed on sterilized catheters to ensure that the catheters met their design specifications. Where appropriate, the catheter shaft was submerged in 37°C bath for the testing.

**TABLE 2 - Catheter Functional and Performance Testing**

| Qty Tested | Test | Acceptance Criteria | Results |
|---|---|---|---|
| 30 | Deflection Force | ≤ 7 lbs | Pass |
| 30 | Deflection Radius | 0.75" ± 0.10" | Pass |
| 30 | Curvature of deflection | 180°, circular and smooth | Pass |
| 30 | Lateral Stiffness | > 5 grams | Pass |
| 30 | Off Axis deflection | < 15° | Pass |
| 30 | Wire Continuity: Tip to connector Tip to connector Marker Band to connector | <10 Ohms Resistance <100 Ohms Resistance <25 Ohms Resistance | Pass Pass Pass |
| 30 | Articulation Performance | Pass / Fail | Pass |
| 30 | Catheter Bubble Leak Resistance | Leak free at 90 psig for 30 seconds | Pass |
| 30 | Catheter Thermal/Mechanical Stress | Pass leak resistance (90 psig) post stress cycling (200 articulations) | Pass |
| 30 | Catheter Articulation Cycling | Pass leak resistance (90 psig) and Product Performance post 200 Articulation Cycles minimum | Pass |
| 30 | Catheter System Performance Test | Achieve T <-60° C post 200 Articulations (minimum) and 400 articulation cycles (lot average) | Pass |
| 30 | Tip Corrosion Resistance* | No Corrosion | Pass |
| 30 | Catheter Tensile Test (Tip to Shaft) | No damage at 15 N (3.37 lbs) | Pass |

b.    **Catheter Mechanical and Torsional Testing**

Mechanical testing was performed on sterilized catheters to ensure that the catheters met their design specifications.

**TABLE 3 - Catheter Mechanical Testing**

| Qty Tested | Test | Acceptance Criteria | Results |
|---|---|---|---|
| 30 | Tensile Test Flex Interface, Connector to Handle | Minimum tensile force of 15 lbs | Pass |
| 30 | Tensile Test Results - Catheter Shaft to Handle Bond | Minimum tensile force 3.37 lbs | Pass |
| 30 | Retention Test Results – Catheter Connections (Dual Line Connector, 4-Pin Connector and Pressure Gage Luer) | Minimum tensile force 30 lbs. (In Operation),  Minimum tensile force 5 lbs. (Not In Operation) | Pass |
| 30 | Retention Results – 4 Pin Connector (Male on Catheter / Female on Console) | minimum tensile force of 5 lbs | Pass |
| 30 | Pressure Gauge Luer Torque Test Results (Female on Catheter / Male on Console) | <1 ft/lb torque | Pass |
| 30 | Tensile Results – Pull Wire to Steering Knob | Minimum tensile force 7 lbs | Pass |
| 30 | Pressurization Results of High Pressure Tube Assembly | No Leaks up to 1000 psia At <-90° C | Pass |
| 30 | Pressurization Results of Catheter Shaft / Low Pressure Exiting Tube Assembly | No Leaks up to 90 psia. | Pass |
| 30 | Torsion Fatigue Results – Catheter Shaft | A 30" span of shaft, twisted 180 degrees, shall produce a minimum torque of 1.00 in-oz | Pass |

c.    **Catheter Aging Testing**

Functional and Performance testing was performed after aging, extreme conditioning, drop testing, vibrational testing, and load testing.

**TABLE 4 -  Catheter Functional and Performance Testing after 12 Month Real-Time Aging**

| Qty Tested | Test | Acceptance Criteria | Results |
|---|---|---|---|
| 30 | Deflection Force | ≤ 7 lbs | Pass |
| 30 | Deflection Radius | 0.75" ± 0.10" | Pass |
| 30 | Curvature of deflection | 180°, circular and smooth | Pass |
| 30 | Lateral Stiffness | > 5 grams | Pass |
| 30 | Off Axis deflection | < 15° | Pass |
| 30 | Wire Continuity: Tip to connector Marker Band to connector | Pass/Fail | Pass |
| 30 | Articulation Performance | Pass / Fail | Pass |
| 30 | Catheter Bubble Leak Resistance | Leak free at 90 psig for 30 seconds | Pass |
| 30 | Catheter Thermal/Mechanical Stress | Pass leak resistance (90 psig) post stress cycling (200 articulations) | Pass |
| 30 | Catheter Articulation Cycling (in 200 cycle increments) | Pass leak resistance (90 psig) and Product Performance post ≥ 400 Articulation Cycles (lot average) | Pass |
| 30 | Catheter System Performance Test | Achieve T <-60° C post 200 Articulations (minimum) and 400 articulation cycles (lot average) | Pass |
| 30 | Tip Corrosion Resistance* | No Corrosion | Pass |
| 30 | Catheter Tensile Test (Tip to Shaft) | No damage at 15 N (3.37 lbs) | Pass |

4.    **Console Testing Summary**

a.    **Safety Testing**

Electrical Safety and EMI/EMC Compliance

These tests were based on recognized standards for electrical safety.  The purpose of these tests was to demonstrate that the console is safe to use and complies with recognized safety standards in order to protect patients, users and those servicing the

console. The following is a brief summary of these tests and their outcomes:

Electrical safety and characterization of the console during operation for EMI and EMC characteristics were evaluated using the relevant portions of IEC 601, CISPER 11 and IEC 61000. The following table is a list of the sections of these standards that were utilized:

**Emissions**
CISPR 11
**Immunity**
IEC 61000-4-2, Section 2: Electrostatic Discharge Immunity Test
IEC 61000-4-3, Section 3: Radiated, Radio Frequency, Electromagnetic Field Immunity Test
IEC 61000-4-4, Section 4: Electrical Fast Transient / Burst Immunity Test
IEC 61000-4-5, Section 5: Surge Immunity Test
IEC 61000-4-6, Section 6: Conducted Surge Immunity
IEC 61000-4-8, Section 8: Magnetic Field Immunity
IEC 61000-4-11, Section 11: Voltage dips & short interruptions Test
**Safety**
IEC 601-1, General Requirements for Safety
Section 17, Protective earthing, functional earthing and potential equalization
Section 18, Protective earthing, functional earthing and potential equalization
Section 19, Continuous Leakage Currents and Patient Auxiliary Currents
Section 20, Dielectric Strength
Section 21, Mechanical Strength
Section 42, Excessive Temperatures
Section 56, Components and General Assembly
56.1.b. General, Marking of components
56.1.d. General, Component fixing
56.1.f. General, Fixing of wiring
56.3.a. Connections - General, Construction of connectors
56.4. Connections - General, Connections of capacitors
56.5. Connections - General, Protective Devices
56.6. Connections - General, Temperature and overload control devices.
56.8. Connections - General, Indicators
56.10.a. Connections - General, Actuating parts of controls, Protection against electric shock

56.10.b. Connections - General, Actuating parts of controls,
Fixing, prevention of maladjustment
Section 57.10, Creepage Distances and Air Clearances

One console was tested.  The conclusion of these tests was that the
design of the console meets the requirements of these standards,
should be safe for use to the patient and the users, and should not
cause, or be influenced by, electromagnetic radiation.

Additional testing was performed in October 2004, in order to
acquire NRTL Certification to UL2601.

**b.    Software Testing**

Validation testing of system performance and functionality were
performed to determine whether the operational behavior of the
Model 2020 Console correctly implemented the software and
safety specifications.  All software testing passed the acceptance
criteria.

**c.    Shipping Testing**

Performance Testing of CryoCor Cryoablation System Shipping
Container: A fully finished, and packaged, console was subjected
to standardized ASTM shock and vibration testing to simulate
commercial transportation.  One console was tested for
performance before packaging, then subjected to the shock and
vibration testing, then evaluated for performance again and
visually inspected.  The console met the requirements of this test;
the console operated normally after exposure to the shock and
vibration test conditions.  No connectors or fasteners were
loosened.

**d.    Storage Condition Testing**

The console was subjected to temperature extremes of potential
storage conditions..  The limits chosen for storage conditions are as
follows.

Temperature:  -20 to +60 °C.
Relative Humidity: 10 to 90% (non condensing)

In order to allow proper equilibration at the temperature and
humidity extremes, a test cycle allowed 5 hours for the assembly to
approach the test conditions, an 8 hour dwell, followed by a 5 hour
return period before the console was evaluated for performance.

The results of this test showed the device operated normally after exposure to the storage conditions. One console was tested and met this requirement.

5.    **System Testing Summary**

   a.    **System Performance Test**

   The Cryoablation system was tested to ensure performance across variations expected during normal operation. For the catheter, the variations included low and high heat load, straight and actuated articulation segment, use with or without a sheath, and catheter model (i.e. different articulation segment length). For the Console, the variations included a PCC charge in the low and high range.

**TABLE 5 - Temperature performance of System under operational variables**

|  | Consoles with Low PCC (n=2) | Consoles with High PCC (n=2) |
|---|---|---|
| **Model 1205-6.5/ CRYOBLATOR X-05 (n=5)** | Total = 40 ablations All maintained an average tip temperature of below -60°C | Total = 40 ablations All maintained an average tip temperature of below -60°C |
| **Model 1207-6.5/ CRYOBLATOR X-07 (n=5)** | Total = 40 ablations All maintained an average tip temperature of below -60°C | Total = 40 ablations All maintained an average tip temperature of below -60°C |
| **Model 1205-6.5 catheters with flow rate at the bottom of the specification (n=2)** | Total = 16 ablations All maintained an average tip temperature of below -60°C | Total = 16 ablations All maintained an average tip temperature of below -60°C |
| **Model 1205-6.5 catheters with flow rate at the top of the specification (n=2)** | Total = 16 ablations All maintained an average tip temperature of below -60°C | Total = 16 ablations All maintained an average tip temperature of below -60°C |
|  | Ablations per console = 56 | Ablations per console = 56 |

**B.  Animal Studies**

   1.    **Model 1100 Catheter Studies**

   Pre-Clinical studies were performed using an earlier Model catheter (the Model 1100) and the Model 2020 console. 13 canines were treated by applying a cryoablation catheter tip sequentially along the cavo-isthmus region of the right atrium. The findings of these studies:

   - Catheter-delivered cryothermy can be used to ablate cardiac tissues producing controlled myocardial necrosis.

- Effective creation of electrically inactive myocardium in the targeted regions indicative of the appropriate electrophysiological effect.
- Intact endocardium in the area of ablation. Preservation of the extra-cellular matrix without contraction. No evidence of collateral damage to the pulmonary tissue in cases of pulmonary vein ablation.
- Appropriate operation of the CryoCor Cryoablation System.

**2. CryoBlator (Model 1200 Series) Catheter Study**

A further acute pre-clinical study was performed comparing the Model 1100 catheter to the CryoBlator (Model 1200 Series) catheters to ensure that the lesion created with the CryoBlator was equivalent to that created with the earlier catheters. Two porcine subjects were treated with both catheter models, one model per thigh. The lesion size was found to be equivalent between the models of catheters. Thus the data previously acquired for the 1100 are still applicable to the newer version of the device.

**X.   Summary of Clinical Studies**

**A.   Study Design**

The CryoCor™ Cardiac Cryoablation System was evaluated in a prospective, non randomized single-arm, multicenter trial conducted in 160 subjects at 24 U.S. sites to evaluate the safety and effectiveness of the system. Subjects with a recent history of symptomatic, cavo-tricuspid isthmus-dependent atrial flutter were eligible. Subjects were evaluated at discharge, one three and (via telephone) six months post- procedure as well as weekly via trans-telephonic event recordings collection. Subjects who met the inclusion and exclusion criteria were enrolled. Each subject served as his/her own control.

**1.   Inclusion Criteria**

Subjects were eligible for inclusion in the study if they met all of the following Inclusion Criteria:

- Age between 18 and 75
- Symptomatic atrial flutter with at least one episode within the last six months, documented on ECG
- Documentation of isthmus-dependent right-atrial flutter as evident from pacing and/or mapping (performed in the EP lab just prior to ablation)
- Willingness, ability and commitment to participate in follow-up evaluations

2.    **Exclusion Criteria**

Subjects were excluded from the study if any of the following conditions were present:

- Structural heart disease of clinical significance including:
  - o  Cardiac surgery within six months of screening
  - o  Unstable symptoms of congestive heart failure (CHF) including NYHA Class III or IV CHF at screening and/or ejection fraction <30% as measured by ECHO or catheterization
  - o  Right-sided heart valve prosthetics
  - o  Myocardial infarction (MI) within three months of screening
  - o  Unstable angina or ongoing myocardial ischemia
  - o  Corrected or uncorrected atrial septal defect (ASD)
  - o  Congenital heart disease where either the underlying abnormality or its correction prohibits or increases the risk of cryoablation
- Any prior ablation for atrial flutter
- Any prior ablation (other than atrial flutter) within three months of screening
- Concomitant atrial fibrillation requiring AAD treatment other than Class IC or Class III for conversion to atrial flutter
- Any concomitant ventricular arrhythmia requiring pharmacological treatment that would interfere with the interpretation of the results from this study
- Severe electrolyte abnormalities at the time of treatment
- Pregnancy
- Any contraindication to cardiac catheterization
- Poor general health that, in the opinion of the investigator, will not allow the subject to be a good study candidate (i.e. other disease processes, mental capacity, etc.)
- Enrollment in any other ongoing protocol

3.    **Prior and Concomitant Therapies Allowed**

Subjects with concomitant atrial fibrillation (AF) requiring drug therapy, other than with Class IC or Class III antiarrhythmic drugs, for conversion to atrial flutter were excluded from the study. The study allowed inclusion of subjects with a history of AF who had converted to symptomatic atrial flutter when placed on anti-arrhythmic drugs (specifically Class IC and Class III drugs). After cryoablation was performed, the continuation, discontinuation or modification of all pre-procedure Class IC and Class III drugs for the purpose of AF control was at the discretion of the investigator.

**B.    Study Objectives**

**1.    Study Primary Endpoints**

The primary endpoints were the following acute safety and effectiveness measures:

- Measurement of all serious adverse events (SAEs) that occurred within seven days after the procedure
- Creation of bi-directional block with cryoablation as the surrogate measure of procedural effectiveness

**2.    Study Secondary Objectives**

The secondary objectives were the following chronic safety and effectiveness measures:

- Measurement of serious adverse events that occurred more than seven days after the cryoablation procedure
- Long-term absence of recurrences of atrial flutter (chronic effectiveness)
- Re-treatment effectiveness

**C.    Objective Performance Criteria (OPC)**

Objective Performance Criteria (OPC) were prospectively established for this study.  The Safety endpoint for this study was taken from the FDA guidance document "Cardiac Ablation Catheters Generic Arrhythmia Indications for Use; Guidance for Industry, July 1, 2002."  The Efficacy endpoint was based on the published precedent available from the Summary of Safety and Effectiveness of the Navistar DS 8 mm Deflectable Diagnostic/Ablation Catheter, the only catheter approved for use for the treatment of atrial flutter.  See table 6 below for the endpoints used.

**Table 6 - Objective Performance Criteria**

| Study Endpoint | Target Value | 95% Confidence Bound |
|----------------|--------------|----------------------|
| Acute Success  | > 95%        | ≥ 80%                |
| Chronic Success | >90%        | ≥ 80%                |
| 7 Day SAEs     | < 2.5%       | ≤7%                  |

**D.    Patient Enrollment and Disposition**

Table 7 below documents the enrollment and disposition of the patients screened for the study.

**Table 7 - Patient Enrollment and Disposition**

| | |
|---|---|
| Patients screened for the study | 189 |
| Screen Failures | 28 |
| Isthmus-dependent atrial flutter not inducible | 25 |
| Persistent atrial fibrillation | 1 |
| Ejection fraction was lower than 30% | 1 |
| Non-investigational device failure | 1 |
| Patient withdrew consent before treatment | 1 |
| CryoCor cryoablation investigational catheter inserted (Intent-to-Treat) | 160 |

**E.    Demographic Data**

Of the 160 treated patients, 122 (76.25%) were men and 155 (96.88%) were Caucasian.  The mean age of patients enrolled in the study was 63.06 ± 9.25 years.  One hundred and four (104) (65%) of these patients reported concomitant arrhythmias in addition to atrial flutter.  Atrial fibrillation was the most common among these reported concomitant arrhythmies (58.75%). The majority of patients presented with counterclockwise atrial flutter (78.75%).  Treated patients had a mean ejection fraction (EF) of 54.62 ± 10.44%.

**F.    Procedural Data**

An effective cryothermy application was determined to be a freeze which resulted in an electrophysiological effect as seen on the EGM.  The patients enrolled in the study had an average of 20 (±11.34) freezes delivered during the ablation with an average of 18 (±9.3) being effective.  The average temperature of each freezes was -81.52 (±3.73) degrees Centigrade with the lowest temperature of -85.56 (±3.61) being reported.

**Table 8 - Characteristics of Delivered Cryothermy**

| Description | Mean | SD |
|---|---|---|
| # of Freezes | 20.45 | 11.34 |
| # of Effective Freezes | 18.61 | 9.30 |
| Freeze Duration | 0:47:36 | 0:24:34 |
| Average Temp | -81.52 | 3.73 |
| Minimum Temp | -85.56 | 3.61 |

**G.    Primary Endpoint: Acute Safety**

The 7 day SAE rate after the index procedure is listed in the table below. Out of the 10 events, only 4 were related to the device or the procedure. The device-related and procedure-related SAEs occurring within 7 days included

one case each o- - - - - - - cedural hematoma , atrioventricular block - - - - - - - - - - - - - cardiac tamponade - - - - - - - and acute respiratory failur- - - - - - - - All four of these SAEs were resolved by the end of the study.

**Table 9: Acute Safety Data**

| Study Endpoint | Count | Percent | 95% One-Sided CL | 95% Two-Sided CL |
|---|---|---|---|---|
| **Acute Safety** | | | | |
| 7 Day SAEs | 10/160 | 6.25% | UCL: 10.37% | (3.04%; 11.19%) |
| **7 Day SAEs (D&P)\*** | **4/160** | **2.50%** | **UCL: 5.63%** | **(0.69%; 6.28%)** |

### H.    Primary Endpoint: Acute Effectiveness

The acute procedural success is listed in the table below.

**Table 10: Acute Procedural Success**

| Count | Percent | 95% One-Sided CL | 95% Two-Sided CL |
|---|---|---|---|
| 140/160 | 87.50% | 82.36% | (81.36%; 92.19%) |

### I.    Secondary Objective: Chronic Effectiveness

The chronic effectiveness was determined by clinical follow-up with clear documentation of recurrences in addition to weekly event recordings to evaluate asymptomatic recurrences. Patients were considered a success if they were without any evidence of atrial flutter, clinically or by event recordings, for 6 months. Four subjects were lost to follow-up during the study.  None of these subjects was excluded for the purpose of effectiveness primary endpoint analysis.  One of the four subjects that was lost to follow-up was not acutely successful, and therefore not evaluated for the secondary objective of chronic effectiveness at 6 months.  The primary analysis for the secondary objective was a time-to-event analysis or Kaplan-Meier nonparametric survival.  Subjects who did not have a complete set of data for the six-month post-procedure follow-up period were censored at their last known visit or documented event recording if they had not yet recurred. No imputations for missing data were required.

The results are listed in the table below.

**Table 11: Chronic Effectiveness**

| Analysis | Proportion Free From AFL Recurrence | 95% CI Lower Bound | 95% CI Upper Bound |
|---|---|---|---|
| Survival Estimate | 80.10% | 71.70% (Peto) | 87.50% |

### J.    Secondary Objective: Chronic Safety

The rate of SAEs occurring 7 days after the index procedure is listed in the table below. None of these were related to the device or procedure.

**Table 12: Chronic Safety**

| Study Endpoint | Count | Percent | 95% One-Sided CL | 95% Two-Sided CL |
|---|---|---|---|---|
| **Chronic Safety** | | | | |
| SAEs post-7 days | 27/160 | 16.88% | UCL: 22.38% | (11.88%; 23.45%) |

Three (3) subjects died during the course of the study. The deaths were not related to the device or ablation procedure. The causes of death included: suicide ▢▢▢▢▢▢▢▢ and pulmonary embol ▢▢▢▢▢

**K.    Secondary Objective: Retreatment Effectiveness**

Five subjects were re-treated with cryoablation and five subjects were re-treated with RF ablation after recurrence of atrial flutter. One subject, 46-04, was first re-treated with cryoablation, and after an additional recurrence, was re-treated with radio frequency ablation. Subjects re-treated with cryoablation were asked to continue sending in weekly random and symptomatic event recordings until they completed the study. The subjects re-treated with radio frequency were optionally offered the opportunity to continue with event recording. Of the five subjects who were re-treated with cryoablation after recurrence of atrial flutter, only one of these subjects, 46-04, experienced recurrence after re-treatment, and was subsequently treated with radiofrequency ablation. Due to the small sample size, no statistical calculations were performed.

**XI.    Conclusions Drawn from the Studies**

Pre-clinical testing adequately demonstrates that the CryoCor™ Cardiac Cryoablation System, developed by CryoCor™, Inc., should maintain mechanical and electrical integrity and that materials which come in contact with patients should be biocompatible under the proposed conditions for use. Bench testing has established an acceptable degree of energy delivery accuracy and control.

Clinical testing and statistical analysis demonstrates that the CryoCor™ Cardiac Cryoablation System is reasonably safe and effective for the treatment of cavo-tricuspid isthmus dependant atrial flutter.

**XII.    Panel Recommendations (To be completed by FDA)**

**XIII.    CDRH Decision (To be completed by FDA)**

**XIV.    Approval Specifications (To be completed by FDA)**

# EXHIBIT M

# Instructions for Use

## CryoCor™



## 10F Cryoablation Catheter
### Model 1205, 1207

## DEVICE DESCRIPTION

The CryoCor CryoBlator 10F Cryoablation Catheter is a single use, 10F, uni-directional steerable ablation catheter, specifically designed for the treatment of cardiac arrhythmias. The flexible distal section can be deflected by displacement of an integral tendon controlled by a lever on the handle. A variable manual locking feature or "brake" is provided to lock or hold the deflection angle. The proximal shaft is more rigid to allow torque transmission to the distal end of the shaft. A metal end-tip provides therapy delivery. Target tissue in contact with the tip is ablated by cooling achieved via the vaporization of refrigerant fluids inside the catheter tip assembly. A temperature sensor, located within the tip, provides temperature monitoring during therapy delivery. The tip, along with an additional 1.3mm wide band electrode spaced 3 mm proximal to the tip, also has the ability to collect intracardiac electrograms for mapping procedures. The catheter is connected to the CryoCor Cryoablation Console, Model 2020, via three quick-connect receptacles: one for refrigerant gas, a second for pressure monitoring inside the tip and a third for electrical signal transmission.

## INDICATIONS

The CryoCor Cryoablation System's intended use is in the Ablation of Isthmus-dependent Atrial Flutter in patients 18 years of age or older.

## CONTRAINDICATIONS

Do not use this device:
- In patients with active systemic infection
- In patients with intracardiac mural thrombus
- In patients with cryoglobulinemia

## Potential Adverse Events
- Vaso-vagal syncope
- Perforation or damage to the peripheral vasculature or heart
- Bleeding
- Infection
- Initiation of life threatening arrhythmias
- Thrombus or embolus
- Pericarditis
- Myocardial infarction
- Ablation beyond the targeted tissue
- Death
- catheter rupture and release of refrigerant

## WARNINGS
- The CryoCor Cryoablation Console is capable of delivering significant cryoablation therapy. When operating, do not touch the catheter tip because operator injury may occur.
- The CryoCor CryoBlator 10F Cryoablation Catheter is disposable and intended for single use. Do not re-sterilize or reuse. This may result in a loss of cryoablation, electrical and mechanical function and could cause patient injury and/or death.
- Use only isolated ECG amplifiers with the CryoCor Cryoablation System. Leakage current from a connected device to the patient must not exceed 10 microamps (μA).
- If the catheter develops a leak, patient injury or death may occur.
- Caution should be used when delivering cryotherapy as structures located beyond the target tissue may be affected.
- Careful catheter manipulation must be performed in order to avoid cardiac damage, perforation, or tamponade. Catheter advancement should be done under fluoroscopic guidance. Do not use excessive force or torque to advance, withdraw, or manipulate the catheter.

## RISKS

### Potential Risks Associated with Placement and Catheter Manipulation
- Vaso-vagal syncope
- Perforation or damage to vasculature
- Bleeding
- Infection
- Initiation of arrhythmias
- Thrombotic and/or embolic events (including air emboli)
- Death
- Myocardial infarction

### Potential Risks Associated with Pulmonary Vein Ablation
The known risks of pulmonary vein ablation from RF and other energy sources, including cryoablation, include the following:
- Phrenic nerve damage and resultant diaphragmatic paralysis
- Pericarditis
- Pulmonary vein stenosis (heat-based therapies only)
- Esophageal Fistula (heat-based therapies only)

### Potential Risks Unique to the Cryoablation Procedure
There is one identified potential risk unique to pulmonary vein cryoablation procedures, namely catheter rupture and release of refrigerant gas.

## PRECAUTIONS
- Patients undergoing left-sided ablation procedures should be closely monitored during post-ablation period for clinical manifestations of infarction.
- Anticoagulation therapy is recommended for patients undergoing left-sided and transseptal cardiac procedures and should be considered for selected patients undergoing right-sided procedures.
- The sterile packaging and catheter should be visually inspected prior to use. Inspect for holes in the packaging and compromise to the seal prior to opening and removal of catheter. If damaged, do not use. Inspect the catheter for damage to the shaft, exposed wire(s) or tubing and damaged connectors.
- Do not attempt to operate the Cryoablation System before thoroughly reading the Operators Manual.
- The LCD on the Console should be monitored during therapy delivery.
- Excessive bending or kinking of the catheter shaft and/or flex interconnect may damage internal components. Manual pre-bending of the distal curve can damage the steering and/or deployment mechanism and may lead to patient injury.
- Cardiac ablation procedures should be performed only by physicians thoroughly trained in the techniques of catheter ablation in a fully equipped electrophysiology laboratory.
- It is important that the physician determines, assesses and communicates to each individual patient all foreseeable risks of a cardiac ablation procedure.
- The CryoCor Cryoablation Console is intended for use only with CryoCor Cryoablation Catheters and accessories. The safety of use with other electrophysiology catheters and accessories has not been assessed.
- Prior to delivery of ablation therapy, ensure catheter tip is beyond the end of the sheath.
- Do not articulate the catheter when the articulation segment is constrained within the sheath, as articulation function may be compromised.

## DIRECTIONS FOR USE

### Preparing the CryoCor CryoBlator 10F Cryoablation Catheter

1. Using sterile technique, remove the catheter from the package and place in a sterile work area.
2. Visually inspect the catheter carefully for integrity (cuts, punctures) and overall condition. If damaged, do not use: return to CryoCor.
3. Manipulate handle to confirm steering function.
4. Maintain the black plastic end cap on the main gas connector whenever the catheter is not connected to the Console.

### Insertion and Placement of CryoCor CryoBlator 10F Cryoablation Catheter

1. Create appropriate vascular access site to introduce catheter to reach desired locations within the heart.
   - Right Atrium: Approach through the femoral vein utilizing standard 10F or larger percutaneous hemostasis sheath.
   - Left Atrium: Approach transseptally from the right atrium through fossa ovalis utilizing a Brockenbrough-type needle and transseptal sheath (10F or larger).
2. Ensuring that the tip of the catheter is in its relaxed or non-articulated position, advance the catheter through the vasculature and into the desired area of the heart under fluoroscopic guidance. Use the lever control on the catheter to facilitate positioning of the catheter tip.

   NOTE: During manipulation, the catheter may be disconnected from the control arm of the Console in order to avoid twisting and tangling of cables and connections.

### Connect Catheter To Console

   NOTE: The control arm on the Console is non-sterile. Ensure that, when making or breaking connection to the control arm, care is taken to avoid contact with the Console.

1. Twist and remove the black plastic end cap from the main gas connector on the proximal end of the catheter and let it hang by the metal chain.
2. Remove black precooler plug from the precooler receptacle located on the control arm of the Console.
3. Align the gas connector with the mating receptacle on the control arm of the Console (non-sterile) and push the gas connector in until it latches. To disconnect, grasp the black sleeve on the connector and pull back until the connector disengages. Following disconnection of the gas connector, replace the plastic end cap to avoid contamination within the sterile field and replace precooler plug on control arm.

   NOTE: This connection is not keyed and can rotate freely.

4. Locate the Luer at the proximal end of the catheter and align it with the mating receptacle at the end of the console arm. Grasp the body of the Luer and twist until a snug connection has been made. To disconnect, grasp the body of the Luer and twist the Luer fitting counter clockwise until the Luer is disconnected.
5. Locate the electrical connector and attach it to the receptacle located on the distal end of the control arm of the Console by aligning the key on the connector with the key indicator on the receptacle while pushing together until connector has latched.

   NOTE: If the physician chooses to disconnect the sensor cable from the console once it has been connected, care must be taken not to contaminate the sterile field by the now contaminated end of the sensor cable. Disconnection of the sensor cable at the catheter end prevents contamination. For removal of the sensor cable, grasp the gray sleeve on the connector and pull back until the connector disengages from the receptacle.

## THERAPY DELIVERY

1. Prior to delivery of ablation therapy, ensure that the catheter tip is in direct contact with the target tissue.
2. During therapy delivery, the catheter tip will become attached to the target tissue. Do not attempt to manipulate or move the catheter tip during therapy delivery.
3. Following therapy delivery, do not manipulate the catheter tip until the "Wait to Remove Catheter" message on the Console LCD has disappeared. This provides sufficient time for the catheter tip to thaw and detach itself from the target tissue.

## POST-PROCEDURE CATHETER REMOVAL

1. Prior to removing the CryoCor CryoBlator 10F Cryoablation Catheter, ensure that the catheter is in its relaxed or non-articulated position.
2. Slowly withdraw the catheter from the patient. Should any resistance be encountered withdrawing the catheter into the sheath, the catheter and the sheath should be removed as a single unit."
3. Remove the hemostasis or transseptal sheath, and follow standard practice for management of the insertion site.
4. Follow standard practice for disposal of used medical devices.





## 10F Cryoablation Catheter
### Model 1205, 1207

One sterile CryoCor CryoBlator 10F Cryoablation Catheter

Non-pyrogenic

No warranty implied

Contents are for single use. Do not attempt to resterilize.

Read instructions prior to use.

Sterilization: Radiation

*Caution: Federal (USA) law restricts this device to use by or on the order of a physician.*

Manufactured by:

CryoCor, Inc.
9717 Pacific Heights Blvd.
San Diego, CA 92121, USA
Tel: 858-909-2200
Fax: 858-909-2300

030-05507-001 Rev - A

### STORAGE AND HANDLING
Store in a cool, dark, dry place.

### SPECIFICATIONS

| | | |
|---|---|---|
| Catheter Diameter | ...................... | 10F (3.3mm) |
| Usable Length-- | | |
| Model: CRYOBLATOR™ | -05: | 95 cm |
| Model: CRYOBLATOR™ | -07: | 97 cm |
| Tip Length | ................................. | 6.5 mm |
| Articulation Segment Length-- | | |
| Model: CRYOBLATOR™ | -05: | 5 cm |
| Model: CRYOBLATOR™ | -07: | 7 cm |
| Deflection Angle | ......................... | >180° (uni-directional) |
| Band Electrode Width | ................... | 1.3 mm |
| Band Electrode Spacing (from tip) | ..... | 3 mm |

# EXHIBIT N

# CryoCor™ Cardiac Cryoablation System for the Treatment of Cavo-Tricuspid Valve Isthmus-Dependent Atrial Flutter

## Protocol Number:  GL-AFL-02

## PMA Number:   P050024

**June 27, 2007**

**CRYOCOR, Inc.**

# Introduction

## Helen S. Barold, M.D., M.P.H.

### Chief Medical Officer



# Indications for Use

The system consists of the CryoCor$^{TM}$ CryoBlator$_x$$^{TM}$ Cryoablation Catheters and the Model 2020 Console

The CryoCor Cryoablation System's intended use is in the Ablation of Isthmus-dependent Atrial Flutter in patients 18 years of age or older

3



# Regulatory Events

- July 15, 2005- Initial submission
  - Modular submission
- October 12, 2005- Major Deficiency Letter
- January 26, 2006- Letter concerning chronic effectiveness
- November 28, 2006- Resubmission with new core lab
- March 1, 2007- Amendment
- June 27, 2007- Panel Date



4

# Data to Support Approval

- Pre-clinical Data
  - CryoCor lesion sizes as large as RF

- US Pivotal Trial

- OUS Confirmatory Clinical Study

- Pain study
  - Demonstrates a unique advantage of Cryoablation over RF

## Demonstrates a Reasonable Level of Safety and Effectiveness

5



# Device Description

## Eric Ryba

### Director, Intellectual Property



# CryoCor Console and Catheter System



*2020 Console*

# CryoCor 1200 Catheter Product Line







CRYOCOR, Inc.

8

# Cryoablation Process





# Internal Tip Temperature



# Cryo & RF Catheter Ablation Surface Area Comparison



**Standard RF**
**8Fr (4mm)**

**Large Tip RF**
**8Fr (8mm)**

**Cryoablation**
**10Fr (6.5mm)**

| ABLATION SURFACE AREA | | |
|---|---|---|
| **RF - 8Fr (4mm)** | **RF – 8Fr (8mm)** | **Cryo - 10Fr (6.5mm)** |
| ~34 mm² | ~68 mm² | ~66 mm² |



11

# Surface Area Comparison and Approximate Heat Transfer Values



# Pre-Clinical Data

## Gregory Feld, M.D.

**Professor of Medicine
Director, Cardiac Electrophysiology Program
University of California San Diego**

**CRYOCOR, Inc.**

# Cryoablation

- Cryosurgery in the 1970's
- Large volume of published literature characterizing cryoablation
  - Safe
  - Preserves tissue architecture
    - Maintain good tensile strength
  - Limited risk of thrombus
  - No steam pops
  - Clearly demarcated, homogeneous lesion formation
  - No pulmonary vein stenosis, atrio-esophageal fistulas when used on the left side
  - Less painful- several studies



14

# Primary Mechanisms of Cell Injury

- An iceball is formed at the tip of the catheter or along a defined surface

- Cells within the iceball are irreversibly damaged and eventually replaced with fibrotic tissue

- There is cell death, but the extracellular matrix remain largely intact.

CRYOCOR, Inc.

15

# Factors that Affect Lesion Size

- Contact with tissue

- Electrode size

- Power

- Regional blood flow

- Freeze time (lesions form at 30 seconds)

CRYOCOR, Inc.    16

# Cryoablation Lesions at Canine Isthmus





17

# Compare Lesion Size
# for CryoCor vs. RF

- 10 swine

- Standard thigh muscle preparation
  – constant force of 10gm of pressure on all catheters

- Cryo
  – CryoCor, 6.5 mm tip, 5 minute applications

- Standard RF (SRF)
  – 7F; 4mm tip; 60 sec at 50 watts, temp 50°C

- Irrigated RF (CRF)
  – 7F; 3.5mm tip; 60 sec at 50 watts, saline infusion at 15 ml/min; externally irrigated

- Both vertical and horizontal tip orientations were used

18

**CryoCor, Inc.**

# Examples of Lesions Created with Cryo and RF





CryoCor- 5 minutes

Horizontal Tip Orientation

Irrigated RF- 1 minute

Vertical Tip Orientation



19

# Comparison of Lesion Sizes





# **Conclusions**

- Cryoablation is able to produce lesions that are larger than standard RF and as large as irrigated RF

- The CryoCor System can make lesions that are large enough to treat atrial flutter

21



# Pre-Clinical Data

## Hein Wellens, M.D.
**Emeritus Professor of Cardiology**
**University of Maastricht, The Netherlands**

**CRYOCOR, Inc.**

# Catheter-Based Cryoablation Produces Permanent Bidirectional Cavotricuspid Isthmus Conduction Block in Dogs

## C. Timmermans, L. Rodriguez, R. Suylen, J. Leunissen, M. Vos, G. Ayers, H. Crijns, H. Wellens

### JICE 2002  7, 149-155.



# Protocol

- 7 adult mongrel dogs

- 5 Cryo; 2 RF

- All animals had electroanatomical mapping with CARTO at the time of the procedure and 6 weeks later

- Isthmus Ablation

  – RF 4mm tip; 50W, temp 70°C, 90 second lesions

  – CryoCor 6.5 mm tip, 10F, bipolar, 5 minute lesions

CRYOCOR, Inc.

24

# Results

|  | # Applications | Temp | Procedure time | Application time | Fluoro time | BDB |
|---|---|---|---|---|---|---|
| **Cryo** | 6-10 | -65 to -80°C | 354 min | 2X5 min | 81 min | Yes |
| **RF** | 9 | 50 to 70°C | 340 min | 90 sec | 52 min | Yes |

BDB= Bidirectional Block

25



# Cryo Lesion Across the Isthmus at 6 weeks



At 6 weeks all animals had permanent bidirectional isthmus block.

One of the animals who underwent RF had endocardial thrombus formation at the transition of the RA to IVC

CryoCor, Inc.

# CryoCor Lesion

# RF Lesion





elastica-van Gieson Stain; 6 weeks after ablation of RAI;
ENDO – endocardium; EPI – epicardium; RV – right ventricle
RA-IVC – right atrium – inferior vena cava transition

27

**CryoCor, Inc.**

# **Conclusions**

- Cryo is able to produce chronic bidirectional block with histologic evidence of full thickness lesions

- Cryo adheres well to endocardial surface
  - May be beneficial with uneven surface



28

# Review of Objective Performance Criteria and Published Literature

## Hugh Calkins, M.D.

**Professor of Medicine and Director
of Electrophysiology
Johns Hopkins Hospital**

**CRYOCOR, Inc.**

# Cardiac Ablation Catheters Generic Arrhythmia Indications for Use; Draft Guidance for Industry (Objective Performance Criteria)

Table 2: Safety and Effectiveness of RF Ablation Using Conventional RF Ablation Catheters

| Arrhythmia | N | Acute Success | Chronic Success | Complications | Comments |
|---|---|---|---|---|---|
| Atrial Flutter[1, 6, 8, 10, 11, 16] | 1437 | 72 - 100% | 85 – 100% | 0 – 6% | Linear lesions across isthmus |
| Ventricular Tachycardia[10, 11, 16] | 1463 | 66 – 85% | 86% | 2 – 8% | Right and left ventricles |
| Atrial Tachycardia [4, 16] | 494 | 91% | 85% | 3% | Right and left atria |

2000



30

# Studies that the OPC are Based on

|  | # pts | Catheter | Type of F/U | F/U | Chronic Success |
|---|---|---|---|---|---|
| Kay JCE 1993 | 13 | 4 mm RF | Clinical only | 6 mo | 90% (9/10) |
| Saxon AJC 1996 | 51 | 4mm RF | Clinical only | 166 +57d | 78% |
| Fisher JCE 1996 | 200 | 4mm RF | Clinical only | 24 +9 mo | 84.5% |
| Tsai Circ 1999 | 104 | 8mm/4mm RF | Clinical only | 10+5 mo | 100% (22% AFib) |

Hendricks EHJ 1995, Scheinman PACE 1995 and PACE 2000
were surveys that reported complications not success rates

31



# Atrial Flutter Ablation Literature Review

- ## 75 peer-reviewed studies
  - 12 years- Circulation 1994- Circulation 2006
  - 70 using RF
  - 5 using Cryo
- ## 72 used clinical follow-up at 1,3,6 months with clinic visits and additional visits if symptomatic
  - No event recordings

CRYOCOR, Inc.

32

# Long Term Follow-up After RF



**Figure 1.** *Kaplan-Meier survival curves (with 95% confidence intervals) for recurrence-free survival from typical atrial flutter following successful radiofrequency ablation of atrial flutter.*

Gilligan, PACE 2003



33

# Long Term Follow-up After RF



**Table III.**

Studies of Follow-Up Following Radiofrequency A[...]

| Authors | Patients | Success | Recurrence Atrial Flutter | [...ns) |
|---------|----------|---------|---------------------------|--------|
| Cosio et al.[2] | 9 | 78% | 42% | |
| Calkins et al.[10] | 16 | 81% | 15% | |
| Kirkorian et al.[11] | 22 | 86% | 14% | |
| Philippon et al.[12] | 59 | 90% | 9% | |
| Nath et al.[13] | 22 | 97% | 23% | |
| Saxon et al.[14] | 51 | 88% | 22% | |
| Movsowitz et al.[15] | 32 | 97% | 15% | |
| Poty et al.[7] | 44 | 94% | 9% | |
| Fischer et al.[16] | 200 | 95% | 15% | |
| Tai C-T et al.[17] | 144 | – | 10% | |
| Cosio et al.[18] | 28 | 96% | 58% | |
| Paydak et al.[8] | 110 | 98% | 5% | |
| Anselme et al.[9] | 100 | 83% | 1% | |
| Nabar et al.[19] | 82 | 93% | 12% | |
| Schumacher et al.[20] | 56 | 64% | – | |

AF = atrial fibrillation.

Gilligan, PACE 2003

CRYOCOR, Inc.

34

# Results of Catheter Ablation of Typical Atrial Flutter
# Calkins, Am J Cardiol 2004

- 150 pts, 17 centers
- 7Fr, 8mm electrode, 100 W RF power generator
- Acute success- 88% (95% LCI: 82.7%)
- 6 month chronic success- 87% (95% CI: 81%; 93%)
  - f/u: office visits at 1,6 months or telephone contact at 1 week, 3,9,12 and 24 months
  - Monthly event recordings with a core lab
- 12 month success rate- 79.7%
- Safety at 1 week- 2.7% device/procedure related events

CRYOCOR, Inc.

35

# Results of Catheter Ablation of Typical Atrial Flutter
# Calkins, Am J Cardiol 2004



FIGURE 1. Survival rate from recurrent typical atrial flutter (AFl) and atrial fibrillation (AF).

- 12 recurrences of typical atrial flutter
- 4 symptomatic
- 8 asymptomatic

CryoCor, Inc.

36

# **Conclusions**

- 96% of prior studies used clinical endpoints; including all the studies used to develop the OPCs

  – Event recording was not routinely employed

- Because of this, the published literature underestimates the true recurrence rate of atrial flutter following RF catheter ablation

37

CRYOCOR, Inc.

# Study Design and Endpoints

## Gregory Feld, M.D.
### Professor of Medicine
### Director, Cardiac Electrophysiology Program
### University of California, San Diego

**CRYOCOR, Inc.**

# Study Design

- Non-randomized; 24 US sites



# Major Inclusion Criteria

- Age between 18 and 75

- Symptomatic atrial flutter with at least one episode within the last six months, documented on ECG

- Documentation of isthmus-dependent right-atrial flutter as evident from pacing and/or mapping (performed in the EP lab just prior to ablation)

- Willingness, ability and commitment to participate in follow-up evaluations

40



# Exclusion Criteria

- Structural heart disease of clinical significance including:

  – Cardiac surgery within six months of screening

  – Unstable symptoms of congestive heart failure (CHF) including NYHA Class III or IV CHF at screening and/or ejection fraction <30% as measured by ECHO or catheterization

  – Right-sided heart valve prosthetics

  – Myocardial infarction (MI) within three months of screening

  – Unstable angina or ongoing myocardial ischemia

  – Corrected or uncorrected atrial septal defect (ASD)

  – Congenital heart disease where either the underlying abnormality or its correction prohibits or increases the risk of cryoablation

41



# Exclusion Criteria (con't)

– Any prior ablation for atrial flutter

– Any prior ablation (other than atrial flutter) within three months of screening

– Concomitant atrial fibrillation requiring AAD treatment other than Class IC or Class III for conversion to atrial flutter

– Any concomitant ventricular arrhythmia requiring pharmacological treatment that would interfere with the interpretation of the results from this study

– Severe electrolyte abnormalities at the time of treatment

– Pregnancy

– Any contraindication to cardiac catheterization

– Poor general health that, in the opinion of the investigator, will not allow the subject to be a good study candidate (i.e. other disease processes, mental capacity, etc.)

– Enrollment in any other ongoing protocol

42



# Typical Atrial Flutter



RECEIVED MAY 0 5 2004



# Documentation of Isthmus Dependent Atrial Flutter





44

# Prior and Concomitant Therapies Allowed

- Subjects with a history of AFib who converted to AFL when placed on anti-arrhythmic drugs were allowed

  - Class 1C and III agents were allowed as treatment for AFib

- Medications changes were at the discretion of the investigator

CRYOCOR, Inc.

# Acute Endpoints

- Acute Safety- Serious Adverse Events within 7 days of the index procedure

  - Goal: Cryoablation should meet the OPC for safety - upper confidence bound of $\leq 7\%$

- Acute Effectiveness- Bidirectional Block after a waiting period (30 or 60 min)

  - Goal: Cryoablation should meet the OPC for acute effectiveness - lower confidence bound of $\geq 80\%$

CryoCor, Inc.

46

# Chronic Endpoints

- Chronic Safety at 6 months
- Chronic Effectiveness - no recurrence of atrial flutter at 6 months, based on OPCs and strict event recordings

| Study Endpoint | Target Value | 95% Confidence Bound |
|---|:---:|:---:|
| Acute Success | > 95% | $\geq 80\%$ |
| Chronic Success | >90% | $\geq 80\%$ |
| 7 Day SAEs | < 2.5% | $\leq 7\%$ |

47



# Sample Size

- Calculated based on primary safety endpoint
- Determined to be 160 patients



# **Censored Patients**

- Compliance was defined as completing at least 3 event recordings per month for at least 5 of the 6 months of observation

- Patients were censored at the point where they became non-compliant with their event recordings



49

# Significant Protocol Changes

- **60 to 30 minute wait time for BDB**
  - Jan 29, 2004 – involved 109 patients
  - Based on current practice and a review of the literature, the wait to recheck bidirectional block was decreased from 60 minutes to 30 minutes
- **Catheter model change from 1100 to 1200**
  - May 04, 2004 -- involved 71 patients
  - Change made for ease of manufacturing
  - Extensive testing was performed to demonstrate that the lesion sizes were equivalent



50

# Cryoablation Procedure

- Standard atrial flutter ablation procedure

- Freezes up to 5 minutes- majority were 2 minutes

- Confirmation of bidirectional block

51



# Example of Bidirectional Block

CS Pacing

LRA Pacing






52

# Initial Submission Issues

## Albert Waldo, M.D.

**The Walter H. Pritchard Professor of Cardiology, Professor of Medicine, and Professor of Biomedical Engineering**

**Case Western Reserve University
School of Medicine**



# Initial Submission Issues

- Scientific Advisory Board was asked to review the process and make recommendations



54

# Introduction of an Expert Core Lab

- In the initial analysis, the event recordings were not interpreted by an experienced electrophysiologist, but by a technician

- Overall, 41% of patients had atrial fibrillation at some point after the AFL ablation

  – This was one factor that  may have led to misinterpretation of the data

- An unbiased and blinded expert core lab was recommended (Dr. Scheinman at UCSF) to accurately interpret the event recordings

55

**CRYOCOR, Inc.**

# Representative Misinterpreted Event Recording



038-03



# Success to Failure





57

# Conclusions

- A careful and rigorous approach to have an unbiased, blinded expert core lab evaluate the event recordings

CryoCor, Inc.

# Event Recordings- Core Lab

## Melvin Scheinman, M.D.

**Professor of Medicine, Emeritus
University of California San Francisco
Walter H. Shorenstein
Endowed Chair in Cardiology**



# Process

- All event recordings were read independently by Dr. Scheinman and Dr. Yanfei Yang
  - Discrepancies were adjudicated but final decision made by Dr. Scheinman
- Read individual event recordings per patient
- No other ancillary information
- Blinded to the study protocol
- Blinded to original LifeWatch reading



60

# Form Used

**ECG CORE LAB CASE REPORT FORM**

PT ID    PT INITIAL    DATE TRANSMISSION

Atrial Fibrillation
- [ ] Absent
- [ ] Present
- [ ] Cannot be determined

Atrial Flutter
- [ ] Absent
- [ ] Present
- [ ] Cannot be determined

Comments:



61

# Difficulties of Interpreting Without all the Clinical Information

- Artifacts

- Coarse atrial fibrillation mimicking atrial flutter

- Slow atrial flutter vs. atrial tachycardia

62



# Artifact/Indeterminate





# Sinus Rhythm- Artifact





# Sinus Rhythm with Artifact





65

# Coarse Atrial Fibrillation





# Transient Atrial Flutter
# Only seen on one event recording





67

# AT vs Slow Flutter





# Conclusions

- Event recordings alone can be difficult to interpret

- Sometimes more information is available to make the appropriate clinical evaluation

  - Unable to tell if AFL is CTI dependent

  - If there was only one episode where AFL was unable to be excluded, it was considered a failure

  - Atrial tachycardias- the clinician has pre-ablation data to differentiate AT from AFL

69



# Study Results

## James Daubert, M.D.

### Associate Professor of Medicine
### Director of Electrophysiology Service
### University of Rochester Medical Center

**CRYOCOR, Inc.**

# Patient Accountability



Enrolled
**189 Patients**

26 pts did not have isthmus dependent AFL
1 pt withdrew consent

Isthmus Dependent AFL
**162 Patients**

1 patient developed AAx resistant AFib
1 device failure

CryoCor Catheter
Inserted
**160 Patients**

AAx= antiarrhythmic medication

71

**CryoCor, Inc.**



# Subject Demographics

|  | Subject No. (%) |
|---|---|
| Male/Female | 122/38 (77% male) |
| Age (mean ± SD) | 63.03 ± 9.25 years |
| AF History | 94  (59%) |
| Cardiomyopathy | 16  (10%) |
| Congestive Heart Failure | 27  (17%) |
| Diabetes | 27  (17%) |
| Hyperlipidemia | 84  (53%) |
| Ischemic Heart Disease | 30  (19%) |
| Obesity | 44  (28%) |
| Previous MI | 26  (17%) |
| Systemic Hypertension | 98  (62%) |
| Tobacco Abuse | 18  (12%) |
| Ejection Fraction <= 40 | 25  (16%) |

2 patients had prior ablations:  Afib (PVI) and WPW

73



# Antiarrhythmic Drug Use

- 57 (36%) were on AAx for Afib at time of ablation

|  | N | % |
|---|---|---|
| AMIODARONE | 24 | 15.0% |
| FLECAINIDE | 13 | 8.1% |
| PROPAFENONE | 9 | 5.6% |
| SOTALOL | 9 | 5.6% |
| DOFETILIDE | 1 | 0.6% |
| PROCAINAMIDE | 1 | 0.6% |
|  | 57 | 35.6% |

74

**CRYOCOR, Inc.**

# Cavo-Tricuspid Isthmus Dependent Atrial Flutter

| | |
|---|---|
| Counterclockwise | 126 (78.8%) |
| Clockwise | 22 (13.8%) |
| Both | 9 (5.6%) |
| Unspecified | 3 (1.9%) |

CRYOCOR, Inc.

# Acute Procedural Data

| Description | Mean | SD |
|---|---|---|
| # of Freezes | 20.45 | 11.34 |
| # of Effective Freezes | 18.61 | 9.30 |
| Average Freeze Time (min) | 2:20 | :30 |
| Average Temp °C | -81.52 | 3.73 |
| Minimum Temp °C | -85.56 | 3.61 |
| Fluoroscopy Time (min) | 35 | 26 |
| Procedure Time (hrs)* | 3:20 | 1:11 |

* Includes 30 or 60 minute wait time

CRYOCOR, Inc.

# Acute Safety
# (7 day SAE rate)

|  | Count | Percent | 95% One-Sided CL | 95% Two-Sided CL |
|---|---|---|---|---|
| 7 Day SAEs | 9/160 | 5.63% | UCL: 9.61% | (3.02%; 10.35%) |
| **7 Day SAEs (D&P)** | **4/160*** | **2.50%** | **UCL: 5.63%** | **(0.69%; 6.28%)** |

*Device and Procedure Related SAEs
- Post Procedural hematoma
- AV block requiring permanent pacemaker
- Tamponade 6 days after procedure
- Acute respiratory failure

*All SAEs were adjudicated by the DSMB*

77



# Chronic Safety

| Study Endpoint | Count | % | 95% One-Sided CL | 95% Two-Sided CL |
|---|---|---|---|---|
| SAEs post-7 days | 28/160 | 17.50% | UCL: 23.06% | (12.41%; 24.14%) |
| There were no device or procedure related events | | | | |

*There were 3 deaths during the study –
2 suicides and a pulmonary embolus that was
unrelated to the procedure*



78

# Acute Procedural Success-
## Bidirectional Cavo-tricuspid Isthmus Block

| Count | Percent | 95% One-Sided CL | 95% Two-Sided CL |
|-------|---------|------------------|------------------|
| 140/160 | 87.50% | 82.36% | (81.36%; 92.19%) |

- 19 pts crossed over to RF
- 1 pt had heart block and received pacemaker

79

CRYOCOR, Inc.

# Chronic Effectiveness Analysis
## Definition: Freedom from atrial flutter recurrence at 6 months

- Expert Core Lab (Primary Analysis)
  - Blinded interpretation by Dr. Scheinman



80

# Chronic Effectiveness Based on Expert Core Lab Outcomes



| Survival Estimate | 81.60% | LCI: 74.70 % (Peto) | OPC >80% |
|---|---|---|---|
| Simple Proportion | 106/132=80.30% | LCI: 72.39% | |



81

# Management of Patients with Recurrence N=26

- 10 subjects underwent re-treatment for atrial flutter

  – 5 with cryoablation

  – 5 with RF

- One electrical Cardioversion for AFL

- 2 started on Amiodarone for AFL

- 13 were as a treated as a "clinical" success

CryoCor, Inc.

# Clinical Determination

- 30-15- one tracing interpreted by Scheinman as AFL. Clinically felt to be PAF. No changes in medication as a result. Clinically felt to be a success.

- 31-07- Scheinman interpretation- AFL with variable AV block, coarse AFib possible. Only one tracing. Other tracings were all afib. Treating clinician reviewed all tracings and interpreted as atrial fibrillation and not atrial flutter. Propafenone was stopped as a result with no further AAx started. Clinically felt to be a success.

- 36-04- only one tracing interpreted as atrial flutter by Scheinman. Clinical interpretation was atrial fibrillation. No AAx changed. Clinically felt to be a success.

- 37-03 only one event recording that was read as Atach vs atrial flutter with 2:1 AV block. According to treating clinician this was non-sustained atrial tachycardia and not atrial flutter. Started the subject on Rhythmol at 6 mo visit. Clinically felt to be a success.

- 37-06- only one tracing with Aflutter. Clinically felt to have PAF and not atrial flutter. Treated with AAx for PAF. Clinically felt to be a success.

- 38-11 only one tracing with atrial flutter. No medication changes. Clinically felt to be a success.

- 39-03 Scheinman interpretations could not rule out atrial tachycardia. Clinically felt to be a success with no recurrence of atrial flutter. No medication changes.

- 40-01 only one tracing with interpretation of atrial flutter. Clinician did not feel it was atrial flutter. No medication changes. Clinically felt to be a success.

- 44-04 -only one tracing with atrial flutter. Clinically felt not to be flutter. No medication changes. Clinically felt to be a success.

- 50-02 Scheinman interpretation was ? on AFL, probably not in view of other tracing could be fortuitous relationship of biphasic T and P wave. Clinically felt to be a success

- 51-03 only one tracing interpreted by Scheinman as atrial flutter. Clinician interpreted tracings as AFib and not atrial flutter with ECGs.  Clinically felt to be a success.

- 52-02 Scheinman interpretations as Atrial flutter or atrial tachycardia. Clinically felt to be a success and AAx were stopped.

- 52-05 Clinically felt to be a success and there were no medication changes.

**CRYOCOR, Inc.**

# Chronic Effectiveness Analysis

### Definition: Freedom from atrial flutter recurrence at 6 months

- Clinical Determination (Post Hoc Analysis)
  - All patients were re-evaluated by Dr. Barold
  - Based on clinical interpretation of patient's entire file taking into account treating physician's opinion

84

CRYOCOR, Inc.

# Clinical Determination

Sinus Rhythm



AFL- considered a failure "could be fortuitous relationship of biphasic T and P wave"



Asymptomatic during all event recording, only one tracing was called potentially AFL

85



- **Expert Core Lab interpretation- AFL with variable AV block, coarse AFib possible. Only one tracing. Other tracings were all afib.**

- **Treating clinician reviewed all tracings and interpreted as atrial fibrillation and not atrial flutter.**

- **Propafenone was stopped as a result with no further AAx started. Clinically felt to be a success.**



86

**CRYOCOR, Inc.**

# Clinical Determination



**CRYOCOR, Inc.**

# Chronic Effectiveness Based on Clinical Determination



| Survival Estimate | 90.50% | 85.70% (Peto) | 95.60% |
| --- | --- | --- | --- |



88

# Summary Table

| Study Endpoint | Percent | 95% Two-Sided CL | OPC 95% CI |
|---|---|---|---|
| Acute Safety | 5.63% | (3.02%; 10.35%) | $\leq 7\%$ |
| Acute Safety (D/P)* | 2.50% | (0.69%; 6.28%) | $\leq 7\%$ |
| Acute Effectiveness | 87.50% | (81.36%; 92.19%) | $\geq 80\%$ |
| Chronic Effectiveness** | 81.60% | (74.70%; 88.40%) | $\geq 80\%$ |
| Chronic Effectiveness *** | 90.50% | (85.70%; 95.60%) | $\geq 80\%$ |
| *Device and Procedure Related<br>**As per strict electrogram interpretation (primary analysis)<br>***As per clinical analysis | | | |



89

# Maastricht Cryoablation Atrial Flutter Clinical Study

## Hein Wellens, M.D.
### Emeritus Professor of Cardiology
### University of Maastricht, The Netherlands

**CRYOCOR, Inc.**

# Methods

- All patients who underwent cryoablation with the CryoCor System at the Academic Hospital of Maastricht were prospectively placed into a database from June 2001 to January 2006

- Those patients with isthmus dependent atrial flutter who would have met the inclusion criteria for the US study were evaluated

- Exclusions–

  – underwent second EP study/ablation (PVI) during f/u

  – <3 months follow-up



91

# Methods (con't)

- Procedures performed by 2 experienced electrophysiologists

- Patients did not receive sedation for the ablation

- There was a 30 minute waiting period after the last ablation with the addition of isoproterenol.

- Follow-up: all patients came back to the outpatient clinic at 1,3,6 months and yearly or if symptoms developed

  - 24 hour Holter at 1,3 and 6 months

92

CRYOCOR, Inc.

# Catheter-Based Cryoablation Permanently Cures Patients With Common Atrial Flutter

Randy Manusama, MD; Carl Timmermans, MD; Froylan Limon, MD; Suzanne Philippens, RN;
Harry J.G.M. Crijns, MD; Luz-Maria Rodriguez, MD

*Background*—Cryoablation (cryo) has a high success rate in the short-term treatment of atrial flutter (AFL), but evidence of long-term efficacy is lacking. The present study reports the long-term effect of cryo of the cavotricuspid isthmus (CTI) in patients with common AFL.

*Methods and Results*—Thirty-five consecutive patients (28 men; mean age, 53 years) underwent cryo of the CTI. In 34 patients, the AFL had a counterclockwise rotation (cycle length, $242\pm43$ ms). Eleven patients had structural heart disease. Cryo was performed with a 10F catheter with a 6-mm-tip electrode (CryoCor). Applications (3 to 5 minutes each) were delivered by use of a point-by-point technique to create the ablation line. The acute end point of the procedure was creation of bidirectional isthmus conduction block and noninducibility of AFL. A median of 14 applications (range, 4 to 30) at 10 sites (range, 4 to 19) was given along the CTI with a mean temperature of $-80.0\pm5.0°C$. Mean fluoroscopy and procedure times were $40\pm26$ minutes and $3.2\pm1.3$ hours, respectively. Of the 35 patients, 34 were acutely successfully ablated (97%). After a mean follow-up of $17.6\pm6.2$ months (range, 9.6 to 26.1 months), 31 patients (89%) did not have recurrence of AFL. Three of the 4 patients with recurrence had a second successful procedure. One patient had transient ST elevation in the inferior leads during cryoapplication.

*Conclusions*—Cryo produces permanent bidirectional isthmus conduction block of the CTI. Short- and long-term success rates are comparable to those for radiofrequency ablation. (*Circulation*. 2004;109:1636-1639.)

**CRYOCOR, Inc.**

# Maastricht Cryoablation Atrial Flutter Clinical Study

- 111 consecutive patients
  - 77.5% male (86/25)
  - Average age was 56.5 +/- 13.3 years
  - 78.4% had history of AF (87)
- Similar demographics as US pivotal study

CRYOCOR, Inc.

# Maastricht Cryoablation Atrial Flutter Clinical Study

|  | **Count** | **95% CI** |
|---|---|---|
| Acute effectiveness | 104/111= **93.69%** | (87.44%; 97.43%) |
| Chronic Effectiveness at 6 months | 91/97 = **93.81%** | (87.02%; 97.7%) |

7 patients did not have 6 month follow-up

CRYOCOR, Inc.

# Maastricht Cryoablation Atrial Flutter Clinical Study





# **Conclusions**

- CryoCor System has excellent clinical effectiveness

- A similar clinical outcome as the US Clinical Analysis

- Sedation was not necessary during the ablation

97



# Randomized Study Comparing Radiofrequency Ablation With Cryoablation for the Treatment of Atrial Flutter With Emphasis on Pain Perception

Carl Timmermans, MD; Gregory M. Ayers, MD; Harry J.G.M. Crijns, MD; Luz-Maria Rodriguez, MD

***Background***—Radiofrequency ablation (RF) of atrial flutter (AFL) has a high procedural efficacy, a low recurrence rate, and reports of procedure-related pain. The aim of the present study was to compare RF with cryoablation (cryo) for the treatment of AFL, with emphasis on pain perception during application of energy.

***Methods and Results***—Fourteen patients ($55 \pm 11$ years, 11 males) with AFL were randomized to receive ablation of the cavotricuspid isthmus (CTI) by either RF or cryo. Cryothermia was delivered with the CryoCor Cryoablation System (10F, 6-mm tip), and radiofrequency energy was delivered with the use of an 8-mm–tip catheter. Pain was evaluated according to a visual analogue scale (VAS; 0 to 100). All patients in the cryo group were successfully ablated with a mean of 18 applications (9 sites), and RF was successful in 6 of 7 patients (not significant) with 13 applications (not significant). The mean temperature was $-82°C$ and $55°C$ for cryo and RF, respectively. One patient in the cryo group perceived pain, versus all 7 patients in the RF group ($P<0.05$). The proportion of painful applications averaged 75.3% in the RF group and 2.0% in the cryo group ($P<0.05$), whereas the corresponding VAS for pain was $38.3 \pm 25.3$ and $0.32 \pm 0.86$, respectively ($P<0.05$). At 6-month follow-up, there were no recurrences of atrial flutter.

***Conclusion***—Cryo, as compared with RF, produces significantly less pain during application. Although in the present study there was no significant difference in efficacy, larger studies will be needed to definitively compare efficacy. (***Circulation***. 2003;107:1248-1250.)

**Key Words:** atrial flutter ■ catheter ablation ■ arrhythmia



98

# **Methods**

- 14 consecutive patients with isthmus dependent atrial flutter

- Randomized to RF or Cryo (CryoCor System)
  - Patients were blinded to the energy source

- Pain was evaluated using a Visual Analogue Scale (VAS) from 0 to 100 at the end of each application



99

# Results

| | RF | Cryo |
|---|---|---|
| # applications | 94<br>(13 $\pm$ 11) | 125<br>(18 $\pm$ 4) |
| Ave Temp. | 55$\pm$4°C<br>(50-60°C) | -82$\pm$5°C<br>(-69 to -89°C) |
| Isthmus block | 6/7 | 7/7 |
| # patients who experienced pain | 7/7 | 1/7 |
| Application Time | 90 sec | 4 min |

CryoCor, Inc. 100

# Results

## % of Painful Applications



## Mean Pain Score (1-100)



# **Conclusions**

- Cryoenergy was significantly less painful than RF

- Cryoenergy is more patient friendly than RF

- Avoids the complications of sedation

  – Especially in certain patient populations- i.e.: COPD; sleep apnea; morbid obesity

- Less patient movement due to pain

102



# Conclusions

## Albert Waldo, M.D.

**The Walter H. Pritchard Professor of Cardiology, Professor of Medicine, and Professor of Biomedical Engineering**

**Case Western Reserve University School of Medicine**



# Data to Support Approval

- ## Pre-clinical Data
  - Lesion sizes as large as RF

- ## US Pivotal Trial
  - Provided data demonstrating a reasonable level of safety and effectiveness

- ## Maastricht Confirmatory Clinical Study

- ## Pain study
  - Demonstrated a unique advantage of Cryoablation over RF



104

# Summary

- Results with the CryoCor System are comparable to published RF ablation literature

- Objective Performance Criteria were based on 4 studies using RF ablation where chronic success was determined by routine clinical follow-up alone without the use of event recordings

- Using event recordings can lead to an increased detection of atrial flutter, but may also pick up other atrial arrhythmias that are not endpoints of the study

  – Atrial fibrillation

  – Non-isthmus dependent atrial flutter

  – Clinically insignificant atrial arrhythmias

CRYOCOR, Inc.

105

# Summary

- There may be important populations where Cryoablation provides a distinct advantage

- There is no other approved cryoablation device for the treatment of atrial flutter

## <u>Conclusion</u>

**We Believe this Study Demonstrated a Reasonable Level of Safety and Effectiveness**



106

# EXHIBIT L



# CRYOCOR™ CARDIAC CRYOABLATION SYSTEM

## Instructions for Use Manual



**CAUTION: Investigation Device. Limited by Federal (USA) law to investigational use.**

**_IMPORTANT_:**
        Save This Manual

_Includes:_
- Operating Instructions
- Safety Warnings
- Technical Specifications
- Customer Service

**NOTICE:**

Before operating the CryoCor Cardiac Cryoablation System, please read all instructions in this manual carefully.

If you have any questions, please contact:
CryoCor, Inc.
9717 Pacific Heights Blvd.
San Diego, CA 92121
1-858-909-2200
1-858-909-2300 (Fax)

## TABLE OF CONTENTS:

DEVICE DESCRIPTION AND PRINCIPLE OF OPERATION: ..............................3

INDICATIONS AND CONTRAINDICATIONS: ......................................................3

WARNINGS: ....................................................................................................4

PRECAUTIONS: ...............................................................................................5

RISKS AND POTENTIAL ADVERSE EVENTS: ..................................................5

CRYOCOR CARDIAC CRYOABLATION SYSTEM COMPONENTS: .................6

REFRIGERANT SUPPLY: ................................................................................11

COMPATIBLE CATHETERS: ...........................................................................13

NORMAL SETUP AND OPERATION: ...............................................................13

OPTIONS MENU: ............................................................................................18

DEVICE SETUP (ADJUST CLOCK): ................................................................20

VALUE SETUP (ERASE PROCEDURE LOGS): ...............................................22

WARNING AND ERROR MESSAGES .............................................................23

SYSTEM SHUT DOWN: ..................................................................................32

CLEANING AND DISINFECTION: ....................................................................33

STORAGE CONDITIONS: ...............................................................................33

OPERATING CONDITIONS: ............................................................................33

SERVICE: .......................................................................................................34

FUSE REPLACEMENT: ..................................................................................34

MAINTENANCE: ..............................................................................................35

SHIPPING CRATE AND PACKING MATERIALS: .............................................35

## Device Description and Principle of Operation:

The CryoCor Cardiac Cryoablation System is intended for the ablation of cardiac tissue through localized application of extreme cold. The system consists of a console, an articulating arm housing a precooler, and a disposable catheter intended for the ablation of cardiac tissue. The disposable sterile catheter is supplied separately. A replenishable refrigerant supply is housed in the console, from which coolant circulation is controlled and monitored.

The system's operation is based on a microprocessor controlled two-stage cooling process initiated by activation of the system's freeze cycle. The system delivers refrigerant to the first-stage precooler located at the end of the attached articulating arm. The precooler reduces refrigerant temperature and supplies a steady flow of liquid refrigerant to the tip of the connected catheter. In the second stage, liquid refrigerant at the catheter tip changes to its gas phase causing a rapid additional reduction in temperature allowing for ablation of cardiac tissue. The refrigerant gas is then returned from the catheter through the console to an outlet.

Deactivation of the freeze cycle stops refrigerant flow to the catheter, ending cooling.

## Indications and Contraindications:

For indications and contraindications, refer to the specific catheter's Instructions For Use.

## Warnings:

Failure to follow any instructions or to heed any warnings or precautions could result in patient or operator injury or prevent normal operation of the console.

- The CryoCor Cardiac Cryoablation System is capable of delivering significant cryoablation therapy. When operating, do not touch the catheter tip because operator injury may occur.

- Use only **isolated Type CF** EKG amplifiers with the CryoCor Cardiac Cryoablation System. These amplifiers must be defibrillation proof. Leakage current from a connected device to the patient must not exceed 10 microamps (µA).

- The CryoCor Cardiac Cryoablation System can not be used at altitudes that are greater than 3600 feet.

- Spark generation possible: DO NOT use the system in a (flammable) anesthesia-rich environment.

- This equipment has been tested and found to comply with the limits for medical devices to the EN60601-1-2: Edition 2 (Circulated 2001-05-11), Medical Device Directive 93/42/EEC. These limits are designed to provide reasonable protection against harmful interference in a typical medical installation. This equipment generates and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to other devices in the vicinity. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to other devices, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:
    - a. Reorient or relocate the receiving device.
    - b. Increase the separation between the equipment.
    - c. Connect the equipment into a grounded outlet on a circuit different from that to which the other device(s) are connected.

## Precautions:

- Cardiac ablation procedures should be performed only by physicians thoroughly trained in the techniques of catheter ablation in a fully equipped electrophysiology laboratory.

- Do not attempt to operate the CryoCor Cardiac Cryoablation System before completely reading and understanding the applicable Instructions For Use.

- The CryoCor Cardiac Cryoablation Console is intended to be used with CryoCor Cardiac Cryoablation Catheters and accessories only. The safety of use with other electrophysiology catheters and accessories has not been assessed.

- Refer to the catheter Instructions For Use Manual for information on handling and operation of the catheter.

- The LCD display on the console should be monitored during therapy delivery.

- The CryoCor Cardiac Cryoablation System is incompatible with magnetic resonance imaging (MRI) equipment.

- **DO NOT remove Luer fitting during ablations.**

- Clean and disinfect the articulating arm according to instructions under "Cleaning and Disinfection" in this Instruction For Use Manual.

- Do not attempt to disassemble the Console, Articulating Arm or Catheter.

- Do not allow ventilation holes on Console to become obstructed as overheating may result.

- Do not allow liquids to contact EKG electrical connections, or distorted signals may result

- Precooler assembly at end of the Articulating Arm may feel cold to hand contact.

- Although the system has integrated refrigerant leak detection, immediately shut down system if an audible leak is observed, and notify service personnel.

## Risks and Potential Adverse Events:

- For risks and potential adverse events, refer to the Instructions for Use for the specific catheter.

## CryoCor Cardiac Cryoablation System Components:

- The console - contains the refrigerant delivery-and-return system, LCD display panel and microprocessor control system.

- The articulating arm – houses the precooler, the EKG output connectors, the catheter in/out refrigerant connection, the pressure gauge connection, and the sensor cable connection.

- The sterile, disposable catheter – provides delivery of therapy to the cardiac tissue. Returns the spent refrigerant through the console to an outlet and provides electrical connection to the console.

- The console cannot be operated without the CryoCor Cardiac Cryoablation Catheter attached.

### Console:

The console plugs into a standard grounded electrical outlet. The system's controls and LCD display panel are mounted on the front of the console. The console wheels have four (4) locking casters that allow for easy portability and maneuverability. The console has the following indicators and controls:

| Indicator/Control | Function |
|---|---|
| Rocker Switch | Controls main power (at rear of Console). |
| Green LED | Illuminates when power is on. |
| Control Panel Power Switch | Controls power for LCD display and command buttons. |
| LCD Display Panel | Displays information relating to the status of the system. |
| Control Panel Command Buttons (Left and Right) | Enters the corresponding commands which are displayed on the LCD display panel. |
| Control Panel Up/Down Arrow Buttons | Moves cursor through menu items on the LCD display panel. |

### Articulating Arm:

The articulating arm is mounted to the console and houses the precooler and the connection points for the refrigeration lines and electrical connections of the catheter. The articulating arm pivots to allow for optimal positioning of the console and catheter or for storage when not in use.



CONSOLE (FRONT VIEW) AND ARTICULATING ARM

Articulating Arm
(shown in storage position)

Precooler

LCD Display and
Control Panel

Cooling Vents

Lockable Casters

CONSOLE (REAR VIEW)

Braided Steel Hoses
Attach to Bottles

Quarter-turn Valve

Instructions For Use Manual

Refrigerant Outlet Hose

Wrench for
Attaching to
Bottle Valves

Power Entry
Module with
Main Power
Rocker Switch
and Fuses

Equipotential
Ground Plug
(POAG Plug)

Bottle Safety
Cap Storage

Velcro Straps for
Bottle Installation

LCD DISPLAY AND CONTROL PANEL



ARTICULATING ARM SHOWING CATHETER AND EKG ATTACH POINTS

Table I - Technical Specifications for the CryoCor Cryoablation System, Model 2020

| CRYOCOR CARDIAC CRYOABLATION SYSTEM | MODEL 2020 |
|---|---|
| Weight (without refrigerant bottles) | 127 kg  (280 lbs.) |
| Dimensions (H x W x D) | 137x 64x 64 cm (54 x 25 x 25 inches) |
| Refrigerant Bottle | DOT Approved[1], 16 Liter, CGA 326 Valve |
| Operating Temperature Range | 15 - 30 °C  (59 – 86 °F) |
| Configuration | Air Cooled |
| Noise | <70 dBA at 1 Meter |
| Input Power | 120 V, 7 A.  60 Hz |
| Type of Protection against Electric Shock | Class 1: Protective Earth Ground |
| Degree of Protection against Electric Shock | Category CF: Cardiovascular Floating, Defibrillator-proof |
| Fluid Ingress Protection | Ordinary Construction |
| Mode of Operation | Continuous |
| Temperature Display<br>Accuracy<br>Precision | ± 5 °C<br><br>1 °C |
| Time Display<br>Accuracy<br>Precision | ± 2 Seconds<br><br>1 Second |
| Pressure Display<br>Accuracy<br>Precision | ± 2%<br><br>1 PSI or 6.9 kPa |

(1) Nitrous Oxide ($N_2O$) shall be Grade 4.5 or 5.0 and supplied in DOT Approved cylinders only.

Table II - Symbols Key for CryoCor Cryoablation System, Model 2020 and Catheter



| Symbol | Description |
|---|---|
| ⚠ | Attention: See Instructions for Use |
| LOT | Lot number |
| REF | Catalog number |
| (2) | Do not reuse |
| STERILE R | Sterilized by radiation.  Do not use if package is opened or damaged. |
| ⧖ | Use by date |
| CE 0123 | CE mark and Identification number of Notified Body.  The product meets the essential requirements of Medical Device Directive 93/42 EEC. |
| ○ | Off (power: disconnection from the mains) |
| I | On (power: connection to the mains) |
| ☾ | Standby |
| △ | Up arrow |
| ▽ | Down arrow |
| ⏚ | Equipotentiality |
| ∿ | Alternating current |
| ⊣♥⊢ | Type CF Equipment, Defibrillator-proof |
| TUV NRTL | TUV NRTL mark.  The product meets the requirements of UL 2601-1: 1997, & CAN/CSA-C22-601.1-M90 excluding sub-clauses 48 and software part of 52. |

## Refrigerant Supply:

The CryoCor Cardiac Cryoablation System requires periodic replenishment of refrigerant, which is High Purity Grade $N_2O$. This refrigerant is supplied in "bottles" (metal cylinders with a valve and knob at top), which are accessible through the door at the rear of the console.

### WARNING:
Use only High Purity Grade $N_2O$, with a moisture content of less than 3 ppm. Use of "hospital" or "commercial" grade $N_2O$ is NOT ACCEPTABLE. The moisture content of these grades is too high; this moisture will freeze inside the narrow passages of the catheter, causing blockage; operation of the system will cease.

The console is designed to hold up to two 16-liter refrigerant bottles. Each full bottle is capable of providing approximately 1000 minutes of ablation time (e.g., 330 3-minute freezes). A 16-liter bottle of $N_2O$ contains approximately 12 kg of refrigerant. Before the refrigerant is exhausted, the display will indicate a low bottle pressure. When the low pressure indicator is displayed, sufficient refrigeration for approximately 10 to 15 3-minute freezes will remain per refrigerant bottle in use. Empty bottles should be replaced with full ones at the earliest opportunity (see instructions below for proper bottle installation and removal procedure).

If two bottles are installed, it is recommended that only a single bottle be used at a time. When it is necessary to change to the second bottle, the first should be closed prior to opening the second, thus preventing transfer of refrigerant from the full bottle into the empty bottle.

### CAUTION:
Improper technique in changing of refrigerant bottles may result in freeze-burn to the operator. Use of safety glasses and protective gloves is recommended.

### CAUTION:
Refrigerant bottles are heavy and are unstable standing up; take care when handling to avoid injury.

### CAUTION:
Refrigerant bottles (even "empty" ones) contain high-pressure gas. Always keep Safety Cap on bottle when outside of the console. Avoid standing bottle upright where it might accidentally get knocked over while exchanging bottles; instead, lay the bottle on its side in a safe, out of the way location. For long term storage, use a bottle rack with safety chain intended for storage of high pressure gas bottles of this size and type.

Installation of the refrigerant supply bottles is as follows:

1. Open rear door. Open the 2 Velcro straps on the side being serviced.

2. Remove the safety cap from the bottle by unscrewing; store the safety cap on the gray cylindrical holder at the bottom/center of the rear door. Position the refrigerant bottle inside the console, oriented so that the valve is aligned with the refrigerant fitting. The braided steel hoses should cross each other to the opposite side.

3. Prior to connecting the braided steel hose, briefly "crack" open the bottle valve; this will release a small amount of refrigerant and purge any contaminants from the valve.

4. Insert the braided hose fitting into the bottle valve and hand-tighten the threaded nut.

5. Using the wrench supplied, tighten the fitting to the cylinder valve while restraining the body of the ¼-turn valve from rotating. (An adjustable wrench works well for restraining the valve from rotating.)

6. Fasten the 2 Velcro straps securely, so that the bottle is held firmly.

7. Open the ¼-turn valve (black knob), so that the knob is parallel with the braided steel hose.

8. Open the bottle valve, by rotating round knob at top counter-clockwise, 2 turns. Listen for any leak at connection; tighten the fitting to stop leak.

Removal of the refrigerant supply bottles is as follows:

1. Close the bottle valve, by rotating the round knob at the top clockwise until tight.

2. Close the ¼-turn valve (black knob), so that the knob is perpendicular with the braided steel hose.

3. Using the wrench supplied, loosen the fitting that attaches to the bottle valve; there will be a brief hiss of escaping gas as it vents. By hand, loosen this fitting, so that it can be withdrawn from the bottle  Open the 2 Velcro straps so that the bottle is free to be removed.

4. Carefully tilt and remove the bottle from the console. Immediately replace the safety cap on top of the bottle. The safety cap must be fully threaded onto the collar attached to the bottle.

5. Store the bottle with safety cap in a safe and secure area.

## Compatible Catheters:

- The CryoCor Cardiac Cryoablation Catheters

## Normal Setup and Operation:

Console Setup:

- Attach the hospital's equipotential ground line to the POAG plug (identified with green/yellow washer and equipotential ground symbol) on the rear of the console. Attach the power cord to the connector at the rear of the console. (The Power Cord can be secured with the c-clamp and plastic thumbscrew nearby to strain-relief the cord to prevent accidental removal.) Plug the power cord into a grounded outlet. Turn the main power rocker switch (located at the rear of the console) to ON. The green LED on the front panel of the Console will illuminate.

- Position the Console into the desired location adjacent to the patient; depress the lever on each caster to lock the wheels. Unfurl the refrigerant outlet hose (stored inside the rear door) and connect to a regulated hospital scavenge line connection (200 mmHg max vacuum); if no connection is available, extra length can be added to the hose, and the refrigerant can be exhausted to the outdoors.

- Open the refrigerant bottles. Rotate the valve on the top of the bottle counter clockwise until it is fully open. Rotate the ¼-turn valve so that its handle is parallel to the refrigerant supply line.

Articulating Arm Setup

- The articulating arm may be draped prior to its placement over the sterile field. To drape the articulating arm, rotate the arm's black knobs counter-clockwise and pivot it into a desirable draping position. After draping and positioning the arm, lock it in place by rotating the black knobs clockwise until hand tight.

Catheter Setup and Connection To Console

- Refer to the catheter's Instructions For Use for the steps to be followed in its preparation.
- **Note: The articulating arm mounted to the console is non-sterile. Ensure that care is taken to avoid contact when making or breaking connections with the catheter.**
- Twist and remove the black plastic end cap from the main refrigerant connector on the proximal end of the catheter and let it hang by the metal chain.

- Remove the black protective plug at the catheter refrigerant connection on the end of the articulating arm and set it aside for later use in a location free from contaminants.
- Attach the catheter to the end of the articulating arm. Three connections need to be made.
  1. Align the catheter refrigerant connector with the mating receptacle on the articulating arm (non-sterile) and push the refrigerant connector in until it latches indicating it is firmly seated. Note: this connection is not keyed and can rotate freely.
  2. Locate the Luer at the proximal end of the catheter and align it with the mating pressure gauge connection at the end of the articulating arm. Grasp the body of the Luer and twist until a snug connection has been made.
  3. Locate the sensor cable connector at the proximal end of the catheter and align the key on this connector with the key indicator on the sensor cable receptacle at the end of the articulating arm. Attach the connector to the receptacle by pushing them together until the connector latches indicating it is firmly seated.
- The EKG signal output on the side of the articulating arm can be connected directly to an EKG amplifier through the bi-polar connectors identified as such.
- Advance the catheter to the desired location.
- Appropriate catheter tip deflection is achieved using finger adjustment of the steering knob. As desired, the steering knob can be secured using the brake.
- Verify catheter placement through imaging and/or appropriate EKG signal from the catheter.

System Operation



1) Depress the **Control Panel Power Switch** (front of the console). During power-up the system will go through a series of internal checks and a cycling of the system control devices. This will take approximately 15 seconds. The console will automatically begin a 120 second chilling of the pre-cooler.

| | 05-02-04 06:05p |
| PCC DELAY TIME REMAINING | |
| 108 | |
| | PCC=158 |

2) After the compressor meets start-up requirements, the system automatically gives the option of exiting the pre-cooler chilling sequence. Normally, allow the chilling sequence to continue to completion.

| Automatic | 05-02-04 06:06p |
| PCC DELAY TIME REMAINING | |
| 105 | |
| Exit | PCC=158 |

3) At the end of the pre-cooler chilling sequence, the following display will appear if the sensor cable is not yet attached.

| Start Up | 05-02-04 06:06p |
| TC NOT CONNECTED | |
| Options | Start |



4) When the thermocouple connection is made, the "TC CONNECTION VERIFIED" message appears. Choose "**Start**" to continue.

| Start Up | 05-02-04 06:07p |
|---|---|

**036°**

TC CONNECTION VERIFIED

| Options | Start |
|---|---|

5) When initially installed, the system has a preset freeze time of 5 minutes. Use the up/down arrows to increase or decrease this freeze time: 10 minutes is the maximum, 30 seconds is the minimum. For subsequent freezes, the system will automatically default to the last freeze time input. Once the desired freeze time is displayed, press "**Proceed**" to initiate the ablation.

| Automatic | 05-02-04 06:07p |
|---|---|

Set Freeze Time

5:00

| Exit | Proceed |
|---|---|

6) The freeze sequence now begins; the catheter tip temperature and the ablation freeze time are displayed. After a brief period the temperature will start dropping. **Note: The "Exit" button is active during all ablation conditions and can be used to terminate an ablation at anytime**.

| Automatic |
|---|

**036° ↓    05:00s**

| Exit |
|---|

7)    When the tip temperature has reached -30°C, the freeze time clock begins counting down. **WARNING: Because the catheter tip adheres to tissue during freezing, reposition or remove the catheter only when the catheter tip moves freely.**

| Automatic | | Ablation |
|---|---|---|
| | **-046° ↓    04:57s** | |
| Exit | | |

8)    At the end of the freeze "Continue?" will be displayed, choose "**Yes**" to begin another freeze of the same duration.

| Automatic | | 05-02-04 06:07p |
|---|---|---|
| | **-091° ↓    00:00s** | |
| | **Dur 02:30    Avg. -088    Low -093** | |
| No | Continue? | Yes |

9)    If "**No**" is chosen, the display returns to the beginning of the sequence. See Step #4.

| Start Up | | 05-02-04  06:07p |
|---|---|---|
| **036°** | | |
| **TC CONNECTION VERIFIED** | | |
| Options | | Start |

Options Menu:

Each procedure is logged according to date and time.  If desired, specific ablation information may be viewed by following steps 10 through 13.



10) At the "Startup" screen, choose "**Options**".

| **Start Up** | | 05-02-04  06:07p |
|---|---|---|

**036°**

**TC CONNECTION VERIFIED**

| **Options** | | **Start** |

11) In the 'Options" screen, use up & down arrows to indicate "Procedure Log".  Choose "**Select**"  (choose "**Exit**" to return back to the "Startup" screen).

| **Options** | 05-02-04  06:08p |
|---|---|

→ **Procedure Log**
  **Device Setup**
  **Value Setup**

| **Exit** | **Select** |

12) Use the up/down arrows to scroll through a listing of the Procedures.  Choose "**Select**" to see more information about the chosen procedure (Choose "**Exit**" to return to the "Options" screen).

| **Options** | 05-02-04  06:09p |
|---|---|

→ **27-01-04  18:09**
  **27-01-04  17:08**
▼ **27-01-04  17:00**

| **Exit** | **Select** |

13) When a specific procedure is selected, the display shows parameters of the chosen procedure. Choose "**Exit**" to go back to the listing of logs in the Procedure Log.

| **Options** | | 05-02-04  06:10p |
|---|---|---|
| **Freeze Duration** | **02:30** | |
| **Avg. Temperature** | **-088** | |
| **Low Temperature** | **-093** | |
| **Exit** | | |

Device Setup:

Clock settings may be changed following steps 14 through 17.

| 14) At the "Startup" screen, choose "**Options**". |
| --- |

| **Start Up** | | 05-02-04  06:07p |
| --- | --- | --- |
| **036°** | | |
| **TC CONNECTION VERIFIED** | | |
| **Options** | | **Start** |

| 15) In the "Options" screen, use up/down arrows to indicate "Device Setup". Choose "**Select**" (Choose "**Exit**" to return to the "Startup" screen). |
| --- |

| **Options** | | 05-02-04  06:12p |
| --- | --- | --- |
| **Procedure Log** <br> → **Device Setup** <br> **Value Setup** | | |
| **Exit** | | **Select** |

| 16) Use the up & down arrows to scroll through the listing of the various settings.  Choose "**Select**" to adjust the chosen setting. |
| --- |

| | | 05-02-04  06:12p |
| --- | --- | --- |
| → **Set Time** <br> **Set Day** <br> **Set Month** | | |
| **Exit** | | **Select** |

17) Adjust the setting using the up & down arrows; the "time" setting is shown as an example. Be sure to enter time in the 24-hour clock format (0:00 to 24:00 hours). When the correct time is displayed, press "**Select**" to set the time. The "Day", "Month" and "Year" settings are adjusted in a similar manner.

|  |  |
|---|---|
|  | **05-02-04  06:13p** |
| **Adjust Time using arrows** | |
| **08:30** | |
| **Exit** | **Select** |

## Value Setup:

Value Setup allows for the erasure of the procedure logs by following steps 18 through 20.

18) In the "Options" screen, use up & down arrows to indicate "Value Setup" Choose "**Select**". (Choose "**Exit**" to return back to the "Startup" screen).

| Options | 05-02-04 10:14a |
|---|---|
| **Procedure Log** | |
| **Device Setup** | |
| → **Value Setup** | |
| Exit | Select |

19) If "Value Setup" is selected, this screen appears.

| Options | 05-02-04 10:14a |
|---|---|
| → **Data Log Reset** | |
| | |
| Exit | Select |

20) If "Data Log Reset" is selected, the "Reset The Data Log?" screen appears. Choosing "Yes" will delete all previously stored procedure logs. Choose "No" to return to the previous screen without deleting data.

| | 05-02-04 10:14a |
|---|---|
| **Reset the Data Log** | |
| No | Yes |

## Warning and Error Messages

During system operation a variety of conditions may occur that cause the software to interrupt normal operation. For each of these conditions the console will display a message that will provide certain information, possibly allowing the user to correct the condition and continue with normal operation.

**Warnings:** Warning messages are displayed if conditions occur that may prevent continued safe operation of the system. The condition may, in some cases, cause the system to abort the current ablation (for instance, when catheter tip pressure rises too high) or the ablation may continue but a message will be placed on the screen (for instance, when the supply pressure is low).

Most warnings will require that the user make an acknowledgement before normal operation resumes.

**Errors:** Error messages are displayed if conditions exist that may prevent proper or safe operation. In the event of an Error, the display will alternately show the error message followed by a data display that provides information that may allow CryoCor personnel to more rapidly resolve the error. In the event of an error the Control Panel Power Switch will need to be cycled Off and then On to attempt to resume operation.

**The following are the Warning messages and their meanings:**

1) Pressure at the catheter tip can fluctuate due to various environmental factors. If the pressure exceeds 30 psi, the system will terminate the current ablation and the following message will be displayed. By pressing the "**Yes**" button, the display will return to the "Start Up" screen. If the message continues to appear after attempting to press "Yes", replace the catheter.

|  |  | 05-02-04 06:07p |
|---|---|---|
| **High Tip Pressure, Replace Catheter** | | |
| | **ACKNOWLEDGE!** | |
| | | **Yes** |

2)  At the "Start Up" screen, the number "1" will be displayed in the upper right corner indicating the high tip pressure condition.  The ablation process can be resumed by pressing "**Start**".

| **Start Up** | | **1** |
|---|---|---|
| **036°** | | |
| **TC CONNECTION VERIFIED** | | |
| **Options** | | **Start** |

3)  At the beginning of an ablation, the gas pressure at the tip of the catheter is carefully monitored to ensure that it does not rise too rapidly.  If it does, the system will terminate the current ablation and the message below will be displayed indicating that the catheter lines should be inspected to ensure that refrigerant flow is not being inhibited due to kinks.  By pressing the "**Yes**" button, the display will return to the "Start Up" screen, and the ablation may be restarted.  If the message continues to appear, replace the catheter.

| | | **05-02-04  06:07p** |
|---|---|---|
| **Catheter  Kinked?** | | |
| **ACKNOWLEDGE!** | | |
| | | **Yes** |

4)  At the "Start Up" screen, the number "2" will be displayed in the upper right corner indicating a rapid increase in tip pressure.  The catheter should be inspected to insure that there are no kinks along the blue corrugated tubing or along the shaft distal to the handle before attempting to resume an ablation.

| **Start Up** | | **2** |
|---|---|---|
| **036°** | | |
| **TC CONNECTION VERIFIED** | | |
| **Options** | | **Start** |

5) At the beginning of all ablations, the first action performed by the system is the evacuation of the refrigerant lines as a means to leak check the system and ensure the catheter is connected properly. If the Luer fitting has not been connected or if there is ingress of ambient air into the system, this step will fail and the message below will be displayed. Check all three catheter connections (Refrigerant Coax connection, the Luer Fitting, and the sensor cable) before continuing.   By pressing the "**Yes**" button, the display will return to the "Start Up" screen, and another ablation may be started.

**05-02-04  06:07p**

**Check Catheter Connections**

**ACKNOWLEDGE!**

**Yes**

6)  At the 'Start Up" screen, the number "3" will be displayed in the upper right corner indicating the inability to properly evacuate ambient air before the start of an ablation.  The connections between the catheter and the articulating arm should be checked before attempting to re-initiate an ablation.

| Start Up | | 3 |
| --- | --- | --- |
| **036°** | | |
| **TC CONNECTION VERIFIED** | | |
| Options | | Start |

7)  If the supply pressure is low (below 600 psia) while the "Start Up" screen is displayed, the message 'Replace Gas Bottle' will be alternated with the message 'TC Connection Verified'.  This is to alert the user that the supply cylinder will need to be replaced soon.  If the supply pressure drops below 600 psia during an ablation, this message will also be displayed below the temperature.    The following display shows the warning message for the low supply pressure.  Check that the supply valves are fully open before continuing.

| Start Up | | 03-02-06  06:07p |
| --- | --- | --- |
| **036°** | | |
| **REPLACE GAS BOTTLE** | | |
| Options | | Start |

8) The screen below occurs during Start Up and at the end of an ablation when the bottle pressure is below 525 psia, indicating that insufficient refrigerant is present in the bottle. Degradation in performance may be observed if the pressure drops below 500. **The refrigerant bottle of N$_2$O should be replaced before continuing.** By pressing the "**CONTINUE**" button, the display will return to the "Start Up" screen and allow the user to perform an ablation.

```
                                              03-02-06  04:33p

              CONSOLE WILL STOP SOON

              REPLACE GAS BOTTLE

              OR SELECT CONTINUE
                                           CONTINUE
```

9) At the "Start Up" screen. The number "4" will be displayed in the upper right corner indicating that insufficient refrigerant may be present to perform an ablation. **If not already replaced as noted above, the refrigerant bottle of N$_2$0 should be replenished before continuing.**

```
          Start Up                              4

       036°

       TC CONNECTION VERIFIED

          Options                        Start
```

10) The screen below occurs during Start Up and at the end of an ablation when the bottle pressure is below 490 psia, indicating that insufficient refrigerant is present in the bottle. Degradation in performance may be observed if the pressure drops below 500. **The refrigerant bottle of N$_2$O must be replaced before continuing.**

```
                                              03-02-06  04:33p

              LOW BOTTLE PRESSURE

              REPLACE BOTTLE TO CONTINUE
```

11) If the coaxial refrigerant connector is not fully connected, refrigerant will not flow from the articulating arm into the catheter. The system will detect this condition and display the message below shortly after an ablation has been initiated. Please check the coaxial connector for proper connection. By pressing the "Yes" button, the display will return to the 'Start Up" screen, at which point the user may start another ablation. If this message continues, replace the catheter.

05-02-04  04:33p

**Check Coax Connector**

**ACKNOWLEDGE!**

Yes

12) At the 'Start Up" screen. The number "4" will be displayed in the upper right corner indicating the improper coax connection.

Start Up                4

**036°**

**TC CONNECTION VERIFIED**

Options                Start

13) At the 'Start Up" screen, if the sensor cable is not connected the following screen will be displayed. Follow instructions for connecting the catheter. If the console still displays, "TC NOT CONNECTED", replace the catheter.

Start Up

**TC NOT CONNECTED**

Options                Start

14) During the ablation process the tip of the catheter will be extremely cold and will adhere to any tissue it is in contact with. If for any reason the catheter should warm during the ablation period, it may be possible for the catheter tip to move away from where it was originally placed. The system monitors temperature and, once an ablation has begun, an alarm will sound if the temperature warms to a point that may allow the tip to move. The ablation will continue. The alarm can be turned off by pressing the "**Proceed**" button when it appears on the display as shown.

| Automatic | | Ablation |
|---|---|---|

$$-010° \downarrow \quad 01:47s$$

| | Exit | | Proceed |
|---|---|---|---|

Alternatively, if it is desirable to stop the ablation the "Exit" button can be pressed. **Note: The "Exit" button is active during all ablation conditions and can be used to terminate an ablation at anytime.**

15) In the event of an Error or power interruption, when the console is restarted the internal pressures may not have had the opportunity to equilibrate with the ambient environment. In this situation the display will provide the message that the Luer Fitting (part of the catheter) be removed - when done, press "**Yes**" to acknowledge its removal.

<div style="border:1px solid black">

05-02-04  04:33p

**Remove Luer fitting**

**ACKNOWLEDGE!**

Yes
</div>

The system will then go through a series of internal checks and a cycling of system control devices. This will take approximately 15 seconds. When the "Start Up" screen is displayed, reattach the Luer Fitting. Ablations are now able to be performed. If the message is displayed again, replace the catheter.

---

16) The following message may appear either during self-tests when the console is first started, or during operation. This message indicates a parameter did not meet its specified conditions. If the following screen appears, with XX representing the error code number, please record the error number and contact CryoCor service. Electronic Hardware Errors are not user serviceable.

<div style="border:1px solid black">

05-02-04  04:35p

**Electronic Hardware Error XX**
</div>

17) Following any error conditions the display will alternate between the error message and a screen that displays a variety of sensor information. The sensor information and error number should be noted and relayed to the CryoCor representative. It will assist in the initial trouble-shooting of the console failure.

|  |  |  |  | 05-02-04  04:35p |
|---|---|---|---|---|
| PA=19 | PB=258 | | P1=734 | P3=15 |
| P4= 0 | P5= 13 | | P6=497 | T= 33 |
| Vt=+ | By=+ | Sp=+ | PCC=+ | Roc=+ |

## System Shut Down:

1. After the catheter is removed from the patient, depress the **Control Panel Power Switch** on the front of the console. The system will shut down.

2. Turn the main power (located at the rear of the console) to **Off**. The green LED on the front panel of the console will go out.

3. Remove the CryoCor disposable catheter from the three connectors at the end of the articulating arm (refrigerant connector, sensor cable connector, and Luer fitting).

4. **Immediately following removal of the catheter, insert the black protective plug** (supplied with the system) into the refrigerant connector at the end of the articulating arm. This is necessary to prevent condensation from forming on the interior of the orifice which could freeze and block the refrigerant lines of the system during the next ablation. Return the black plastic end cap to the proximal catheter refrigerant connector to avoid contamination within the sterile field.

5. Turn off the refrigerant supply by shutting the valve on the top of the bottle(s) used. Also rotate the ¼-turn valve (the valve with the black handle next to each bottle) so that the handle is perpendicular to the refrigerant supply line.

6. Clean and disinfect the articulating arm and console exterior according to instructions in this user manual under "Cleaning and Disinfection." After cleaning, pivot the articulating arm and store behind the top cover; tighten the locking knobs.

### WARNING:
If, when removing the catheter from the articulating arm connections, there is any sign of blood in the connectors, the entire system must be considered blood contaminated; blood may have entered the refrigeration system. Notify CryoCor immediately.

Follow local governing ordinances and recycling plans regarding disposal or recycling of device components.

### NOTE:
After each procedure, the system should be turned off (by depressing the control panel power switch) and the refrigerant bottle valve and the supply line ¼-turn valve should be closed.

## Cleaning and Disinfection:

The exterior of the console and the articulating arm can be cleaned and with a towel or cloth soaked in 70% isopropyl alcohol.

**WARNING:**
**When cleaning, do not allow liquid of any kind to enter the catheter refrigerant connection on the end of the articulating arm; this liquid could freeze and block refrigerant flow through the catheter.**

## Storage Conditions:

Temperature:           -20 °C (-4 °F) to +60 °C (+140 °F)
Relative Humidity:     10% – 95%
Allow console to remain at Operating Conditions (shown below) for at least 5 hours prior to use.

## Operating Conditions:

Temperature:           +15 °C (+59 °F) to +30 °C (+86 °F)
Relative Humidity:     15% – 75%
Max. Elevation         3600 ft

## Service:

If the CryoCor Cardiac Cryoablation System is determined to be inoperable, please contact CryoCor at **858-909-2200** for assistance. If field service is not possible, instructions for cleaning and repackaging the Console for return to CryoCor for repair or service will be provided.

CryoCor, Inc.
9717 Pacific Heights Blvd.
San Diego, CA 92121
1-858-909-2200
1-858-909-2300 (Fax)

<u>**Caution to Service Personnel:**</u>
**Removal of the access panel or exterior cowling will expose personnel to dangerous high voltages.**

## Fuse Replacement:

The console has two fuses, both located in the input power module at the bottom rear of the console. To access, use a blade screwdriver to gently pry open the fuseholder door; swing open the door, and use the screwdriver to pry the sides of the red fuseholder to lift it out of the module.

Within the fuseholder are the two fuses; one or both may be blown and will require replacement. Pry out the fuse(s) from the fuseholder, and inspect for integrity.

Fully insert the replacement fuse(s) into the metal contacts in the fuseholder. Orient the fuseholder so that the correct voltage listed (115 V) will show through the window in the fuseholder door. Insert the fuseholder into its compartment, until it is fully seated. Swing the fuseholder door closed, and snap shut.

### **IMPORTANT:**
**Verify that the correct voltage is indicated in the window of the fuseholder door.**

Replacement fuses are as follows:

| Fuse Type | Vendor & Part Number | CryoCor Part Number |
|---|---|---|
| 10 A, 250 VAC, Time Delay | Panel Components Corporation (Interpower Corporation) 1 641 673-5000 P/N 813MDA-10 | 090-04018-003 |

## Maintenance:

All system maintenance must be performed by CryoCor personnel.

**Please do not attempt to perform service to the system.** Refrigerant bottle replacement and fuse replacement, as described in this manual, are the only user serviceable components.

## Shipping Crate and Packing Materials:

The supplied shipping crate and foam packing materials are intended for re-use in the event that the system must be returned for service. Retain these materials; do not discard after uncrating the system.

CryoCor, Inc.
9717 Pacific Heights Blvd.
San Diego, CA  92121
1-858-909-2200
1-858-909-2300 (Fax)



CryoCor Cardiac Cryoablation System:  Instructions for Use Manual
*030-06058-001 Rev B*