IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCATH TECHNOLOGIES, INC., )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRYOCOR, INC., )<br>)<br>Defendant. ) | Civil Action No. 07-631-GMS |

### NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, please take notice that Joseph R. Englander, of Christopher & Weisberg, P.A., lead counsel for plaintiff CryoCath Technologies, Inc., hereby withdraws from this case, effective immediately. Christopher & Weisberg, P.A. shall continue to represent plaintiffs as lead counsel, and Ashby & Geddes shall continue to represent plaintiffs as Delaware counsel in this action.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ *Lauren E. Maguire* |
|  | John G. Day (I.D. # 2403)<br>Lauren E. Maguire (I.D. #4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888 |
| *Of Counsel:*<br><br>Jason R. Buratti<br>Jeffery L. Kamenetsky<br>Christopher & Weisberg, P.A.<br>200 East Las Olas Boulevard<br>Suite 2040<br>Fort Lauderdale, Florida 33301<br>(954) 828-1488 | *Attorneys for Plaintiff*<br>*CryoCath Technologies, Inc.* |

Dated: March 12, 2008