IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCATH TECHNOLOGIES, INC., )<br>)<br>Plaintiff-Counterdefendant, )<br>)<br>v. )<br>)<br>CRYOCOR, INC., )<br>)<br>Defendant-Counterclaimant. ) | Civil Action No. 07-631-GMS |

## PLAINTIFF'S 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff CryoCath Technologies, Inc. discloses under Fed. R. Civ. P. 7.1 that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Plaintiff*
*CryoCath Technologies, Inc.*

*Of Counsel:*

Jason R. Buratti
Jeffery L. Kamenetsky
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, FL 33301
Telephone: (954) 828-1488
Facsimile: (954) 828-9122

Dated: March 18, 2008

{100431;v1}