## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CRYOCATH TECHNOLOGIES, INC.    )
    )
    )
        Plaintiff,    )
    )    Civil Action No. 07-631-GMS
    v.    )
    )
CRYOCOR, INC.    )    **JURY TRIAL DEMANDED**
    )
        Defendant.    )

### CRYOCATH'S ANSWER TO COUNTERCLAIMS

Plaintiff CryoCath Technologies, Inc. Answers defendant CryoCor, Inc.'s Counterclaims:

1.    Admit.

2.    Admit.

3.    Admit.

4.    Admit.

5.    No response required.

6.    Admit.

7.    Admit "CryoCor denies that it has infringed, induced infringement of, or contributed to the infringement of the ['986 patent]."  CryoCath states CryoCor has infringed, induced infringement of, and contributed to infringement of the '986 patent.

8.    Admit.

9.    Admit "CryoCor alleges that the claims of the '986 patent are invalid for failing to satisfy one or more of the conditions of patentability set forth in, inter alia, 35 U.S.C. §§ 102, 103,  and 112."  CryoCath states the patent claims are valid.

{00206204;v1}

10.  Admit

11.  Admit "CryoCor alleges the claims of the '986 patent are unenforceable."

CryoCath states the patent is enforceable.

12.  Admit.

13.  No response required.

14.  Admit

15.  Admit "CryoCor denies that it has infringed, induced infringement of, or

contributed to the infringement of the ['053 patent]."  CryoCath states CryoCor has infringed,

induced infringement of, and contributed to infringement of the '053 patent.

16.  Admit.

17.  Admit "CryoCor alleges that the claims of the '053 patent are invalid for failing to

satisfy one or more of the conditions of patentability set forth in, inter alia, 35 U.S.C. §§ 102,

103,  and 112."  CryoCath states the patent claims are valid.

18.  Admit.

19.  Admit "CryoCor alleges the claims of the '053 patent are unenforceable."

CryoCath states the patent is enforceable.

20.  Admit.

21.  No response required.

22.  Admit.

23.  Admit "CryoCor denies that it has infringed, induced infringement of, or

contributed to the infringement of the ['577 patent]."  CryoCath states CryoCor has infringed,

induced infringement of, and contributed to infringement of the '577 patent.

24.  Admit.

25.    Admit "CryoCor alleges that the claims of the '577 patent are invalid for failing to satisfy one or more of the conditions of patentability set forth in, inter alia, 35 U.S.C. §§ 102, 103, and 112." CryoCath states the patent is valid.

26.    Admit.

27.    Admit "CryoCor alleges the claims of the '577 patent are unenforceable." CryoCath states the patent is enforceable.

28.    Admit.

29.    No response required.

30.    Admit.

31.    Admit "CryoCor denies that it has infringed, induced infringement of, or contributed to the infringement of the ['234 patent]." CryoCath states CryoCor has infringed, induced infringement of, and contributed to infringement of the '234 patent.

32.    Admit.

33.    Admit "CryoCor alleges that the claims of the '234 patent are invalid for failing to satisfy one or more of the conditions of patentability set forth in, inter alia, 35 U.S.C. §§ 102, 103, and 112." CryoCath states the patent claims are valid.

34.    Admit.

35.    Admit "CryoCor alleges the claims of the '234 patent are unenforceable." CryoCath states the patent is enforceable.

36.    Admit

37.    No response required.

38.    Admit.

39.    Admit "CryoCor denies that it has infringed, induced infringement of, or contributed to the infringement of the ['445 patent]." CryoCath states CryoCor has infringed, induced infringement of, and contributed to infringement of the '445 patent.

40.    Admit

41.    Admit "CryoCor alleges that the claims of the '445 patent are invalid for failing to satisfy one or more of the conditions of patentability set forth in, inter alia, 35 U.S.C. §§ 102, 103, and 112." CryoCath states the patent claims are valid.

42.    Admit.

43.    Admit "CryoCor alleges the claims of the '445 patent are unenforceable." CryoCath states the patent is enforceable.

44.    Admit.

45.    No response required.

46.    Admit.

47.    Admit "CryoCor denies that it has infringed, induced infringement of, or contributed to the infringement of the ['158 patent]." CryoCath states CryoCor has infringed, induced infringement of, and contributed to infringement of the '158 patent.

48.    Admit.

49.    Admit "CryoCor alleges that the claims of the '158 patent are invalid for failing to satisfy one or more of the conditions of patentability set forth in, inter alia, 35 U.S.C. §§ 102, 103, and 112." CryoCath states the patent claims are valid.

50.    Admit.

51.    Admit "CryoCor alleges the claims of the '158 patent are unenforceable." CryoCath states the patent is enforceable.

52.     Admit.

53.     No response required.

54.     Admit.

55.     Admit "CryoCor denies that it has infringed, induced infringement of, or contributed to the infringement of the ['821 patent]." CryoCath states CryoCor has infringed, induced infringement of, and contributed to infringement of the '821 patent.

56.     Admit.

57.     Admit "CryoCor alleges that the claims of the '821 patent are invalid for failing to satisfy one or more of the conditions of patentability set forth in, inter alia, 35 U.S.C. §§ 102, 103,  and 112." CryoCath states the patent claims are valid.

58.     Admit.

59.     Admit "CryoCor alleges the claims of the '821 patent are unenforceable." CryoCath states the patent is enforceable.

60.     Admit.

61.     No response required.

62.     Admit.

63.     Admit "CryoCor denies that it has infringed, induced infringement of, or contributed to the infringement of the ['554 patent]." CryoCath states CryoCor has infringed, induced infringement of, and contributed to infringement of the '554 patent.

64.     Admit.

65.     Admit "CryoCor alleges that the claims of the '554 patent are invalid for failing to satisfy one or more of the conditions of patentability set forth in, inter alia, 35 U.S.C. §§ 102, 103,  and 112." CryoCath states the patent claims are valid.

5

66.    Admit.

## Defenses

Each of defendant's Counterclaims fails to state a claim upon which relief can be granted.

## PRAYER FOR RELIEF

With respect to CryoCor's Counterclaims alone, CryoCath respectfully requests this

Court enter judgment in favor of CryoCath and against CryoCor including an Order granting

CryoCath the following relief:

A.    Dismissal with prejudice of defendant's Counterclaims;

B.    An award of CryoCath's attorneys' fees and costs associated with Answering and

(if necessary) otherwise litigating defendant's Counterclaims because they so thoroughly fail to

state any claims upon which relief can be granted; and

C.    Such further relief as this Court deems appropriate.


ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____
John G. Day (I.D. # 2403)
Lauren E. Maguire (I.D. #4261)

*Of Counsel:*                                                500 Delaware Avenue, 8th Floor
P.O. Box 1150
Jason R. Buratti                                          Wilmington, Delaware 19899
Jeffery L. Kamenetsky                               (302) 654-1888
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard                      *Attorneys for Plaintiff*
Suite 2040                                                  *CryoCath Technologies, Inc.*
Fort Lauderdale, Florida 33301
(954) 828-1488

Dated: April 3, 2008

6