IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRYOCATH TECHNOLOGIES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-631-GMS |
| | ) |
| CRYOCOR, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## AMENDED 7.1. DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant CryoCor, Inc. hereby discloses that it is an indirect, wholly-owned subsidiary of Boston Scientific.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Howard N. Wisnia
James P. Conley
BAKER & MCKENZIE LLP
12544 High Bluff Drive, Suite 150
San Diego, CA  92130
Tel:  (858) 523-6230

By: /s/ David E. Moore
  Richard L. Horwitz (#2246)
  David E. Moore (#3983)
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, DE 19801
  Tel:  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

Dated: June 25, 2008
871360 / 32371

*Attorneys for Defendant/Counter-Claimant
CryoCor, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 25, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

| | |
|---|---|
| John G. Day<br>Lauren E. Maguire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801 | Jason R. Buratti<br>Jeffrey L. Kamenetsky<br>Christopher & Weisberg, P.A.<br>200 East Las Olas Boulevard<br>Suite 2040<br>Fort Lauderdale, FL  33301 |

By:  /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

835681 / 32371